# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

_____ )
                                                    )
MRP PROPERTIES COMPANY, LLC,      )
VALERO REFINING COMPANY –          )
OKLAHOMA, VALERO REFINING         )
COMPANY – TENNESSEE, L.L.C.,       )
THE PREMCOR REFINING GROUP INC., )
VALERO REFINING – TEXAS, L.P.,       )
and ULTRAMAR INC.,                    )   No. 1:17-cv-11174-TLL-PTM
                                                    )
          Plaintiffs,                )   Honorable Thomas L. Ludington
                                                    )
V.                                              )   Magistrate Judge Patricia T. Morris
                                                    )
UNITED STATES OF AMERICA,         )
                                                    )
          Defendant.              )
_____ )

| | |
|---|---|
| GIVONNA S. LONG (IL #6290076) | John A. Ferroli |
| KELLEY DRYE & WARREN LLP | DYKEMA GOSSETT PLLC |
| 333 West Wacker Dr., Suite 2600 | 300 Ottawa Avenue, N.W., Suite 700 |
| Chicago, IL  60606 | Grand Rapids, MI 49503-2306 |
| Telephone:  (312) 857-7070 | Telephone:  (616) 776-7542 |
| Facsimile:  (312) 857-7095 | jferroli@dykema.com |
| glong@kelleydrye.com | |

*Attorney for Plaintiffs, MRP Properties Company, LLC, Valero Refining Company-Oklahoma, Valero Refining Company-Tennessee, L.L.C., The Premcor Refining Group Inc., Valero Refining-Texas, L.P. and Ultramar Inc.*

## **INDEX OF EXHIBITS**

| **Exhibit** | **Title** |
|---|---|
| A | Excerpt from American Petroleum Institute Annual Meeting Proceedings in Chicago, Ill. (Nov. 9-12, 1942), Address by Ralph K. Davies |
| B | Affidavit of Alfred (A.J.) Gravel (Sept. 22, 2017) |
| B-1 | Résumé of Alfred (A.J.) Gravel |
| B-2 | Excerpt from John W. Frey and H. Chandler Ides, *A History of the Petroleum Administration for War: 1941-1945*, U.S. Government Printing Office, Washington, D.C., 1946 |
| B-3 | Excerpt from *Wartime Petroleum Policy under the Petroleum Administration for War*, hearing before a special committee investigating petroleum resources, United States Senate, 79th Congress, 1st Session, November 28, 29 and 30, 1945. |
| B-4 | November 6, 1944, Letter from George L. Parkhurst to Carlton J. Everett. |
| C | Affidavit of Tim George (Sept. 22, 2017) |

Dated: September 22, 2017　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/Givonna S. Long*
　　　　　　　　　　　　　　　　　　GIVONNA S. LONG (IL #6290076)
　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP
　　　　　　　　　　　　　　　　　　333 West Wacker Dr., Suite 2600
　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　Telephone: (312) 857-7070
　　　　　　　　　　　　　　　　　　Facsimile: (312) 857-7095
　　　　　　　　　　　　　　　　　　glong@kelleydrye.com

　　　　　　　　　　　　　　　　　　John A. Ferroli
　　　　　　　　　　　　　　　　　　DYKEMA GOSSETT PLLC
　　　　　　　　　　　　　　　　　　300 Ottawa Avenue, N.W., Suite 700
　　　　　　　　　　　　　　　　　　Grand Rapids, MI 49503-2306
　　　　　　　　　　　　　　　　　　Telephone: (616) 776-7542
　　　　　　　　　　　　　　　　　　jferroli@dykema.com

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs, MRP Properties Company, LLC, Valero Refining Company-Oklahoma, Valero Refining Company-Tennessee, L.L.C., The Premcor Refining Group Inc., Valero Refining-Texas, L.P. and Ultramar Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of September, 2017, I electronically filed the foregoing PLAINTIFFS' INDEX OF EXHIBITS via the Court's CM/ECF system, which sends a Notice of Electronic Filing to counsel of record.

Dated: September 22, 2017  */s/Givonna S. Long*
GIVONNA S. LONG (IL #6290076)
KELLEY DRYE & WARREN LLP
333 West Wacker Dr., Suite 2600
Chicago, IL 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095
glong@kelleydrye.com