# EXHIBIT 38

```
                                          Page 1

 1              UNITED STATES DISTRICT COURT

 2               EASTERN DISTRICT OF MICHIGAN

 3                    NORTHERN DIVISION

 4    - - - - - - - - - - - - - - - x

 5    MRP PROPERTIES COMPANY, LLC,  :

      et al.,                       :

 6            Plaintiffs and        :

              Counterclaim          :

 7            Defendants,           :

         vs.                        : Case No.

 8    UNITED STATES OF AMERICA,     : 17-cv-11174

              Defendant and         :

 9            Counterclaimant.      :

10    - - - - - - - - - - - - - - - x VOLUME I

11         VIRTUAL DEPOSITION OF: RANDALL GRIP

12    DATE:           Tuesday, May 19, 2020

13    TIME:           10:32 a.m.

14    LOCATION:       Aero-Data Corp.

15                    8280 YMCA Plaza Drive

16                    Baton Rouge, Louisiana

17    REPORTED BY:    Denise M. Brunet, RPR

18                    Reporter/Notary

19

20           Capital Reporting Company

21        1250 Eye Street, N.W., Suite 350

22            Washington, D.C.  20005
```

Page 2

APPEARANCES

1
2
3  On behalf of the Plaintiffs:
4       WILLIAM C. PETIT, ESQUIRE
5       WILLIAM J. JACKSON, ESQUIRE
6       JENNIFER BARKS, ESQUIRE
7       Kelley Drye & Warren
8       515 Post Oak Boulevard
9       Suite 900
10      Houston, Texas  77027
11      (713) 355-5023
12      wpetit@kelleydrye.com
13
14
15
16
17
18
19
20
21
22  (All parties appearing remotely.)

Page 4

CONTENTS

1
2  EXAMINATION BY:                          PAGE:
3  Counsel for Defendant              6
4
5  DEPOSITION EXHIBITS:                     PAGE:
6  1 -  Grip report                    10
7  2 -  Excerpt from Manual of Photographic
8       Interpretation Second Edition      50
9  3 -  Annotated photo - 6/26/1938 Alma,
10      Michigan                   93
11 4 -  Annotated photo - Circa 1940s Alma,
12      Michigan                   102
13 5 -  Side-by-side annotated photos D01-047
14      and D01-046                112
15 6 -  Document Bates stamped MAA_VC0035470
16      through 73                 113
17 7 -  Sanborn map D-02                 119
18 8 -  Annotated Sanborn Leonard map        127
19 9 -  Annotated photo - 1945 Alma, Michigan   151
20 10 - Sanborn map for Midwest Refineries     155
21
22 (Exhibits continued on the next page.)

Page 3

1  APPEARANCES (continued):
2
3  On behalf of the Defendant:
4       SYDNEY MENEES, ESQUIRE
5       C. SCOTT SPEAR, ESQUIRE
6       U.S. Department of Justice
7       Environmental Defense Section
8       4 Constitution Square
9       150 M Street, Northeast
10      Room 4.137
11      Washington, D.C.  20002
12      (202) 353-5885
13      sydney.menees@doj.gov
14
15 ALSO PRESENT:  Mark Donatiello
16      Aric Gibson
17      Shelbie Lynch
18      Danny Hambrick
19
20
21
22 (All parties appearing remotely.)

Page 5

1  DEPOSITION EXHIBITS:                      PAGE:
2  11 - Annotated Sanborn map - 5/1950 Hanford,
3       California                 236
4  12 - Annotated photo - 2/7/1946 Memphis,
5       Tennessee                  246
6
7  (*Exhibits attached to the transcript.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

2 (Pages 2 - 5)

Randall Grip                                                                    May 19, 2020

---

Page 6

1        P R O C E E D I N G S
2  WHEREUPON,
3            RANDALL GRIP,
4  called as a witness, and having been sworn by the
5  notary public, was examined and testified as
6  follows:
7      EXAMINATION BY COUNSEL FOR THE DEFENDANT
8  BY MS. MENEES:
9      Q   Good morning, Mr. Grip.  My name is
10  Sydney Meness and I'm an attorney with the
11  Department of Justice.  I represent the United
12  States in this matter.  And are you represented by
13  counsel today?
14     A   Yes.
15     Q   Who is that?
16     A   Will Petit.
17     Q   I'm going to be asking you a series of
18  questions and you're under oath to provide full
19  and complete answers.  If you don't understand
20  what I'm asking you, you should let me know so
21  that I can rephrase or clarify to help you
22  understand a question.

Page 7

1        Do you understand the nature of the oath
2  that you took this morning?
3      A   Yes.
4      Q   So you should answer each question to the
5  extent that you can, and if you're not sure or
6  don't have a complete answer, you should still try
7  to answer as best as you can.  Do you understand?
8      A   Yes.
9      Q   As you can see, we have our court
10  reporter, Denise Brunet, and she is taking
11  everything down, and it's even more difficult
12  remotely than it would be in person, so I'm going
13  to try to be mindful to speak slowly and I ask you
14  to try to speak slowly and clearly as well.  Is
15  that okay?
16     A   Yes, it is.
17     Q   Have you taken any medication that would
18  affect your ability to testify honestly today?
19     A   No.
20     Q   Okay.  For the marking purposes of
21  this -- if I ask you to mark something, since
22  we're doing it remotely, I'm going to try to have

Page 8

1  us both use consistent colors.  So I would ask
2  that you try to mark everything in red, and if I
3  have to mark something, I will mark it in blue.
4  Do you understand?
5      A   Yes.
6      Q   And if we need to go through that once we
7  actually get to the marking portion, we'll say it
8  again.
9          How did you prepare for your deposition
10  today?
11     A   I went over my reports, looked at the
12  images and looked at some of the stereoscopic
13  coverage of the same images.
14     Q   And when you say you looked at the
15  stereoscopic coverage, could you expand on that a
16  little bit?
17     A   Well, my -- my actual report is just all
18  the photos that are printed out, so they're
19  monoscopic, no 3-D effect to those.  But I went
20  back to my stereoplotters and reviewed --
21         THE REPORTER:  I'm sorry.  I went back to
22  my...

Page 9

1          THE WITNESS:  Stereoplotter to review the
2  sites, three-dimensionally.
3  BY MS. MENEES:
4      Q   One more thing before we get into more of
5  the standard questioning.  Let me know if you need
6  a break; otherwise, I'll just suggest times for
7  breaks.
8          So back to preparing for your deposition.
9  Did you discuss your deposition today with
10  counsel?
11     A   Yes.  The rules of the deposition, I did
12  speak with him about that.
13     Q   Okay.  And how long did you prepare for
14  your deposition?
15     A   Probably 8, 12 hours.
16     Q   And when you reviewed your report again,
17  did you notice anything that was missing?
18     A   No, not as I sit here today.
19     Q   Did you notice anything that was
20  incorrect?
21     A   No.
22     Q   Okay.  I'm now going to show you what's

3 (Pages 6 - 9)

Randall Grip                                              May 19, 2020

Page 10

1 been marked as Exhibit 1.

2        (Deposition Exhibit Number 1 was marked

3 for identification.)

4 BY MS. MENEES:

5    Q    It is your report.  Do you recognize this

6 document?

7    A    Yes.

8    Q    Okay.  I'll just be referring to it in

9 shorthand as your report.  And I notice this one

10 that we're looking at doesn't have an exhibit

11 sticker on.  Is that just not showing up for -- is

12 there a reason why that's not showing up?

13    A    Is that question for me?

14    Q    Sorry.  No.  It was more of a technical

15 question.

16    A    Okay.

17    Q    It's okay.  We can move forward and

18 discuss this at a break.  So if we go to page 2,

19 it says that -- it says that you were engaged by

20 the Valero Companies, quote, to perform a

21 historical aerial photography study of 12

22 refineries.

Page 11

1        Is that a full and accurate statement of

2 your engagement?

3    A    Yes.

4    Q    Okay.  And then a little bit further

5 down, it says you were asked to identify, acquire

6 and produce historical aerial photography and

7 produce imagery for viewing and analysis for each

8 of the refinery sites and for a particular period

9 of time covering approximately the 1930s to the

10 1950s.

11        Who asked you to do that?

12    A    I believe it was Will Petit with Kelley,

13 Drye & Warren.

14    Q    And were you asked to do anything else?

15    A    No.  It was our standard aerial

16 historical study where we identified -- researched

17 and identified photographic coverage and, you

18 know, convey our results, our observations to

19 interested parties.

20    Q    Okay.  And then it also says in your

21 report that you expect to testify in

22 photo-interpretation and photogrammetry.  How

Page 12

1 would you define photo-interpretation?

2    A    It's reviewing photography --

3        THE REPORTER:  Mr. Grip, I'm so sorry.

4 Could you start the beginning of your answer

5 again, please.

6        THE WITNESS:  It's analyzing aerial

7 photography, looking at the features on the scene

8 based on keys that are visible, determining the

9 meaning of features that are seen in aerial

10 photographs.

11    Q    And how would you define photogrammetry?

12    A    Well, photogrammetry is basically making

13 measurements from photographs.  And the images

14 that are included in my report are called

15 orthophotos, and they were produced with

16 photogrammetric efforts on workstations that are

17 designed for mapping and photogrammetry.

18        So I'm looking at the scenes in 3-D, and

19 I produce these monoscopic photographs in a

20 coordinate system for display in my report.

21    Q    Okay.  So photogrammetry is more of the

22 process, and photo-interpretation is the action;

Page 13

1 is that correct?

2    A    Yes.  Photo-interpretation is an analysis

3 of imagery that I've seen.  The photogrammetry is

4 the process where I've brought all the historical

5 imagery into the same coordinate system, and I'm

6 able to measure distances on it, measure features,

7 the heights of features that I can see, drainage

8 pathways and things like that that are important

9 for analysis of environmental sites.

10    Q    If we could go to page 171 of your

11 report.  Is this the CV -- sorry.  Is this CV

12 attached to your expert report up to date?

13    A    Yes.  I believe it is.

14    Q    Do you want to just look at it to make

15 sure?

16    A    I don't see any major changes.

17    Q    Okay.  And could you describe your

18 current position for me?

19    A    I'm vice president at Aero-Data

20 Corporation.

21    Q    What do you do in that role?

22    A    Well, I have some administrative duties,

4 (Pages 10 - 13)

Randall Grip                                                    May 19, 2020

Page 14

1 but I also participate and -- I still do a little
2 bit of scanning of aerial photography. I do a
3 little -- some research of aerial photography,
4 historical research, outside sources and also in
5 my photo laboratory, or in our photo library, I
6 should say.
7       I also do a little bit of camera work
8 where we fly volume calculation sites monthly and,
9 when needed, I operate the camera. I also analyze
10 the stereoscopic imagery for, you know,
11 determining what happened on a site over time.
12 And I produce volume calculation reports that help
13 industry with an inventory of raw materials or
14 space and landfills or mud lakes.
15   Q   And when you say -- what is the
16 percentage of your time doing research versus
17 other tasks?
18   A   Research, it's a small portion of the
19 tasks that I do. But in this particular project,
20 I was assisted by a person that does more research
21 here in-house. We've done a lot of historical
22 research. So we have a lot of libraries and

Page 15

1 contacts around the U.S. for these sites. But I
2 don't do a lot of research on my own.
3   Q   And so you have employees who do more of
4 the research for you?
5   A   Correct.
6   Q   How many employees work at Aero-Data
7 Corporation?
8   A   Right now, six. Not all full-time.
9   Q   And of those six, how many would be
10 researchers as their primary role?
11   A   There's no primary researcher. I mean,
12 that's just one of the duties that we would do.
13 We don't have a full-time researcher.
14   Q   Okay. How long have you worked at
15 Aero-Data Corporation?
16   A   Oh, you know, really before 1990, but I
17 would say around 1990, the early '90s. I did do
18 some work in summers as a camera operator prior to
19 that, and I did some mapping work as well, but
20 more solid in the '90s as a photo lab specialist.
21   Q   And when you say you would -- I guess you
22 would take the photos, does that mean that you

Page 16

1 would take them in a plane or you would take them
2 on the ground?
3   A   In the plane. I was a camera operator in
4 the back of the plane, so actually either fired
5 the camera myself or I controlled the camera
6 system so there was adequate photo coverage on
7 these different sites.
8   Q   And what sort of work does Aero-Data
9 Corporation do in general?
10   A   We're an aerial mapping company. We do
11 just traditional mapping of, like I said before,
12 industry, like landfills, industry that has mud
13 lakes or tank -- like retaining levies around
14 tanks, we can help determine volume of those, and
15 conventional mapping.
16       There's some interest in just photographs
17 of the site for background and engineering-type
18 work.
19       We also do historical studies, which is a
20 specialty where we research and gather up aerial
21 photography from a multitude of sources and bring
22 them into a coordinate system and analyze those

Page 17

1 for interested parties.
2   Q   Do you work for other oil companies as
3 well?
4   A   I have worked for other oil companies,
5 yes.
6   Q   Did any of your family work at Aero-Data
7 Corporation?
8   A   My father is retired. You know, he would
9 come in and assist if necessary, but he's
10 basically retired now. And that's really it.
11   Q   What did he do at the company prior to
12 his retirement?
13   A   He was -- well, as the president, he was
14 also a pilot, and he also did specialize in these
15 historical studies. So he would review and
16 photo-interpret sites and produce reports, similar
17 to what we're looking at today.
18   Q   So you mentioned you started working at
19 Aero-Data Corporation in the '90s or a little
20 before that. Could you walk me through your
21 different roles at the company?
22   A   Okay. Well, initially, I was, like I

5 (Pages 14 - 17)

Randall Grip                                                                May 19, 2020

Page 18

1 said before, the camera operator.  So I sit in the
2 back of the plane and I change out the film, take
3 photographs of the sites as we fly over at
4 particular intervals so we can review them
5 stereoscopically in the office.
6      I also work in the photo lab processing
7 film and making enlargements.  Initially, before
8 raster imagery was available --
9      THE REPORTER:  I'm sorry, Mr. Grip.
10 Initially, before...
11      THE WITNESS:  Before raster imagery was
12 available -- R-A-S-T-E-R -- or pictures that are
13 available on a computer, we did these reports
14 photographically.  So the actual report would
15 contain actual printed photographs in the back
16 instead of computer-printed images.  So I scaled
17 and cropped historical images photographically.
18 There was a lot of photo lab work and time doing
19 that.
20      And then, as I got into college, I took
21 photo-interpretation classes, computer mapping
22 classes, geographic information systems and remote

Page 19

1 sensing.  I got more into working at Aero-Data
2 actually doing photogrammetric mapping of -- I
3 guess my biggest -- first project was mapping tree
4 stands and property boundaries of forest land and
5 mapping the different trees and heights of those
6 trees and doing GIS work that way.
7      Then I worked as a project manager, so
8 that was managing historical studies, performing
9 research, acquiring historical coverage and
10 actually setting up the imagery in a coordinate
11 system and assisting with production of these
12 reports.
13      And then as I got more and more
14 experience interpreting and working with peer
15 review groups on photo-interpretation, I started
16 doing more of the reports on my own and my own
17 testimony.
18    Q   Moving to the second page of your CV, it
19 looks like -- or, sorry, page 173 of the PDF -- it
20 looks like you began providing testimony in 2015.
21 You worked at Aero-Data Corporation for quite a
22 bit of time before that.  So what was the reason

Page 20

1 that you shifted into testimony?
2    A   Well --
3      MR. PETIT:  Objection.  Assumes facts not
4 into evidence.
5      THE WITNESS:  Well, this listing of
6 testimony is only the past five years.  This is
7 not the entire listing of testimony that I've
8 done.  I've done testimony, you know, prior to
9 2015.
10 BY MS. MENEES:
11    Q   Okay.  So there are -- there's testimony
12 you've given that's not included in this
13 attachment?
14    A   Yes.
15    Q   Okay.  And when did you start giving
16 testimony?
17    A   2003.
18    Q   How many times do you estimate that
19 you've been deposed?
20    A   More than 20.
21    Q   Okay.  Can we just go through these --
22 this page of testimony and you can tell me which

Page 21

1 party you worked for in each one?  Oh, I guess
2 it's underlined; is that right?
3    A   Well, it's -- that's the name of the
4 case.
5    Q   Okay.  Sorry, it looked like one of
6 them -- just one party was underlined, but I'm
7 seeing that differently now.  Go ahead.
8    A   Well, on the first one -- you know, some
9 of these -- I think that was -- honestly, I don't
10 remember which party the first one was.  The
11 second testimony -- oh, I worked for Frith Farms
12 Desoto Parish.
13      THE REPORTER:  I'm sorry.  I worked
14 for...
15      THE WITNESS:  Frith, F-R-I-T-H.
16      And then on the 6 of 2019 -- I'm not
17 certain which one that is either.
18 BY MS. MENEES:
19    Q   Okay.  So were you not as involved on
20 these cases or --
21    A   No.  I was involved.  I just -- you know,
22 I just don't recall, you know.  I think it was the

6 (Pages 18 - 21)

Page 22

1 Star B Ranch, but -- you know, when I'm looking at
2 these sites, I'm not concerned with who owns it
3 necessarily; it's just what I see in the imagery.
4    Q   All right.
5    A   So continuing down on the list are
6 Erisson on the 9/23/2015.  And then, on
7 12/18/2015, that was Exxon-Mobil Corporation.
8 Well, it could have been another party involved in
9 Exxon-Mobil, but it was adverse to Frank Allain.
10      Then on 12 of 2016, it was Northrop
11 Grumman.  And then on the 4/4/2017 it was PPG.
12 Then 5 of 2017, it was Cranbury Brick Yard.  And
13 2/27 [sic] it was Olin.  Then 7 of 2018, it was --
14 I believe it was James Blocker.  Then 4 of 2019, I
15 believe it was Otay Land Company.  And again, 5 of
16 2019, I'm -- I'm just not certain on that one.
17    Q   Okay.  Have you ever worked for the
18 United States?
19    A   I haven't personally testified for the
20 United States, but I've worked on projects for the
21 United States.
22    Q   Okay.  Could you tell me a little about

Page 23

1 those projects?
2    A   Yeah.  Let's see, one was a dirt pit.  It
3 was an analysis of, I guess, a borrow pit site
4 here in Louisiana.  I was the project manager for
5 that.  And then there was a -- let's see.  I think
6 there was another gravel mine in New Mexico.  It
7 was a three-dimensional modeling and historical
8 analysis of dirt pits.  I believe it was in New
9 Mexico.
10      And then I also worked -- what's that?
11    Q   I was going to say, do you know what
12 agency was involved with that?
13    A   I believe it was the Department of
14 Justice.
15    Q   Okay.
16    A   As it was with the one prior, the
17 previous dirt pit.
18      And then I also did photo-interpretation
19 for Aleutian Islands for World War II era
20 activities in the Aleutian Islands.
21      THE REPORTER:  I'm sorry.  What kind of
22 interpretation was that?

Page 24

1      THE WITNESS:  Aerial
2 photo-interpretation.
3 BY MS. MENEES:
4    Q   So have you worked anywhere else besides
5 Aero-Data Corporation?
6    A   No.  I've worked here my whole life,
7 whole working life.
8    Q   Do you have any other work experience
9 that is relevant to your expert opinions in this
10 matter?
11    A   Just participation in these historical
12 reviews, historical analysis and reports of these
13 different sites around the U.S., and my contacts
14 with other experts that are privy to, you know,
15 activities on these sites over time.  And they
16 help understand how these facilities manage their
17 processes and how they handle their disposal of
18 waste.  Also, my university experience with
19 photo-interpretation and computer mapping, I rely
20 on that as well.
21    Q   Do you have any experience in the oil
22 industry?

Page 25

1    A   Insofar as it's review of these oil field
2 sites and refineries, yes, I've seen many of these
3 around the United States.
4    Q   But you've never worked for an oil
5 company, for instance?
6    A   Well, not directly for an oil company,
7 but I've interpreted photography or produced maps
8 for the oil companies.
9    Q   Understood, sorry.  Did you ever complete
10 any course work related to oil identification in
11 aerial photographs?
12    A   I don't know that it was specifically
13 that, but I did do course work in aerial
14 photo-interpretation and remote sensing that --
15 you know, there's -- those two fields, you know,
16 handle the spectral reflectance of subjects seen
17 on the aerial photography and satellite imagery.
18 It's just the tool that we use to review these
19 different things.
20    Q   Have you ever physically been on an oil
21 refinery land or -- on a refinery, I should say?
22    A   Yes.

Page 26

1   Q   And what were you doing there?
2   A   Looking at features that are visible on
3   aerial imagery and just confirming what I was able
4   to see, like the size of pipes or where particular
5   berms are, what they look like on the groined, and
6   also vegetation, what the basic contrast between
7   vegetation and the ground is in that area.
8   Q   Did you visit any of the refinery sites
9   in this case?
10   A   No.  I was concerned that imagery -- that
11   was too old to be of much value to visit the site
12   today, so I didn't deem it necessary.
13   Q   Are you familiar with certain structures
14   that are on an oil refinery?
15   A   Yes.
16   Q   Could you identify -- sorry, strike that.
17       Were you able to identify any of those
18   structures in the oblique images that you looked
19   at for this case?
20   A   Some, certain.
21   Q   Going back to your education, what is
22   your educational background?

Page 27

1   A   I'm a geography major.  I graduated from
2   LSU.  And my course work was an emphasis on
3   physical geography; that is, the study of land
4   forms and usage of equipment to map these land
5   forms, equipment and I should say software as
6   well.  So that's my background.
7       I took courses in, as you see here,
8   photo-interpretation, geographic information
9   systems -- I used GIS to produce my exhibits for
10   this report.  GPS surveying -- you know, I did
11   have to use some survey ground control points to
12   set up the images in this report, but they weren't
13   GPS.  That wasn't necessary for that level of
14   real-world accuracy.
15       But remote sensing is -- you know,
16   photo-interpretation is remote sensing.  It's
17   looking at a scene remotely, not -- without the
18   ability to touch it, but to look at features in
19   aerial photography and determine their meaning
20   based on what's around it and the tones and
21   textures, size, shape and the way that the feature
22   is on the land site.

Page 28

1       So that was all standard physical
2   geography work that I did back at LSU.  And while
3   I was doing that, you know, I was actually having
4   real-world experience at Aero-Data Corporation.
5   Q   Were there any courses that you took that
6   were particularly relevant to your expert report
7   that you can think of?
8   A   Well, the photo-interpretation, I mean,
9   that's the key to the entire thing.  And then also
10   GIS mapping.  Everything I've done in this report
11   was brought back into the GIS for display in this
12   report.  And then remote sensing, as I said
13   before, is basically photo-interpretation.  So
14   they're all relevant.
15   Q   But you didn't take any courses specific
16   to oil refinery work, for instance?
17   A   Not specific -- no specific aerial
18   photo-interpretation of refineries, no, I didn't.
19   There wasn't a course available for that.
20   Q   Okay.  Have you taught photogrammetry or
21   photo-interpretation anywhere?
22   A   Well, I give presentations to -- there's

Page 29

1   a photogrammetry course at LSU that -- they come
2   by our office and I show them how it's done in a
3   real-world setting.  So the engineering course --
4   they come through -- I think it's once a year now;
5   it used to be twice a year.  And also the -- there
6   was a photo-interpretation class.  I'm not sure
7   who teaches that now, or if even it exists now,
8   but I used to take the aerial photo-interpretation
9   class also through our office to show how it's
10   done with more modern software and equipment.
11       I've also given presentations to, say,
12   real estate -- I guess, real estate groups and
13   conventional surveying groups here in the city.
14   Q   Okay.  So the course that you taught was
15   offered through Aero-Data Corporation?
16   A   It's not a course I'm teaching.  It's a
17   presentation on actual photo-interpretation and
18   photogrammetry.  I did that for LSU -- I continue
19   to do it for LSU engineering, and also in the past
20   I did presentations to the aerial
21   photo-interpretation class.
22   Q   Okay.  But you didn't list that on your

8 (Pages 26 - 29)

Randall Grip                                                            May 19, 2020

Page 30

1  CV anywhere?
2    A   No.
3    Q   Have you published anything that's
4  relevant to your testimony today?
5    A   I've got -- just -- the only thing that I
6  had was an old article on, you know, using digital
7  imagery in a -- in a courtroom environment.  It's
8  listed on there, on the environmental forensics
9  investigations.
10   Q   Okay.
11   A   That's basically -- it's a presentation
12  of our methods back in 2000.
13   Q   Okay.  So you haven't published anything
14  since 2000?
15   A   No.
16   Q   Are you a member of any professional
17  societies?
18   A   Yes.  They're listed on the screen in
19  attachment C.
20   Q   For GISP --
21       THE REPORTER:  I'm sorry.  Can you repeat
22  that?

Page 31

1  BY MS. MENEES:
2    Q   GI -- sorry, I'm trying to think of
3  acronyms and I can't -- for GISP, what is required
4  for membership?
5    A   It's -- well, GISP is a certification
6  from URISA.  You produce course work that you've
7  taken in your education and your background,
8  real-world experience that you had in the GIS
9  profession, and then -- you know, as I've been in
10  it long time, I've produced base imagery for
11  geographic information systems for a variety of
12  sources.  But just -- it's based on experience and
13  education, and then continuing education of the
14  field.
15   Q   Does it have membership dues or
16  certification dues?
17   A   I don't know if there's certification
18  dues, but there are membership dues, certainly.
19   Q   And for ASPRS, what is required for
20  membership?
21   A   I don't know what the requirement is for
22  membership, but they're the basic group for this

Page 32

1  type of work, photogrammetry.  It's more
2  photogrammetry and satellite imagery and LIDAR,
3  but they're the organization over photogrammetry
4  in the U.S.
5    Q   So you would say -- how would you
6  characterize them in terms of -- strike that.
7        Are they the preeminent
8  photo-interpretation organization in the United
9  States?
10   A   I don't know if there is a
11  photo-interpretation organization, but they're the
12  preeminent photogrammetry organization in the
13  United States.
14   Q   Would you consider ASPRS to be a thought
15  leader in the industry?
16   A   A what leader?
17   Q   A thought leader.
18   A   Thought leader?  Can you rephrase that
19  somehow?
20   Q   Yeah.  I'm sorry.  I'm trying to get at
21  how they're viewed in the field.  So if you have
22  anything -- how do -- people in

Page 33

1  photo-interpretation, how do you colleagues view
2  ASPRS?
3    A   Oh, it's a solid organization.  I mean,
4  it -- you know, I've been a member for many years.
5  It's a solid organization.  They view it
6  favorably, certainly.
7    Q   Okay.  You already mentioned URISA, but
8  could you describe your membership there?
9    A   Like I said, it's a membership of -- it's
10  really a GIS and land mapping-type organization,
11  information system.  As the technology changes,
12  you know, this is a group of people that are
13  interested in staying up on technology, and as
14  data becomes available for analysis of sites
15  around the U.S. and perhaps the world -- there's
16  good contacts through that as well.
17   Q   For SCAUG, what is that?
18   A   It's a regional organization that handles
19  Arc products or ArcGIS or ArcMap.  It's the GIS
20  that I use for displaying my interpretations and
21  my orthophotos of these sites.  So that's just
22  a -- just more of a regional-type organization.

9 (Pages 30 - 33)

Randall Grip                                                    May 19, 2020

Page 34

1    THE REPORTER:  Are you saying orthophoto?

2    THE WITNESS:  That's it, correct.

3    MR. PETIT:  And that's one word, Randy,

4 right?

5    THE WITNESS:  Yes, it is.

6 BY MS. MENEES:

7    Q   And then for the sake of completeness,

8 Louisiana Urban and Regional Information Systems

9 Association, what is required for membership

10 there?

11   A   It's just -- I don't know what the exact

12 requirements are, but that's a group that -- it's

13 a more local URISA-type organization, and we do

14 meet-ups occasionally or continuing education

15 events.

16   Q   Have you attended any seminars recently

17 related to photo-interpretation?

18   A   More GIS seminars, just online seminars

19 that I've had, but not photo-interpretation

20 recently.

21   Q   I'd like to go back to the beginning of

22 your report, page 2 -- or I guess it would be

Page 35

1 page 3 of the PDF, sorry.  So going back to the

2 introduction where it says you were asked to

3 identify, acquire and produce historical aerial

4 photography, how did you identify these photos

5 that you were going to use in your report?

6    A   Well, initially, there's another party

7 that acquired imagery of the site, and that was

8 FTI.  They had acquired monoscopic coverage.  And

9 whenever we -- monoscopic meaning just a single

10 frame.  So we initially saw that they had

11 identified on some of these areas and that kind of

12 gave us a road map to some of this photographic

13 coverage.

14      So we went back and acquired stereoscopic

15 coverage of whatever was available that they had

16 already acquired.  Then we also went through our

17 own records, you know, did research at national

18 archives and looked through other sources, at

19 facilities that we've done nearby these different

20 areas and performed our own in-house research, and

21 then acquired those as well.

22   Q   Okay.  So were you or FTI given

Page 36

1 instructions on what sort of photos to look for?

2    A   No.  Just -- well, I don't know what FTI

3 was instructed, but we were just looking for a

4 period of time.  Anything we could find in that

5 time period is what we were trying to do.  We

6 weren't instructed specifically on what types of

7 imagery.  That's based on our experience, on what

8 would be useful to this analysis.

9    Q   Okay.  And where did you look for the

10 photos?

11   A   Well, there's governmental sources that

12 we -- you know, we pretty much looked everywhere

13 we knew to look for those dates, for that

14 different coverage, with our experience.  Nothing

15 that we -- there is no source that we did not

16 contact that we thought would have coverage.

17   Q   Did you have any photos provided to you

18 by counsel?

19   A   As I said before, we received some

20 monoscopic photos from one of the other

21 consultants, but we went out and got our own

22 stereoscopic of the same photos.

Page 37

1    Q   Okay.  Do you recall what site that was

2 for?

3    A   Not specifically.

4      (Off the record.)

5 BY MS. MENEES:

6    Q   Did you include every photo that you

7 found or were given in your report?

8    A   As far as I know, yeah, everything we

9 could find we included.  I mean, there may be

10 something out there that looked to be way too

11 high, altitude, or something.  I can't rule out

12 that we just didn't bother acquiring something

13 that high.  But as I sit here today, I think we

14 included everything that we acquired.  There was

15 no cherry-picking of photography or anything like

16 that.

17   THE REPORTER:  I'm sorry?  There was

18 no...

19   THE WITNESS:  There was just no

20 cherry-picking, meaning I didn't select one or

21 other to include in the report that -- and not

22 include one that was of reasonable resolution.

10 (Pages 34 - 37)

Randall Grip                                                           May 19, 2020

Page 38

1 BY MS. MENEES:
2   Q   How did you determine the date of the
3 photos that you included?
4      MR. PETIT: Objection. Vague.
5      THE WITNESS: Can you rephrase that?
6 BY MS. MENEES:
7   Q   Yes. So you provided dates for each
8 image, or estimated dates. How did you determine
9 those dates?
10   A   Okay. Well, aerial photography has
11 what's called annotation on the -- actually on the
12 film. It either would have an annotation on the
13 film, or, if it wasn't annotated on the film,
14 there would be information from the index --
15      THE REPORTER: I'm sorry --
16      MR. PETIT: Sydney, it's Will. You know,
17 I'm hearing a lot of breaking up and feedback too.
18 I mean, I don't know if it's as bad as Denise. I
19 mean, is it worth us trying to dial out and dial
20 back in?
21      MS. MENEES: We could see if that fixes
22 something.

Page 39

1      (Discussion held off the record.)
2      MS. MENEES: Denise, what was the last
3 thing that you got?
4      (The reporter read the record as
5 requested.)
6      THE WITNESS: There's annotation on the
7 actual film that would call out the data in many
8 cases. So on the top line of the frame of
9 photography, there would be a date, a roll, a
10 frame number and the mission number and sometimes
11 the scale of the photograph. So that's the source
12 of some of the dates.
13      And on the rare occasion where there
14 isn't a date annotated on the film, or it's a
15 digital image, then it -- if it comes from an
16 index from the provider of the photography or
17 there's some metadata included with that
18 photograph or registered image that tells us the
19 date of the flight.
20 BY MS. MENEES:
21   Q   And that was true for every photo you
22 looked at? There was always date information?

Page 40

1   A   Well, there's a few of them in there. It
2 may be either a ground photo that might have an
3 annotation on the back or -- there's a few where
4 there was no date, but it was -- I don't know how
5 many it was, I can just think of one in
6 particular, but -- it was just dated by looking at
7 the photography, identifying features that are
8 visible in photographs with known dates, and
9 bracketing the date based on what I can see in the
10 imagery. That was just maybe a oblique or two in
11 the whole thing.
12      So I can see features that are consistent
13 with a known date and say they aren't in that
14 date, but they appear in a later date, so I can
15 bracket activities that I see on that photography
16 based on and compared to known dates of
17 photography, and giving an estimated date of that
18 particular photograph.
19   Q   As we're going through your report and
20 looking at individual images, will you be able to
21 recall whether that image was given a specific
22 date?

Page 41

1   A   I believe -- yes. If it's a written-out
2 date, yes I could tell you that that's the date
3 that we have for it. And I believe I included on
4 these exhibits if it was a range of dates or an
5 estimated date --
6   Q   Okay.
7   A   -- say circa, 1940s, you know, would
8 indicate that -- I don't have a specific date on
9 that photograph, but I'd confirm through the
10 visual features on the photographs.
11   Q   Okay. But if there is a specific date
12 given for a photo that was the date that was
13 provided in some way, either in the metadata or on
14 the photograph itself?
15   A   Yes. And I think on the maps there may
16 be revision dates that was used for the actual
17 date on the maps.
18   Q   Okay. Yeah, I was going to ask you about
19 the maps next. So how did you find the maps that
20 were used in your report?
21   A   Some of the maps were acquired from, you
22 know, public sources. I believe others were

11 (Pages 38 - 41)

Randall Grip                                                              May 19, 2020

Page 42

1  provided by consultants on the case.  And some may
2  have been in the record or -- as exhibits, may
3  have been provided by counsel.
4      Q    So did you search for any of the maps
5  yourself?
6      A    I don't know if we did a specific
7  research or reacquisition of the actual maps that
8  were provided to us, no.  But there were maps that
9  we acquired on our own as well.
10     Q    So you acquired some of the maps on your
11 own and some of them were provided to you in other
12 ways?
13     A    Yeah.  That's right.
14     Q    How did you determine which maps to
15 include?
16     A    If it added to -- if it had value to my
17 report, I used the map.  I mean, if it showed
18 anything of interest, I included it.
19     Q    Do you recall any maps that you did not
20 include?
21     A    Not as I sit here today.
22     Q    And how did you determine the dates of

Page 43

1  the maps?
2      A    Well, it just depends on the particular
3  map.  You know, I haven't memorized the dates for
4  each map, but it was either the date in the --
5  there would be some writing on the map that would
6  indicate a date or, say, revisions of that map
7  would be dated as well.
8      Q    Can you tell which -- strike that.
9          On the maps that have been revised, can
10 you tell what the revisions are versus what is the
11 original map?
12     A    It just depends.  Not always, but I
13 believe there could be some dates on features that
14 are revised.  I would either compare it to the
15 aerial photograph or other maps, if possible.
16     Q    Besides the photos and the maps, were
17 there other sources that you used to make your
18 expert report?
19     A    That's all I recall today, you know, just
20 identified the site areas and interpreted each
21 facility and then presented the results, what we
22 were able to see over time.

Page 44

1      Q    So you didn't review any weather data for
2  the times and locations of the refineries?
3      A    I did look at some weather data later.  I
4  think the initial analysis I didn't -- it wasn't
5  of interest to me, but there was something in the
6  rebuttal report that made me look at some weather
7  data.
8      Q    Okay.  So what whether data did you look
9  at?
10     A    It was involving Kansas -- rainfall
11 during a period in Kansas.
12     Q    Do you recall any information you learned
13 from looking at that weather data?
14     A    Yeah.  That it wasn't a particularly
15 rainy season.
16     Q    Did you look at any other weather data?
17     A    As I sit here, no, I don't recall that,
18 no.
19     Q    Okay.  So it was just that one Kansas
20 time and place?
21     A    That's what I recall.  I mean, there may
22 have been, you know, another usage of it.  It's

Page 45

1  been a little while since I finished the report,
2  but I don't recall looking at weather data.
3      Q    So there's -- besides the photos and the
4  maps and one piece of weather data, did you
5  consider anything else either today or in
6  preparation of your report?
7      A    No, I think that covers it.
8      Q    Okay.
9      A    Just my experience with looking at
10 refineries -- you know, I went back and did a
11 comparison on other sites where I saw vegetation
12 floating versus slicks on the surface, but just
13 basic aerial review.
14     Q    Did anyone assist you in preparing your
15 expert report?
16     A    Well, yes.  There were -- several people
17 assisted me.  Let's see.  I'll just start -- Rusty
18 Gautreaux would be scanning --
19         THE REPORTER:  I'm sorry.  What was the
20 name?
21         THE WITNESS:  Rusty Gautreaux,
22 G-A-U-T-R-E-A-U-X.  He's our scanning specialist.

12 (Pages 42 - 45)

Randall Grip                                                    May 19, 2020

Page 46

1  So anything that would scan would be through
2  Rusty.
3       Daniel Roberts, he did setups under my
4  direction, you know, in a coordinate system of
5  these different sites for review.  The setup and
6  stereo was done by Danny.
7       And Laurie Bourgeois -- oh, I should shy
8  Danny also processed the orthophotos and I
9  reviewed everything that was done.  Then Laurie
10 Bourgeois assisted me with research and pulling
11 together the report itself.
12    Q    Okay.  But who -- sorry.  Go ahead.  You
13 were going to say something?
14    A    And also Laurie assisted me in
15 interpreting the sites -- you know, we'll review
16 these sites over time together in stereo and
17 produce the exhibits included in the report.
18    Q    Did you personally look at every photo
19 included in your report?
20    A    Yes.
21    Q    Have you spoken with the other experts in
22 this case?

Page 47

1    A    I've had -- been on conference calls
2  where I presented my findings, what I was able to
3  see in historical imagery, on conference calls,
4  certainly.
5    Q    Do you recall which experts you were
6  talking to?
7    A    One was AJ Gravel.  And the other name
8  escapes me.  There's been -- go ahead.
9    Q    Was Lerman on the call?
10   A    Yes.  I recognize that name as well.
11   Q    Okay.
12   A    So basically, I'll bring up my imagery
13 and then describe to them what I was able to see
14 on these different sites over time.
15   Q    And did they tell you anything they had
16 found?
17   A    I don't know that they -- they had really
18 any effect on what I was including in my report,
19 just that, oh, this makes sense or, oh, that must
20 be this.  You know, that type of feedback.
21   Q    Okay.  So they did tell you what they
22 were working on?

Page 48

1       MR. PETIT:  Objection.  Misstates
2  testimony.
3       THE WITNESS:  They just -- I knew that
4  they were working on the project.  I don't know to
5  what extent their expertise is.  But, you know,
6  I'm just telling them what I saw in the aerial
7  imagery and where it was.
8  BY MS. MENEES:
9    Q    Did they tell you any of their
10 interpretations of any of the sites?
11   A    No, not that I recall.
12   Q    Did your conversations with them affect
13 your interpretation of the images?
14   A    No, not at all.
15   Q    Do you recall when these conversations
16 occurred?
17   A    I couldn't tell you the exact time.
18   Q    Was it before you submitted your expert
19 report?
20   A    It may be, as the dates came in and I was
21 able to -- dates meaning I ordered the coverage,
22 reviewed it and tell them what I see --

Page 49

1       THE REPORTER:  I'm sorry.  Reviewed it
2  and...
3       THE WITNESS:  And explained what I could
4  see in the imagery.  So I'd say some of it was
5  before.  I don't know that we discussed anything
6  afterwards.
7  BY MS. MENEES:
8    Q    Did you review any of their reports?
9    A    No, I don't believe so.
10   Q    Do you subscribe to any publications in
11 the field of aerial imagery or photogrammetry?
12   A    There's an ASPRS journal that comes in.
13 There's also maybe some online publications
14 regarding geographic information systems, ArcNews.
15   Q    Have you heard of the Manual of
16 Photographic Interpretation by the American
17 Society of Photogrammetry and Remote Sensing?
18   A    Yes.
19   Q    Would you consider that to be a reliable
20 source of information?
21   A    Yes.  It's got good information.  You
22 have to know where to apply this data, I mean, but

13 (Pages 46 - 49)

Page 50

1 it describes, you know, what goes through -- what
2 steps a photo interpreter takes when you look at
3 these images.
4    Q    Okay.  I'm now going to show you what's
5 been marked as Exhibit 2.
6         (Deposition Exhibit Number 2 was marked
7 for identification.)
8 BY MS. MENEES:
9    Q    And it's the Manual of Photographic
10 Interpretation Second Edition.  Oh, that's -- it
11 should be in the marked exhibits folder already.
12         So this is Exhibit 2.  It is the Manual
13 of Photographic Interpretation Second Edition by
14 the American Society of Photogrammetry and Remote
15 Sensing.  And we may come back to this later, but
16 I just wanted to make sure this was what you --
17 that we were both talking about the same book.
18    A    Okay.
19    Q    So this is the same book that I mentioned
20 that's authoritative in the field of
21 photogrammetry?
22    A    It's a good manual of -- produced by the

Page 51

1 ASPRS that calls out some standards and describes
2 how photographic interpretation is produced.
3         MR. PETIT:  And I'm going to add an
4 objection.  Assumes facts not in evidence and
5 misstates testimony.
6 BY MS. MENEES:
7    Q    Did you use this book when interpreting
8 photos for this report?
9    A    When you photo-interpret a site, you
10 don't need to review a manual as you're going.
11 The standards which are included in that are the
12 same standards that I'm using when I produce my
13 photo-interpretation reports.
14         This is just a manual that describes, you
15 know, things that are seen, things that -- that
16 affect an interpretation, you know.  So I'm not --
17 I don't refer to a manual every time I go through
18 a particular interpretation of a site, but this
19 describes circumstances and methods that are used
20 in photo-interpretation.
21    Q    So once you have the photos for the
22 various sites, could you walk me through the

Page 52

1 process of how you analyze them?
2    A    Okay.  Well, we acquire the images from
3 these different sites.  We confirm, you know, if
4 the date is annotated or what have you, put it
5 into the database, the date and the source of
6 each.
7         And then for each site -- since these are
8 all around the U.S., each site has a different
9 coordinate system that's specified by where it is
10 in the United States.  I believe all these sites
11 were set up in the UTM coordinate system.
12         THE REPORTER:  Were all set up in...
13         THE WITNESS:  The UTM coordinate system.
14         (Discussion held off the record.)
15         THE WITNESS:  Okay.  So basically I'm
16 just -- I choose a coordinate system to put this
17 imagery into.  And what this really does -- you
18 know, as we get it from the source, they're just
19 scans of photographs.  They have no geographic
20 placement or anything like that.  And as you look
21 at these historical photographs, you take them
22 from different altitudes, there's different film

Page 53

1 types, so it's very hard to interpret without the
2 system to bring them into.
3         That -- I import them into my digital
4 photogrammetric workstation and I lock them into a
5 coordinate system, one to another.  So I'm able to
6 see stereoscopically on these photographs -- in
7 3-D, that is.  And once they're all in the same
8 coordinate system, I can switch back and forth
9 between photographs, also staying in the same
10 coordinate system.  So my cursor, I can place it
11 on the top of a tank, perhaps, and -- if I'm
12 looking at it in 1938, I click the button, and it
13 switches to 1941 stereoscopic imagery.
14         That's a powerful tool in
15 photo-interpretation because I can really see
16 changes within the context of what's going on
17 around me here.  And it keeps everything in the
18 same scale as well.  So any mapping that I do can
19 be moved to another date.  It stays in the same
20 XYZ position, and I can compare it to where it was
21 on a previous date.
22         So all of this was very rigorously

14 (Pages 50 - 53)

Randall Grip                                                    May 19, 2020

Page 54

1 reviewed in a coordinate system
2 three-dimensionally, and I can see changes and I
3 can -- if I have trouble identifying a particular
4 feature on one date, I can quickly switch back and
5 have the benefit of stereoscopic imagery,
6 georeference, and I can see changes in where that
7 feature was on a previous date to confirm, you
8 know, that -- where it was or what it was in
9 relation to features around it.
10      THE REPORTER:  In relation to...
11      THE WITNESS:  The features around it.
12 BY MS. MENEES:
13   Q   Just as a side note, Randy, when you lean
14 forward, it's a little bit harder to hear you.
15 You actually sound much better when you're sitting
16 back there.
17   A   Okay.  Noted.  So we acquire it, we lock
18 it into a coordinate system in our stereoplotter,
19 and then we produce what's called an orthophoto
20 whereas we -- we generate a terrain model of the
21 area, if it's a bar or just assume an elevation.
22 We produce these orthophotos.  And what an

Page 55

1 orthophoto is, it's a -- it always has north to
2 the top in what I produce, so north is always up,
3 and it makes the images, when brought into a GIS,
4 the same scale and cropping.
5      So whereas the imagery is actually
6 multiple altitudes -- you may be looking at
7 something for high altitudes or low altitude with
8 just a standard stereoscope, I'm actually bringing
9 everything in so the reader of my report can
10 really tell what's going on relative to change on
11 the site, comparing to other dates.
12      So -- go ahead.
13   Q   I was going to say, if a photograph from
14 one year to the next is a lower resolution, how
15 does that affect your ability to tell what changes
16 are present?
17   A   Well, you know, if it's lower resolution,
18 smaller features would be harder to identify,
19 certainly.  But, you know, you could still see
20 features, and -- and often, even if you have a low
21 resolution, you can switch -- you place your
22 cursor on that low resolution date, or lower

Page 56

1 resolution date, switch back to another date that
2 may be a higher resolution, and it brings in more
3 information so you can say, oh, well, I can see
4 what that is on this other date and I can tell
5 that it's likely not changed, so...
6      It helps you understand what's happening
7 in low resolution dates when you have everything
8 georeferenced stereoscopically like we do here in
9 our office.
10   Q   Okay.  So you can fill in missing
11 information from other photographs?
12   A   Yes.  The information that's taken from
13 all the dates together helps with the
14 interpretation of what I'm seeing there.  I look
15 at a feature, look at what's around it, look at
16 the size, the shape, the tone of it, the texture,
17 you know, where it is in elevation -- you know, I
18 can see elevations on my screen, and the site, you
19 know, what's the context of what I'm looking at.
20      So it's -- a lot goes into when you're
21 doing the photo-interpretation of a feature.  And
22 quite often it's experience, like, oh, I remember

Page 57

1 I've seen this at a certain facility, you know,
2 this is what I expect here.  And I'll look and --
3 you know, I can see an outfall or what have you.
4      THE REPORTER:  I can see...
5      THE WITNESS:  An outfall or what have
6 you.
7 BY MS. MENEES:
8   Q   If you don't have elevation data or a
9 photograph, can you georeference it?  Like, the
10 altitude of where you took the photo or where the
11 photo was taken.
12   A   I don't need an absolute altitude to set
13 up this imagery in stereo.  Just from experience
14 on setting up these historical sites over time, we
15 can set that up without any camera data at all.
16 We have a library of camera calibration reports
17 that we refer to.  And we can tell by looking at
18 these different cameras -- look at an old camera
19 library and say, oh, let's use this to set it up
20 and -- but just from our own experience, we could
21 set up this imagery in a coordinate system with
22 very little trouble.

15 (Pages 54 - 57)

Randall Grip

May 19, 2020

---

Page 58

1      I don't need to -- elevation data or the
2  altitude of the imagery to set up this
3  photography.  I just have to have the imagery and
4  I measure features and elevations from other
5  sources and tell the computer that, hey, this is
6  this date, or this is this elevation and an XYZ
7  coordinate.
8      And it's very easy to tell that it works
9  because once it's set up in a coordinate system,
10  you go to a feature that you know hasn't changed,
11  like a road intersection off of the site area and
12  just place your cursor on that road intersection
13  and switch between the dates, and you can see that
14  road intersection is the same XYZ across multiple
15  dates and see you're in good shape with your
16  registration.
17      THE REPORTER:  You're in good shape with
18  your...
19      THE WITNESS:  Registration.
20  BY MS. MENEES:
21      Q   When you were looking at photographs
22  between different years, were you looking for

Page 59

1  different-- strike that.
2      Were you looking for specific features
3  when you were analyzing the photographs?
4      MR. PETIT:  Objection.  Ambiguous.
5      THE WITNESS:  Well, with
6  photo-interpretation, you know, of a site there's
7  usually a subject.  You know, I know what the
8  subject is, and so -- these are refineries, and
9  I'm looking, you know, for environmentally
10  significant features.  So I know, from looking at
11  other sites and other facilities that are also
12  refineries, what are environmentally significant
13  features.  That includes, you know, pits, lagoons
14  or ponds, separators, and the drainage associated
15  with those features, and then those same features
16  in the context of the way that the refinery is
17  constructed.  You know, like there's pits that are
18  out in the area of the tank farms and then there
19  are pits that are closer to the process areas.
20      And, you know, all of it comes together.
21  It's the -- what I see in the imagery, where it is
22  relative to other features that are visible on the

Page 60

1  imagery.
2  BY MS. MENEES:
3      Q   Taking a step back, you mentioned
4  environmentally significant figures.  You also --
5      MR. PETIT:  Features.
6  BY MS. MENEES:
7      Q   Yes.  So you mentioned environmentally
8  significant features, and you also used that term
9  in your report.  Can you define that for me?
10      A   Well, it's features that are visible in
11  the imagery that are potential sources of
12  contamination or releases into the environment.
13      This is a very common thing with industry
14  that we see all the time.  It's disposal-type
15  areas, pits, drainage associated with those pits,
16  you know, filling activities.
17      I can see -- just to remind you, you're
18  looking at a monoscopic image in my report.  But
19  when I'm making these reports, I'm looking at
20  these stereoscopically, so I'm able to see
21  elevation.  And I can see -- where you may just
22  see a disturbance, I may see a pile of material

Page 61

1  there.  So those are the things I'm looking for.
2      Q   And you looked specifically for
3  environmentally significant features when you were
4  analyzing these aerial photographs?
5      A   Well, I'm looking at all the features
6  that are on the facility to understand, you know,
7  the general layout of the land.  But, yes, I'm
8  looking for environmentally significant features
9  too as it pertains to this report.
10      Q   And would you specifically mark
11  environmentally significant features if you saw
12  them in your report?
13      A   Yes.  I've got them labeled as what I
14  see.
15      Q   Okay.  Besides pits and drainage and
16  filling, are there any other features that
17  appeared in your report that you would consider
18  environmentally significant features?
19      A   Well, let's see.  I think there may be
20  some dark tones around loading facilities like,
21  say, along a rail spur.  I'll mark some, on some
22  of the oblique photography, a dark liquid that's

16 (Pages 58 - 61)

Randall Grip                                                              May 19, 2020

Page 62

1 coming out of the sides -- or on the tops of the
2 tanks.  Pits, trenches, drainage, skimmers.  I've
3 also gotten some names of these particular things
4 from maps, and I've tried to include that -- the
5 features that I see in the photography, I try to
6 use the same name of what they -- locally on that
7 map, or that facility's local name usage.
8        There's berms that may have some
9 environmental significance, too.  I think that
10 covers it.  I wasn't pointing out all the time
11 tanks, you know.  At every moment I wasn't -- I
12 didn't necessarily point that out.  It's fairly
13 obvious what -- where the tanks are.  But there
14 are a few occasions where I showed change across
15 the periods.
16    Q    But if you saw a pit, for instance, you
17 would point that out?
18    A    Yes.
19    Q    Okay.  How did you analyze the aerial
20 photographs versus the oblique photographs?
21    A    Well, the oblique photograph does not
22 give me the benefit of a stereoscopic effect, so

Page 63

1 I'm not able to give, you know, an analysis of
2 height.  You know, I can give you an estimate
3 based on another feature that's visible in the
4 image.  But when I'm looking at the oblique
5 photography, I'm looking at features that I can
6 see also in my -- in my stereoscopic photography.
7 So I'm able to tell what direction the photograph
8 was taken.  I can see maybe a lower altitude,
9 higher resolution view of, say, a pit adjacent to
10 a rail spur or, you know, what's going on in those
11 features from up close.  And I can relate them to
12 the position that they were on the refineries or
13 the facility and what they looked like just --
14 closer.
15    Q    Do you think the aerial images are more
16 reliable than the oblique images?
17    A    Well, I wouldn't say they're more
18 reliable.  That's just another source of
19 information that I see in the images.  Usually,
20 the vertical photography has a more precise date,
21 but that varies depending on the source.  It's
22 just another line of information.  Oblique and

Page 64

1 vertical is -- they're both reliable sources of
2 information.
3    Q    But you can't actually georeference the
4 oblique photographs as precisely as you can the
5 aerial photographs, right?
6    A    Well, that's correct, but I can identify
7 the features that I see in the oblique imagery and
8 relate it to other dates that are georeferenced.
9 So I still know where these features are located
10 based on features that are around them and what I
11 can see in the stereo imagery.
12    Q    How did you use the maps for your
13 analysis?
14    A    Well, the maps, they also show activities
15 in between photographs.  They also show, like I
16 said before, names that that particular facility
17 called these different features, or pits, to be
18 more precise.  So they would name what that exact
19 feature is.  The map says, you know, blow-down
20 tank and pit.  You know, you're not going to see
21 that same feature on the aerial imagery.  So I
22 call that, you know, a pit or a blow-down tank,

Page 65

1 what have you.
2    Q    When you said the maps show activities in
3 between photographs, I think you said -- is that
4 right?
5    A    Well, you know, as I'm reviewing these, I
6 compare photographs, maps, everything at the same
7 time.  They're all in the same coordinate system.
8 And I'm just telling the reader of the report what
9 I see on those different sources, you know.
10        There's less information on the maps, but
11 there's also good naming and position of features
12 that aren't seen on all the photographs
13 necessarily.
14    Q    Could you see activities occurring in the
15 images?
16    A    Well, these are snapshots.  So, you know,
17 I don't always see -- you know, it's not a film,
18 you know.  But I can see the signature of change.
19 I can tell when a pit is there on a previous date,
20 and the next date that same area is filled.  I can
21 also see filling activities.  They're not
22 necessarily moving these -- when I'm looking in

17 (Pages 62 - 65)

Randall Grip                                                                    May 19, 2020

Page 66

1  stereo, I'm only looking at photographs that are
2  seconds apart, but with the other dates, I have
3  the benefit of seeing change and I can -- you
4  know, some of them are quite close in date, the
5  actual photographs are within months, so by
6  flickering back and forth -- that is, switching
7  quickly back and forth between photographs -- I
8  can see change and -- you know, it's not an active
9  movement of a bulldozer or what have you, but I
10  can see that there has been change that has
11  happened.
12        Now, there are circumstances where I
13  actually have seen moving bulldozers or a crane
14  that's digging, you know, that I can see, but in
15  this case, it doesn't really -- I don't really
16  recall something specific to this particular
17  project.
18    Q   Are your opinions limited to individual
19  photographs; that is to say, you don't have
20  overarching opinions over all of the refinery
21  sites?
22        MR. PETIT:  Objection.  Vague.

Page 67

1        THE WITNESS:  Yeah, I'm not really sure I
2  understand.  Can you rephrase that somehow?
3  BY MS. MENEES:
4    Q   So you made your report and it had
5  specific interpretations for each image, but I
6  didn't see any section that included overarching
7  opinions for all of the sites in general, so to
8  say at all of the refinery sites I observed this.
9  So I was just trying to make sure that your report
10  and your opinions are limited to individual
11  photographs.
12    A   Okay.  I haven't made a conclusion -- you
13  know, an overarching opinion, you know.  I'm
14  observing these features and I'm calling them out
15  in my report, and describing.  And it's based on
16  what I'm seeing in the imagery and my experience
17  in looking at other refinery sites, too, besides
18  the ones that are in this case.
19    Q   Going back to significant environmental
20  features, are those naturally occurring, man-made
21  or both?
22    A   There may be -- well, most of them are

Page 68

1  man-made features.  Now, there may be
2  environmentally -- it may be significant in that
3  it was a natural feature that was modified by man
4  that's now become an environmentally significant
5  feature.  Say they dammed up a previous flow path
6  and used it as a -- like a catch basin or
7  something like that.  Most of them are man-made.
8        You know, it's fairly clear whenever
9  they're man-made features.  They're very -- it
10  will be either straight lines or rounded.  But
11  there is, in several of these -- these facilities,
12  the usage of preexisting features that may have
13  been natural but were modified by man that became
14  an environmentally significant feature.
15    Q   When you reviewed your report for today's
16  deposition, did you notice any significant
17  environmental features that you didn't annotate?
18    A   I think there was, in an oblique -- there
19  was a separator.  I don't remember what facility.
20  But I could have pointed that out in the oblique,
21  an additional separator.  As I -- I'm trying to
22  think.

Page 69

1        I don't think there was any others.  Oh,
2  I do remember there's a pit adjacent to a rail
3  line that I could have pointed out in a ground
4  photograph that I didn't.
5    Q   Was that the -- what photo was that?
6    A   It's one of the Alma facilities.  I think
7  it was Leonard.
8        MR. PETIT:  And this isn't a memory test,
9  so if you need to refer to your report.
10        THE WITNESS:  Yeah, I will need to look
11  at it.  I will point it out when I see it as we go
12  through these.
13  BY MS. MENEES:
14    Q   Okay.  I also wanted to make sure that we
15  have a common understanding of certain terms that
16  were occurring in your report.  So what is -- what
17  did you mean when you labeled something a sump?
18    A   Okay.  A sump -- and this is really --
19  certain regions use different words for these
20  features.  And I know, from working at sites in
21  California, that they call what we call in
22  Louisiana -- we call them pits in Louisiana and

18 (Pages 66 - 69)

Randall Grip                                                    May 19, 2020

Page 70

1 they call them sumps in California. So it's the
2 same thing. It's something that captures
3 something that could be bad or it's designed to
4 hold a disposal-type feature.
5    Q   Okay. So pit and sump are
6 interchangeable?
7    A   Yes.
8    Q   Do pits always hold something, or sumps?
9    A   I would say pits -- pits sometimes are
10 used for burning as well. And they may be dry,
11 you know. They're not always full of the
12 disposal-type material, but, you know, when they
13 make a pit, generally they use it. They don't
14 always close it either when it's not being used,
15 but -- they're open and it's clear that --
16 usually, they're set aside from the facility in
17 disposal-type areas.
18        But like I said, when you see a burn pit,
19 that doesn't always have material that's visible,
20 or liquid.
21    Q   Does a sump always -- can a sump be dry?
22    A   You know, there could be times where it's

Page 71

1 dry, you know, but it still has the material that
2 was placed in it originally. It may have liquid
3 that's evaporated. You know, it just depends on a
4 case-by-case basis that you'd have to show me.
5    Q   What does blow-down sump mean?
6    A   It's a sump associated with some type of
7 process in the refinery or the facility.
8    Q   If you label something a blow-down sump,
9 can you tell that there is a process occurring?
10    A   Just that it's there. I would rely on
11 someone else that's more involved in the
12 activities of that facility to explain what's
13 going on there.
14    Q   Why would you label something a blow-down
15 sump versus a sump?
16    A   If I saw -- if it's labeled blow-down
17 sump, the name of that sump was taken from a map.
18 That's not something that you would be able to see
19 from a photograph. The only thing you could see
20 from the photograph was that it was a pit there or
21 a sump there.
22    Q   And what does trap mean?

Page 72

1    A   Trap means it's something that stops many
2 a feature. It holds it. I would say that's
3 probably similar to a pit-type feature as well.
4    Q   You mentioned pits hold undesirable
5 substances. Is a trap also holding undesirable
6 substances?
7    A   Again, I would probably rely on someone
8 with more detail about the processes in that
9 facility. So I couldn't tell you. A trap, sump
10 or a separator are all things that I would
11 identify.
12    Q   And could those all be used
13 interchangeably?
14    A   Again, it just depends on the facility.
15 You know, I'm not -- I'd have to look at it on a
16 case-by-case basis.
17    Q   But sitting here right now, there's no --
18 you can't provide a reason for why you would label
19 something a sump versus a pit versus a blow-down
20 sump versus a trap?
21    A   Well, I can. The reason I would
22 differentiate it is because the name came from a

Page 73

1 map that specifically pointed that feature out and
2 called it that name. So in the interest of being
3 consistent with what the map identifies that as, I
4 would call it that.
5        But without other information, I would
6 just call it a -- in California, I'd call it a
7 sump, and generally anywhere else I would call it
8 a pit, something that potentially has -- is a
9 source of contamination on the site.
10    Q   Besides the map labeling, there's no
11 physical difference that you saw when you were
12 looking at those features?
13        MR. PETIT: Objection. Ambiguous.
14        THE WITNESS: Yeah, I can't say that as a
15 blanket statement. I'd have to look at each
16 feature on a case-by-case basis.
17 BY MS. MENEES:
18    Q   I guess I'm having a little bit of
19 confusion as to why something -- why the labeling
20 would be inconsistent but for the map. Like, is
21 there any other physical distinguishing
22 characteristic that would differentiate these

19 (Pages 70 - 73)

Randall Grip                                                          May 19, 2020

Page 74

1 features?
2    A   I could tell you if --
3       MR. PETIT:  Objection.  Speculation.
4       THE WITNESS:  I have to see each feature
5 to -- to say if there's a physical difference that
6 you can see between those items, but I can tell
7 you --
8       THE REPORTER:  That you can see
9 between...
10      THE WITNESS:  Those items, or these
11 subjects.  But when I give it a really specific
12 name like that, it's because they named it that on
13 the map.  I see the same feature in the same
14 location, XYZ.  You know, I saw it in the
15 photograph, it looks like a dark bermed area, and
16 then I see the map.  They call it a blow-down
17 sump, so I'd call that a blow-down sump.  I
18 believe I put it in parentheses where I got the
19 name from.  Like, it would say Sanborn or
20 something like that.  They explain.
21      But you know, if I see a feature in a
22 refinery that's open and it's holding liquid, you

Page 75

1 know, that's an interest -- that's a feature of
2 interest to me.
3 BY MS. MENEES:
4    Q   What about a bermed area versus a pit?
5 Are those distinguishable physically?
6    A   Well, yes.  A bermed area -- well,
7 there's some overlap there, you know.  A bermed
8 area, if it's designed to hold a spill from a
9 tank, you can see it.  You know, you've got a tank
10 farm there and there's a volume that's designed to
11 handle a rupture of the tank or something like
12 that.  That is a bermed area, but not considered a
13 pit.
14      Now, there are pits that definitely have
15 berms.  It just depends on how it was created.
16 They could have dug down and just pushed up the
17 sides of the pit so it gives it volume down below
18 the ground surface and above of the berm.  So
19 you've got added volume there when you create a
20 pit that has a berm.
21      You know, some of the pits are created by
22 moving material or bringing material on an area

Page 76

1 damming it off, and then they just use what used
2 to be a natural flow feature -- they damned it off
3 and now it becomes either a disposal area or an
4 area that captures spills from other disposal
5 areas.
6    Q   Okay.  And what do you -- sorry.  Strike
7 that.
8       What does landfilling mean when you use
9 it in a photograph?
10   A   Well, landfilling, I can see an elevated
11 surface.  They're bringing in material.  They've
12 got a characteristic signature that you see, and
13 pattern, where they bring material from a point on
14 the site and they dump it out, and we call them
15 truck dump piles, which you can --
16      THE REPORTER:  We call them...
17      THE WITNESS:  Truck dump piles.  They
18 would dump the feature -- dump the material out
19 and then push it with a bladed vehicle, like a
20 bulldozer, so you will see grading marks.  And
21 it's a very obvious feature where it's a -- you'll
22 see the piles as they're spread out over the

Page 77

1 surface.  You know, looking at it
2 three-dimensionally, I can tell if they brought
3 material in.  I can see the signatures of it.
4 It's quite often -- you know, if it's just a
5 dirt-type fill, it will be like an even tone
6 material.  When it's a landfill, it will look like
7 a disposal-type area.  There may be debris in
8 there, you know.
9       But basically the landfill is materials
10 brought in and an obvious change to the surface,
11 the natural surface.
12   Q   Is there a distinguishable physical
13 difference between a landfill and a disposal area?
14   A   Again, it depends on the context.  You
15 know, if I just saw filling -- like material
16 that's brought into an area, say, they're creating
17 a road, you know, I wouldn't call that a disposal
18 area.  It's fill for building up a road bed or
19 something like that.
20      But, you know, looking at these
21 industrial sites for years, there's always an area
22 set aside in the facility for disposal-type

20 (Pages 74 - 77)

Randall Grip                                                    May 19, 2020

Page 78

1 operations, you know, where -- like the back 40
2 where they throw out old equipment or they store
3 old equipment.
4       They also may have pits that are kind of
5 set aside for handling undesirable waste or -- you
6 know, that captures the material.  So it's a very
7 common feature that we see.
8    Q   So if you label something a disposal area
9 rather than a landfill, it would have to do with
10 the surrounding activity?
11   A   Well, I'd have to say, too, you know, a
12 landfill is not necessarily good material either.
13 I mean, if I see filling, I can't tell if it's a
14 disposal-type feature necessarily or not.  You
15 know, again, it just depends on the particular
16 area.
17       There are areas that come to mind that
18 use filling that I think for construction.  Before
19 they created the facility, they brought in fill to
20 kind of build the area up.  But there are other
21 times where I see fill and it's very clearly a
22 disposal operation.

Page 79

1    Q   Okay.
2        MS. MENEES:  Are you guys good for taking
3 a break now for lunch?
4        MR. PETIT:  I am.
5        Randy, how are you doing?
6        THE WITNESS:  I'm fine.
7        MR. PETIT:  So It's 11:45.  I think we've
8 been going about hour and 15 minutes since our
9 last break.  It's up to you, Sydney.  It's your
10 show.
11       MS. MENEES:  Okay.  I would say let's
12 break for lunch.  How long do -- should we take an
13 hour?
14       (Whereupon, at 12:47 p.m., a lunch recess
15 was taken.)
16
17
18
19
20
21
22

Page 80

1              AFTERNOON SESSION
2                  (1:39 p.m.)
3 Whereupon,
4              RANDALL GRIP,
5 was called for continued examination, and having
6 been previously duly sworn was examined and
7 testified further as follows:
8        EXAMINATION BY COUNSEL FOR DEFENDANT
9 BY MS. MENEES:
10   Q   Mr. Grip, did you confer with counsel
11 during the break?
12   A   I just -- I called him and said, how am I
13 doing?
14   Q   Okay.  Did he advise you substantively?
15   A   No.  Just that -- let me see.  I'm trying
16 to think of what he said.  Oh.  Not to lean
17 forward whenever I'm not heard.  Apparently, it
18 cuts out more.  I was just asking how it's coming
19 across.  So --
20   Q   You mean how it's coming across --
21   A   To --
22   Q   Okay.

Page 81

1        THE REPORTER:  You're talking over each
2 other.  All I have is, "How it's coming across."
3 BY MS. MENEES:
4    Q   I was just clarifying.  How it's coming
5 across technically?
6    A   And my answer is just the sound of my
7 voice, am I projecting enough?
8    Q   Okay.  I'd like to go to Exhibit 1,
9 page 38.  Let me see.  Okay.  How did you
10 determine the date of this photo?
11   A   You know, I'd have to look at my records,
12 but I believe it was on the back of the
13 photograph.
14   Q   Okay.
15   A   I'd have to look back at my records.  I
16 just don't recall as I sit here.
17   Q   It just has a year and it doesn't have an
18 actual date.  So does that provide any clue as to
19 how certain you are about the date?
20   A   Well, it's -- obviously, you know, the
21 refinery is under construction, but the date is
22 whatever I -- wherever I received it.  I don't

21 (Pages 78 - 81)

Randall Grip                                                          May 19, 2020

Page 82

1 believe that was -- it's too specific for me to do
2 an estimated date. And '36 was my best source for
3 the date, my best number. It wasn't annotated on
4 the film. I think that was just a scan that we
5 had acquired. So either that was the name of the
6 file that we acquired or it was on the back of the
7 scan.
8    Q   Did you identify any significant
9 environmental features in this photo?
10   A   Well, I just -- I pointed out tanks. But
11 I haven't identified any pits or anything like
12 that.
13   Q   So just tanks, nothing else?
14   A   Right.
15   Q   Do you identify any activities occurring
16 in this image?
17   A   Well, I didn't call it out, but I mean,
18 it's obvious that there's a refinery there, at
19 least the tankage and some other buildings
20 associated with a refinery. There is disturbed --
21 like it's under construction, or it's fairly
22 recently been under construction.

Page 83

1       And I can tell you from known dates
2 there's quite a bit of change that happens after
3 this photograph.
4    Q   Okay. Let's move to the next page. How
5 did you determine the date for this photo?
6    A   Again, that would either be with the name
7 of the file on the back of the file or some record
8 that we had received that indicated that that's
9 the date of that photograph.
10   Q   This just has a month and a year, so does
11 that provide any insight into whether -- how
12 certain you are about the date of this photo?
13   A   No, it doesn't change what I said before.
14   Q   Okay. Do you identify any of the
15 structures in this photo?
16   A   No, I haven't. You know, it's just a
17 ground view, or roughly ground view, of what the
18 refinery looked like in 1938. I didn't know if
19 there was some interest another party might have
20 had to that photograph, so I included it in my
21 report.
22   Q   Okay. So there's nothing specific about

Page 84

1 this image that was useful to your report?
2    A   Well, it does show that the refinery is
3 there in 1938 and it appears to be fairly well
4 under construction. It's got some steam that's
5 coming out of one of the pipes to the center right
6 of the screen, so there's some activity going on
7 there.
8    Q   Okay. Let's move to the next image. How
9 did you determine the date of this photo?
10   A   This would be -- it's likely it's
11 annotated on the actual film of photography. So
12 what we have -- we're only seeing a portion of the
13 frames of photography that I acquired, focused in
14 on the site area. So if you look at the raw scans
15 that we had received --
16      THE REPORTER: I'm sorry. So if you...
17      THE WITNESS: If you look at the actual
18 frames of photography were used to produce this
19 orthophoto, there would be an annotation on the
20 film with that date.
21 BY MS. MENEES:
22   Q   This precise date, 6/26/1938?

Page 85

1    A   Yes.
2    Q   Can you tell that, based on the format of
3 the date, that it's a full date rather than just a
4 year or a month and a year?
5    A   It would have the whole date printed out.
6 It would either be with the slashes, dashes, or
7 sometimes spell out the month, you know, 26, you
8 know, whatever month it is, 1938. It just
9 depends. They change, but whatever we had for the
10 date we used.
11   Q   Do you identify any significant
12 environmental features in this photo?
13   A   Yes. I see pits north of the rail spur,
14 a sequence of pits, the dark liquid. And as you
15 go below the rail line, you get two pits that are
16 visible with disturbance around those pits. And
17 then to the left of the pits, there's an area of
18 debris that could be a disposal area. And then I
19 show a low wet area. It could be a possible
20 significant feature.
21   Q   You mentioned dark liquid. I don't see
22 that noted on the photograph. So could you mark

22 (Pages 82 - 85)

Randall Grip

May 19, 2020

Page 86

1 where that is in red so that we know that it's
2 your marking?
3     A   Okay.  Let's see.  Okay.  Right there.
4     Q   You can clear the drawing if you didn't
5 intend to mark there.
6     A   Yeah.  Boy, there's a big delay.
7         MR. PETIT:  So, Randy, it may be
8 helpful -- there's one of those marks that you can
9 put an arrow on.
10        THE WITNESS:  Well -- oh, I see.  I'll
11 figure it out.  This is the learning time.  Okay.
12        Here, here.  Okay.
13 BY MS. MENEES:
14    Q   Okay.  So that is -- those red arrows
15 indicate dark liquid?
16    A   Well, it's a dark surface of the pit.
17    Q   Okay.  Do you know what that liquid is?
18    A   Well, I could tell you it's dark.  It's
19 in a disposal-type feature.  It's at a refinery.
20 So I think it could be oil.  It's likely some type
21 of oil waste product.
22    Q   How did you come to identify the pits as

Page 87

1 pits?
2     A   Well, I mean, I can tell -- I've seen
3 this in other facilities, including refineries.  I
4 mean, it's a very classic pit.
5         My arrows are messed up.  I don't know if
6 you all see it like that.  Okay.
7         It's in an area that's -- looks like they
8 would use for a disposal-type activity.  It's kind
9 of away from process.  It's got access roads
10 around it.  And the one to the north of the
11 railroad, you know, it's really set off away from
12 the facility.  Clearly, bermed area is holding
13 liquid.
14    Q   And you can tell there's liquid in the
15 pits?
16    A   You know, I know they would hold liquid.
17 As I sit here, I don't know if I'm seeing a
18 shimmering surface that indicates sun glint from a
19 wet surface or not, but they're dark, they're
20 pits, you know.  That would -- it would certainly
21 hold the liquid the way it's constructed.
22    Q   Can you tell what the pits are

Page 88

1 constructed out of?
2     A   You know, I really can't tell exactly,
3 you know, but it looks to be just classic dug down
4 into the surface to create some volume, you know,
5 the two to the south of the railroad.  They don't
6 look like they've got high berms, but that's by
7 memory.  I'd have to refer to the photograph.
8         Stuff to the north, it does appear to be
9 bermed and it has volume above the surface, you
10 know.  I would say it's likely from just earthen
11 berms, you know.  I'm not a hundred percent on
12 that.
13    Q   Can you tell whether the pits are lined
14 with anything?
15    A   No.  I can't see the surface.  Unless
16 there was a very distinctive liner type, I
17 wouldn't be able to tell.  It's covered by
18 material.
19    Q   What can you tell me about the debris in
20 this photo?
21    A   Just that it's a classical signature of
22 debris.  It's not an even pattern of material.  I

Page 89

1 can't -- the resolution of the photograph doesn't
2 allow me to really tell much more than it's
3 different size material.  Just looks like a little
4 area of scrap or debris.
5         There may be -- like I said, some of
6 these features, I point them out and someone else
7 may have other information that's involved in the
8 litigation which can shed more light on to that
9 particular item.
10    Q   And what do you mean by the phrase "low
11 wet area"?
12    A   Well, it's -- it's low in that it's
13 topographically low, so it could be an area that
14 would collect either precipitation or any kind of
15 runoff or spills in that area.  And it's dark on
16 that particular day.
17        I didn't notice much in the way of
18 darkness anywhere around the site area indicating
19 that it was close after a rainfall event, but I
20 just wanted to point out that that's a potential
21 area to look at for potential contamination.
22    Q   So did you come to identify it as wet

23 (Pages 86 - 89)

Page 90

1 based on the tone?
2    A   Yes. It's based on the tone and --
3 compared to the vegetation surrounding it and the
4 fact that it's a lower topographic area that would
5 collect moisture, and I believe comparing it to
6 other dates. There are others dates I believe
7 that it was not dark in tone, indicating that it
8 was dry on those other dates.
9    Q   Did you identify any drainage systems at
10 this refinery?
11    A   I didn't map them particularly in this
12 refinery. I don't recall that I saw an extensive
13 ditch network or anything like that. Obviously, I
14 see bermed areas and things like that. So -- I
15 didn't think the drainage was significant on this
16 so I didn't map it.
17    Q   And then can you tell where the property
18 line is in this image?
19    A   I could see usage lines, but I couldn't
20 tell you the precise ownership lines. I can just
21 see activities that appear to be associated with
22 the refinery.

Page 91

1    Q   I'd like to upload this -- your markings
2 as a new exhibit. So --
3       MR. HAMBRICK: Sydney, could I interject?
4 Would it make sense -- I'm just thinking in terms
5 of using these exhibits later on, because we're
6 doing a consecutive number system. Do you want to
7 do -- if you're going to annotate other Alma
8 Leonard maps, do you want to call the annotated
9 versions of them 1A or something like that?
10 And -- just so that we don't have a bunch of them?
11       MS. MENEES: We were talking about that,
12 and I don't think that will work because Exhibit 1
13 is Mr. Grip's report, and it's all the refineries.
14 So, you know, if we marked up images for all of
15 the refineries, they would be Exhibit, you know,
16 1A through Z, ZZZ or whatever.
17       MR. PETIT: Yeah, that's what I
18 suggesting, maybe lumping all the Alma Leonards
19 together as A and then the next refinery as B.
20 But --
21       MS. MENEES: Okay. Well, I could see
22 that. Let's -- we're on Exhibit Number 3, I

Page 92

1 believe, right now. Is that right, Danny?
2       MR. HAMBRICK: Yeah, that's correct.
3       MS. MENEES: Okay. So maybe all of the
4 Leonard exhibits could be 3A, B, C, D, et cetera.
5       MR. HAMBRICK: Sure.
6       MR. PETIT: That makes sense to me.
7 Thanks. Sorry for interjecting.
8       MS. MENEES: Scott, do you have anything
9 to say about that? Okay. Well, let's just keep
10 them numbered, actually. Is that -- is that going
11 to be a problem?
12       MR. PETIT: I just think we're going to
13 have a ton of them. So it would, I think, be
14 easier to track if all the Alma Leonard ones were
15 one exhibit as opposed to keep bringing up new
16 exhibits each time.
17       MS. MENEES: Yeah. Okay. Let's -- I'm
18 just trying to -- I don't foresee any issue
19 with -- I know there are going to be a lot of
20 exhibits, but I think it might just keep things
21 cleaner, rather than numbering, lettering them.
22 Because we don't know -- I don't know how many

Page 93

1 letters right now I'm going to be using.
2       MR. PETIT: So you want this to be
3 Exhibit 3?
4       MS. MENEES: Yes.
5       (Deposition Exhibit Number 3 was marked
6 for identification.)
7       MR. HAMBRICK: It's available on Exhibit
8 Share now.
9       MS. MENEES: As Exhibit 3?
10       MR. HAMBRICK: Correct.
11       MS. MENEES: Okay. Can you show it to
12 Mr. Grip to confirm that it's his markings? It
13 has a lot more markings on it than the other one.
14       MR. PETIT: And it doesn't have an
15 exhibit sticker.
16       THE WITNESS: The one that I'm looking at
17 now -- oh, wait. That's back to my annotation
18 view, right? Because that one looks correct.
19 BY MS. MENEES:
20    Q   Yeah. This one --
21       MR. PETIT: Now it does.
22 BY MS. MENEES:

Randall Grip

May 19, 2020

Page 94

1    Q    Where did all of those other arrows come
2  from?
3    A    I don't know.  It's a big learning
4  experience.
5         MR. PETIT:  So I just brought up
6  Exhibit 3 on my Exhibit Share, and it's correct
7  except that it doesn't have an exhibit sticker.
8         MR. HAMBRICK:  It looks like I have to
9  change the formats before it will actually add
10  stickers in Exhibit Share, so I'm going to put it
11  back up there real quick.  Hold on a second.
12        (Discussion held off the record.)
13  BY MS. MENEES:
14    Q    Mr. Grip, this has been marked as
15  Exhibit 3.  Does this accurately reflect your
16  annotations on this 1938 aerial of the Leonard
17  refinery?
18    A    Yes.  It's got annotations from our
19  report as well as some red arrows pointing to the
20  disposal-type features.
21    Q    And the red arrows were to indicate what
22  I heard you call dark liquid?

Page 95

1    A    Well, I should say a dark surface of the
2  pit.
3    Q    Okay.  What activities do you identify in
4  this image?
5    A    Activities?  Well, I can -- I see the
6  refinery, a process area.  I see the tanks, tank
7  farms and berms, and parking lots.  I didn't mark
8  these.  I mean, these are obvious features that
9  are seen.  But, I mean, it's a refinery with pits
10  and tanks.
11    Q    I guess when I say activities, I'm
12  referring to specific operations.  Do you see
13  anything that would indicate any particular
14  refinery activity occurring?
15    A    Just that it exists, and I've seen from
16  other imagery that there's steam that comes out of
17  an area on the process area and there's pits and
18  tanks that exist.  I'm not specifying what type of
19  process it is.
20    Q    Okay.  Let's move to the next image.  How
21  did you determine the date of this photo?
22    A    It's the same.  Just from either back of

Page 96

1  the photograph or the name of the file.  You know,
2  as I sit here, I don't recall exactly how I got
3  the date.
4    Q    Do you -- can you identify any of the
5  features in this photo?  Or -- sorry.  Can you
6  identify any of the structures in this photo?
7    A    Well, I can tell you what it is, that
8  it's a building or a tank or a -- some kind of
9  stack.  But --
10    Q    Like anything that you can name, go
11  ahead.
12    A    I'm just -- I'm not naming the feature.
13  I could just tell you I see tanks, vertical tanks.
14  I see stacks and buildings, parking lots, you
15  know.
16    Q    Did you note any significant
17  environmental features in this photo?
18    A    I didn't mark -- I didn't see any pits or
19  anything like that in this photograph.  It's
20  mainly -- as I said before, someone else might
21  have some interest in what this photograph shows.
22  So I included it in our report.

Page 97

1    Q    Let's move to the next image.  Can you
2  identify any of the structures in this photo?
3    A    No, I can just tell you what they look
4  like.  I'm not naming structures.  That wasn't
5  germane to my analysis or the process area.  But I
6  can tell you I see what appears to be steam on the
7  far right side of the photograph.
8    Q    And why did you include this image?
9    A    Again, just in case someone had some
10  interest in what these photographs show, you know.
11  Interest to someone else.
12    Q    So there are no significant environmental
13  features in this photo?
14    A    Well, you know, this shows that the
15  refinery is there and it's in operation to some
16  extent, but that's all I can really say on this
17  particular photograph.
18    Q    Let's move to the next photo.  How did
19  you -- oh, sorry.  This is -- okay.  Never mind.
20  Do you recognize any of the structures in this
21  photo?
22    A    I see them as vertical tanks and some

25 (Pages 94 - 97)

Randall Grip                                                                    May 19, 2020

Page 98

1  equipment and fences, you know, but no particular
2  names.  I made no attempt to name any of these
3  things.
4     Q   Okay.  And why did you include this
5  image?
6     A   I included it in case someone else had
7  some interest that was involved in the litigation.
8     Q   Are there any significant environmental
9  features in this photo?
10    A   Just -- I see tankage and that -- the
11 fact that the facility is there.  That's it.
12    Q   Let's move to the next image.  Why did
13 you include this photo?
14    A   As I said before, in case someone sees
15 something on that that's involved in the
16 litigation and it's of interest to them, I
17 included it.
18    Q   Did you note any significant
19 environmental features in this photo?
20    A   Again, just the fact that it's there.
21 It's in operation.  I see a tanker truck in front,
22 in the foreground.

Page 99

1     Q   Can you identify any of the structures in
2  the photo?
3     A   I can just identify them as structures,
4  the way they're shaped and -- they're buildings,
5  tanks and stacks.
6     Q   Let's go to the next photo.  How did you
7  determine the date of this photo?
8     A   This is one -- as I described earlier,
9  it's undated, but I was able to date it by the
10 known photographs that I had.  So I would look at
11 known photograph and look at the structures on
12 that photograph and then compare what I see in
13 this image to what I saw in the known date.  And I
14 could bracket it.  You know, say -- an obvious
15 feature is tanks in the lower left corner of the
16 facility.  I can clearly see a change in that
17 area.  Before, they're not there.  After, it's
18 been redeveloped or something like that.
19        So I can see features in the photograph
20 and how it logically compares to known dates, I
21 give an estimate on that date.
22    Q   So you mentioned the tanks in the lower

Page 100

1  left corner.  Were there any other features that
2  helped you date this photo?
3     A   Yeah.  I'm not going to remember every
4  feature that I looked at, but I can tell you
5  there's a -- on the right side of it there are two
6  tanks that are shown as first visible.  If you
7  look at the 1938 date, those tanks are not on that
8  date, the earlier vertical photograph.  So
9  obviously, that's -- this is done after the 1938
10 photograph.
11    Q   And just for clarity purposes, could you
12 circle the five tanks that you were referring to
13 that helped you date this photograph?
14    A   Okay.  Let me try again.
15        And there may be more, but that's all
16 that I recall as I sit here.
17    Q   And just to be clear, there was no date
18 provided for this photograph?
19    A   I don't believe there was a date, no.
20    Q   What significant environmental features
21 did you identify in this photo?
22    A   Well, really it's -- you have to combine

Page 101

1  it with the previous vertical photograph, but
2  we've got the closing of one of the pits and
3  redevelopment of the area.  In the 1940s this --
4  well, you can't see what I'm indicating, but
5  this -- the circle -- not the circle farthest to
6  the right, but the second one, that's a new tank
7  that's been redeveloped over the general area of
8  the pit that was identified in the 1938
9  photography, vertical.
10    Q   Can you -- you were comparing to the 1938
11 aerial.
12    A   Okay.
13    Q   Is that what you were talking about?  You
14 were saying this -- would it be helpful to have
15 the 1938 aerial up to do your comparison right
16 now?
17    A   Yes.  I can point to those features as
18 they change from '38 to this date.
19        THE REPORTER:  I'm sorry.  As they change
20 from...
21        THE WITNESS:  1938 to this photograph.
22        MS. MENEES:  Danny, could you pull up the

26 (Pages 98 - 101)

Randall Grip

May 19, 2020

1  1938 aerial and compare it to this one?

2        MR. HAMBRICK:  Do you want to go ahead

3  and mark this as an exhibit first and keep the

4  annotations?  Or should I clear --

5        MS. MENEES:  Yes.  Let's mark it as

6  Exhibit 4, and have you confirm -- Mr. Grip

7  confirm that it is his annotations.

8        (Deposition Exhibit Number 4 was marked

9  for identification.)

10  BY MS. MENEES:

11     Q    So this has been marked as Exhibit 4.

12  Does this accurately reflect the annotations that

13  you made on this photograph?

14     A    Yes.

15        MR. HAMBRICK:  So what's the side-by-side

16  for this?

17        MS. MENEES:  The 1938 image is page 40 of

18  the report, Exhibit 1.

19  BY MS. MENEES:

20     Q    You were saying, Mr. Grip, that you could

21  identify -- you were identifying the significant

22  environmental features, I believe, when we were

1  talking about the 1938 photograph in comparison to

2  the circa 1940s photograph.  So what in the 1940s

3  photograph is a new significant environmental

4  feature?

5     A    Well, it's -- okay.  It's new in that

6  it's the same feature that was visible, one of

7  them is.  It's hard for me to see this now.  But

8  there's a change between those two dates.  So in

9  1930 [sic], there's a pit northwest of the pit

10  trap Sanborn -- on Sanborn that on this circa

11  1940s oblique photograph shows a tank in that

12  area.  So the pit has been closed or covered and

13  redeveloped as a tank, tankage.

14     Q    So that's the only change on the

15  significant environmental features that you

16  noticed between these two photos?

17     A    Well, yeah.  I still see the low wet area

18  there.  And then I still see the pit or named trap

19  from the Sanborn.

20        We had started off looking at these to

21  show how I was dating the oblique photo by

22  circling those tanks.  That's the purpose of the

1  side-by-side.

2     Q    Right.

3     A    What I was showing is those tanks first

4  visible that were circled on the 1940 photograph

5  are not visible in the 1938 vertical photograph.

6     Q    Did you notice any change between the low

7  wet area in these two photos?

8     A    It's difficult for me to see that there

9  was a change, but the area remains dark.

10     Q    Can you tell any change between the pit

11  trap on -- between the two photos?

12     A    No.  The -- the look angle is too low to

13  see a lot of change there.  I can just see that

14  the area is still active and there's a darkness to

15  it.  That's consistent with what we saw in 1938.

16     Q    And can you see any on-site landfills in

17  this image -- I mean, in either image?

18     A    I didn't identify that.  I don't

19  believe -- I don't see landfilling other than

20  possibly for development of those -- that new tank

21  over the pit and that it would have to be closed

22  somehow to put that tank over it.

1     Q    But you can't see any evidence of

2  landfilling?

3     A    Just that the tank exists.

4     Q    Do you identify any refinery activities

5  occurring in the 1940s -- circa 1940s image?

6     A    Well, I see the refinery is there.  I see

7  that the tanks are there.  I see that they made

8  additional tanks, or they constructed them.  Just

9  that It exists, and, you know, it's in operation.

10     Q    What happened or -- sorry.  Do you see

11  any debris in the 1940s image?

12     A    I did not call that out, so I haven't

13  seen any.

14     Q    What about any dumps?  Do you see dumps

15  in the 1940s image?

16     A    I do not see dumps.  I haven't specified

17  that, so I didn't see it.

18     Q    Are there any other significant

19  environmental features that you see in this photo?

20     A    I think we covered them all.

21     Q    Okay.  Let's move to the next image in

22  your report which is --

27 (Pages 102 - 105)

Randall Grip                                                    May 19, 2020

Page 106

1      MR. PETIT: Sydney, can I interject? I'm
2 not seeing Exhibit 4. Oh, now I am. And now it's
3 a PDF. Okay.
4 BY MS. MENEES:
5    Q   Okay. Are we good on Exhibit 4?
6    A   Yes, that's my annotations.
7    Q   Okay. For this September 8th, 1941
8 image, how did you determine the date of this
9 photo?
10   A   It was from the name or the file --
11     THE REPORTER: I'm sorry. It was from
12 the name...
13     THE WITNESS: The name of the file or it
14 was annotated on the back of the photograph and
15 scanned as well. It just -- I'd have to check my
16 records. But it's a specific -- it wasn't a
17 bracketed estimate. So -- I got that date from
18 one of those sources, either the name of the file
19 or from an annotated image.
20 BY MS. MENEES:
21   Q   And why did you include this image?
22   A   It shows the refinery, and there might be

Page 107

1 someone else that has some interest in what's seen
2 in the photograph.
3    Q   Did you note any significant
4 environmental features in this photo?
5    A   Just that the refinery exists. It's got
6 a tanker truck in the foreground again.
7    Q   Let's move to the next image. This is
8 labeled 1941 to 1954. How did you date this
9 image?
10   A   That was a similar situation. It's by
11 bracketing the dates of -- known dates with what's
12 seen in this image, and it gives me a range of
13 dates that this could have fallen in between.
14   Q   Did you compare this image to the circa
15 1940s image?
16   A   I have done a comparison. It definitely
17 shows new developments.
18   Q   What image did you use to bracket the
19 dates?
20   A   Well, since it says 1941 to '54, I would
21 have to say there's a '41 date in there and a '54
22 that would bracket the time frame that this

Page 108

1 photograph was taken.
2      THE REPORTER: Bracket the...
3      THE WITNESS: Time frame that this
4 photograph was taken.
5 BY MS. MENEES:
6    Q   The only 1941 photograph in your report
7 is from -- is the previous image, ground photo of
8 the refinery, the 9/8/1941 image. So you used
9 that photo bracket the time?
10   A   Yes.
11   Q   Okay.
12     MS. MENEES: Danny, can you pull up the
13 previous page of the report and this one? Can you
14 do a side -- yes.
15 BY MS. MENEES:
16   Q   So what in the 1941 image did you use to
17 bracket the time?
18   A   I could tell you it's the tanks to the
19 right side of the image, those vertical tanks that
20 are elevated. If you look at the photograph on
21 the left side, they're not there anymore.
22   Q   Can you circle where they would be in the

Page 109

1 left photograph?
2    A   Okay. It's hard to see. Do you want me
3 to mark them both?
4    Q   Sure. Is there anything else that you
5 used to bracket the time?
6    A   I don't -- I don't remember. I'd have
7 to -- I don't believe so. There could be other
8 things in there, but just as I sit here, I don't
9 remember exactly what it was.
10   Q   Are those -- do you see the two furnaces
11 in the 1941 image just to the left of the tanks
12 that you circled?
13   A   The two -- with the stacks in the middle?
14   Q   Yes.
15   A   Okay. I see that on the right
16 photograph.
17   Q   Could you circle those for me in both
18 images?
19   A   Okay. I can -- kind of zoom in a little
20 on the left image. It's fairly hard for me to see
21 it.
22   Q   Yeah.

28 (Pages 106 - 109)

Randall Grip                                                                May 19, 2020

Page 110

1    MS. MENEES: Danny, could you --
2    MR. HAMBRICK: In the left one, the
3 circle is going to move. You're going to have to
4 redo the circle on the left as well, on the
5 previous.
6    THE WITNESS: That's fine with me.
7    MR. HAMBRICK: So this area?
8    MS. MENEES: Yes.
9    THE WITNESS: Yes.
10    MR. HAMBRICK: There's a select tool that
11 you can use to move your existing one, or else
12 we're going to have to clear these and redo them.
13    THE WITNESS: Okay. Let me see. I can't
14 select. Huh? I see my mouse. I don't see a
15 select tool.
16    MS. MENEES: There you go.
17    THE WITNESS: Well, I can't move it,
18 then. Only you can move it.
19    MR. HAMBRICK: There's a select tool next
20 to text. Do you see the option is to add text?
21    THE WITNESS: Text, draw, stamp, arrow,
22 mouse -- mouse, text, draw, stamp, arrow. I don't

Page 111

1 see a select.
2    MR. HAMBRICK: Here, I'll just erase it.
3 I'll get rid of it.
4    MS. MENEES: Why don't we just delete --
5 I can -- we can redo the annotations, that's fine.
6    THE WITNESS: Okay. You're kind of going
7 beyond what I really did in the report.
8    Let's see. I guess these are them.
9 Let's see. And this is what I think -- I didn't
10 use these furnaces for my dating purposes, but
11 I -- I believe it's the vertical tanks that was
12 used.
13 BY MS. MENEES:
14    Q    Okay. So -- but based on these two
15 images, those furnaces are in the same place as --
16 in both photos?
17    A    They appear to be, yes.
18    Q    Okay.
19    MS. MENEES: Danny, could you take a
20 screen shot of this and label it as -- I think
21 Exhibit 4? Let me see what exhibit we're on now.
22    MR. HAMBRICK: This is going to be 5.

Page 112

1    MS. MENEES: Exhibit 5. Okay.
2    (Deposition Exhibit Number 5 was marked
3 for identification.)
4 BY MS. MENEES:
5    Q    Okay. This has been marked as Exhibit 5.
6 Mr. Grip, does this accurately reflect your
7 annotations on this photo?
8    A    Yes, my annotations for -- just as you
9 requested.
10    Q    Okay. Could we go back to the report on
11 page 47 and zoom out a little bit. Okay. Do you
12 see the large structure next to where the furnaces
13 you marked were?
14    A    Yes.
15    Q    Do you know what that structure is?
16    A    No. I can tell you it's a tall
17 structure.
18    Q    Does it look taller than any of the other
19 structures on the refinery?
20    A    It appears to be tall. I don't know if
21 it's taller than everything. It's well above
22 those features that you called the furnaces, I

Page 113

1 believe.
2    Q    Okay. Let me pull up --
3    MS. MENEES: It is D-23, Danny.
4 BY MS. MENEES:
5    Q    Mr. Grip, have you seen this -- or, I
6 would like to introduce -- or show you this
7 exhibit and mark it as Exhibit Number 6.
8    (Deposition Exhibit Number 6 was marked
9 for identification.)
10 BY MS. MENEES:
11    Q    So can you tell what refinery this is
12 for, Mr. Grip?
13    A    Well, it says Leonard refinery. So
14 Leonard Alma.
15    Q    Yeah. So that's the same refinery as we
16 were just looking at?
17    A    Okay. That's what it -- yes, that's what
18 it says.
19    MS. MENEES: Could we go to page 4 of
20 that exhibit? Could you zoom out a little bit,
21 Danny? For -- the last page of the exhibit.
22    MR. HAMBRICK: Last page?

29 (Pages 110 - 113)

Randall Grip                                                    May 19, 2020

Page 114

1      MS. MENEES:  Yeah.
2  BY MS. MENEES:
3     Q    Mr. Grip, do you recognize that
4  structure?
5     A    Yes.  That's what you were asking me
6  questions about on the other photograph.
7     Q    Okay.  Could you read the caption of that
8  photo?
9     A    Out loud?
10    Q    Yes.
11    A    "Back in 1947, when Leonard Refineries
12  built the midget cat cracker illustrated here, oil
13  men said it couldn't be done."
14    Q    That's good enough.  Thanks.
15        So it says that that structure was built
16  in 1947.  And that's within the range of your
17  dates for that photo, 1941 to '54, but it would
18  seem that if that structure was built in 1947,
19  that the photo must be from after 1947; is that
20  right?
21    A    Well, I don't know how long it took them
22  to build the midget cat cracker, but it would help

Page 115

1  me bracket it closer to that photograph, that
2  date.  My estimate still agrees with this.
3  It's -- my range is not wrong.  But this would
4  narrow it down some if that's the case.
5     Q    It would narrow it down to what, do you
6  think?
7     A    Well, assuming that it was started and
8  finished in 1947, then instead of 1941 to -- I
9  can't remember what the other date is -- '53, I
10  believe, or '54 -- it would be 1947 to '53 or '54.
11    Q    Okay.  Let's go back to Exhibit 1,
12  page 47.  So now looking back at this photo, would
13  you agree that it was taken in 1947 at the
14  earliest?
15    A    Well, if that article is correct, then,
16  yes, that cat cracker is visible.  I don't know
17  what was there before the cat cracker exactly, but
18  it does seem to indicate 1947 as the earlier part
19  of the bracketed coverage.
20    Q    So you also identified a burn pit in this
21  photo.  How did you identify that as a burn pit?
22    A    I believe, initially, it's an area dark

Page 116

1  in tone, and it's obvious some type of feature set
2  aside from development.  Quite often you'll have,
3  like I said before, disposal-type features set
4  away from operations.  And it may have been --
5  when I brought that up, someone may have said, oh,
6  that was this possible burn pit or -- I mean,
7  that's a classic look to a burn pit type feature.
8  Set aside, no obvious liquid surface.
9     Q    So when you said someone may have said
10  that's a burn pit, who is someone?
11    A    I don't recall where I got the
12  information on burn pit.  I don't know if I read a
13  document or saw it on a map.  I don't recall.
14    Q    Could it have been from one of the other
15  experts?
16    A    I mean, it could have been or I could
17  have just said from the positioning of it that
18  it's a burn pit.  I'm not certain.
19    Q    So what you can tell physically from this
20  pit is that there is no liquid surface?
21    A    Let's see.  I saw it in the vertical
22  photograph.  There's activity in that area.  I saw

Page 117

1  that it had a dark surface.  I don't think it had
2  berms or it had -- I just don't really recall.
3  But I noted that it was set aside from the
4  operations area.  And I don't recall why I called
5  it a burn pit.
6     Q    What about the pit in the upper right
7  corner, or what you labeled pits?  What can you
8  tell me about those pits?
9     A    Well, there were pits visible in that
10  area in the 1938 imagery.  I had showed you that
11  and discussed that.  And it's been -- they
12  increased the tankage up there and they reworked
13  those pit areas to be a different orientation,
14  this photograph.
15    Q    Okay.  So you can still tell that there
16  are pits in this image?
17    A    Yes.  I could see it in subsequent
18  vertical photographs as well.
19    Q    And then you also annotated in several
20  places or in a couple of places that tanks are
21  first visible.  So that is from all of the prior
22  photographs that you saw; these are the first

30 (Pages 114 - 117)

Randall Grip                                                    May 19, 2020

Page 118

1 times that you saw these tanks?
2    A   Yes.  It's in that bracketed coverage.
3 It shows change on the site, increased tankage on
4 the facility.
5    Q   Has the pit trap changed at all in this
6 image compared to previous images?
7    A   I could tell you the location looks to be
8 about the same, but with the angle that I'm
9 looking at in this photograph, I can't determine
10 the surface area, if it's changed.
11    Q   Could you actually see the pit in this
12 image, pit trap, or were you just marking where it
13 would be?
14    A   Well, I see where it would be relative to
15 other features here that are visible, and
16 I know -- and I can see the dark surface as well.
17    Q   And has the low wet area changed
18 significantly or changed at all since the previous
19 images?
20    A   I just see the location, and I'm
21 indicating where it is.  I didn't note a
22 particular change there.  But it gives the viewer

Page 119

1 an idea of where that is relative to tanks over
2 there on the left side of the photograph.
3    Q   Are there any other significant
4 environmental features in this photo?
5    A   That's all that I recall right now.
6    Q   Okay.
7        MR. PETIT:  Sydney, is that Exhibit 1 --
8 what page?
9        MS. MENEES:  This is Exhibit 1, page 47.
10 BY MS. MENEES:
11    Q   Okay.  Let's move to the next image.
12 This was a little bit small and hard to read in
13 the report.  So I found the original -- or a
14 bigger, higher resolution image of this map.  It
15 should be D-02.  It looks like we're on Exhibit 7
16 now.
17        (Deposition Exhibit Number 7 was marked
18 for identification.)
19 BY MS. MENEES:
20    Q   So I'm showing you, Mr. Grip, what's been
21 marked as Exhibit 7.  It is a Sanborn map of Alma,
22 Michigan.  And have you seen this document before?

Page 120

1    A   I don't know if I've seen that page.  But
2 I know I've seen Sanborns of Alma Leonard.
3        MS. MENEES:  Let's scroll -- can you
4 scroll to the next page, Danny?  Next page.
5 BY MS. MENEES:
6    Q   Is this a page that you've seen,
7 Mr. Grip?
8    A   Yes, it looks like it.
9    Q   Okay.
10        MS. MENEES:  Danny, could we zoom in on
11 the lower half where the north arrow is below that
12 and the whole -- I guess the whole image?  Yeah.
13 That.  Okay.
14 BY MS. MENEES:
15    Q   And then moving -- I guess, did you use
16 any of these markings in your annotations of the
17 aerial imagery?
18    A   Well, just to get the name of what they
19 called it when --
20        THE REPORTER:  I'm sorry.  Just to get...
21        THE WITNESS:  The name of what the
22 Sanborn company called these features.

Page 121

1 BY MS. MENEES:
2    Q   Okay.  And that was the pit trap
3 primarily, right?
4    A   Yes, I believe there's two features on
5 the right side of that screen.
6        MS. MENEES:  Danny, could we zoom in to
7 this very little -- where it says Leonard
8 refineries and to the end of the page?  So -- it's
9 still hard to see.
10 BY MS. MENEES:
11    Q   Do you see where it says "trap," though?
12    A   Yes, I see it.
13    Q   And this is one of those instances where
14 it was labeled trap on the map, but you labeled it
15 a pit.  Why did you call it a pit?
16    A   I'm not sure that I did.  Didn't I call
17 it trap?  Well, to me, a trap or a pit or a sump
18 can be interchangeable.  I mean, that's something
19 that's there to capture oil or waste material.  I
20 see the item.  It has the same view.  But I
21 thought I called it trap on my images, but
22 maybe --

31 (Pages 118 - 121)

Randall Grip                                                    May 19, 2020

Page 122

1    Q   As I recall, it said -- we can go back
2  and show you this, but it said pit, in
3  parentheses, trap on Sanborn.
4    A   Okay.  Well --
5    Q   So those were used interchangeably; is
6  that correct?
7    A   Yeah.  In this case, it looks like it's
8  an environmentally significant feature.
9    Q   Okay.  Also, right below the trap, it
10 says, "burn down sump."  Did you note that in any
11 of your aerial images -- aerial image analysis?
12   A   I believe I labeled that, but you'd have
13 to turn the page and let me refresh my memory.
14   Q   Okay.  There's just one more thing before
15 we go back to that.  Do you know when this map is
16 from?
17   A   I had the date.  I don't recall, as I sit
18 here.  You'd have to look back at the date that I
19 used.
20      MS. MENEES:  Okay.  Danny, can we zoom
21 out and go back to the whole document?
22 BY MS. MENEES:

Page 123

1    Q   Is there a place on the Sanborn map where
2  you can see what the date is?
3    A   I believe there are several places on the
4  Sanborn.
5    Q   Can you direct us to where there is one?
6    A   Well, this is one.  There might be some
7  revision dates in here.  That could be a date
8  maybe when the initial map came out under the
9  thing -- upper right corner.
10   Q   Okay.
11      MS. MENEES:  So can we zoom in on the
12 upper right corner, Danny?
13      THE WITNESS:  Okay.  Well, just an
14 example.  There's a July 24 when it was initially
15 placed there, I guess the map of Alma, Michigan.
16 Additional sheets, September '38.  You know, I
17 guess they added additional sheets with
18 development.  And there's also revisions to this
19 as well.
20 BY MS. MENEES:
21   Q   Where would you find out when those
22 revisions took place?

Page 124

1    A   Oh.  Sometimes they have notes by the
2  features that are new.  You know, I don't know if
3  it was the name of the scan.  Someone else said
4  they had done a study on the revisions of this.  I
5  don't recall.
6    Q   Okay.  So sitting here today, you can't
7  determine what the date is for this map?
8    A   Well, I don't recall what I used to
9  determine the date of that map.  I know that it
10 was taken from a revision or something like that.
11   Q   Okay.  You dated this map December 1948
12 in your report.
13   A   Okay.
14   Q   But you don't know how you got to that
15 date from 1938?
16   A   I don't recall, but I believe, if you
17 look at the items that are on the map, it shows
18 change that would have happened between '38 and
19 '48.
20      But the real thing that I used this map
21 for is the location of that pit that was visible
22 in 1938 photography and it was also visible after

Page 125

1  that, and it just gave me the name of that
2  particular feature.  There is no significance
3  other than that for this particular map.  It gave
4  me a more specific name for that trap or pit and
5  the burn-down sump.
6    Q   Okay.
7      MS. MENEES:  Can we zoom out a little bit
8  again, Danny, and go back to the bottom of the
9  photograph where the map of the refinery is?  A
10 little bit bigger than that so he gets the whole
11 refinery.
12 BY MS. MENEES:
13   Q   Can you tell where the property line is
14 in this image?
15   A   I don't see -- I see some fence lines in
16 there, but, you know, I didn't do an analysis of
17 fence lines or property lines.  I just identified
18 refinery operations in that area.
19   Q   Okay.  Do You recall in the 19 -- the
20 circa 1940s photo, there were five tanks that you
21 noted that helped bracket the time?
22   A   Yes.

32 (Pages 122 - 125)

Randall Grip                                                    May 19, 2020

Page 126

1  Q   You could see those in this image?
2  A   I believe I see them, yes.
3  Q   Could you circle them for me?
4  A   I lost my annotation tools.  Let's see.
5      Danny, is there something that's changed?
6 Because I no longer have annotation capabilities.
7      MR. HAMBRICK:  No, nothing has changed.
8 Is it hidden behind something?  Maybe the
9 annotation bar is behind another screen.
10     THE WITNESS:  It's not there.  I don't
11 know what to tell you.  Let me see.  I'd annotate
12 it, but there's no -- I can share my screen and
13 show you what I see, but there's no annotation bar
14 anymore.
15     MS. MENEES:  Can we go off the record for
16 a second?
17     (Discussion held off the record.)
18     THE WITNESS:  Okay.  This is what --
19 let's see.  This is what I think are the tanks,
20 but I'm not looking at this with a georeferenced
21 image so I'm not certain that that's the feature
22 but it appears to be relatively -- just because

Page 127

1 it's in that bottom right corner and it's the same
2 number.
3 BY MS. MENEES:
4  Q   Okay.  And when did you -- you had
5 pinpointed when those tanks first appeared and
6 then when they disappeared; isn't that right?
7  A   It wasn't a focus of my analysis, but
8 that's something that I looked at to help date
9 photography.  I don't have it memorized, the dates
10 that it came in and when it was last seen.
11  Q   Okay.
12     MS. MENEES:  Danny, could you take a
13 screen shot of this?
14     MR. HAMBRICK:  I have it.  We're going to
15 add it as 8?
16     MS. MENEES:  Yes.
17     (Deposition Exhibit Number 8 was marked
18 for identification.)
19     MR. HAMBRICK:  Okay.  It's available in
20 the marked exhibits now.  I'm going to show it to
21 him shortly.
22     MS. MENEES:  Thanks.

Page 128

1 BY MS. MENEES:
2  Q   Mr. Grip, does that accurately reflect
3 your annotation on the 19 -- on the Leonard
4 Sanborn map?
5  A   Yes.  As you requested, I circled what I
6 thought were those tanks that we had discussed
7 earlier.
8  Q   Okay.  Going back to your expert report,
9 Exhibit 1, let's go to page 46.  Those tanks
10 appeared in this image, and then going to the next
11 page, you noted they were not in this image.  So
12 could that help you date the Sanborn map?
13  A   Well, this is a range date too.  So I
14 wouldn't typically use that.  It's too big of a
15 bracketed date to do a comparison, but it does
16 show that those features are removed.
17     But I'm not trying to testify on how
18 Sanborns are made.  You know, when they update
19 these things, they could have taken them off or --
20 or failed to update that particular area.
21  Q   Right.  I was just trying to get some
22 clarity on the date of the Sanborn map because

Page 129

1 it's dated 1938, but in your report it says 1948.
2 So --
3  A   Well --
4  Q   Go ahead?
5  A   We can look at another photograph, but I
6 wouldn't use this bracketed date to narrow down
7 that image, or map date.
8  Q   So in this 19 -- this is -- if you
9 recall, we talked about this image and the large
10 structure that appeared first in 1947.  So would
11 it be fair to say if the tanks are in the Sanborn
12 map and they're not in this image and the tanks
13 are in the 1941 image, that the Sanborn map was
14 made sometime between 1941 and 1947?
15  A   Assuming they updated every feature
16 correctly on the Sanborn map, you could say
17 something like that.  Again, I'm only using the
18 Sanborn to get the name of what that pit or trap
19 from the Sanborn says.  And that trap or pit was
20 there before and after the Sanborn date either
21 way.
22  Q   Let's move to page 49 of this report.

33 (Pages 126 - 129)

Randall Grip                                                    May 19, 2020

Page 130

1 How did you determine the date of this photo?
2    A    This was annotated on the film or it was
3 found on metadata included with the scans.
4    Q    Okay.  And what significant environmental
5 features do you see in this photo?
6    A    Well, we still see north of the
7 Chesapeake and Ohio Railroad the presence of those
8 pits and that they have changed since the 1938
9 photograph.  They've been reoriented and a new
10 tank has been produced to the north -- or
11 constructed to the north of the location.
12       We still see the pit or -- that was
13 called a trap on the Sanborn in that area.  I've
14 indicated the dark rectangular surface and the
15 fact that it's in the exact same place with
16 georeference photographs.  And I still see the
17 area of the burn pit is still disturbed and
18 unredeveloped on this date.
19    Q    Okay.  So what can you tell me about the
20 pits in this image?  Can you tell how big they
21 are?
22    A    Well, I haven't made that analysis.  But

Page 131

1 I could measure these pits on my imagery.  Yes.
2 But I haven't memorized that.
3    Q    Okay.  And can you tell whether they're
4 filled?
5    A    Well, they still have an opening.  They
6 still have the signature of their existence.
7 There's been no obvious material pushed over it to
8 close it.  So it still exists.  Although the one
9 up to the north has definitely changed from its
10 original footprint.
11    Q    So it changed -- how so?
12    A    Well, it's been moved slightly to the --
13 well, first of all, there's two large rectangular
14 areas where, before, it was a singular rectangular
15 area with kind of bays, I would say, inside it.
16       THE REPORTER:  Kind of...
17       THE WITNESS:  Bays, B-A-Y-S.  So there's
18 been some change to the pits there.  They've been
19 reoriented.
20 BY MS. MENEES:
21    Q    What do you mean by bays?
22    A    Well, instead of just being, say, one

Page 132

1 rectangle, if you look in the 1938 photograph,
2 it's a rectangular area with smaller pits or walls
3 that separate materials.
4    Q    Okay.  Is there any change to the low wet
5 area?
6    A    I didn't note a change.  It remains to be
7 a low area south of the tanks.
8    Q    Okay.  Let's move to the next image.  So
9 it looks like you made some blue notations on
10 this.  What are those?
11    A    Those are drainage pathways around the
12 site, either a visible ditch or some kind of
13 drainage feature that was visible in the aerial
14 photography.
15    Q    How did you identify those by looking at
16 the aerial photographs?
17    A    Well, when I look at aerial photographs,
18 I have a -- remember, a three-dimensional view of
19 these things.  So I can see low areas -- if
20 there's a topographic low area, I can see it.  I
21 can also see the signature of a ditch being a
22 straight line that may be dark if it's wet or low.

Page 133

1 That's basically how maps are made.
2    Q    So it was based on the topographic
3 change?
4    A    In a topographic change or I see the
5 signature of a drainage feature in that area.
6    Q    Could you see those drainage features on
7 any of the previous images?
8    A    I probably could.  I didn't map them on
9 every date.
10       THE REPORTER:  I didn't map them...
11       THE WITNESS:  On every date.  I typically
12 pick a higher resolution date that gives you an
13 idea of the drainage.  So the lower altitude,
14 higher resolution, I can identify drainage
15 features easier.
16 BY MS. MENEES:
17    Q    And the pits from the 1953 photo are
18 still visible in this photo?
19    A    Yes.  They're, again, reoriented compared
20 to the 1938.  There's been some change there.
21    Q    Changes from the 1938 photo or the 1953
22 photo?

Randall Grip                                          May 19, 2020

Page 134

1   A   I'm sorry, the 1938 photo. The basic
2   footprint is the same since 1953.
3   Q   Are there any other significant
4   environmental features in this photo?
5   A   It does show an active an area around the
6   pit. That was labeled a trap from the Sanborn.
7   It's still visible. And then a more distinct
8   area, I believe, where the burn pit is, still set
9   aside and undeveloped.
10  Q   Okay. Let's move to the next image.
11  What is -- why did you include this image?
12  A   There may be some interest. It was a
13  photograph that I had. I didn't know if someone
14  involved in the litigation would be interested in
15  this. But it shows the pits that are there and
16  some new tanks.
17  Q   So those tanks are visible there for the
18  first time in the 1957 image?
19  A   Yes. That's what I have labeled.
20  Q   Are there any other significant
21  environmental features of this photo.
22  A   None that I've labeled.

Page 135

1   Q   Okay. We've now gone through all of the
2   photographs of Leonard. Did you identify any
3   leaks at the Leonard refinery?
4   A   I guess there's a potential area to look
5   for -- I didn't specifically call it a leak -- but
6   that low wet area south of the tanks. But that's
7   all that I recall.
8   Q   So that low wet area, why didn't you
9   label it as a leak?
10  A   Well, I don't see a leak, but it's a
11  consistently wet area. I just called that out as
12  a feature of interest.
13  Q   But you're not comfortable going on
14  record and saying it is a leak?
15  A   I don't see -- I can't specifically
16  narrow it down that far. But like I said, someone
17  else -- if someone else has other information
18  about that, then that would help determine what
19  that is.
20  Q   Did you identify any spills at the
21  Leonard refinery?
22  A   Much of the resolution that I'm looking

Page 136

1   at, I don't see specific spills. I don't recall
2   specific spills in this one.
3   Q   Did you identify any releases at the
4   Leonard refinery?
5   A   Visually, I can't see, like, a spill or a
6   ruptured tank wall or anything like that. I mean,
7   I can't see beneath the surface. So if there's
8   been some contamination relative to the pit,
9   disposal-type features, then that's somewhere to
10  look.
11  Q   Did you identify any waste removal at the
12  Leonard refinery?
13  A   I'm not sure -- removal? I'm not sure
14  how I would see removal. I didn't identify
15  excavation other than the creation of those pits.
16  Q   Did you identify any landfilling at the
17  Leonard refinery?
18  A   No, just --
19      MR. PETIT: Object. Asked and answered.
20      THE WITNESS: Just that I saw creation of
21  pits.
22  BY MS. MENEES:

Page 137

1   Q   Did you identify any environmental
2   contamination at the Leonard refinery?
3   A   Well, I never -- you don't identify
4   contamination. I can't see chemicals. But I can
5   see features that are -- that would be a source of
6   contamination. And in that way, yes, I see pits.
7   But I can't see contamination itself.
8   Q   Okay. So the pits would be the source of
9   any environmental contamination? There's nothing
10  else?
11  A   Well, I'm not saying there's nothing
12  else, but relative to the aerial photographs,
13  those would be the sources -- potential
14  contamination sources.
15  Q   Did you identify any disposal activity at
16  the Leonard refinery?
17  A   I would consider the pits to be a
18  disposal activity. Also, the burn pit, which is
19  also a pit, would be considered a disposal
20  activity.
21  Q   Okay. So you didn't see any activities,
22  anything except -- sorry, strike that.

35 (Pages 134 - 137)

Randall Grip                                          May 19, 2020

Page 138

1       You only saw the pits with respect to
2  disposal activities, though. You didn't see any
3  other indications of a disposal activity?
4     A    Well, as I answered before, I didn't see
5  landfilling. The focus of what I saw on this site
6  was pits, though. So I don't know if that answers
7  your question, but pits is all that I identified
8  as a disposal activity.
9     Q    Okay. But there was no actual activity
10 of putting items in the pit that you saw?
11    A    Okay. Well, I didn't see a tanker back
12 up into the pit and unloading waste into the pit,
13 but that -- I don't need to see that to know that
14 that's a disposal feature; a pit is a very
15 classic-looking disposal feature.
16    Q    And besides that one 1941 image, did
17 you -- well, that wasn't taken in December 1941;
18 it was taken in -- September 8th, 1941. Did you
19 see any images of the Leonard refinery that were
20 definitely taken between December 1941 and 1945?
21    A    I don't know -- let's see. All that I've
22 seen I've included in my report. I know -- I can

Page 139

1  determine what happened to an extent in between
2  the two photographs -- if I see something before
3  the period with no photographs and after, I could
4  tell that something has changed in that time
5  period, but I -- if it's not listed in my map, in
6  my report, I haven't seen. So everything I've
7  seen I've included in the report.
8     Q    Okay.
9        MS. MENEES: Shall we take a break?
10       (Whereupon, a short recess was taken.)
11 BY MS. MENEES:
12    Q    All right. I'd like to go to page 55 of
13 Exhibit 1. And just quickly, before we get into
14 this, Mr. Grip, did you confer with counsel during
15 break the? You're muted.
16    A    Sorry about that. Yes, I spoke with him.
17    Q    Did you discuss any of the substance of
18 your testimony?
19    A    To slow down, you know, I'm having
20 trouble speaking too fast and the court reporter
21 is not catching me. I was asking if I'm loud
22 enough.

Page 140

1     Q    Okay. So this is a plat plan of Midwest
2  refinery. It is undated. Do you have any -- and
3  you didn't provide an estimated date either. Do
4  you know when this plat plan is from?
5     A    I made no attempt to narrow the date down
6  and I didn't have a date on it. So it's just to
7  show what those features were that we'll be seeing
8  in later dates.
9     Q    Okay. Let's move to the next -- sorry.
10 Were you going to say something?
11    A    Or where they are relative to other
12 features that are seen. So I made no attempt to
13 date that.
14       MR. PETIT: I'm sorry. Sydney, what page
15 is that on Exhibit 1?
16       MS. MENEES: 55.
17 BY MS. MENEES:
18    Q    Moving to the next image. This is a 1937
19 photograph. There are no significant
20 environmental features in this photo, right?
21    A    Well, I mean, it shows the -- I don't see
22 pits or anything like that, but I see that there

Page 141

1  was some development there on that date. That's
2  all.
3     Q    Moving to the next photograph. There are
4  no significant environmental features in this
5  photograph, right?
6     A    Just insofar as there's no pits labeled,
7  but there may be a significance to what's
8  developed there to someone else.
9     Q    And the next photograph is also a ground
10 photo. Are there any significant environmental
11 features in this photograph?
12    A    Again, I've not identified pits or
13 anything like that, but someone else could see
14 significance to what's developed there.
15    Q    And how did you date these -- the three
16 ground photos as from 1937?
17    A    It would be either in the file name or
18 from the back of the photograph. I'd have to
19 refer to my notes.
20    Q    All right. Let's move to the next image.
21 That's page 59 of Exhibit 1. This is labeled
22 6/26/1938, Alma, Michigan. And what significant

36 (Pages 138 - 141)

Page 142

1 environmental features do you see in this photo?
2    A   Well, I see the location of a pit to the
3 south of -- or -- well, just offset from a levy
4 system for the tanks north of the rail spur.  And
5 I see the presence of the tanks and the fact that
6 the facility is in operation.
7    Q   You noted a pit that looks like it's on
8 the rail spur.  Is it typical to see a pit that
9 close to rails?
10       MR. PETIT:  Objection.  Assumes facts not
11 in evidence.
12       THE WITNESS:  It's not -- it's close to
13 the rails.  It's not on the rail.  It's -- it's
14 within a berm surrounding some tanks.  It's kind
15 of split the berm in that area.
16 BY MS. MENEES:
17    Q   And how did you come to identify that
18 feature as a pit?
19    A   It's a classic pit-type feature.  It's
20 got berms.  It's not containing a spill.  It's not
21 associated with tankage.  And it's just off by
22 itself, dark in tone.

Page 143

1    Q   You have marked on this photograph as
2 well, "Access road visible and future location of
3 landfill."
4       What is the significance of that marking?
5    A   Well, it shows there's activity in 1938,
6 that there's an access.  It's a dirt path that
7 goes back into the woods there with a turnaround.
8       And then later here, as you'll see, a
9 very distinctive landfilling-type operation or
10 disposal operation in that area.
11    Q   Could landfilling be already occurring in
12 this image?
13    A   I don't -- I don't see a significant
14 elevation change from the natural surroundings.
15 It just looks to be a dirt road.  I can't say that
16 there's not some very small amount of material
17 there.
18    Q   Is there anything else significant about
19 this photo?
20    A   That's all I have labeled.
21    Q   Okay.  Let's move to the next image.  Are
22 there any significant environmental features in

Page 144

1 this photo?
2    A   I don't have any pits marked, but it
3 shows how the berms are set around the tanks and
4 it would contain --
5       THE REPORTER:  I'm sorry.  How the berms
6 are set...
7       THE WITNESS:  Surround the tanks.
8       MR. PETIT:  Randy, I don't know, but your
9 voice kind of comes in and out a little bit.  So
10 maybe scoot a little further back from your
11 microphones.  I'm thinking -- well, maybe not that
12 far back.  We'll see.  I know what Denise is
13 having a hard time with.
14       THE WITNESS:  I'll try to slow down to
15 make -- I think it's clipping to start again.
16 Okay.  I'll do my best to slow it down.
17 BY MS. MENEES:
18    Q   Okay.  So you were saying that there are
19 berms around the tanks in this image?
20    A   Yes.
21    Q   And then moving to the next image, is
22 there anything significant about this image?

Page 145

1    A   No.  It's just the structure of the tank
2 that I saw.  I don't see any pits or anything like
3 that.
4    Q   Moving to the next image, it looks like
5 the same tank without a person.  Is there anything
6 significant about this image?
7    A   No.  It's a photograph I had, so I wanted
8 to include it in my report.
9    Q   Moving to the next image, what can you --
10 what -- are there any significant environmental
11 features in this photo?
12    A   Well, it shows the tanks and how close
13 they are to the rail.  It also shows just the
14 surface within the boundaries of the tanks.
15 But -- I don't see obvious spills, but I mean, you
16 could see where they would be contained in those
17 berms if they did occur.
18    Q   So you wouldn't characterize the berms,
19 the bermed areas, as a pit?
20    A   No.  That's a bermed area.  It's a
21 retaining levy area or dike.
22    Q   And what about the light part on the

37 (Pages 142 - 145)

Randall Grip                                                                    May 19, 2020

Page 146

1 bottom left-hand corner of the photo, what is
2 that?
3     A    I believe it's a shed surface, shed roof.
4     Q    And then if we go back to page 59 of
5 this, where in the image, the aerial image, was
6 that ground photograph taken?  Can you tell?
7     A    I haven't really analyzed exactly where
8 it was.  I mean, it's somewhere along the rail
9 spur.  I can't tell the direction.  I haven't
10 attempted to.  It could be facing east or west
11 along that spur.  It's got tanks on both sides of
12 the spur.
13     Q    Okay.
14     A    If I looked at it more, I might be able
15 to narrow it down, but I didn't attempt to.
16     Q    Let's move back to page 64 of
17 Exhibit 1.  This is the next photograph in your
18 report.  Do you know what the dark liquid is in
19 this photo?
20     A    Well, I can't taste it or touch it, but,
21 I mean, it's an oil tank and it's down the side of
22 the oil tank, so I would have to say it's oil.

Page 147

1     Q    Okay.  And do you know what stage of oil
2 it is?  Do you know whether it's crude or product
3 or what?
4     A    I'm not -- I have to look at the tanks
5 based on that.  I'm not sure, as I sit here.
6 There may be documents that show what's in those
7 particular tanks, but I made no attempt to do
8 that.  It's an obvious spill-type feature.
9     Q    Okay.  Let's go to --
10     A    I did want to -- you had asked me if I
11 failed to point something out, what have you.
12 That pit that we saw along the -- north of the
13 rail spur can be seen in the bottom portion of
14 that screen, how it's offset from the berms.
15     Q    Could you circle that for me?  So that is
16 the pit you noted in the 1938 aerial?
17     A    Yes, you can see that it's offset from
18 the line of the -- the berm that goes around the
19 other tanks where it kind of splits the berm.
20     Q    So can you tell what liquid is in the
21 pit?
22     A    No, I can't give you a tone or anything

Page 148

1 like that because it's just reflecting -- you
2 know, it's light reflecting off it.  It's like a
3 mirror to the sky.  But, you know, it's not
4 capturing a spill from, you know, a tank.  So, you
5 know, it's got -- it looks to be a disposal-type
6 feature to me.  Maybe tank bottoms or something
7 like that.
8     Q    Tank bottoms?
9     A    Yes.
10     Q    What does that mean?
11     A    Well, when they clean out the tank, if
12 they're going to change what they put in it -- you
13 know, there's different reasons for clearing out
14 material that settles at the bottom of the tank.
15 But that's one of the type -- usages in
16 refineries, is handling tank bottoms.
17         I've seen them put them into pits and
18 leave them there, or sometimes they'll dig a hole
19 within the berm of the pit and bury it.  But
20 that's generally a feature that's short lived.
21 You don't always see it.
22     Q    Do you typically see pits like this so

Page 149

1 close to rail spurs?
2     A    I wouldn't say it's typical, but it's not
3 something that's totally unheard of either.  I
4 mean, it's not like it's -- it's so far from the
5 rail that it's affecting the cars or anything.
6 It's not abnormal.
7     Q    You mentioned that disposal areas are
8 sometimes more removed from the refinery area, but
9 this seems to be in the middle of the refinery.
10 Is that unusual if it were a disposal area?
11     A    Well, it's not in the middle of the
12 refinery.  It's associated with the tank farm.
13 And there are several instances that I've seen
14 with other refineries that showed pits out in the
15 tank farm as well.
16         Now, pits that are near where the process
17 area is, yeah, they're generally set aside in
18 unused areas.  But when you see a pit near the --
19 a tank farm, generally it's used to handle
20 material that's either spilled into a bermed area
21 or the tank bottom, something like that, so they
22 don't have to truck it around too much.

38 (Pages 146 - 149)

Randall Grip                                                                                      May 19, 2020

Page 150

1    Q   Why didn't you label this as a pit in
2  your expert report?
3    A   I just -- I didn't.  There's a lot of
4  sites.  I just didn't mark them, but in review, I
5  said, oh -- you know, I saw it in the review.
6    Q   Could the liquid in the -- that alleged
7  pit be water?
8    A   Well, these pits are open to the surface,
9  to the sky.  So anytime there's a precipitation,
10  there's going to be some element of water to it.
11  But they're not designed to capture water.
12  They're a disposal-type feature.  Why they make a
13  pit is to dispose of features.  It's not for
14  collecting water, typically.
15    Q   That may be why, but could it be water?
16    A   I said there could be water in there, but
17  I would also say, if you sample it, you'll find
18  product or some kind of petroleum-type product
19  there.
20    Q   You're willing to go under oath and say
21  it's definitely got a petroleum product in there?
22    A   I would say it's more likely than not

Page 151

1  it's got petroleum product in it.  I would also
2  say that there was probably some precipitation
3  gathered in that area too.  It's not just water.
4  I'd say that's very, very unlikely.
5    Q   Are there any other significant
6  environmental features in this photo?
7    A   I think we covered them with the tanks
8  and the pit area.  That's it.
9        MR. PETIT:  Randy, can you move your
10  video camera?  I just see the top of your -- there
11  you go.
12        Sydney, what page was that?  I'm sorry.
13        MS. MENEES:  This page is 65.
14  BY MS. MENEES:
15    Q   I'd like to skip ahead a little bit to --
16        MR. HAMBRICK:  Do you want to mark this
17  as an exhibit?
18        MS. MENEES:  Oh, yes, please, Danny.
19  Mark that as an exhibit.
20        MR. HAMBRICK:  This is going to be
21  Exhibit 9.
22        (Deposition Exhibit Number 9 was marked

Page 152

1  for identification.)
2  BY MS. MENEES:
3    Q   So this has been marked as Exhibit 9, the
4  1945 ground photograph in Alma, Michigan.  Does
5  this accurately reflect your annotation on the
6  photo?
7    A   Yes.
8    Q   Okay.  Could we open up now D-24.  And
9  scroll to the next page.  Next page.  Yes.
10        So this is a Sanborn map for Midwest
11  Refineries.  It's from your report, but this image
12  is high resolution.  Could you look at where the
13  pit is that you just talked about in the 1945
14  ground photo?  Is that marked in this image?
15    A   The pit is delineated.  It's not labeled
16  as a -- they didn't mention what it was.  It's
17  just -- they've got the actual thing circled, or
18  mapped, but it's not labeled.
19    Q   So it's not labeled anything in this
20  Sanborn map?
21    A   Right.  I mean, Sanborn maps are for
22  fire, but they happened to mark that one

Page 153

1  particular area that I can clearly see in the
2  photography as well.
3    Q   And then do you see the box in the upper
4  right-hand corner that says crude oil?
5    A   Okay.  Yes.
6    Q   The tanks in the ground photograph have
7  what you labeled as dark liquid on the top.  Do
8  you recall that?
9    A   Yes.
10    Q   And the tanks that had that dark liquid
11  on them are crude oil tanks.  Do you see that?
12    A   Some of them are crude oil.  I think I
13  saw some across the rail spur as well, but I
14  couldn't tell you which one was leaking.
15    Q   So if this Sanborn map labels those tanks
16  as being crude oil tanks and those same tanks have
17  dark liquid on them, would you say it's more
18  likely than not that's crude oil?
19    A   Well, as I said, when I was going over
20  it, I don't know if they changed what the oil is
21  in those areas, so I don't know how much they
22  focused on the Sanborn mapping to label those

39 (Pages 150 - 153)

Randall Grip

May 19, 2020

Page 154

1 features. But, I mean, it could be crude oil
2 based on that map. I don't know if they changed
3 it or what.
4    Q   So are you disputing the accuracy of the
5 Sanborn map?
6    A   I'm not testifying to the accuracy of the
7 Sanborn. It's just a common map that shows names
8 of features. At one point I believe that they
9 believed that was crude oil. But, I mean, if
10 someone comes back and has records from this
11 facility that disagree with the Sanborn, I would
12 say the facility knows better what's in those
13 tanks than the Sanborn company.
14    Q   But you used the Sanborn maps to verify
15 different features at the sites, correct?
16    A   Names of features. I -- I got that from
17 Sanborns, and it confirmed what I was seeing in
18 the imagery is there. I mean, the Sanborn could
19 confirm that there were tanks up there, certainly,
20 but that's an obvious feature.
21       If the Sanborn includes something, that
22 doesn't mean that it's not [sic] there. And

Page 155

1 sometimes, you know, the dates aren't that
2 accurate. It just depends on the mapper for the
3 Sanborn company in that area. I've seen it when
4 the maps are very accurate. I've seen it when
5 they're just -- the dates are estimates.
6    Q   Okay. Let's go back to Exhibit 1 and
7 image page 65.
8       MR. PETIT: Sydney, are you introducing
9 that Sanborn?
10       MR. HAMBRICK: This is going to be
11 Exhibit 10.
12       MS. MENEES: Oh, yes, that's Exhibit 10.
13 Sorry.
14       (Deposition Exhibit Number 10 was marked
15 for identification.)
16 BY MS. MENEES:
17    Q   So going to -- can we zoom in on page 65
18 alone.
19       Did you note any -- you didn't note any
20 significant environmental features in this photo,
21 right?
22    A   I didn't note them. There's a wet

Page 156

1 surface on the ground, I believe. This is kind of
2 from memory. There may have been a rainfall
3 event, but I didn't note specific pits or anything
4 like that on this date.
5    Q   And just going back quickly to the 1945
6 image before it, how did you determine the date of
7 this photo?
8    A   It was either the name of the file or --
9 we'll often have the scan of the back of the
10 photograph. But I don't remember what this one is
11 in particular.
12    Q   And you don't have any more information
13 about when in 1945 this may have been taken?
14    A   No.
15    Q   Okay. Let's go to page 67. So you noted
16 dark liquid on the side of the tanks here. Do you
17 know what that is?
18       MR. PETIT: Sydney, is that 67 or 68? 67
19 should be the Sanborn map in his report.
20       MS. MENEES: Okay. Then it's 68.
21 BY MS. MENEES:
22    Q   Do you know what the dark liquid is in

Page 157

1 this photo?
2    A   It's obviously a spill feature. I would
3 say it's some type of petroleum.
4    Q   Is the pit that you labeled in the
5 previous train car image in this image as well?
6    A   I don't believe it is. I don't remember
7 the direction that this photograph was taken, but
8 it may be just a different area.
9    Q   Is there -- are there any other
10 significant environmental features in this photo?
11    A   Not that I've labeled or can recall.
12    Q   And nothing new that you see now?
13    A   No.
14    Q   Let's go to the next image. Actually, go
15 back to the previous image. So you have the
16 direction noted in the lower -- in the bottom part
17 of the image.
18    A   Okay.
19    Q   And going back a few pages to the train
20 car image, that arrow is in the same direction,
21 correct?
22    A   It looks to be, yes.

40 (Pages 154 - 157)

Randall Grip                                            May 19, 2020

Page 158

1    Q   So these two photos were taken in the
2  same direction, both with train cars, right?
3    A   Yes.  The position that they were taken
4  is not that clear.  They're not from the same
5  position.  So I don't know if the tank would be in
6  the fore- -- or the pit would be in the foreground
7  of the next photograph anyway.  They can't see the
8  tanks that are to the left on that other
9  photograph.
10   Q   Right.  Going back to the other
11  photograph, you can see there -- well, this
12  photograph has a ladder in the -- or what looks to
13  be some sort of ladder in the left-hand side.  And
14  the subsequent photo also has a ladder-looking
15  feature in the left-hand side.  Do you see that?
16   A   Show me the other photograph.  Well, I
17  see a ladder.  I don't know if that's the same
18  ladder, but I don't see -- I see one tank well
19  down the line on the left side.  I don't see any
20  of the other tanks.  So I can't tell where that
21  photograph is cropped, you know, what -- if I
22  would be able to see that pit or not.

Page 159

1    Q   Okay.  Let's move to the next image.  You
2  noted landfilling in this photo.  How could you
3  tell it was landfilling?
4    A   Well, I can see -- first of all, the
5  signature of disturbance, I can obviously see an
6  elevation change in that area.  It's a very
7  classic disposal feature.  I map landfills all the
8  time, and it's exactly what they look like.
9    Q   You mentioned that landfills aren't
10  always for disposal.  Is there a characteristic of
11  landfills that would indicate this one was for
12  disposal?
13   A   Well, I would typically call it just
14  filling.  That would be filling for construction
15  or raising up the elevation for development in a
16  flood area or in a low lying area.  But this is --
17  obviously, there's multi-tone materials going in
18  there.  And in other dates it's higher resolution;
19  you can definitely see some signatures of disposal
20  in that area.
21   Q   And the signatures of disposal
22  specifically are what?

Page 160

1    A   Mottled-toned materials, you know,
2  different tones, different changing -- obviously
3  changing type materials.  And also you have to
4  look at the context:  What would be the reason to
5  bring dirt into that area?  There's no --
6        THE REPORTER:  What would be the reason
7  to...
8        THE WITNESS:  Just bring regular dirt in
9  that area.  There's no reason for that.  But it's
10  a classic landfill-type operation.
11  BY MS. MENEES:
12   Q   If this -- if what you labeled
13  landfilling was to control flooding, how would it
14  look different?
15   A   Well, it would have to go around the
16  river.  They would have to berm off the entire
17  river or the creek up there to the north to have
18  any effect on flooding control, because the area
19  to the east of that fill area is low, so that
20  entire area would have to be filled to do any kind
21  of control of flooding with respect to the
22  refinery.

Page 161

1        Plus, down further to the south, there's
2  an actual berm that's been constructed that does
3  that on its own.  But I would say the berm is more
4  to control an outfall rather than to keep water
5  from coming into the refinery.  It's keeping water
6  and waste from going into the river.
7    Q   How certain are you this is for disposal
8  and not for another purpose?
9    A   I'm very certain, more likely than not.
10  If you sample it, I would almost guarantee you
11  you're going to find contamination in that area.
12   Q   What do you mean by circular
13  feature/possible flare?
14   A   Well, it's -- as I said before, a burn
15  pit is a circular-type feature.  This image is
16  medium to low resolution.  I can detect a circular
17  feature.  You know, I think it's either a burn pit
18  or some kind of activity in that area.  So I was
19  trying to narrow it down.  It's set aside from
20  just landfilling activities.
21   Q   So you didn't label this a burn pit, but
22  it could be; is that right?

41 (Pages 158 - 161)

Randall Grip                                                                    May 19, 2020

Page 162

1    A    Yes.  And if there's other information
2  that sheds more light on it, it would raise my
3  confidence to that area.  But the entire area
4  looks like a disposal-type area.
5    Q    What about the liquid that you noted in
6  this image?  Can you tell where that's coming
7  from?
8    A    Well, it's a combination of sources.  I
9  mean, it would -- the berm would stop liquid from
10 flowing to the north.  So runoff from
11 precipitation.  There looks to be filling or
12 storage in the white-toned area south of that
13 liquid.  So, you know, if there's runoff from any
14 kind of contaminated materials, it would capture
15 that in that area.
16    But it's definitely -- the berming
17 activity by the refinery has captured that liquid,
18 and I would say that's a good source for
19 contamination in that area.
20    Q    So you think the liquid is contaminated
21 liquid?
22    A    Well, I'd say -- I'd say that's a good

Page 163

1  place -- a potential contamination source or spot
2  to find contamination is right there.
3    Q    Okay.  But you didn't label it
4  contamination in your report.  Is there a reason
5  for that?
6    A    Well, I point out the liquid.  It's a
7  potential contamination source.  But as I said
8  before, I don't see contamination.  I can see
9  where I would expect to find it and what sources I
10 would expect to contribute to the contamination.
11    Q    So all you see is liquid, and you can't
12 tell what that liquid is or whether it's
13 contaminated?
14    A    I can't see the contamination and I could
15 just tell you it's a darker-toned liquid.
16    Q    Okay.  What about the possible drainage
17 that you noted in this image.  Are you not sure
18 about whether that's drainage?
19    A    Well, I see drainage pathways.  I believe
20 it was in earlier dates in there.  But this is a
21 fairly low -- like I said, medium to low
22 resolution date.  So it's not clear.  It appears

Page 164

1  to be an area where there may be some flow.  So
2  that's why I pointed that area out.
3    Q    But you're not sure?
4    A    Well, I saw drainage in that area, but
5  it's not that clear on this date, so I'm not
6  certain.
7    Q    Okay.  Let's move to the next image.
8        MR. PETIT:  Sydney, before you move on,
9  can you tell me what page that is?  I think I
10 might be off on naming these pages.  I had 69 on
11 that page from May 20th, 1953.
12        MS. MENEES:  Let me see.  I've been
13 telling you --
14        MR. HAMBRICK:  It's actually right up
15 here in the top left-hand corner.
16        MR. PETIT:  And then if you're smart like
17 Danny...
18        Okay.
19        MS. MENEES:  That's why he's here.
20 BY MS. MENEES:
21    Q    Excellent.  Okay.  So we can move to the
22 next photo now?

Page 165

1        MR. PETIT:  Does that D01068 show up on
2  the actual exhibits?  It does not, does it?
3        THE WITNESS:  Yes, it does.
4        MR. HAMBRICK:  Well, it shows on the
5  annotated versions of the exhibit -- that number
6  on there.  But the actual Exhibit 1 does not have
7  these numbers.  But this number, this number 68,
8  lines up with the page number of the PDF itself.
9        MS. MENEES:  Okay.  Are we ready to move
10 on?
11        MR. PETIT:  I am.  Sorry for that.
12        MS. MENEES:  That's okay.
13 BY MS. MENEES:
14    Q    So in this image, the April 5th, 1954
15 aerial, I guess, what are the -- do you see the
16 landfilling in this image?  Does that clarify
17 anything about -- sorry, strike that.
18        What can you tell me about the
19 landfilling in this image as compared to the
20 previous one?
21    A    Well, it's still there.  I don't know
22 that I -- I'd have to put both dates together to

42 (Pages 162 - 165)

Randall Grip                                                        May 19, 2020

Page 166

1 tell you if it's the -- if the fill has progressed
2 in a bigger area. But it's clearly the classic
3 signatures of the landfill were vehicles drive in,
4 they find a spot to dump whatever they have, they
5 dump it out and they continue back around and out.
6      There's also a couple of features -- like
7 I mentioned that circular feature/possible flare
8 is still visible.
9      And there's some more disturbance further
10 to the east there, light tone. But it's obviously
11 not just fill for development. And you can
12 actually see, as you go to the right on your
13 image, that -- you know, that's low-lying land in
14 the trees.
15     Q   So this landfilling, what features about
16 it are consistent with it being for disposal?
17     A   Well, it's, again, mottled-toned
18 material. It doesn't look like just the standard
19 drilling for redevelopment, which you'll see in
20 another site here. Mottled tone, it looks like a
21 municipal landfill. People drive up, dump
22 material and drive off.

Page 167

1     Q   And then you noted liquid in the same
2 place as the 1953 photo, the same possible
3 drainage notation, as well as the berm visible.
4 One new feature I see in this image is liquid. Is
5 there anything more that you can tell me about
6 that liquid?
7     A   Just the proximity to the tanks to the
8 south. But it's definitely holding liquid there.
9 It's lighter in tone than the area to -- to the
10 left of the image.
11     Q   Okay. And then -- so these are all the
12 images you had for the Midwest refinery. Did you
13 identify any leaks at the Midwest refinery?
14     A   Well, yeah, I saw the tank leaks. I've
15 annotated that on the oblique photographs.
16     Q   So it was just the dark tops of the
17 tanks?
18     A   Well, it runs down to the ground. I saw
19 that, you know. I can't see the ground surface,
20 but I see evidence of a spill or a leak out of
21 those tanks on those dates.
22     Q   Okay. So you saw the leaks on the tanks,

Page 168

1 but nothing else, no other leaks?
2     A   I mean, these are snapshots in time. I'm
3 not going to see every leak that's out there, or
4 every spill. This is just what I was able to see
5 on those particular photographs.
6     Q   Okay. Did you identify any spills at the
7 Midwest refinery?
8     A   Well, again, by -- by saying spill, I
9 would say those features -- maybe I would call
10 those spills out of the tanks. I'm not sure
11 whether they were filling it or what they were
12 doing, but I definitely see material running down
13 the sides of those tanks. Also, the presence of
14 that pit would indicate that could possibly be
15 associated with spills as well.
16     Q   It could possibly be associated with
17 spills, but you didn't see anything specifically
18 to indicate that it was for spills?
19     A   No. But I mean, pit areas are to handle
20 either waste materials or -- when they clean up
21 spills or when they clean out the tanks, the tank
22 bottoms. So that feature is a disposal-type

Page 169

1 feature that I've seen.
2     Q   Did you identify any releases at the
3 Midwest refinery besides those -- I guess -- I
4 understand your position on the side of the tanks,
5 that there's leakage, but aside from that?
6      MR. PETIT:  And I'm going to object to
7 the extent it calls for a conclusion of law.
8      THE WITNESS:  Well, I can't see below the
9 ground surface, but, I mean, I don't know what
10 would happen to contaminants in these areas. You
11 know, I can't see that they're moving, but if
12 they, you know -- I can't see what's below the
13 surface. I can't rule out that there would be a
14 release from those pits or the bermed area that
15 contains the liquid either.
16 BY MS. MENEES:
17     Q   But you didn't specifically see a
18 release?
19     A   Well, there are snapshots in time. I see
20 features that are associated with handling those
21 releases and trying to keep them from running out
22 into the environment. That's what I think this

43 (Pages 166 - 169)

Randall Grip                                    May 19, 2020

Page 170

1 berm was put there for, is to keep the runoff from
2 precipitation on the plant that contains
3 material -- you know, petroleum-related material
4 that's washed off the site, there's an effort to
5 capture it.
6      So I would say those areas -- I would
7 look in those areas for contamination. And in
8 prior years, I would look up into the river area
9 for release as well. Those are very --
10    Q   But I asked you whether you actually saw
11 a release, not whether there was features
12 consistent with that in your opinion.
13    A   I don't see a spill that's active.
14 Again, this is a photograph. I don't see a
15 ruptured tank or anything like that active. I see
16 evidence that that could have happened.
17    Q   Okay. What about -- do you see any
18 evidence of waste removal?
19    A   Well, the pits, I would say that's
20 evidence that they were handling waste.
21 Removal -- removing from one part of the site to
22 another, you know, in the landfilling is

Page 171

1 definitely something I would look at. Like, I
2 don't know if they were moving materials out
3 there, but the pit that I've identified in the
4 liquid area that was burned off I would say is a
5 good place to look for materials that have been
6 moved.
7      Q   It's a good place to look for it, but you
8 couldn't actually see anything that was being
9 removed into -- as waste. Okay.
10    A   I don't see active digging or anything
11 like that. I mean, I see changes on the
12 photographs, but it's not a film. I mean, I can't
13 see that type of activity on this photograph.
14    Q   Okay. Let's move to the next refinery.
15 And I'd like to go to page 73, I want to say.
16 Okay. So this photograph is dated April 15th,
17 1940. It's an aerial photograph of Ardmore. And
18 so you see some pits in this photo. Can you tell
19 what is in the pits, if anything?
20    A   Well, I could tell you it's dark. It's
21 around a petroleum refinery. And it's a
22 disposal-type activity. So I'd have to say that

Page 172

1 that's some type of petroleum waste or spill that
2 they've captured and moved into those pits for
3 disposal.
4      Q   So it looks like there's a set of pits in
5 the middle of the image and then there's a set of
6 pits in the upper right-hand corner of the image.
7 The pits in the upper right-hand corner are a
8 little bit more difficult to see. Can you tell
9 how many pits are there?
10    A   Well, I marked it with arrows, so I would
11 have to say one, two, three, four, five -- I could
12 look in stereo and give you a confirmed count, but
13 it looks like five pits in that area.
14    Q   And what about the dark area surrounding
15 those pits in the upper right-hand corner? What
16 do you think that is?
17    A   I have to say it's some type of spill or
18 overflow of those pits, you know. I think it's a
19 dark-in-tone, likely petroleum product or waste
20 product.
21    Q   Can you tell whether the pits are lined?
22    A   I can't see the surface, but, I mean, in

Page 173

1 1940, I'd say probably unusual for them to be
2 lined. That wasn't something that was done back
3 then. I mean, today, I would say they would
4 likely be lined, but common practice --
5      Q   Can you tell --
6      THE REPORTER: Common practice...
7      THE WITNESS: I would say they're not
8 lined, in my opinion.
9 BY MS. MENEES:
10    Q   Can you tell what the pits are
11 constructed out of?
12    A   They look to be dug into the surface with
13 the berms pushed up. It's something that you see
14 in oil fields and refineries and in other chemical
15 facilities. So I'd say it's dirt.
16    Q   And the dark liquid in this photo, can
17 you tell what that is?
18    A   All the dark liquid? I'd say it's some
19 type of release or waste product from the
20 refinery.
21    Q   You would guess that or you know that?
22    A   Well, it's -- it's my opinion that that's

44 (Pages 170 - 173)

Randall Grip                                                                May 19, 2020

Page 174

1 what that is.  We've got pits that are obvious
2 disposal-type features.  I mean, that's -- in this
3 line of work, it's common sense.  They don't make
4 a pit just for it to be there.  Especially these
5 are very dark in tone.
6         And you see in the reservoir there, the
7 pits to the south of that reservoir are
8 topographically higher than the reservoir to the
9 north there.  So any release or leakage or
10 anything like that would go down into that
11 reservoir.
12        And as I see those dark liquid surfaces,
13 you could detect a movement between the two
14 photographs.  It looks like a slick that's been
15 pushed up against that side.  So some type of
16 lighter liquid flooding on that surface.
17    Q    What do you think the dark surface along
18 the spur is?
19    A    Well, it could be spills from loading the
20 tanks or it could be dust suppression where they
21 put some liquid possibly under the surface --
22        THE REPORTER:  I'm sorry.  Dust

Page 175

1 suppression where they put some liquid possibly
2 under the...
3         THE WITNESS:  Spill.  And it's noticeably
4 darker than the other areas, say, for the pits.
5 The pits are also very dark.
6 BY MS. MENEES:
7    Q    Okay.  Are there any other significant
8 environmental features that you saw in this photo
9 or that you see now?
10    A    Well, it's marked out on the photograph.
11 You know, we didn't discuss the dark liquid to the
12 right of the reservoir, but I saw that as well.
13    Q    And do you have any opinions as to what
14 that dark liquid is to the right of the reservoir?
15    A    I know that I could see an effort to
16 control drainage in those areas.  So they created
17 these reservoirs by damming up --
18        THE REPORTER:  I'm sorry.  They created
19 these reservoirs by...
20        THE WITNESS:  Damming up natural
21 drainage.  And even further to the right from that
22 second reservoir I see blockage of the drainage to

Page 176

1 capture liquid.  So maybe that's some way of
2 separating oil from water in that area.  But
3 there's obviously some effort to control the
4 drainage there.
5 BY MS. MENEES:
6    Q    Could you elaborate a little bit on how
7 you're seeing the containment?
8    A    Containment?  Well --
9    Q    You were saying that there's some effort
10 to control drainage.  So how are you seeing that?
11    A    I see the drainage pathway where it cuts
12 through the ground surface where the natural
13 drainage flows.  Then I see lines that appear to
14 block that drainage, like they were put there like
15 some kind of secondary dam to control flow through
16 that area.  So if there's a release from that
17 second reservoir, it would be captured by those
18 blocked areas.  That's why there's that dark
19 liquid in that area.
20    Q    Okay.  Moving to the next image -- I
21 don't think there's anything in this one.
22        Let's go to the next image.  This one is

Page 177

1 a little bit small, but it doesn't look like you
2 marked anything in this Sanborn map besides the
3 reservoir.  Did you use this Sanborn map from
4 July 1948 for any other purpose?
5    A    Not that I recall.  I just wanted to
6 include it in my report.
7    Q    Okay.  Let's go to the next image.  So
8 this is labeled May 22, 1949, Ardmore, Oklahoma.
9 You've labeled a number of different features in
10 this photo, including pits.  So I guess, how are
11 the pits in this image different from the 1940
12 image?
13    A    Well, they've filled some of the
14 previously seen pits between the two dates, and
15 they've opened new pits in the area, and that's
16 including the area along the rail and the rail
17 spur, and in the area to the south next to the
18 tanks, there's new pits in that area as well.
19        So there's definitely been some change
20 between the two dates.
21    Q    Can you tell what is in the pits?
22    A    You know, I can tell it's a very

45 (Pages 174 - 177)

Page 178

1 dark-toned surface and, being associated with a
2 refinery, I'd say it's likely some type of
3 oil-laced or oil product of some kind.
4    Q   And can you tell, looking at this image,
5 whether the pits are lined?
6    A   I'd say -- in '49, I would say it would
7 be unusual. I would say they're likely unlined,
8 but I cannot see the surface to really tell.
9    Q   Can you tell whether there are any
10 oil-water separators in this image?
11    A   Not the -- not a rectangular-type
12 separator feature, but it's possible that what
13 we're seeing with these reservoirs could be some
14 type of a -- kind of an earthen-type separator.
15 That's a possibility. But that's for someone else
16 to look at.
17    Q   So you don't see any oil-water separators
18 in this image?
19    A   Well, not a specific rectangular
20 constructed separator, but I see features that
21 could be interpreted as something where they were
22 separating oil from water. I mean, they could be

Page 179

1 recovering it from that smaller reservoir right in
2 the center of the site. That could be how they're
3 recovering -- or separating water and oil there.
4    Q   Do you see any evidence of landfilling in
5 this image?
6    A   Yes. When you compare the previous date
7 to this date, those pits have been -- there are
8 several pits that have been filled.
9    Q   Can you see the actual landfilling?
10    A   Well, I can see on an earlier date it's
11 an open pit, and then a later date it's filled and
12 covered. So in that way, I see it. I don't see
13 them pushing it right at the moment of that
14 photograph, though.
15    Q   Did you label the pits that you saw that
16 were filled in this image?
17    A   There's some -- I don't know that I
18 marked the ones that are filled, no. You'd have
19 to flicker back and forth between the photographs
20 to see it.
21    Q   So in terms of a disposal landfill and a
22 landfill to fill a pit, is there a difference

Page 180

1 between those two things?
2    A   Well, a landfill to fill a pit -- it's
3 already a disposal-type area. And from what I
4 understand on these operations, there's already
5 contamination there. Sometimes they'll put other
6 contaminants in there to fill it, or other
7 contaminated soil or what have you.
8        The landfill -- a new landfill just for
9 disposal --
10       THE REPORTER: I'm sorry. A new
11 landfill...
12       THE WITNESS: Right, that's in area that
13 hadn't previously been used for disposal, I don't
14 necessarily see that on this site, but I did on
15 the previous Alma -- I think it's Midwest site.
16 BY MS. MENEES:
17    Q   So you said you didn't see any landfills
18 that were specifically for -- sorry. Could you
19 just repeat what you said before?
20       MS. MENEES: Or could you -- Denise,
21 could you read that back?
22       (The reporter read the record as

Page 181

1 requested.)
2       MS. MENEES: Okay. Thanks.
3 BY MS. MENEES:
4    Q   Okay. Let's -- is there anything else in
5 this photograph that is a significant
6 environmental feature that we haven't discussed?
7 Oh, sorry. One thing. What is a catch basin?
8    A   Oh. It would -- it's a feature that
9 controls flow of water or -- like -- I can't
10 really recall what this particular point was, but
11 it may have been a feature that we see that
12 captures water and directs the flow in a
13 particular direction.
14    Q   And how did you label this as a catch
15 basin?
16    A   Well, somehow it's associated with
17 drainage, and I marked that. I didn't know if
18 that had some significance, but that's something I
19 had noted that was a change.
20    Q   Did you -- is there anything else that --
21 any other significant environmental features that
22 we haven't discussed in this image that you

46 (Pages 178 - 181)

Randall Grip                                    May 19, 2020

Page 182

1  labeled or saw?
2      A   I mean, let's see.  There's some dark
3  areas that we pointed out to the north of the
4  reservoirs within the -- I guess that's the tank
5  farm area.  It's a dark area.  I don't see it as
6  an obvious pit, but the surface is darker than
7  just the ground around the site and off site
8  around it.
9      Q   Okay.  Anything else?
10     A   No.  I think that covers it.
11     Q   Let's move to the next photo.  You noted
12  some pits in this photo.  Are these the same pits
13  that were in the previous photo?
14     A   I don't recall if there's a change
15  between those two dates.  There may have been some
16  change, but I'd have to have some control and
17  flicker back and forth to see.  There may be some
18  change in there.  They're definitely still open
19  and active.
20     Q   And you noted dark liquid in the two
21  reservoirs in the middle.  Is there any change
22  with that liquid that you can tell?

Page 183

1      A   No, just that the darkness is similar to
2  what you see in the pits to the north --
3  northeast.  And I don't believe I had seen on
4  previous dates, the '54 -- let's see -- dark
5  liquid in that northern -- I'm sorry, the western
6  reservoir.
7      Q   So that dark liquid is new?
8      A   Yes, I did not see that on the previous
9  date, I don't believe.
10     Q   So those were all of the images for
11  Ardmore.  Did you identify any leaks at the
12  Ardmore refinery?
13     A   No.  I see the pits that would handle
14  leaks.  I guess you could say that, along that
15  rail spur, that would be a potential leakage, but
16  I can't differentiate between oiling activities
17  there.  It's definitely a dark surface, so --
18         THE REPORTER:  But I can't differentiate
19  between what kind of activities there?
20         THE WITNESS:  Oiling activities.
21  BY MS. MENEES:
22     Q   So along the rail spur, you saw a leak?

Page 184

1      A   I see a signature that's darker than what
2  you would expect and darker than I could see along
3  the rail line.  So that's possible leakage there.
4      Q   Could we go to page 74 of this exhibit.
5  73, sorry.  So when you say there's a signature of
6  leakage, it's the dark surface along the spur
7  there?
8      A   Right.
9      Q   In the 1940 image?
10     A   That's correct.
11     Q   Okay.  Did you identify any spills at the
12  Ardmore refinery?
13     A   I didn't see a current spill.  I mean, I
14  guess you could say -- I don't know where the
15  source of this liquid and -- this dark liquid in
16  the reservoir is, if it was -- if it leaked there
17  from the pits or if there was a spill associated
18  with the pits or what, but there's definitely dark
19  liquid in the reservoir that doesn't look like a
20  typical pit-type feature.  So that could be a
21  spill or a leak as well.
22     Q   It could be a spill, but you don't know

Page 185

1  whether it's actually a spill?
2      A   I just see floating dark liquid in the
3  reservoir.  So I don't see it actively spilled,
4  but it's definitely gotten there somehow.
5      Q   How certain are you that it's a spill?
6      A   You know, I'd need other information to
7  help me understand how the liquid got there.  I
8  don't see the pathway, but I can tell you the
9  topography of the pits to the south of that is
10  higher, and if there were an overflow from those
11  pits, it would go down into the reservoir.  But I
12  don't see it.  I mean, I'd say it's a possible
13  source.  I can't see it as it's active.
14     Q   What about any waste removal activities?
15  Do you see that at the Ardmore refinery?
16     A   Well, the removal activities would be
17  removing waste and placing it in those
18  disposal-type pits.  So that would be a removal
19  action.
20     Q   But you just saw the pits, right?  You
21  didn't see any activity associated with removing
22  anything?

Randall Grip                                                    May 19, 2020

Page 186

1   A   I don't see them digging.  I didn't catch
2  them clearing out tank bottoms or anything like
3  that in this snapshot, no.
4   Q   What about environmental contamination?
5  Did you see that at the Ardmore refinery?
6   A   Well, I never see actual contamination.
7  I see contamination sources.  And I see these pits
8  and, you know, the likelihood of them being lined
9  I think is low in this time period.  So I'd say
10  that's a contamination source.
11      But I never see contamination.  I see the
12  sources.
13   Q   Did you see any images of Ardmore
14  refinery definitely taken between December 1941
15  and 1949?
16   A   I'd have to look at my listing again.  If
17  it's in the listing, then I saw it.  But I don't
18  have these dates memorized.  It included
19  everything --
20   Q   None of the photos that you have in your
21  report are from that time period.
22   A   Okay.  Well, then, what I can see is

Page 187

1  activities before and activities after.  So
2  changes that I see between those two photographs,
3  I can only say they had happened in that time
4  period.
5   Q   The time period between those two
6  photographs is -- I mean, there's a time period
7  that's much larger than 1941 to 1945 between the
8  photos that you have in your report.  It would be
9  1940 to 1949.
10   A   Okay.  Yes.  That's the best I can
11  bracket with this coverage just based on the
12  aerial photographs.
13   Q   Okay.
14      MS. MENEES:  Shall we take another break.
15      (Whereupon, a short recess was taken.)
16  BY MS. MENEES:
17   Q   Let's go to page 82 of your expert
18  report, Exhibit 1.  This is labeled
19  February 1931 -- or, sorry, February 1937,
20  Arkansas City, Kansas.  And you've --
21   A   The date is 7/10/38.
22   Q   Oh.  Okay.  Let's go to -- it's very

Page 188

1  difficult for me to see what pages are on here.
2  Let's go to 81.  Here we go.  Okay.  So this photo
3  is labeled February 1937, Arkansas City, Kansas,
4  correct?
5   A   Correct.
6   Q   And you've labeled a number of features
7  on this image, including disposal area, dark
8  liquid, pits and bermed area.  Is there anything
9  that I missed on here?
10   A   Well, the spray ponds from the Sanborns.
11  There's a couple --
12   Q   Do you consider those significant
13  environmental features?
14   A   They are a pit.  I don't know what the
15  environmental significance is, but in this case,
16  there could be some type of disposal activity
17  associated with it.
18      But basically, to call out what that is
19  and why it's not labeled as a pit is another
20  reason for labeling that as a spray pond.
21   Q   Okay.  So for the pits, you can't tell
22  what's in the pits, right?

Page 189

1   A   Well, I can tell you from -- you know,
2  when you have a pit, it's to handle facility waste
3  of some kind.  So I can't test it from this, but I
4  can tell you the tone of it, where it is and what
5  type of facility it's in, and my own knowledge
6  that whenever they have a pit, it's a
7  disposal-type feature.
8   Q   Okay.  And you can't tell whether the pit
9  is lined or what it's constructed out of, right?
10   A   I can't see the liner or anything like --
11  actually see it, but I know from common practices
12  back in the '30s and '40s, you know, they're not
13  lined pits usually.
14   Q   Okay.  And what can you tell me about the
15  disposal area that you noted in the lower
16  left-hand corner?
17   A   Well, it's set aside from everything --
18  you know, from typical operations in the area.
19  It's got features that I thought were
20  disposal-type features.  I don't recall, as I sit
21  here, what it is, if there was some debris or
22  something like that, but it's not a clean-looking

48 (Pages 186 - 189)

Randall Grip                                                           May 19, 2020

Page 190

1  area in that it looks like they're dumping
2  material or waste in that area.
3    Q   Okay.  Let's move to the next image.  It
4  seems as though many of the features you labeled
5  here are consistent with the 1937 image.  This one
6  is labeled 7/10/1938.  The disposal area is still
7  there.  The dark liquid is still there.  Is that
8  right?  Can you see all of that?
9    A   Yeah.  There's a couple -- there's two
10  disposal areas.  There's pits.  It's only a year
11  difference between the two photographs.  So I
12  wouldn't expect a whole lot of change, but if you
13  want me to point out changes, I could maybe do
14  side-by-side.
15    Q   I don't think that's necessary for these
16  two photos, but maybe another photo.
17    A   I do want to point out that in the center
18  of the site, it's got the pit right in the center.
19  Let's see.  How do I say that?  There's a label --
20  three light-toned pits label.
21      THE REPORTER:  I'm sorry.  Say that
22  again.  There's a labeled...

Page 191

1      THE WITNESS:  There's three light-toned
2  pits that are labeled in the center of the site.
3  If you look just below the label of the three
4  light-toned pits, there's a small roughly
5  rectangular pit that I've identified.  This is
6  very similar to what I saw in the Alma -- I
7  believe it's the Midwest facility north of that
8  rail spur.  See, it's kind of set off from the
9  berms of the tank levies.  So it's a similar
10  feature across different facilities, but, you
11  know, it's likely used the same way.
12    Q   Right.  This one is not as close to the
13  spur, though, right?
14    A   It's not close to the spur, but, you
15  know, these tanks are not close to the spur.  If
16  they were closer to the spur, then it would move
17  that pit closer there.  So it's just -- the
18  proximity to the tanks is what's driving the
19  location of that pit.
20    Q   I also wanted to point out that you
21  notice -- you noted dark liquid at the bottom of
22  the photograph that looks like it's coming from a

Page 192

1  tank.  Do you know what that dark liquid is?
2    A   I can tell you the proximity to the tanks
3  and the topography being down slope from those
4  tanks, I would say that's a possible spill source.
5    Q   A possible spill, but you're not sure?
6    A   Well, I'm not a hundred percent on that,
7  but if you sampled in that area, that would clear
8  it up.
9    Q   What's the difference between an
10  impoundment and a pit?
11    A   Well, usually, an impoundment is when
12  they block a drainage-type feature, so there may
13  be an -- already impound drainage.  So it's
14  already a low area, and they just block it off
15  from either filling or potentially for, like, a
16  berm too.  And then it becomes its own feature
17  that holds liquid or waste.  It just depends on
18  the circumstance.
19    Q   So how is that different from a pit?
20    A   A pit is a constructed feature for, you
21  know, waste handling and waste disposal.  An
22  impoundment can be just a drainage pathway that's

Page 193

1  blocked and that holds liquid and could later be
2  possibly a contamination source that holds
3  disposal features or -- it's already there.  They
4  blocked the drainage, and then it becomes either a
5  pond or a -- or just an enclosed area that has
6  volume.
7    Q   You labeled mottled-toned material on
8  this image as well.  What is the significance of
9  that?
10    A   Well, that just shows that there's been
11  some material brought in on that surface, and it's
12  not just one type of material from one source.
13  It's from a variety of sources.  And that quite
14  often is a disposal-type feature as well.
15    Q   I believe in a previous image, you called
16  a feature landfilling because it had mottled-toned
17  material.  Why didn't you label this as
18  landfilling -- mottled-toned material as
19  landfilling in this image?
20    A   Well, by memory, this is just material
21  that's placed on the surface.  So it's just staged
22  there.  It's just sitting there.  If it were a

49 (Pages 190 - 193)

Randall Grip                                                    May 19, 2020

Page 194

1 landfilling-type operation, they would put the
2 material out there, grade it out and fill-in area
3 and raise the elevation of the area.
4        In this case, it looks like it's just
5 brought to that area.  I don't know if that's just
6 storage or if that's the ultimate location for
7 that material.  But it's not an obvious landfill
8 on that date.
9    Q   Does it look like a disposal area?
10    A   It could be just from the tones, but I
11 can't go quite that far to call it a disposal
12 area.
13    Q   Okay.  Let's move to the next image.
14 This is a Sanborn map dated March 1947.  It looks
15 like on this map -- it's hard to see; we can pull
16 up a higher resolution version -- but there is
17 something labeled a sump, but I didn't see that on
18 your images that you labeled.  Do you remember why
19 that is?
20    A   I don't.  Maybe that feature wasn't
21 visible on the image.  I'd have to look at it
22 side-by-side.

Page 195

1    Q   Also, the blow-down sump and the other
2 sump on the bottom of the Sanborn map in this
3 image you did not mark in your notations.  Do you
4 know why that is?
5    A   I don't.  I would have to do a comparison
6 to see.  I don't recall why that wouldn't be
7 labeled, if it wasn't.
8    Q   Okay.  Let's move to the next image.
9 This is labeled September 5, 1950, Arkansas City,
10 Kansas.  So you noted a number of features in this
11 photo as well, including dark liquid, pits,
12 impoundments, disposal areas.  I guess, what's
13 different about this photo than the previous
14 photo?
15    A   Well, I can tell you there's been filling
16 of some pits that have to do -- again, I know it's
17 clunky, but a comparison between two dates I can
18 be more clear on what's changed -- but there
19 are -- I've described that the spray pond is
20 divided into separate bays, I guess you could say.
21 There's some filling because -- filling of pits
22 because, by memory, they were more in center of

Page 196

1 the site.  And then there's obviously a big
2 change.  They've removed a lot of the tanks to the
3 south there.
4        But I can give you a better comparison,
5 you know, if you just put the two up and I can
6 describe what I can see as best I can.
7    Q   Did the tank removal cause any spillage
8 or leakage that you can see?
9    A   I wouldn't necessarily see it, but, you
10 know, if there's material in those tanks, you
11 know, when they're taking them down, that could
12 be -- it wouldn't be unheard of for there to be a
13 spill or release in removing the tanks.
14    Q   But you can't see any evidence of a
15 spill?
16    A   No, but common sense.  I mean, you're
17 handling liquid material in old tanks, I would
18 expect something to happen, but I don't see it as
19 it's happening in the screen shot.  This is after
20 the tanks were removed too.
21    Q   Based on the way the site was used in the
22 1938 image and this one, was the use consistent in

Page 197

1 those two time periods?
2    A   What are the time periods again in the
3 photographs?
4    Q   Based on what you saw in the 1938 photo
5 and this 1950 photo, was the site in consistent
6 use as a refinery?
7        MR. PETIT:  Objection.  Speculation.
8        If you know.
9        THE WITNESS:  I could describe changes
10 between those two dates.  There's obviously been
11 changes.  I don't know that I could describe what
12 type of activity in the process of the refinery
13 just based on the imagery.  That would require
14 someone else to help, you know -- if a certain
15 feature has been removed that's critical to
16 operations that appears on this photograph that
17 wasn't -- or has been removed on this, then they
18 could opine on --
19        THE REPORTER:  I'm sorry.  Has been
20 removed on this, then...
21        THE WITNESS:  I can't opine on changes to
22 the process on the facility.

50 (Pages 194 - 197)

Randall Grip                                    May 19, 2020

Page 198

1  BY MS. MENEES:
2     Q   Well, let's compare the 1938 image, so
3  that's page 83, and page 85 of Exhibit 1. Page --
4  not the Sanborn map. Page --
5        MR. PETIT: Danny, I'm sorry to be
6  difficult. Can you put the earlier in time on the
7  left-hand side?
8        THE WITNESS: That's what he's doing.
9        MR. PETIT: Okay.
10       MS. MENEES: And Danny, could you zoom in
11 to just the main area with all the notations?
12 BY MS. MENEES:
13    Q   Okay. So looking at this -- these two
14 comparisons, the 1938 on the left and the 1950 on
15 the right, there are pits used in both of these
16 time periods, right?
17    A   Yes. There are pits used in both
18 periods, but there's changes on where they're
19 located. Some of them are the same and some
20 aren't.
21    Q   And there's dark liquid in both of these
22 photographs, right?

Page 199

1     A   Yes. I've identified it in some
2  locations that are the same and some locations
3  that are new.
4     Q   Right. So all of these disposal
5  features, even if they moved, they're both present
6  in the 1938 and the 1950 photo, right?
7     A   Yeah. I see disposal features in both
8  dates of photography, certainly.
9     Q   Okay. Let's move to the last image.
10       MR. PETIT: Can you go ahead and mark
11 that, please?
12       MS. MENEES: This was just a comparison
13 between these two photos. I don't think we have
14 to do a new exhibit for that one.
15       So -- sorry, the one -- the page before
16 that, Danny. Thanks.
17 BY MS. MENEES:
18    Q   And there's still pits present in this
19 photo dated June 1st, 1954, right?
20    A   Yes. Closer to the river.
21    Q   And dark liquid is still present in this
22 photo too, correct?

Page 200

1     A   Yes.
2     Q   And as we went through the photo, you
3  didn't see -- or the photos for the Arkansas City
4  refinery, you couldn't note any specific spills,
5  right?
6     A   I just see areas of disposal, not
7  specific spills on that date of photography. But
8  pits that are associated with handling of that
9  type of spill or cleanup.
10    Q   Okay. And you noted landfilling in the
11 places that we discussed but no further
12 landfilling?
13    A   Filling of the pits. I didn't identify
14 other form in other areas other than showing the
15 pits and some of the mottled-toned material that
16 could be associated with them.
17    Q   Okay. Let's move on to the next
18 refinery. So this is Blue Island, Worth Refining.
19 And let's go to page 89. So this image is dated
20 November 14th, 1938, and it's Blue Island,
21 Illinois. You noted a pit in this image, right?
22    A   Yes.

Page 201

1     Q   And the light-toned material, how could
2  you tell what that was?
3     A   I can only tell you that it's a
4  light-toned material. It looks like a fill for
5  development that was brought in, but I can't tell
6  exactly what that is other than it's a light-toned
7  material.
8     Q   Okay. And the drainage to Stony Creek,
9  could you tell with certainty that's what was
10 happening there?
11    A   Yeah, that drainage pathway goes under a
12 spur or this rail -- I can't remember what -- I
13 think that's just a road. But I can see it as it
14 drains to the creek. I can follow it
15 three-dimensionally.
16    Q   Just going back to the pit, you can't
17 tell what's in the pit, right?
18    A   No, but I would expect the pit on a
19 facility like this to be facility waste. I can't
20 test it with aerials, no. I can just tell you
21 it's dark in tone and its proximity to the process
22 area.

51 (Pages 198 - 201)

Randall Grip                                                    May 19, 2020

Page 202

1    Q    Are there any other significant
2 environmental features in this image?
3    A    No, not that I've mapped out.
4    Q    Okay.  And just going back to the
5 light-toned material, based on your experience,
6 what would that be for?
7    A    Well, in the later years, they developed
8 over it.  I don't know if there was some facility
9 there that produced that material or if they
10 brought it out there to make a really nice level
11 surface for development and it was then purchased
12 by the refinery and used for another purpose.  You
13 know, I don't have enough information to tell you
14 how that got there, but I can tell you it's a very
15 level surface and it's very light in tone.
16    Q    Do you think it was for landfilling?
17    A    Well, as I said before, it could be
18 intended to have material built on top of it, but
19 in subsequent years, I could tell they moved --
20 they removed some of that material and they
21 possibly used it to build up berms around the site
22 as it developed.  I'm just not certain, but those

Page 203

1 are possibilities.
2    Q    And you can't tell whether it is a
3 disposal area?
4    A    It really don't look like a disposal
5 area, you know, unless the waste material was very
6 even-toned and light in tone.  But I don't expect
7 that type of material on a refinery like this.
8    Q    Okay.  Let's move to the next image.
9 This is a Sanborn map from October 1949.  You
10 didn't note anything in this Sanborn map, right?
11    A    Right.  I just wanted to include it in
12 the report.  We had it and it shows those facility
13 names or building names on it.
14    Q    Do you recall whether this Sanborn map
15 includes any notations of pits or traps?
16    A    I don't believe it does.
17    Q    All right.  Let's move to the next image.
18 This is from December 4th, 1951.  So there are a
19 bunch of tanks that you've labeled as first
20 visible, but we don't have any images from the
21 construction of those tanks, rights?
22    A    No, not the new construction tanks, other

Page 204

1 than what's covered by the Sanborn.
2    Q    Is the drainage to Stony Creek in the
3 same place as it was in the 1938 image?
4    A    It may have been channelized.  I'd have
5 to look at it stereoscopically.  I just don't
6 remember.  But it's generally in the same
7 location.  It looks very straight, like it was
8 possibly dragged or straightened.
9    Q    You didn't see any pits in this photo?
10    A    No.  I don't see pits.  I mean, there is
11 a lot of disturbance in that light-toned area
12 below the structures, south of the structures,
13 that is.  So I was looking -- you know, a
14 facility -- you know, where would they put, you
15 know, waste material here?  You know.  The only
16 space where that would happen is either within the
17 berms of the tanks -- there's some space in
18 there -- and possibly, you know, to the -- or
19 below or south of the structures to the east of
20 the facility.
21    Q    So you said there's disturbance in the
22 light-toned area.  Could you expand on that a

Page 205

1 little bit?  What do you mean by disturbance?
2    A    Well, they've used that -- some of the
3 material is gone.  You saw in the 1938 date it was
4 very straight and very light in tone.  Now you can
5 see how it's -- it's got some signature like
6 they've removed some material from it.  If you
7 want to go side-by-side, it may be more clear to
8 me how it's changed.
9    Q    I don't know if that's necessary for this
10 image.  So do you think that it's a disposal area
11 now?
12    A    It's a potential area for disposal.  I
13 mean, this is a fairly tightly packed refinery.
14 It's either within those open areas in the tank
15 levies or in that area south of the structures.
16 But I don't see open pits on this photograph.
17    Q    Did you see -- do you see any off-site
18 dumps?
19    A    I looked around.  I don't see an obvious
20 location that's close to this.  But I'd have to
21 look at the imagery again.  I see no evidence of
22 that necessarily.

52 (Pages 202 - 205)

Randall Grip                                               May 19, 2020

Page 206

1    Q   So it's your testimony today that you
2 didn't see any off-site dumps?
3    A   Well, I don't know if I could
4 specifically say it's associated with this
5 facility. I may have seen a dump site somewhere
6 on this image. I don't really recall a specific
7 one. But I looked in this area and I don't see an
8 obvious spot associated with this facility.
9    Q   Did you see any oil-water separator units
10 in this image?
11   A   Not on this image.
12   Q   Okay. Is it possible that waste could
13 have gone off site from this site?
14   A   You know, there would have to be some
15 other testimony. I mean, it's possible, but I
16 just don't -- I don't see it in my imagery.
17   Q   You don't see any waste in this imagery,
18 correct?
19   A   I don't see disposal activities ongoing.
20 I don't see pits. But, you know, being so tightly
21 packed, I would have to say there's a possibility
22 that would be within the tank boundaries, but --

Page 207

1 or south of the structures.
2    Q   But you don't actually see any disposal
3 activity in those areas in this image?
4    A   No, not in this image I don't see an open
5 pit.
6    Q   Or other disposal activities?
7    A   Yeah. Or other disposal activities
8 ongoing.
9    Q   Okay. Let's move to the next image.
10 This is dated March 29, 1952. It looks like you
11 noted a pit in this image that has appeared since
12 1951. So was that pit constructed between 1951
13 and 1952?
14   A   Yes, I would say it was.
15   Q   Do you see any other disposal areas in
16 this image?
17   A   I don't see open pits. I could just say
18 the only place it could be on site is within the
19 bermed areas or in that general area where the
20 separator/pit is located.
21   Q   Why did you label the pit a
22 pit/separator?

Page 208

1    A   Well, I think it's -- in that early date
2 I didn't see bays of an obvious separator. I do
3 see an open-top feature that -- I couldn't discern
4 if it was a pit or a separator.
5    Q   So what would you be looking for if it
6 were a separator that you didn't see in this
7 image?
8    A   Like I said, usually there's bays or --
9 the separator would have separate bays, so little
10 walls within the separator itself.
11   Q   And what made you think it was a
12 separator despite the fact that there were no
13 bays?
14   A   The basic shape of it, and it looks to be
15 an engineered-type feature instead of a -- dug
16 into the ground. It looks almost like it's got
17 concrete walls. Very straight walls.
18   Q   And by separator, do you mean oil-water
19 separator?
20   A   Yes.
21   Q   And was the drainage to Stony Creek still
22 visible on this photo?

Page 209

1    A   Yes, it's more clearly visible and
2 mapped.
3    Q   Are there any other environmental
4 features that you noted on this photo that you
5 didn't label?
6    A   No.
7    Q   Okay. So for the Worth refinery, you
8 didn't see any evidence of spills; is that right?
9    A   I didn't see pits or spills. So on this
10 one, no, I don't believe I saw that in the
11 imagery.
12   Q   Okay.
13       MR. PETIT: Well, take a step back. So
14 I'm going to object as vague as to which imagery.
15 BY MS. MENEES:
16   Q   Let's move to the next image,
17 November 10th, 1953. So you labeled standing
18 water in a few parts of this image. What made you
19 think it was standing water?
20   A   Well, I see the reflection of the actual
21 tank. I can read the tank in the reflection of
22 the standing liquid there. I should say standing

53 (Pages 206 - 209)

Page 210

1 liquid.  You know, there's a dark area around it,
2 but I see a little portion that's just got
3 precipitation.
4     Q    Okay.  So it's your opinion that this is
5 standing liquid and not standing water?
6     A    Well, it doesn't -- I don't see -- it
7 doesn't have a dark surface to it.  It's -- you
8 know, just looks like gathered-up water is what I
9 said.  I mean, I can't actually confirm it's just
10 water.  I mean, it may be some type of, you know,
11 hydrocarbons in that.  But it's dark around the
12 tanks, but -- you know, and I see dark areas along
13 the rim of the tanks, but not -- and the side of
14 some of the other tanks.  But that particular
15 area, it's got no indication of a slick or
16 anything like that.  So I think it's more likely
17 water.
18    Q    Okay.  So it's your opinion that that
19 liquid is more likely water than not; is that
20 right?
21    A    Yes.  In that one area that I pointed
22 out, yes.

Page 211

1     Q    Okay.  What is the significance of the
2 drums that you labeled in this photo?
3     A    That's just a common environmental source
4 if there are any kind of leaking drums or used
5 drum storage.  That's quite often an
6 environmentally significant feature.  So I was
7 able to see them, so I pointed them out.
8     Q    So if you saw drums in any photo, you
9 would label them because they're an
10 environmentally significant feature?
11    A    Not any photo, but I did on this photo.
12 If -- you know, there are new drums in a storage
13 area, I would point that out, yes, I mean, because
14 quite often they either handle materials with
15 contaminants in it or they could handle
16 cleanup-type materials as well.  I'm just saying I
17 was able to see the drums.  So it may have some
18 interest to someone else in the litigation.
19    Q    Okay.  And the dark areas along the side,
20 do you have any further -- any further
21 observations about what that might be?
22    A    Whatever was in that tank or being put

Page 212

1 into the tank spilled off the side.
2     Q    You think it's spillage?
3     A    It appears to be, yes.
4     Q    Can you actually see any spillage
5 occurring in this image?
6     A    It's a snapshot.  I see areas that have a
7 signature that dark liquid has run down the sides
8 of these tanks, but I don't see it moving.  It's a
9 photograph.
10    Q    Right.  But there is no activity to
11 indicate what that actually is?
12    A    Well, it's on a refinery.  It's on a
13 tank.  There's a high likelihood that that's some
14 type of petroleum -- either product or waste
15 material.
16    Q    Other than this image, did you see any
17 other indication of spills at the Worth refinery?
18    A    Just this image.  I don't know that I see
19 spillage on this other than the areas I've already
20 pointed out.  There is a dark surface in those
21 berms, but I can't absolutely say that that's
22 spillage or a stain from spillage of those tanks.

Page 213

1 It does appear to be dark within the berm.
2     Q    Okay.  So -- and then for the previous
3 images that we looked at, you didn't indicate any
4 spills either, right?
5     A    I don't know that I indicated spills in
6 the earlier dates.  I don't think so.
7     Q    You didn't when we went through it just
8 now.  Do you remember that?
9         MR. PETIT:  Objection.
10 Mischaracterization of testimony.
11        THE WITNESS:  I do see it on this
12 photograph.  I don't know that I've seen it on the
13 other photographs.  If I labeled it as such, then
14 I saw it, but...
15 BY MS. MENEES:
16    Q    And if you didn't label it, you didn't
17 see it?
18    A    Yes, generally.
19    Q    Okay.  Let's move to the next refinery.
20        MS. MENEES:  Let's go to page 97 -- or,
21 sorry, 98.  97 was right.  Sorry Danny.
22 BY MS. MENEES:

Randall Grip                                                    May 19, 2020

Page 214

1    Q    So you labeled some pits in this image,
2  right?
3    A    Right.
4    Q    Are there just two pits?
5    A    Well, that's all I've got labeled.  It
6  gets very dark in the tank area just to the north
7  of that, but that's all that I could really
8  discern.
9    Q    Okay.  And this image is dated July 17th,
10 1934, Hanford, California.  And the dark area, do
11 you have any -- do you have any observations about
12 what that might be?
13   A    The dark area in the refinery?
14   Q    The area you labeled dark area.
15   A    No.  It looks like vehicles tracked
16 through some dark liquid and tracked it around the
17 site.  It also -- you could see it on the roads,
18 tracking out to the roads out fading away, very
19 dark around the refinery.  It's either dust
20 suppression or they've driven through a spill and
21 tracked it around the site.
22   Q    Going to South Williams Road, do you see

Page 215

1  how the road looks darker in the northern part of
2  the image than the southern part?
3    A    Yes.
4    Q    And that's consistent with your
5  interpretation that there was -- it was caused by
6  driving on the refinery?
7    A    Well, I'll just describe how it typically
8  happens is there's a spill, the vehicle drives
9  through the spill and it gets on the vehicle's
10 tires, and as the vehicle continues along the
11 road, it deposits the material and then gradually,
12 as it gets farther away from the source of the
13 material on the tires, it fades away.  But --
14   Q    Can you tell -- sorry.  Go ahead.
15 Continue.
16   A    Well -- but again, it could be
17 intentional or it could be a spill that --
18        THE REPORTER:  I'm sorry.  But, again, it
19 could be...
20        THE WITNESS:  Intentional or it could be,
21 you know, tracking through a spill.
22 BY MS. MENEES:

Page 216

1    Q    Do you mean to say that they could have
2  intentionally made the road that color?
3    A    Well, you know, it's California.  It
4  could be -- if there's a lot of traffic through
5  that area and some -- a dirt road or parking lot,
6  you know, those trucks kick up a lot of dust and
7  there's people's houses around there; they may
8  complain about dust.  So that would be how they
9  would control something like that.
10   Q    So you think this is a dirt road?
11   A    You know, I've given you a couple of
12 reasons why that would be there, but I mean, yes,
13 I would say, based on that signature, that that
14 would be dirt -- but I'm not really talking about
15 the road; I'm talking about the parking lot there.
16 And I'm pointing out the dark area.
17   Q    Sorry, I didn't quite catch that.  Could
18 you repeat that?
19   A    Well, I labeled an area in the refinery
20 or at least to the north of it.  That's not a
21 road.  It's a parking lot or a pathway.  I'm not
22 really opining on the roads.  But I'd say that's a

Page 217

1  dirt area.
2    Q    I understand that.  I was actually not
3  talking about that area.  I was talking about
4  South Williams Road.
5    A    Okay.
6    Q    Do you see how that -- the road looks
7  dark as it sort of wraps around the refinery, and
8  then it sort of gets lighter to the south?
9    A    Right.  And I think I explained a
10 possible reason for that.
11   Q    Right.  Well, I was asking whether that
12 road was dirt or paved.
13   A    I'm not -- you know, I can't really tell
14 definitively from the aerial photography which is
15 black and white.  I'd say -- I just haven't made
16 that type of analysis.  I'd have to get in there
17 and look at the stereoscopic coverage and try to
18 determine that.  That wasn't part of my analysis
19 on this.
20   Q    Right.  You mentioned that, in
21 California, that dust could be an issue; is that
22 right?

55 (Pages 214 - 217)

Randall Grip                                                        May 19, 2020

Page 218

1    A   Yes.  I didn't -- but I have not done an
2  analysis of rainfall events on this particular
3  date, so...
4    Q   And refineries could have -- or people
5  could have poured oil on the road in order to
6  suppress the dust; is that right?
7    A   It could have been oil or some kind of
8  liquid to keep the area moist so the dust wasn't
9  kept up.
10   Q   And that could explain the tone of the
11 road, right?
12   A   It could.  It doesn't really explain why
13 the refinery is so dark.
14      THE REPORTER:  It doesn't really
15 explain...
16      THE WITNESS:  Why the area of the
17 refinery is so dark.  It --
18      THE REPORTER:  I'm sorry.  You're muffled
19 and you're coming in and out.  Does anybody else
20 hear that?
21      MS. MENEES:  Yeah, I heard the sound
22 quality deteriorate some.

Page 219

1       THE REPORTER:  So what I have is, It
2  could.  Doesn't really explain why the area of the
3  refinery is so dark.
4       THE WITNESS:  Yeah, that's what I said.
5  BY MS. MENEES:
6    Q   Could you label the parts of the road
7  that may have been dust-suppressed?
8    A   Okay.  I can't get this.  I don't know if
9  it's not updating.  I'm trying to remove this
10 label.  Oh, there we go.  Okay.  I'm sorry, guys.
11   Q   Actually, it's okay.  You don't have to
12 do -- I was -- I have a different question I can
13 ask you.
14   A   And I just want to clarify, you know, it
15 could be that.  It could be dust suppression or it
16 could be, like I said, a spill that they had
17 driven through.  I'm just not certain.
18   Q   You were referring to an area of the
19 refinery that's dark.  Is that a label -- the area
20 that's labeled dark area or is it the southern
21 part of the refinery?
22   A   It's the southern part of the refinery.

Page 220

1    Q   Okay.  So you don't know why that part is
2  so dark?
3    A   No.  It's very dark.  I don't really know
4  why the whole area would be dark like that.
5    Q   Could it have been from a spill?
6    A   It seems odd that would be -- encompass
7  that large of an area.  I just don't know.
8    Q   Okay.  Let's move to the next image.
9  This photo is dated September 14th, 1937.  Are
10 these the same pits that were visible in the
11 previous photo?
12   A   Yes.  They're in the same location.
13 There may be slight changes, but they're very
14 similar and in the same location.
15   Q   And there are some new tanks that were
16 added in this image, right?
17   A   Yes.  South of the pits and northeast on
18 the site area.
19   Q   Did you notice any other significant
20 environmental features in this photo, either when
21 you were first looking at it or in your review?
22   A   No, not other than what I had described.

Page 221

1    Q   Is the northern portion of South Williams
2  Road still looking dark compared to the rest of
3  the road?
4    A   It does appear to be a little bit darker.
5  You still see a darker streak on the southern
6  portion, but it's not -- it doesn't cover quite as
7  much of the road.
8    Q   Okay.  Let's move to the next image.
9  This is dated May 19th, 1942.  It looks like there
10 are some more pits in this photo.  How many pits
11 are there?  Can you tell?
12   A   Well, there are three new roughly
13 rectangular or square pits and then more of a
14 linear-type pit farther to the east.
15   Q   When you say linear-type pit, what do you
16 mean?
17   A   Well, it's more linear.  It's not quite
18 as rectangular as the other two.  Maybe like a
19 secondary containment pit from these other three
20 pits.
21   Q   Oh, you're talking about the very thin
22 pit?

56 (Pages 218 - 221)

Randall Grip                                                                    May 19, 2020

Page 222

1    A   Yes.  Further to the east.
2    Q   Are there two thin pits or am I seeing
3 that incorrectly?
4    A   I've only got one labeled.  I think
5 there's just one, but I'd have to refer to the
6 stereoscopic imagery.  Basically, there's new pits
7 in that area.  That's what my focus was.
8    Q   And you can't tell what's in the pits,
9 right?
10   A   Well, I would say it's dark tone.  It's
11 associated with facility waste of some kind.
12   Q   And can you tell whether the pits are
13 lined?
14   A   No, but based -- not based on just aerial
15 imagery, but based on practices in the '40s, I
16 would say it's unlined.
17   Q   What about the construction material of
18 the pits?  Can you tell what that is?
19   A   It appears to be earthen.  Haven't
20 really -- you know, at least the northern-most of
21 the new pits is earthen.  I would have to look
22 more closely at the southern ones.  There could

Page 223

1 be, you know, the walls made out of a different
2 type of material on the sides.
3    Q   How certain are you that they're earthen?
4    A   I mean, they appear to be earthen.  I
5 haven't really in detail looked at those features.
6    Q   Do you see any oil-water separators in
7 this image?
8    A   I don't see the classic rectangular
9 separator on this date, no.
10   Q   Okay.  Is there anything else that you
11 noticed in this image that you didn't label?
12   A   No.  I think that covers it.
13   Q   Okay.  Let's move to the next image.
14 This one is dated January 25th, 1950, and it's
15 Hanford, California.  Are the three pits that you
16 label -- or four pits that you labeled, had they
17 changed at all from the previous image?
18   A   Can you put them side-by-side for me?
19   Q   Yeah, sure.
20   A   Okay.  I'd say the --
21       MR. PETIT:  Can you zoom in?  Thank you,
22 Danny.

Page 224

1        THE WITNESS:  All right.  One second.
2 Okay.  So I could tell the southern-most pit that
3 I was seeing on the previous date has been
4 expanded and it's larger now on the -- forgive me,
5 I don't know the exact date; the date is cut off.
6 But you could tell the size of the pit has
7 increased.  The southern-most pit has been
8 expanded slightly to the south and to the west.
9 There's a new tank in there.
10       The basic signature of the pit, that was
11 one of the older pits that was there from earlier
12 years.  The surface area appears to be smaller.
13 There may have been some filling or closing of
14 that pit between the two dates.
15 BY MS. MENEES:
16   Q   And it looks like you have a tank labeled
17 as first visible in the 1950 image?
18   A   Yes.  There's expanded -- the tank has
19 been expanded and they've actually graded a little
20 bit further to the south as well, like they're
21 prepping that for construction.
22   Q   Okay.  So what about the area labeled

Page 225

1 dark area in the upper left-hand corner of the
2 1942 image?  Do you see that in the 1950 image as
3 well or not?
4    A   I really don't -- I don't see it in the
5 facility itself.  I do see a little signature
6 along the road, but not the way that it was
7 before.
8    Q   And that dark area was also present in
9 1934, correct -- 1934 and 1937?
10   A   I believe it was.  I could review it and
11 confirm.  I'll take your word for it.  Just pass
12 it in front of me and --
13       MS. MENEES:  Yeah.  Let's pull up the
14 1937 image, Danny.  That is page 99.  And compare
15 it to the 1942 image which is on the left right
16 now.
17       MR. HAMBRICK:  99 is the one on the left.
18       MS. MENEES:  Oh, it is?  Okay.  Then 98
19 and 99.
20 BY MS. MENEES:
21   Q   So the 98 -- or, sorry.  The image on the
22 left is the 1937 image and the image on the right

57 (Pages 222 - 225)

Page 226

1 is the 1942 image. And I wanted to compare the
2 area that you labeled dark area in the 1942 image.
3 Do you see it in the 1937 image as well?
4    A   I see a little bit of it, but it's less
5 distinct. As you see, it exits the facility on to
6 the South Williams and goes north and south. You
7 can see how it's very dark where the vehicles
8 would travel. So it makes almost like a triangle
9 of darkness. So it's darker on the later date,
10 certainly.
11    Q   Right. How would you characterize the
12 contrast between these two images?
13    A   Yeah. The one on the left is less
14 contrasted. That means darks are less dark. But
15 generally, you're comparing within the facility
16 itself. You could tell relative to other dark
17 features, like shadows and things like that.
18      But the overall -- I'm not comparing an
19 overall darkness from one date to another. I'm
20 looking at, within that same photograph, compared
21 to other dark features off the facility, seeing
22 shadows and things like that. That's how you

Page 227

1 would have to do a comparison. Because, you know,
2 atmospheric conditions would change the way
3 different photographs look as you compare them
4 date to date.
5      Also, the process of the photographs and
6 the copy of the photographs would change. So you
7 don't want to just rely on a tone. You have to
8 look at the context and you have to compare it
9 with relatively similar features. So I'm not just
10 comparing the darkness of one area to another.
11 I'm looking at, within that same image, how dark
12 is it compared to other dark features and is it as
13 distinct?
14      And you can clearly see, on the '40s-era
15 photograph on the right, it's much more clear
16 where the road is darker and where the facility
17 area is darker. You could see the triangle, as I
18 said, as it exits on to South Williams, and you
19 could see the area where the vehicles don't
20 typically drive, it's lighter in tone, whereas --
21    Q   Let's pull up the 1934 image.
22      MS. MENEES: Danny, could you exchange 98

Page 228

1 on the left for 97?
2 BY MS. MENEES:
3    Q   So this is from 1934. How does the
4 darkness of the road in this image compare to the
5 1942?
6    A   It's more similar, but the areas are
7 different. They've got another access point as it
8 goes on to West Third Street. It's almost like a
9 circle in the later year, whereas in the earlier
10 year, it was just an in-and-out-type feature right
11 in the middle of the --
12    Q   The 1934 image looks even darker to me
13 than the 1942 image.
14    A   Yes. But you're comparing --
15      MR. PETIT: Objection. Counsel is
16 testifying.
17      THE WITNESS: To make that conclusion,
18 though, you're comparing the two photographs one
19 to another. I'm just comparing within that
20 photograph; you know, how dark is it compared to
21 other features? I'd say they're fairly
22 comparable.

Page 229

1 BY MS. MENEES:
2    Q   They're fairly comparable. Is one darker
3 than the other?
4    A   As you just compare one photograph to
5 another photograph?
6    Q   No, I'm talking about comparing the
7 darkness of that area to the darkness of other
8 features in the photo. Is there one where the
9 contrast is greater?
10    A   I think it's too hard to tell that much
11 of a difference. I think it's fairly comparable.
12 I would say there's probably a little bit more
13 contrast on the earlier photograph which may
14 explain why the refinery looks so dark, too.
15    Q   Okay. And comparing the color of the
16 pits in these photographs, is there one that's
17 more -- that contrasts more than the other
18 compared to the other images in the photo?
19      MR. PETIT: Objection. Vague.
20      THE WITNESS: Yeah, I'm not sure. Can
21 you specify something on a particular image?
22      THE REPORTER: I'm sorry. I'm not sure.

58 (Pages 226 - 229)

Page 230

1 Can you...

2      THE WITNESS: Can you specify a pit and
3 what to compare it to?

4 BY MS. MENEES:

5      Q   Okay. Compare the pits in each image to
6 the dark area in each image. How do those
7 color -- how do those tones compare?

8      A   Well, as I said, the pits are very dark
9 in the more contrasted photograph. They're still
10 very dark in less contrasted photograph. But,
11 regardless, they're disposal features. I mean,
12 they're dark features, which is exactly what I
13 would expect in a disposal-type feature associated
14 with a refinery handling refinery waste.

15      I don't know what -- I mean, as I said,
16 it's more contrasted in the earlier date, less
17 contrasted. I don't know what else to say about
18 it.

19      Q   So in the 1934 image, how close in color
20 are the pits in the dark area?

21      A   I mean, the pits look darker. I can't
22 tell you how close. It's just -- I could see more

Page 231

1 detail in the dark area and the pits are black.

2      Q   And what color would you say the dark
3 area is?

4      A   A dark gray, a scale of gray. It's on
5 the darker side.

6      Q   And that's your sworn testimony?

7      A   How I would describe the dark area?

8 It's a --

9      Q   You wouldn't describe it as black also?

10      A   No, it's not black. I mean, it's dark,
11 very dark. I mean, this is --

12      Q   And --

13      THE REPORTER: I'm sorry. I didn't get
14 the question. He was still in an answer.

15      THE WITNESS: What I'm saying, and
16 maybe -- this imagery is black and white. Okay?
17 You're dealing with shades of gray between white
18 and black. And I would say the pits can't get any
19 blacker than they are. They're very black, very,
20 very dark. The area that's dark, it can get
21 darker. I mean, I see detail in there. That's
22 not just a black area like you see in these pits.

Page 232

1      But, I mean, I'm not making a conclusion
2 based on just the scale of gray that these pits
3 are relative to the dark area either. I don't
4 know what you're trying to say. But if you're
5 saying anything other than it's a shade of gray
6 or -- and it's dark and it's fairly dark or
7 whatever, that's not part of my testimony. I go
8 much more into the other features of
9 photo-interpretation than just looking at a
10 gray-scale point and saying, if it's this dark,
11 it's oil; if it's this dark, it's not oil. That's
12 just not how it's done.

13 BY MS. MENEES:

14      Q   Right. I'm trying to get at how the road
15 has changed over time.

16      A   Okay.

17      Q   And so the 1937 image, I was trying to
18 compare the shade of the pits to the dark area and
19 then see if that had changed at all in the 1942
20 image.

21      A   I understand.

22      Q   So -- yeah. So I guess, how would you

Page 233

1 say the road color has changed over time?

2      A   Okay. Well, the relative darkness of the
3 road area or the dark area that I pointed out is
4 lighter on both dates than the pits. Okay? On
5 both dates. Just comparing within each date of
6 photography. It does appear lighter than -- on
7 the later date than it does on the earlier date.

8      But I'm not making any conclusion based
9 on that. There's other reasons for it to be
10 lighter in the road area versus the pits also. I
11 mean, there could be -- one photograph could be
12 taken closer to an event where they did dust
13 suppression, and as the days continue after that
14 dust suppression event, it will fade, so the area
15 gets lighter.

16      I made no real conclusion based on the
17 gray scale of it, just that obviously that area is
18 darker than the surrounding areas and that
19 something had been done to that area that had an
20 effect. Not that it was more spillage in one date
21 or the other. I wasn't making that conclusion.

22      Q   Okay. Let's move on to page 102. Sorry,

59 (Pages 230 - 233)

Randall Grip                                                    May 19, 2020

Page 234

1 the page before that. Okay. This is a map
2 labeled March 1950, Hanford, California. And
3 there are a series of features labeled sump. Why
4 are they -- why did you label them as pits rather
5 than sumps?
6    A   Well, as I said before, sumps and pits
7 are interchangeable to me. That's just a name for
8 pits in California. Maybe they -- it's possible
9 that I received this map after my interpretation
10 of features, so I just didn't change the name.
11 But they're the same thing to me. It doesn't
12 matter. Sump or pit.
13    Q   On the next image, it looks like you
14 didn't label anything. Is there any reason why
15 you included it in your report?
16    A   Just I didn't -- you know, I had it and I
17 wanted to include it in case it was needed for
18 someone else or someone asked me about it.
19    Q   Okay. And then the next image is also a
20 map and it is labeled -- you have two sumps
21 labeled. Should I pull up a high-resolution
22 version of this?

Page 235

1    A   Sure.
2       MS. MENEES: Okay. Let's go to D-09.
3 Scroll down. I think that should be it in the
4 lower right-hand corner.
5 BY MS. MENEES:
6    Q   So you labeled this -- the middle pit
7 area -- sorry. There's a heavy oil farm oil
8 refinery label in the middle of this image. Do
9 you see that?
10    A   Yes.
11    Q   What is the significance of that for your
12 aerial interpretation?
13    A   I was trying to understand why that area
14 was very dark and I labeled it with the
15 possibility that someone else could shed more
16 light on what was going on in that area and if it
17 had a connection to what I was seeing on the
18 actual roads, the dark areas.
19    Q   So you didn't draw any conclusions for
20 that, why it was dark in that area?
21    A   Not based on --
22       THE REPORTER: I'm sorry. You broke up

Page 236

1 again. Not based on...
2       THE WITNESS: On the label of the heavy
3 oil. That would be for someone else to help shed
4 light on activities on that facility.
5 BY MS. MENEES:
6    Q   Okay. And then you also labeled a light
7 oil farm in the upper right-hand corner. Is there
8 any significance to that label for your
9 interpretations?
10    A   No. It's the same answer as the heavy
11 oil farm label.
12    Q   Okay. Let's move on to the next image.
13       MS. MENEES: Oh, we introduced that as an
14 exhibit, right, Danny?
15       MR. HAMBRICK: Yeah, it's Exhibit 11.
16       MS. MENEES: Exhibit 11. Okay.
17       (Deposition Exhibit Number 11 was marked
18 for identification.)
19 BY MS. MENEES:
20    Q   This is labeled July 11th, 1954. And do
21 you -- oh, sorry. I moved on without Danny.
22       MR. PETIT: It's getting late.

Page 237

1       MS. MENEES: You're a champion, Danny.
2 Thank you.
3 BY MS. MENEES:
4    Q   Okay. This is labeled July 11th, 1954.
5 And do you see any new -- did you see any new
6 features in this photo versus the previous
7 aerials?
8    A   Yes. I've called out a tank in former
9 pit area that was seen previously. There's other
10 changes, but that's the one that I called out as a
11 change.
12    Q   Okay. And that previous tank -- or
13 previous image was from 1950. So that tank was
14 constructed between 1950 and 1954, right?
15    A   Yes.
16    Q   And that would have been done through
17 landfilling?
18    A   Yes. They would have to fill that
19 previous pit and then build on top of it.
20    Q   Okay. Are there any other significant
21 environmental features in this image that you
22 didn't label?

Randall Grip                                                    May 19, 2020

Page 238

1    A    Not that I recall, no.
2    Q    So based on the images that we just
3  discussed, you didn't label any spills, right?
4    A    I didn't label it as a spill, but I
5  labeled a dark area that's possibly associated
6  with a spill.  I just -- I can't tell how it got
7  there.
8    Q    And that would be the dark area in the
9  road or the dark area in the refinery?
10   A    Well, it's a signature of both.  I mean,
11 any equipment that runs through that would track
12 it out the site, or primarily on the site.
13   Q    Okay.  So that would have been in the
14 193- -- I'm just going to double-check -- the 1934
15 image, then?
16   A    There were two dates where I noted that.
17 I don't recall the exact dates, but one was in the
18 '30s and one I believe was in the '40s.
19   Q    1942 image.  So it's your testimony that
20 those could potentially be linked to spills?
21   A    It could be, yes.
22   Q    And the refinery -- they were using pits

Page 239

1  in the '30s and the '50s, so the disposal
2  practices remained similar, right?
3    A    They've expanded it.  I can't tell you
4  the details of how they disposed -- I can tell you
5  that there were pits there and, as a practice,
6  that would be similar, but I don't know what's
7  going in those pits, if the process changed or
8  anything like that.  I could tell you there's
9  change on -- to the pits, but that's it.
10       I'd also say whenever there's
11 development -- redevelopment of a pit indicates
12 that something has changed.  They don't require
13 that much space for the pit anymore.  There's more
14 of a premium on having a tank in that area than a
15 pit --
16       THE REPORTER:  There's more of a...
17       THE WITNESS:  Premium on having pit
18 acreage rather than -- I mean, I'm sorry, tank
19 acreage rather than pit area.
20 BY MS. MENEES:
21   Q    What do you mean by that?
22   A    Well, they had a very large pit in

Page 240

1  earlier years.  And in later years, in 1954, they
2  no longer used that pit.  They redeveloped it into
3  a tank.  So you would have to say they don't need
4  that pit disposal area as much as they needed it
5  in the earlier year.
6    Q    Is that a conclusion that you're making
7  based on your aerial interpretation?
8    A    Well, you were asking me how things had
9  changed, and I described them to you.  That's how
10 it's changed.  They turned a very large pit into a
11 new tank area.
12       I don't know what that says about the
13 operations between those two dates, but that's a
14 visible change that I can see.  Maybe someone else
15 can shed more light and expand on that.
16   Q    Okay.  Let's move on to Houston.  Let me
17 go to page 108.
18       Actually, maybe -- since Houston is two,
19 it might be worthwhile to go to Memphis, first.
20 So can we go to page 131.  Okay.  You noted three
21 light-toned pits in this area.  How do you see
22 those?

Page 241

1    A    No.  I labeled those light-toned piles.
2    Q    Oh, I'm sorry.  Good catch.
3        So these light-toned piles, are they
4  associated with landfilling or is there another
5  refinery activity, in your experience, that they
6  would be associated with?
7    A    Well, typically, when I see filling
8  activities for construction, I just call it
9  filling.  It's -- usually when I say landfilling,
10 it's a disposal-type activity.
11       This looks to be filling with
12 construction of this refinery.  So they're
13 bringing material in to build it up and maybe to
14 use it for berms or elevating the area for
15 development.
16   Q    So you think the light-toned piles are
17 associated with construction of the refinery?
18   A    Yes.  I mean, they don't appear to be a
19 disposal-type feature.
20   Q    Okay.  Can you tell me anything else
21 about those piles?
22   A    They're light in tone, linear.  They

61 (Pages 238 - 241)

Page 242

1 allow for pathways driving between them. I think
2 that's about all I could say.
3    Q    And you don't see any pits in this photo?
4    A    No, I haven't identified any pits.
5 Just --
6    Q    And there --
7       THE REPORTER:  No, I haven't identified
8 any pits...
9       THE WITNESS:  That's it.
10 BY MS. MENEES:
11    Q    And there are no other significant
12 environmental features in this photo?
13    A    No, not that I see.
14    Q    Okay.  Let's move to the map, the next
15 image.  This is labeled 1944.  It's a Sanborn map
16 and you have one feature labeled that's an oil
17 pit.  Is there anything else worth discussing in
18 this photograph that was relevant to your report?
19    A    I don't believe so.
20    Q    Or map.  Sorry.  This is -- it's getting
21 late.
22       Let's move to the next image.  This is

Page 243

1 labeled February 7th, 1946.  I see you labeled the
2 oil pit from the Sanborn in this image.  Could you
3 actually see that as a pit in your analysis?
4    A    I see a feature that looks to be a pit.
5 You know, I'd have to look at that again, but I
6 believe, yes, I could see them.  I georeference --
7       THE REPORTER:  I'm sorry.  You're
8 breaking up again.  I see a feature that looks to
9 be a pit.  You know, I'd have to look at that
10 again, but I believe...
11       THE WITNESS:  When I did my analysis I
12 used this map and I flickered in a coordinate
13 system between these two photographs, and I see,
14 in the area of what they identified as an oil pit,
15 a dark area.  So that's why I was looking -- it
16 coincides with what's on the image -- I'm sorry,
17 what's on the map.
18 BY MS. MENEES:
19    Q    Did you see any depression in the ground
20 in your analysis?
21    A    I'd have to look back at -- I just don't
22 remember on that particular area.  I believe I

Page 244

1 did.
2    Q    What's the significance of this being
3 labeled an oil pit rather than just a pit?
4    A    That's just what they call it as on the
5 Sanborn.  I would just say a pit is a pit.
6    Q    So without the Sanborn, you would have
7 labeled it just a pit?
8    A    Right.
9    Q    Did you see the debris in this photo in
10 the Sanborn map?
11    A    No.
12    Q    How can you tell it's debris?
13    A    Well, looking at it stereoscopically, it
14 appears to be some debris out in the field there
15 or in the wooded area.
16    Q    Can you tell what type of --
17    A    I couldn't narrow it down on what it is.
18 It's not a liquid material.  It just -- debris,
19 like blocky, different sizes of material in that
20 area.
21    Q    Do you see any spills in this image?
22    A    I did mark along the drainage features to

Page 245

1 the right of the image.  That could be a spill or
2 a leak-type feature, but I didn't identify others.
3    Q    Which drainage features are you talking
4 about?  Could you mark those?
5    A    Okay.
6    Q    So those two -- it's your testimony that
7 those two features that you circled could be
8 possible spills?
9    A    It could be some type of leak.  It's a
10 very curious -- you know, the contrast with what's
11 around it.  It's curious.  I would say that's a
12 good spot to look for contamination.
13    Q    Do you see anything else -- strike that,
14 sorry.
15       Why didn't you label that as a spill in
16 your report?
17    A    Well, I didn't say it was a spill.  It's
18 a possible leak feature.  I wasn't certain, so I
19 didn't call it out.
20    Q    So how certain would you say that you are
21 that they are spills?
22    A    I couldn't give you an exact number.  I

62 (Pages 242 - 245)

Page 246

1 would say, if you're looking for contamination,
2 sample in that area and there could very well be
3 contamination related to the facility there.
4    Q   Are you more certain than not that there
5 are spills?
6    A   It's probably equal.
7    Q   Okay.  Let's go to the next image.  Or --
8 actually, sorry.  Let's stay on this one.  Are
9 there any other significant environmental features
10 that you didn't mark?
11   A   No, I don't think so.
12   Q   Okay.  Let's move to the next image.
13      MR. HAMBRICK:  Are we going to admit this
14 as an exhibit?
15      MS. MENEES:  Oh, yes.  Sorry.  Thanks,
16 Danny.
17      MR. HAMBRICK:  This is going to be 12.
18      (Deposition Exhibit Number 12 was marked
19 for identification.)
20 BY MS. MENEES:
21   Q   So this has been marked as Exhibit 12.
22 Does this accurately reflect to your annotations

Page 247

1 on the February 7th, 1946 photo?
2    A   Yes.
3    Q   Okay.  You labeled an oil pit in this
4 photo -- or this map.  Is that the same pit that
5 you labeled in the previous aerial photo?
6       MR. PETIT:  So for the record, we're
7 talking about 1952 Sanborn?
8       MS. MENEES:  Yes.
9       THE WITNESS:  You know, I don't exactly
10 remember.  I'd have to look at it in a
11 georeferenced form.  It seems to be oriented
12 north-south where I seem to remember it being
13 east-west earlier.  But I just need to zoom in and
14 look.  It's in the same general area.
15 BY MS. MENEES:
16   Q   The 1944 Sanborn was also oriented
17 north-south.
18   A   Okay.  Then I would say it's the same
19 feature.
20   Q   Is there anything else significant in
21 this map?
22   A   No.

Page 248

1    Q   Okay.  So besides the two spills -- two
2 potential spills or leaks that you noted in the
3 1946 image, were there any other potential spills
4 or leaks that you saw in Memphis?
5    A   I don't recall seeing that -- anything
6 else, no.
7    Q   Any other landfilling or disposal
8 activities that you saw that you didn't mark?
9    A   No.  Just the debris area that I marked.
10   Q   Okay.  I think we're good on Memphis,
11 then.
12      MS. MENEES:  And I'm not sure I want to
13 jump into another refinery, considering it's
14 getting -- we're seven minutes to 6:30.  So can we
15 go off the record?
16      MR. PETIT:  Yes.
17      (Whereupon, at 6:23 p.m., the remote
18 deposition of RANDALL GRIP was adjourned.)
19
20
21
22

Page 249

1       CERTIFICATE OF NOTARY PUBLIC
2       I, Denise M. Brunet, the officer before
3 whom the foregoing deposition was taken, do hereby
4 certify that the witness whose testimony appears
5 in the foregoing deposition was sworn by me; that
6 the testimony of said witness was taken by me
7 stenographically and thereafter reduced to print
8 by means of computer-assisted transcription by me
9 to the best of my ability; that I am neither
10 counsel for, related to, nor employed by any of
11 the parties to this litigation and have no
12 interest, financial or otherwise, in the outcome
13 of this matter.
14
15      _Denise M. Brunet_
16      Denise M. Brunet
17      Notary Public in and for
18      The District of Columbia
19
20 My commission expires:
21 December 14, 2022
22

Page 250

ACKNOWLEDGEMENT OF DEPONENT

1
2     I, RANDALL GRIP, do hereby acknowledge I
3 have read and examined the foregoing pages of
4 testimony, and the same is a true, correct and
5 complete transcription of the testimony given by
6 me, and any changes and/or corrections, if any,
7 appear in the attached errata sheet signed by me.
8
9
10
11
12
13
14
15
16
17
18
19
20
21 _____    _____
22 Date            RANDALL GRIP

Page 251

1 Capital Reporting Company
2 1250 Eye Street, Northwest
3 Suite 350
4 Washington, D.C. 20005
5 (202) 857-DEPO
6        E R R A T A  S H E E T
7 Case Name:  MRP Properties Company, et al. vs.
8          United States
9 Witness Name:  Randall Grip
10 Deposition Date:  May 19, 2020
11 Job No.  4115532
12
13 Page No.   Line No.     Change/Reason for Change
14
15
16
17
18
19
20
21 _____    _____
22 Signature            Date

Page 252

1        CAPITAL REPORTING COMPANY
         1250 Eye Street, N.W. - Suite 350
2          Washington, D.C. 20005
       Phone: 202-857-DEPO  Fax: 973-629-1287
3
4 June 1, 2020
5 To: William Petit, Esq.
6 Case Name: MRP Properties Company, LLC, Et Al., v. United States Of
  America
7
  Veritext Reference Number: 4115532
8
  Witness:  Randall Grip      Deposition Date:  5/19/2020
9
10 Dear Sir/Madam:
11 Enclosed please find a deposition transcript.  Please have the witness
   review the transcript and note any changes or corrections on the
12 included errata sheet, indicating the page, line number, change, and
   the reason for the change.  Have the witness' signature at the bottom
13 of the sheet notarized except in California where they are signing
   under penalty of perjury and email the errata sheet back to us at the
14 address shown above.
15
   If the jurat is not received within thirty days of your receipt of
16 this letter, the reading and signing will be deemed waived.
17
   Sincerely,
18
19 Production Department
20
21 Encl.
22 Cc:  Sydney Menees, Esq.

Randall Grip

May 19, 2020

[& - 350]

Page 1

| & | | | |
|---|---|---|---|

**&**   2:7 11:13

**0**

**02**   4:17 119:15
**09**   235:2

**1**

**1**   4:6 10:1,2 81:8
91:12 102:18
115:11 119:7,9
128:9 139:13
140:15 141:21
146:17 155:6
165:6 187:18
198:3 252:4
**10**   4:6,20 155:11
155:12,14
**102**   4:12 233:22
**108**   240:17
**10:32**   1:13
**10th**   209:17
**11**   5:2 236:15,16
236:17
**11174**   1:8
**112**   4:14
**113**   4:16
**119**   4:17
**11:45**   79:7
**11th**   236:20 237:4
**12**   5:4 9:15 10:21
22:10 246:17,18
246:21
**12/18/2015**   22:7
**1250**   1:21 251:2
252:1
**127**   4:18
**12:47**   79:14
**131**   240:20
**14**   249:21
**14541**   249:15
**14th**   200:20 220:9
**15**   79:8
**150**   3:9

**151**   4:19
**155**   4:20
**15th**   171:16
**17**   1:8
**171**   13:10
**173**   19:19
**17th**   214:9
**19**   1:12 125:19
128:3 129:8
251:10
**193**   238:14
**1930**   103:9
**1930s**   11:9
**1931**   187:19
**1934**   214:10 225:9
225:9 227:21
228:3,12 230:19
238:14
**1937**   140:18
141:16 187:19
188:3 190:5 220:9
225:9,14,22 226:3
232:17
**1938**   53:12 83:18
84:3 85:8 94:16
100:7,9 101:8,10
101:15,21 102:1
102:17 103:1
104:5,15 117:10
124:15,22 129:1
130:8 132:1
133:20,21 134:1
143:5 147:16
196:22 197:4
198:2,14 199:6
200:20 204:3
205:3
**1940**   104:4 171:17
173:1 177:11
184:9 187:9
**1940s**   4:11 41:7
101:3 103:2,2,11
105:5,5,11,15
107:15 125:20

**1941**   53:13 106:7
107:8,20 108:6,16
109:11 114:17
115:8 129:13,14
138:16,17,18,20
186:14 187:7
**1942**   221:9 225:2
225:15 226:1,2
228:5,13 232:19
238:19
**1944**   242:15
247:16
**1945**   4:19 138:20
152:4,13 156:5,13
187:7
**1946**   243:1 247:1
248:3
**1947**   114:11,16,18
114:19 115:8,10
115:13,18 129:10
129:14 194:14
**1948**   124:11 129:1
177:4
**1949**   177:8 186:15
187:9 203:9
**1950**   195:9 197:5
198:14 199:6
223:14 224:17
225:2 234:2
237:13,14
**1950s**   11:10
**1951**   203:18
207:12,12
**1952**   207:10,13
247:7
**1953**   133:17,21
134:2 164:11
167:2 209:17
**1954**   107:8 165:14
199:19 236:20
237:4,14 240:1
**1957**   134:18
**1990**   15:16,17

**19th**   221:9
**1:39**   80:2
**1a**   91:9,16
**1st**   199:19

**2**

**2**   4:7 10:18 34:22
50:5,6,12
**2/27**   22:13
**2/7/1946**   5:4
**20**   20:20
**2000**   30:12,14
**20002**   3:11
**20005**   1:22 251:4
252:2
**2003**   20:17
**2015**   19:20 20:9
**2016**   22:10
**2017**   22:12
**2018**   22:13
**2019**   21:16 22:14
22:16
**202**   3:12 251:5
**202-857**   252:2
**2020**   1:12 251:10
252:4
**2022**   249:21
**20th**   164:11
**22**   177:8
**23**   113:3
**236**   5:3
**24**   123:14 152:8
**246**   5:5
**25th**   223:14
**26**   85:7
**29**   207:10

**3**

**3**   4:9 8:19 12:18
35:1 53:7 91:22
93:3,5,9 94:6,15
**30s**   189:12 238:18
239:1
**350**   1:21 251:3
252:1

Randall Grip

May 19, 2020

**[353-5885 - added]**

Page 2

**353-5885**   3:12
**355-5023**   2:11
**36**   82:2
**38**   81:9 101:18
   123:16 124:18
**3a**   92:4

---

**4**

**4**   3:8 4:11 22:14
   102:6,8,11 106:2
   106:5 111:21
   113:19
**4.137**   3:10
**4/4/2017**   22:11
**40**   78:1 102:17
**40s**   189:12 222:15
   227:14 238:18
**41**   107:21
**4115532**   251:11
   252:7
**46**   128:9
**47**   112:11 115:12
   119:9
**48**   124:19
**49**   129:22 178:6
**4th**   203:18

---

**5**

**5**   4:13 22:12,15
   111:22 112:1,2,5
   195:9
**5/19/2020**   252:8
**5/1950**   5:2
**50**   4:8
**50s**   239:1
**515**   2:8
**53**   115:9,10
**54**   107:20,21
   114:17 115:10,10
   183:4
**55**   139:12 140:16
**59**   141:21 146:4
**5th**   165:14

---

**6**

**6**   4:3,15 21:16
   113:7,8
**6/26/1938**   4:9
   84:22 141:22
**64**   146:16
**65**   151:13 155:7
   155:17
**67**   156:15,18,18
**68**   156:18,20
   165:7
**69**   164:10
**6:23**   248:17
**6:30**   248:14

---

**7**

**7**   4:17 22:13
   119:15,17,21
**7/10/1938**   190:6
**7/10/38**   187:21
**713**   2:11
**73**   4:16 171:15
   184:5
**74**   184:4
**77027**   2:10
**7th**   243:1 247:1

---

**8**

**8**   4:18 9:15 127:15
   127:17
**81**   188:2
**82**   187:17
**8280**   1:15
**83**   198:3
**85**   198:3
**857**   251:5
**89**   200:19
**8th**   106:7 138:18

---

**9**

**9**   4:19 151:21,22
   152:3
**9/23/2015**   22:6
**9/8/1941**   108:8

---

**900**   2:9
**90s**   15:17,20 17:19
**93**   4:10
**97**   213:20,21
   228:1
**973-629-1287**
   252:2
**98**   213:21 225:18
   225:21 227:22
**99**   225:14,17,19

---

**a**

**a.m.**   1:13
**ability**   7:18 27:18
   55:15 249:9
**able**   13:6 26:3,17
   40:20 43:22 47:2
   47:13 48:21 53:5
   60:20 63:1,7
   71:18 88:17 99:9
   146:14 158:22
   168:4 211:7,17
**abnormal**   149:6
**absolute**   57:12
**absolutely**   212:21
**access**   87:9 143:2
   143:6 228:7
**accuracy**   27:14
   154:4,6
**accurate**   11:1
   155:2,4
**accurately**   94:15
   102:12 112:6
   128:2 152:5
   246:22
**acknowledge**
   250:2
**acknowledgement**
   250:1
**acquire**   11:5 35:3
   52:2 54:17
**acquired**   35:7,8
   35:14,16,21 37:14
   41:21 42:9,10
   82:5,6 84:13

---

**acquiring**   19:9
   37:12
**acreage**   239:18,19
**acronyms**   31:3
**action**   12:22
   185:19
**active**   66:8 104:14
   134:5 170:13,15
   171:10 182:19
   185:13
**actively**   185:3
**activities**   23:20
   24:15 40:15 60:16
   64:14 65:2,14,21
   71:12 82:15 90:21
   95:3,5,11 105:4
   137:21 138:2
   161:20 183:16,19
   183:20 185:14,16
   187:1,1 206:19
   207:6,7 236:4
   241:8 248:8
**activity**   78:10 84:6
   87:8 95:14 116:22
   137:15,18,20
   138:3,8,9 143:5
   161:18 162:17
   171:13,22 185:21
   188:16 197:12
   207:3 212:10
   241:5,10
**actual**   8:17 18:14
   18:15 29:17 39:7
   41:16 42:7 66:5
   81:18 84:11,17
   138:9 152:17
   161:2 165:2,6
   179:9 186:6
   209:20 235:18
**add**   51:3 94:9
   110:20 127:15
**added**   42:16 75:19
   123:17 220:16

Randall Grip

May 19, 2020

**additional** 68:21 105:8 123:16,17
**address** 252:14
**adequate** 16:6
**adjacent** 63:9 69:2
**adjourned** 248:18
**administrative** 13:22
**admit** 246:13
**adverse** 22:9
**advise** 80:14
**aerial** 10:21 11:6 11:15 12:6,9 14:2 14:3 16:10,20 24:1 25:11,13,17 26:3 27:19 28:17 29:8,20 35:3 38:10 43:15 45:13 48:6 49:11 61:4 62:19 63:15 64:5 64:21 94:16 101:11,15 102:1 120:17 122:11,11 132:13,16,17 137:12 146:5 147:16 165:15 171:17 187:12 217:14 222:14 235:12 240:7 247:5
**aerials** 201:20 237:7
**aero** 1:14 13:19 15:6,15 16:8 17:6 17:19 19:1,21 24:5 28:4 29:15
**affect** 7:18 48:12 51:16 55:15
**afternoon** 80:1
**agency** 23:12
**agree** 115:13
**agrees** 115:2
**ahead** 21:7 46:12 47:8 55:12 96:11

102:2 129:4 151:15 199:10 215:14
**aj** 47:7
**al** 1:5 251:7 252:6
**aleutian** 23:19,20
**allain** 22:9
**alleged** 150:6
**allow** 89:2 242:1
**alma** 4:9,11,19 69:6 91:7,18 92:14 113:14 119:21 120:2 123:15 141:22 152:4 180:15 191:6
**altitude** 37:11 55:7 57:10,12 58:2 63:8 133:13
**altitudes** 52:22 55:6,7
**ambiguous** 59:4 73:13
**america** 1:8 252:6
**american** 49:16 50:14
**amount** 143:16
**analysis** 11:7 13:2 13:9 23:3,8 24:12 33:14 36:8 44:4 63:1 64:13 97:5 122:11 125:16 127:7 130:22 217:16,18 218:2 243:3,11,20
**analyze** 14:9 16:22 52:1 62:19
**analyzed** 146:7
**analyzing** 12:6 59:3 61:4
**angle** 104:12 118:8
**annotate** 68:17 91:7 126:11

**annotated** 4:9,11 4:13,18,19 5:2,4 38:13 39:14 52:4 82:3 84:11 91:8 106:14,19 117:19 130:2 165:5 167:15
**annotation** 38:11 38:12 39:6 40:3 84:19 93:17 126:4 126:6,9,13 128:3 152:5
**annotations** 94:16 94:18 102:4,7,12 106:6 111:5 112:7 112:8 120:16 246:22
**answer** 7:4,6,7 12:4 81:6 231:14 236:10
**answered** 136:19 138:4
**answers** 6:19 138:6
**anybody** 218:19
**anymore** 108:21 126:14 239:13
**anytime** 150:9
**anyway** 158:7
**apart** 66:2
**apparently** 80:17
**appear** 40:14 88:8 90:21 111:17 176:13 213:1 221:4 223:4 233:6 241:18 250:7
**appearances** 3:1
**appeared** 61:17 127:5 128:10 129:10 207:11
**appearing** 2:22 3:22
**appears** 84:3 97:6 112:20 126:22

163:22 197:16 212:3 222:19 224:12 244:14 249:4
**apply** 49:22
**approximately** 11:9
**april** 165:14 171:16
**arc** 33:19
**arcgis** 33:19
**archives** 35:18
**arcmap** 33:19
**arcnews** 49:14
**ardmore** 171:17 177:8 183:11,12 184:12 185:15 186:5,13
**area** 26:7 54:21 58:11 59:18 65:20 74:15 75:4,6,8,12 75:22 76:3,4 77:7 77:13,16,18,21 78:8,16,20 84:14 85:17,18,19 87:7 87:12 89:4,11,13 89:15,18,21 90:4 95:6,17,17 97:5 99:17 101:3,7 103:12,17 104:7,9 104:14 110:7 115:22 116:22 117:4,10 118:10 118:17 125:18 128:20 130:13,17 131:15 132:2,5,7 132:20 133:5 134:5,8 135:4,6,8 135:11 142:15 143:10 145:20,21 149:8,10,17,20 151:3,8 153:1 155:3 157:8 159:6 159:16,16,20

Randall Grip

May 19, 2020

**[area - basin]**

160:5,9,18,19,20
161:11,18 162:3,3
162:4,12,15,19
164:1,2,4 166:2
167:9 169:14
170:8 171:4
172:13,14 176:2
176:16,19 177:15
177:16,17,18
180:3,12 182:5,5
188:7,8 189:15,18
190:1,2,6 192:7
192:14 193:5
194:2,3,5,9,12
198:11 201:22
203:3,5 204:11,22
205:10,12,15
206:7 207:19
210:1,15,21
211:13 214:6,10
214:13,14,14
216:5,16,19 217:1
217:3 218:8,16
219:2,18,19,20
220:4,7,18 222:7
224:12,22 225:1,8
226:2,2 227:10,17
227:19 229:7
230:6,20 231:1,3
231:7,20,22 232:3
232:18 233:3,3,10
233:14,17,19
235:7,13,16,20
237:9 238:5,8,9
239:14,19 240:4
240:11,21 241:14
243:14,15,22
244:15,20 246:2
247:14 248:9
**areas**   35:11,20
43:20 59:19 60:15
70:17 76:5 78:17
90:14 117:13
131:14 132:19

145:19 149:7,18
153:21 168:19
169:10 170:6,7
175:4,16 176:18
182:3 190:10
195:12 200:6,14
205:14 207:3,15
207:19 210:12
211:19 212:6,19
228:6 233:18
235:18
**aric**   3:16
**arkansas**   187:20
188:3 195:9 200:3
**arrow**   86:9 110:21
110:22 120:11
157:20
**arrows**   86:14 87:5
94:1,19,21 172:10
**article**   30:6
115:15
**aside**   70:16 77:22
78:5 116:2,8
117:3 134:9
149:17 161:19
169:5 189:17
**asked**   11:5,11,14
35:2 136:19
147:10 170:10
234:18
**asking**   6:17,20
80:18 114:5
139:21 217:11
240:8
**asprs**   31:19 32:14
33:2 49:12 51:1
**assist**   17:9 45:14
**assisted**   14:20
45:17 46:10,14
249:8
**assisting**   19:11
**associated**   59:14
60:15 71:6 82:20
90:21 142:21

149:12 168:15,16
169:20 178:1
181:16 184:17
185:21 188:17
200:8,16 206:4,8
222:11 230:13
238:5 241:4,6,17
**association**   34:9
**assume**   54:21
**assumes**   20:3 51:4
142:10
**assuming**   115:7
129:15
**atmospheric**
227:2
**attached**   5:7 13:12
250:7
**attachment**   20:13
30:19
**attempt**   98:2
140:5,12 146:15
147:7
**attempted**   146:10
**attended**   34:16
**attorney**   6:10
**authoritative**
50:20
**available**   18:8,12
18:13 28:19 33:14
35:15 93:7 127:19

**b**

**b**   22:1 91:19 92:4
131:17
**back**   8:20,21 9:8
16:4 18:2,15
26:21 28:2,11
30:12 34:21 35:1
35:14 38:20 40:3
45:10 50:15 53:8
54:4,16 56:1 60:3
66:6,7 67:19 78:1
81:12,15 82:6
83:7 93:17 94:11
95:22 106:14

112:10 114:11
115:11,12 122:1
122:15,18,21
125:8 128:8
138:11 141:18
143:7 144:10,12
146:4,16 154:10
155:6 156:5,9
157:15,19 158:10
166:5 173:2
179:19 180:21
182:17 189:12
201:16 202:4
209:13 243:21
252:13
**background**   16:17
26:22 27:6 31:7
**bad**   38:18 70:3
**bar**   54:21 126:9
126:13
**barks**   2:6
**base**   31:10
**based**   12:8 27:20
31:12 36:7 40:9
40:16 63:3 64:10
67:15 85:2 90:1,2
111:14 133:2
147:5 154:2
187:11 196:21
197:4,13 202:5
216:13 222:14,14
222:15 232:2
233:8,16 235:21
236:1 238:2 240:7
**basic**   26:6 31:22
45:13 134:1
208:14 224:10
**basically**   12:12
17:10 28:13 30:11
47:12 52:15 77:9
133:1 188:18
222:6
**basin**   68:6 181:7
181:15

Randall Grip

May 19, 2020

**[basis - button]**

Page 5

**basis** 71:4 72:16
73:16
**bates** 4:15
**baton** 1:16
**bays** 131:15,17,21
195:20 208:2,8,9
208:13
**bed** 77:18
**began** 19:20
**beginning** 12:4
34:21
**behalf** 2:3 3:3
**believe** 11:12
13:13 22:14,15
23:8,13 41:1,3,22
43:13 49:9 52:10
74:18 81:12 82:1
90:5,6 92:1
100:19 102:22
104:19 109:7
111:11 113:1
115:10,22 121:4
122:12 123:3
124:16 126:2
134:8 146:3 154:8
156:1 157:6
163:19 183:3,9
191:7 193:15
203:16 209:10
225:10 238:18
242:19 243:6,10
243:22
**believed** 154:9
**beneath** 136:7
**benefit** 54:5 62:22
66:3
**berm** 75:18,20
142:14,15 147:18
147:19 148:19
160:16 161:2,3
162:9 167:3 170:1
192:16 213:1
**bermed** 74:15
75:4,6,7,12 87:12

88:9 90:14 145:19
145:20 149:20
169:14 188:8
207:19
**berming** 162:16
**berms** 26:5 62:8
75:15 88:6,11
95:7 117:2 142:20
144:3,5,19 145:17
145:18 147:14
173:13 191:9
202:21 204:17
212:21 241:14
**best** 7:7 82:2,3
144:16 187:10
196:6 249:9
**better** 54:15
154:12 196:4
**beyond** 111:7
**big** 86:6 94:3
128:14 130:20
196:1
**bigger** 119:14
125:10 166:2
**biggest** 19:3
**bit** 8:16 11:4 14:2
14:7 19:22 54:14
73:18 83:2 112:11
113:20 119:12
125:7,10 144:9
151:15 172:8
176:6 177:1 205:1
221:4 224:20
226:4 229:12
**black** 217:15
231:1,9,10,16,18
231:19,22
**blacker** 231:19
**bladed** 76:19
**blanket** 73:15
**block** 176:14
192:12,14
**blockage** 175:22

**blocked** 176:18
193:1,4
**blocker** 22:14
**blocky** 244:19
**blow** 64:19,22
71:5,8,14,16
72:19 74:16,17
195:1
**blue** 8:3 132:9
200:18,20
**book** 50:17,19
51:7
**borrow** 23:3
**bother** 37:12
**bottom** 125:8
127:1 146:1
147:13 148:14
149:21 157:16
191:21 195:2
252:12
**bottoms** 148:6,8
148:16 168:22
186:2
**boulevard** 2:8
**boundaries** 19:4
145:14 206:22
**bourgeois** 46:7,10
**box** 153:3
**boy** 86:6
**bracket** 40:15
99:14 107:18,22
108:2,9,17 109:5
115:1 125:21
187:11
**bracketed** 106:17
115:19 118:2
128:15 129:6
**bracketing** 40:9
107:11
**break** 9:6 10:18
79:3,9,12 80:11
139:9,15 187:14
**breaking** 38:17
243:8

**breaks** 9:7
**brick** 22:12
**bring** 16:21 47:12
53:2 76:13 160:5
160:8
**bringing** 55:8
75:22 76:11 92:15
241:13
**brings** 56:2
**broke** 235:22
**brought** 13:4
28:11 55:3 77:2
77:10,16 78:19
94:5 116:5 193:11
194:5 201:5
202:10
**brunet** 1:17 7:10
249:2,16
**build** 78:20
114:22 202:21
237:19 241:13
**building** 77:18
96:8 203:13
**buildings** 82:19
96:14 99:4
**built** 114:12,15,18
202:18
**bulldozer** 66:9
76:20
**bulldozers** 66:13
**bunch** 91:10
203:19
**burn** 70:18 115:20
115:21 116:6,7,10
116:12,18 117:5
122:10 125:5
130:17 134:8
137:18 161:14,17
161:21
**burned** 171:4
**burning** 70:10
**bury** 148:19
**button** 53:12

Randall Grip

May 19, 2020

[c - classic]

Page 6

**c**

**c** 2:1,4 3:5 4:1 6:1 30:19 92:4
**calculation** 14:8 14:12
**calibration** 57:16
**california** 5:3 69:21 70:1 73:6 214:10 216:3 217:21 223:15 234:2,8 252:13
**call** 39:7 47:9 64:22 69:21,21,22 70:1 73:4,6,6,7 74:16,17 76:14,16 77:17 82:17 91:8 94:22 105:12 121:15,16 135:5 159:13 168:9 188:18 194:11 241:8 244:4 245:19
**called** 6:4 12:14 38:11 54:19 64:17 73:2 80:5,12 112:22 117:4 120:19,22 121:21 130:13 135:11 193:15 237:8,10
**calling** 67:14
**calls** 47:1,3 51:1 169:7
**camera** 14:7,9 15:18 16:3,5,5 18:1 57:15,16,18 151:10
**cameras** 57:18
**capabilities** 126:6
**capital** 1:20 251:1 252:1
**caption** 114:7
**capture** 121:19 150:11 162:14 170:5 176:1

**captured** 162:17 172:2 176:17
**captures** 70:2 76:4 78:6 181:12
**capturing** 148:4
**car** 157:5,20
**cars** 149:5 158:2
**case** 1:7 21:4 26:9 26:19 42:1 46:22 66:15 67:18 71:4 71:4 72:16,16 73:16,16 97:9 98:6,14 115:4 122:7 188:15 194:4 234:17 251:7 252:6
**cases** 21:20 39:8
**cat** 114:12,22 115:16,17
**catch** 68:6 181:7 181:14 186:1 216:17 241:2
**catching** 139:21
**cause** 196:7
**caused** 215:5
**cc** 252:22
**center** 84:5 179:2 190:17,18 191:2 195:22
**certain** 21:17 22:16 26:13,20 57:1 69:15,19 81:19 83:12 116:18 126:21 161:7,9 164:6 185:5 197:14 202:22 219:17 223:3 245:18,20 246:4
**certainly** 31:18 33:6 47:4 55:19 87:20 154:19 199:8 226:10

**certainty** 201:9
**certificate** 249:1
**certification** 31:5 31:16,17
**certify** 249:4
**cetera** 92:4
**champion** 237:1
**change** 18:2 55:10 62:14 65:18 66:3 66:8,10 77:10 83:2,13 85:9 94:9 99:16 101:18,19 103:8,14 104:6,9 104:10,13 118:3 118:22 124:18 131:18 132:4,6 133:3,4,20 143:14 148:12 159:6 177:19 181:19 182:14,16,18,21 190:12 196:2 227:2,6 234:10 237:11 239:9 240:14 251:13,13 252:12,12
**changed** 56:5 58:10 118:5,10,17 118:18 126:5,7 130:8 131:9,11 139:4 153:20 154:2 195:18 205:8 223:17 232:15,19 233:1 239:7,12 240:9,10
**changes** 13:16 33:11 53:16 54:2 54:6 55:15 133:21 171:11 187:2 190:13 197:9,11 197:21 198:18 220:13 237:10 250:6 252:11
**changing** 160:2,3

**channelized** 204:4
**characteristic** 73:22 76:12 159:10
**characterize** 32:6 145:18 226:11
**check** 106:15 238:14
**chemical** 173:14
**chemicals** 137:4
**cherry** 37:15,20
**chesapeake** 130:7
**choose** 52:16
**circa** 4:1 41:7 103:2,10 105:5 107:14 125:20
**circle** 100:12 101:5,5 108:22 109:17 110:3,4 126:3 147:15 228:9
**circled** 104:4 109:12 128:5 152:17 245:7
**circling** 103:22
**circular** 161:12,15 161:16 166:7
**circumstance** 192:18
**circumstances** 51:19 66:12
**city** 29:13 187:20 188:3 195:9 200:3
**clarify** 6:21 165:16 219:14
**clarifying** 81:4
**clarity** 100:11 128:22
**class** 29:6,9,21
**classes** 18:21,22
**classic** 87:4 88:3 116:7 138:15 142:19 159:7 160:10 166:2

Randall Grip

May 19, 2020

**[classic - containment]**

Page 7

223:8

**classical** 88:21

**clean** 148:11
168:20,21 189:22

**cleaner** 92:21

**cleanup** 200:9
211:16

**clear** 68:8 70:15
86:4 100:17 102:4
110:12 158:4
163:22 164:5
192:7 195:18
205:7 227:15

**clearing** 148:13
186:2

**clearly** 7:14 78:21
87:12 99:16 153:1
166:2 209:1
227:14

**click** 53:12

**clipping** 144:15

**close** 63:11 66:4
70:14 89:19 131:8
142:9,12 145:12
149:1 191:12,14
191:15 205:20
230:19,22

**closed** 103:12
104:21

**closely** 222:22

**closer** 59:19 63:14
115:1 191:16,17
199:20 233:12

**closing** 101:2
224:13

**clue** 81:18

**clunky** 195:17

**coincides** 243:16

**colleagues** 33:1

**collect** 89:14 90:5

**collecting** 150:14

**college** 18:20

**color** 216:2 229:15
230:7,19 231:2

233:1

**colors** 8:1

**columbia** 249:18

**combination**
162:8

**combine** 100:22

**come** 17:9 29:1,4
50:15 78:17 86:22
89:22 94:1 142:17

**comes** 39:15 49:12
59:20 95:16 144:9
154:10

**comfortable**
135:13

**coming** 62:1 80:18
80:20 81:2,4 84:5
161:5 162:6
191:22 218:19

**commission**
249:20

**common** 60:13
69:15 78:7 154:7
173:4,6 174:3
189:11 196:16
211:3

**companies** 10:20
17:2,4 25:8

**company** 1:5,20
16:10 17:11,21
22:15 25:5,6
120:22 154:13
155:3 251:1,7
252:1,6

**comparable**
228:22 229:2,11

**compare** 43:14
53:20 65:6 99:12
102:1 107:14
179:6 198:2
225:14 226:1
227:3,8 228:4
229:4 230:3,5,7
232:18

**compared** 40:16
90:3 118:6 133:19
165:19 221:2
226:20 227:12
228:20 229:18

**compares** 99:20

**comparing** 55:11
90:5 101:10
226:15,18 227:10
228:14,18,19
229:6,15 233:5

**comparison** 45:11
101:15 103:1
107:16 128:15
195:5,17 196:4
199:12 227:1

**comparisons**
198:14

**complain** 216:8

**complete** 6:19 7:6
25:9 250:5

**completeness** 34:7

**computer** 18:13
18:16,21 24:19
58:5 249:8

**concerned** 22:2
26:10

**conclusion** 67:12
169:7 228:17
232:1 233:8,16,21
240:6

**conclusions**
235:19

**concrete** 208:17

**conditions** 227:2

**confer** 80:10
139:14

**conference** 47:1,3

**confidence** 162:3

**confirm** 41:9 52:3
54:7 93:12 102:6
102:7 154:19
210:9 225:11

**confirmed** 154:17
172:12

**confirming** 26:3

**confusion** 73:19

**connection** 235:17

**consecutive** 91:6

**consider** 32:14
45:5 49:19 61:17
137:17 188:12

**considered** 75:12
137:19

**considering**
248:13

**consistent** 8:1
40:12 73:3 104:15
166:16 170:12
190:5 196:22
197:5 215:4

**consistently**
135:11

**constitution** 3:8

**constructed** 59:17
87:21 88:1 105:8
130:11 161:2
173:11 178:20
189:9 192:20
207:12 237:14

**construction**
78:18 81:21 82:21
82:22 84:4 159:14
203:21,22 222:17
224:21 241:8,12
241:17

**consultants** 36:21
42:1

**contact** 36:16

**contacts** 15:1
24:13 33:16

**contain** 18:15
144:4

**contained** 145:16

**containing** 142:20

**containment**
176:7,8 221:19

[contains - dark]
Page 8

**contains** 169:15
170:2
**contaminants**
169:10 180:6
211:15
**contaminated**
162:14,20 163:13
180:7
**contamination**
60:12 73:9 89:21
136:8 137:2,4,6,7
137:9,14 161:11
162:19 163:1,2,4
163:7,8,10,14
170:7 180:5 186:4
186:6,7,10,11
193:2 245:12
246:1,3
**context** 53:16
56:19 59:16 77:14
160:4 227:8
**continue** 29:18
166:5 215:15
233:13
**continued** 3:1
4:22 80:5
**continues** 215:10
**continuing** 22:5
31:13 34:14
**contrast** 26:6
226:12 229:9,13
245:10
**contrasted** 226:14
230:9,10,16,17
**contrasts** 229:17
**contribute** 163:10
**control** 27:11
160:13,18,21
161:4 175:16
176:3,10,15
182:16 216:9
**controlled** 16:5
**controls** 181:9

**conventional**
16:15 29:13
**conversations**
48:12,15
**convey** 11:18
**coordinate** 12:20
13:5 16:22 19:10
46:4 52:9,11,13
52:16 53:5,8,10
54:1,18 57:21
58:7,9 65:7
243:12
**copy** 227:6
**corner** 99:15
100:1 117:7 123:9
123:12 127:1
146:1 153:4
164:15 172:6,7,15
189:16 225:1
235:4 236:7
**corp** 1:14
**corporation** 13:20
15:7,15 16:9 17:7
17:19 19:21 22:7
24:5 28:4 29:15
**correct** 13:1 15:5
34:2 64:6 92:2
93:10,18 94:6
115:15 122:6
154:10 157:21
184:10 188:4,5
199:22 206:18
225:9 250:4
**corrections** 250:6
252:11
**correctly** 129:16
**counsel** 4:3 6:7,13
9:10 36:18 42:3
80:8,10 139:14
228:15 249:10
**count** 172:12
**counterclaim** 1:6
**counterclaimant**
1:9

**couple** 117:20
166:6 188:11
190:9 216:11
**course** 25:10,13
27:2 28:19 29:1,3
29:14,16 31:6
**courses** 27:7 28:5
28:15
**court** 1:1 7:9
139:20
**courtroom** 30:7
**cover** 221:6
**coverage** 8:13,15
11:17 16:6 19:9
35:8,13,15 36:14
36:16 48:21
115:19 118:2
187:11 217:17
**covered** 88:17
103:12 105:20
151:7 179:12
204:1
**covering** 11:9
**covers** 45:7 62:10
182:10 223:12
**cracker** 114:12,22
115:16,17
**cranbury** 22:12
**crane** 66:13
**create** 75:19 88:4
**created** 75:15,21
78:19 175:16,18
**creating** 77:16
**creation** 136:15
136:20
**creek** 160:17
201:8,14 204:2
208:21
**critical** 197:15
**cropped** 18:17
158:21
**cropping** 55:4
**crude** 147:2 153:4
153:11,12,16,18

154:1,9
**curious** 245:10,11
**current** 13:18
184:13
**cursor** 53:10
55:22 58:12
**cut** 224:5
**cuts** 80:18 176:11
**cv** 1:8 13:11,11
19:18 30:1

**d**

**d** 4:17 6:1 8:19
12:18 53:7 92:4
113:3 119:15
152:8 235:2
**d.c.** 1:22 3:11
251:4 252:2
**d01-046** 4:14
**d01-047** 4:13
**d01068** 165:1
**dam** 176:15
**dammed** 68:5
**damming** 76:1
175:17,20
**damned** 76:2
**daniel** 46:3
**danny** 3:18 46:6,8
92:1 101:22
108:12 110:1
111:19 113:3,21
120:4,10 121:6
122:20 123:12
125:8 126:5
127:12 151:18
164:17 198:5,10
199:16 213:21
223:22 225:14
227:22 236:14,21
237:1 246:16
**dark** 61:20,22
74:15 85:14,21
86:15,16,18 87:19
89:15 90:7 94:22
95:1 104:9 115:22

117:1 118:16
130:14 132:22
142:22 146:18
153:7,10,17
156:16,22 167:16
171:20 172:14,19
173:16,18 174:5
174:12,17 175:5
175:11,14 176:18
178:1 182:2,5,20
183:4,7,17 184:6
184:15,18 185:2
188:7 190:7
191:21 192:1
195:11 198:21
199:21 201:21
210:1,7,11,12
211:19 212:7,20
213:1 214:6,10,13
214:14,16,19
216:16 217:7
218:13,17 219:3
219:19,20 220:2,3
220:4 221:2
222:10 225:1,8
226:2,7,14,16,21
227:11,12 228:20
229:14 230:6,8,10
230:12,20 231:1,2
231:4,7,10,11,20
231:20 232:3,6,6
232:10,11,18
233:3 235:14,18
235:20 238:5,8,9
243:15
**darker** 163:15
  175:4 182:6 184:1
  184:2 215:1 221:4
  221:5 226:9
  227:16,17 228:12
  229:2 230:21
  231:5,21 233:18
**darkness** 89:18
  104:14 183:1

226:9,19 227:10
228:4 229:7,7
233:2
**darks** 226:14
**dashes** 85:6
**data** 1:14 13:19
  15:6,15 16:8 17:6
  17:19 19:1,21
  24:5 28:4 29:15
  33:14 39:7 44:1,3
  44:7,8,13,16 45:2
  45:4 49:22 57:8
  57:15 58:1
**database** 52:5
**date** 1:12 13:12
  38:2 39:9,14,19
  39:22 40:4,9,13
  40:14,14,17,22
  41:2,2,5,8,11,12
  41:17 43:4,6 52:4
  52:5 53:19,21
  54:4,7 55:22 56:1
  56:1,4 58:6 63:20
  65:19,20 66:4
  81:10,18,19,21
  82:2,3 83:5,9,12
  84:9,20,22 85:3,3
  85:5,10 95:21
  96:3 99:7,9,13,21
  100:2,7,8,13,17
  100:19 101:18
  106:8,17 107:8,21
  115:2,9 122:17,18
  123:2,7 124:7,9
  124:15 127:8
  128:12,13,15,22
  129:6,7,20 130:1
  130:18 133:9,11
  133:12 140:3,5,6
  140:13 141:1,15
  156:4,6 163:22
  164:5 179:6,7,10
  179:11 183:9
  187:21 194:8

200:7 205:3 208:1
218:3 223:9 224:3
224:5,5 226:9,19
227:4,4 230:16
233:5,7,7,20
250:22 251:10,22
252:8
**dated** 40:6 43:7
  124:11 129:1
  171:16 194:14
  199:19 200:19
  207:10 214:9
  220:9 221:9
  223:14
**dates** 36:13 38:7,8
  38:9 39:12 40:8
  40:16 41:4,16
  42:22 43:3,13
  48:20,21 55:11
  56:7,13 58:13,15
  64:8 66:2 83:1
  90:6,6,8 99:20
  103:8 107:11,11
  107:13,19 114:17
  123:7 127:9 140:8
  155:1,5 159:18
  163:20 165:22
  167:21 177:14,20
  182:15 183:4
  186:18 195:17
  197:10 199:8
  213:6 224:14
  233:4,5 238:16,17
  240:13
**dating** 103:21
  111:10
**day** 89:16
**days** 233:13
  252:15
**dealing** 231:17
**dear** 252:10
**debris** 77:7 85:18
  88:19,22 89:4
  105:11 189:21

244:9,12,14,18
248:9
**december** 124:11
  138:17,20 186:14
  203:18 249:21
**deem** 26:12
**deemed** 252:16
**defendant** 1:8 3:3
  4:3 6:7 80:8
**defendants** 1:7
**defense** 3:7
**define** 12:1,11
  60:9
**definitely** 75:14
  107:16 131:9
  138:20 150:21
  159:19 162:16
  167:8 168:12
  171:1 177:19
  182:18 183:17
  184:18 185:4
  186:14
**definitively**
  217:14
**delay** 86:6
**delete** 111:4
**delineated** 152:15
**denise** 1:17 7:10
  38:18 39:2 144:12
  180:20 249:2,16
**department** 3:6
  6:11 23:13 252:19
**depending** 63:21
**depends** 43:2,12
  71:3 72:14 75:15
  77:14 78:15 85:9
  155:2 192:17
**depo** 251:5 252:2
**deponent** 250:1
**deposed** 20:19
**deposition** 1:11
  4:5 5:1 8:9 9:8,9
  9:11,14 10:2 50:6
  68:16 93:5 102:8

Randall Grip

112:2 113:8
119:17 127:17
151:22 155:14
236:17 246:18
248:18 249:3,5
251:10 252:8,11
**deposits** 215:11
**depression** 243:19
**describe** 13:17
33:8 47:13 196:6
197:9,11 215:7
231:7,9
**described** 99:8
195:19 220:22
240:9
**describes** 50:1
51:1,14,19
**describing** 67:15
**designed** 12:17
70:3 75:8,10
150:11
**desoto** 21:12
**despite** 208:12
**detail** 72:8 223:5
231:1,21
**details** 239:4
**detect** 161:16
174:13
**deteriorate**
218:22
**determine** 16:14
27:19 38:2,8
42:14,22 81:10
83:5 84:9 95:21
99:7 106:8 118:9
124:7,9 130:1
135:18 139:1
156:6 217:18
**determining** 12:8
14:11
**developed** 141:8
141:14 202:7,22
**development**
104:20 116:2

123:18 141:1
159:15 166:11
201:5 202:11
239:11 241:15
**developments**
107:17
**dial** 38:19,19
**difference** 73:11
74:5 77:13 179:22
190:11 192:9
229:11
**different** 16:7
17:21 19:5 24:13
25:19 35:19 36:14
46:5 47:14 52:3,8
52:22,22 57:18
58:22 59:1 64:17
65:9 69:19 89:3
117:13 148:13
154:15 157:8
160:2,2,14 177:9
177:11 191:10
192:19 195:13
219:12 223:1
227:3 228:7
244:19
**differentiate**
72:22 73:22
183:16,18
**differently** 21:7
**difficult** 7:11
104:8 172:8 188:1
198:6
**dig** 148:18
**digging** 66:14
171:10 186:1
**digital** 30:6 39:15
53:3
**dike** 145:21
**dimensional** 23:7
132:18
**dimensionally** 9:2
54:2 77:2 201:15

**direct** 123:5
**direction** 46:4
63:7 146:9 157:7
157:16,20 158:2
181:13
**directly** 25:6
**directs** 181:12
**dirt** 23:2,8,17 77:5
143:6,15 160:5,8
173:15 216:5,10
216:14 217:1,12
**disagree** 154:11
**disappeared**
127:6
**discern** 208:3
214:8
**discuss** 9:9 10:18
139:17 175:11
**discussed** 49:5
117:11 128:6
181:6,22 200:11
238:3
**discussing** 242:17
**discussion** 39:1
52:14 94:12
126:17
**display** 12:20
28:11
**displaying** 33:20
**disposal** 24:17
60:14 70:4,12,17
76:3,4 77:7,13,17
77:22 78:8,14,22
85:18 86:19 87:8
94:20 116:3 136:9
137:15,18,19
138:2,3,8,14,15
143:10 148:5
149:7,10 150:12
159:7,10,12,19,21
161:7 162:4
166:16 168:22
171:22 172:3
174:2 179:21

180:3,9,13 185:18
188:7,16 189:7,15
189:20 190:6,10
192:21 193:3,14
194:9,11 195:12
199:4,7 200:6
203:3,4 205:10,12
206:19 207:2,6,7
207:15 230:11,13
239:1 240:4
241:10,19 248:7
**dispose** 150:13
**disposed** 239:4
**disputing** 154:4
**distances** 13:6
**distinct** 134:7
226:5 227:13
**distinctive** 88:16
143:9
**distinguishable**
75:5 77:12
**distinguishing**
73:21
**district** 1:1,2
249:18
**disturbance** 60:22
85:16 159:5 166:9
204:11,21 205:1
**disturbed** 82:20
130:17
**ditch** 90:13 132:12
132:21
**divided** 195:20
**division** 1:3
**document** 4:15
10:6 116:13
119:22 122:21
**documents** 147:6
**doing** 7:22 14:16
18:18 19:2,6,16
26:1 28:3 56:21
79:5 80:13 91:6
168:12 198:8

doj.gov 3:13
donatiello 3:15
double 238:14
dragged 204:8
drainage 13:7
59:14 60:15 61:15
62:2 90:9,15
132:11,13 133:5,6
133:13,14 163:16
163:18,19 164:4
167:3 175:16,21
175:22 176:4,10
176:11,13,14
181:17 192:12,13
192:22 193:4
201:8,11 204:2
208:21 244:22
245:3
drains 201:14
draw 110:21,22
235:19
drawing 86:4
drilling 166:19
drive 1:15 166:3
166:21,22 227:20
driven 214:20
219:17
drives 215:8
driving 191:18
215:6 242:1
drum 211:5
drums 211:2,4,8
211:12,17
dry 70:10,21 71:1
90:8
drye 2:7 11:13
dues 31:15,16,18
31:18
dug 75:16 88:3
173:12 208:15
duly 80:6
dump 76:14,15,17
76:18,18 166:4,5
166:21 206:5

dumping 190:1
dumps 105:14,14
105:16 205:18
206:2
dust 174:20,22
214:19 216:6,8
217:21 218:6,8
219:7,15 233:12
233:14
duties 13:22 15:12

**e**

e 2:1,1 4:1 6:1,1
18:12 45:22 251:6
251:6,6
earlier 99:8 100:8
115:18 128:7
163:20 179:10
198:6 213:6
224:11 228:9
229:13 230:16
233:7 240:1,5
247:13
earliest 115:14
early 15:17 208:1
earthen 88:10
178:14 222:19,21
223:3,4
easier 92:14
133:15
east 146:10 160:19
166:10 204:19
221:14 222:1
247:13
eastern 1:2
easy 58:8
edition 4:8 50:10
50:13
education 26:21
31:7,13,13 34:14
educational 26:22
effect 8:19 47:18
62:22 160:18
233:20

effort 170:4
175:15 176:3,9
efforts 12:16
either 16:4 21:17
38:12 40:2 41:13
43:4,14 45:5
68:10 70:14 76:3
78:12 82:5 83:6
85:6 89:14 95:22
104:17 106:18
129:20 132:12
140:3 141:17
149:3,20 156:8
161:17 168:20
169:15 192:15
193:4 204:16
205:14 211:14
212:14 213:4
214:19 220:20
232:3
elaborate 176:6
element 150:10
elevated 76:10
108:20
elevating 241:14
elevation 54:21
56:17 57:8 58:1,6
60:21 143:14
159:6,15 194:3
elevations 56:18
58:4
email 252:13
emphasis 27:2
employed 249:10
employees 15:3,6
encl 252:21
enclosed 193:5
252:11
encompass 220:6
engaged 10:19
engagement 11:2
engineered 208:15
engineering 16:17
29:3,19

enlargements 18:7
entire 20:7 28:9
160:16,20 162:3
environment 30:7
60:12 169:22
environmental 3:7
13:9 30:8 62:9
67:19 68:17 82:9
85:12 96:17 97:12
98:8,19 100:20
102:22 103:3,15
105:19 107:4
119:4 130:4 134:4
134:21 137:1,9
140:20 141:4,10
142:1 143:22
145:10 151:6
155:20 157:10
175:8 181:6,21
186:4 188:13,15
202:2 209:3 211:3
220:20 237:21
242:12 246:9
environmentally
59:9,12 60:4,7
61:3,8,11,18 68:2
68:4,14 122:8
211:6,10
equal 246:6
equipment 27:4,5
29:10 78:2,3 98:1
238:11
era 23:19 227:14
erase 111:2
erisson 22:6
errata 250:7
252:12,13
escapes 47:8
especially 174:4
esq 252:5,22
esquire 2:4,5,6 3:4
3:5
estate 29:12,12

**estimate** 20:18
63:2 99:21 106:17
115:2
**estimated** 38:8
40:17 41:5 82:2
140:3
**estimates** 155:5
**et** 1:5 92:4 251:7
252:6
**evaporated** 71:3
**event** 89:19 156:3
233:12,14
**events** 34:15 218:2
**evidence** 20:4 51:4
105:1 142:11
167:20 170:16,18
170:20 179:4
196:14 205:21
209:8
**exact** 34:11 48:17
64:18 130:15
224:5 238:17
245:22
**exactly** 88:2 96:2
109:9 115:17
146:7 159:8 201:6
230:12 247:9
**examination** 4:2
6:7 80:5,8
**examined** 6:5 80:6
250:3
**example** 123:14
**excavation** 136:15
**excellent** 164:21
**excerpt** 4:7
**exchange** 227:22
**exhibit** 10:1,2,10
50:5,6,12 81:8
91:2,12,15,22
92:15 93:3,5,7,9
93:15 94:6,6,7,10
94:15 102:3,6,8
102:11,18 106:2,5
111:21,21 112:1,2

112:5 113:7,7,8
113:20,21 115:11
119:7,9,15,17,21
127:17 128:9
139:13 140:15
141:21 146:17
151:17,19,21,22
152:3 155:6,11,12
155:14 165:5,6
184:4 187:18
198:3 199:14
236:14,15,16,17
246:14,18,21
**exhibits** 4:5,22 5:1
5:7 27:9 41:4 42:2
46:17 50:11 91:5
92:4,16,20 127:20
165:2
**exist** 95:18
**existence** 131:6
**existing** 110:11
**exists** 29:7 95:15
105:3,9 107:5
131:8
**exits** 226:5 227:18
**expand** 8:15
204:22 240:15
**expanded** 224:4,8
224:18,19 239:3
**expect** 11:21 57:2
163:9,10 184:2
190:12 196:18
201:18 203:6
230:13
**experience** 19:14
24:8,18,21 28:4
31:8,12 36:7,14
45:9 56:22 57:13
57:20 67:16 94:4
202:5 241:5
**expert** 13:12 24:9
28:6 43:18 45:15
48:18 128:8 150:2
187:17

**expertise** 48:5
**experts** 24:14
46:21 47:5 116:15
**expires** 249:20
**explain** 71:12
74:20 218:10,12
218:15 219:2
229:14
**explained** 49:3
217:9
**extensive** 90:12
**extent** 7:5 48:5
97:16 139:1 169:7
**exxon** 22:7,9
**eye** 1:21 251:2
252:1

**f**

**f** 21:15
**facilities** 24:16
35:19 59:11 61:20
68:11 69:6 87:3
173:15 191:10
**facility** 43:21 57:1
61:6 63:13 64:16
68:19 70:16 71:7
71:12 72:9,14
77:22 78:19 87:12
98:11 99:16 118:4
142:6 154:11,12
189:2,5 191:7
197:22 201:19,19
202:8 203:12
204:14,20 206:5,8
222:11 225:5
226:5,15,21
227:16 236:4
246:3
**facility's** 62:7
**facing** 146:10
**fact** 90:4 98:11,20
130:15 142:5
208:12
**facts** 20:3 51:4
142:10

**fade** 233:14
**fades** 215:13
**fading** 214:18
**failed** 128:20
147:11
**fair** 129:11
**fairly** 62:12 68:8
82:21 84:3 109:20
163:21 205:13
228:21 229:2,11
232:6
**fallen** 107:13
**familiar** 26:13
**family** 17:6
**far** 37:8 97:7
135:16 144:12
149:4 194:11
**farm** 75:10 149:12
149:15,19 182:5
235:7 236:7,11
**farms** 21:11 59:18
95:7
**farther** 215:12
221:14
**farthest** 101:5
**fast** 139:20
**father** 17:8
**favorably** 33:6
**fax** 252:2
**feature** 27:21 54:4
54:7 56:15,21
58:10 63:3 64:19
64:21 68:3,5,14
70:4 72:2,3 73:1
73:16 74:4,13,21
75:1 76:2,18,21
78:7,14 85:20
86:19 96:12 99:15
100:4 103:4,6
116:1,7 122:8
125:2 126:21
129:15 132:13
133:5 135:12
138:14,15 142:18

142:19 147:8
148:6,20 150:12
154:20 157:2
158:15 159:7
161:13,15,17
166:7 167:4
168:22 169:1
178:12 181:6,8,11
184:20 189:7
191:10 192:12,16
192:20 193:14,16
194:20 197:15
208:3,15 211:6,10
228:10 230:13
241:19 242:16
243:4,8 245:2,18
247:19
**features** 12:7,9
13:6,7 26:2 27:18
40:7,12 41:10
43:13 54:9,11
55:18,20 58:4
59:2,10,13,15,15
59:22 60:5,8,10
61:3,5,8,11,16,18
62:5 63:5,11 64:7
64:9,10,17 65:11
67:14,20 68:1,9
68:12,17 69:20
73:12 74:1 82:9
85:12 89:6 94:20
95:8 96:5,17
97:13 98:9,19
99:19 100:1,20
101:17 102:22
103:15 105:19
107:4 112:22
116:3 118:15
119:4 120:22
121:4 124:2
128:16 130:5
133:6,15 134:4,21
136:9 137:5 140:7
140:12,20 141:4

141:11 142:1
143:22 145:11
150:13 151:6
154:1,8,15,16
155:20 157:10
166:6,15 168:9
169:20 170:11
174:2 175:8 177:9
178:20 181:21
188:6,13 189:19
189:20 190:4
193:3 195:10
199:5,7 202:2
209:4 220:20
223:5 226:17,21
227:9,12 228:21
229:8 230:11,12
232:8 234:3,10
237:6,21 242:12
244:22 245:3,7
246:9
**february** 187:19
187:19 188:3
243:1 247:1
**feedback** 38:17
47:20
**fence** 125:15,17
**fences** 98:1
**field** 25:1 31:14
32:21 49:11 50:20
244:14
**fields** 25:15
173:14
**figure** 86:11
**figures** 60:4
**file** 82:6 83:7,7
96:1 106:10,13,18
141:17 156:8
**fill** 56:10 77:5,18
78:19,21 160:19
166:1,11 179:22
180:2,6 194:2
201:4 237:18

**filled** 65:20 131:4
160:20 177:13
179:8,11,16,18
**filling** 60:16 61:16
65:21 77:15 78:13
78:18 159:14,14
162:11 168:11
192:15 195:15,21
195:21 200:13
224:13 241:7,9,11
**film** 18:2,7 38:12
38:13,13 39:7,14
52:22 65:17 82:4
84:11,20 130:2
171:12
**financial** 249:12
**find** 36:4 37:9
41:19 123:21
150:17 161:11
163:2,9 166:4
252:11
**findings** 47:2
**fine** 79:6 110:6
111:5
**finished** 45:1
115:8
**fire** 152:22
**fired** 16:4
**first** 19:3 21:8,10
100:6 102:3 104:3
117:21,22 127:5
129:10 131:13
134:18 159:4
203:19 220:21
224:17 240:19
**five** 20:6 100:12
125:20 172:11,13
**fixes** 38:21
**flare** 161:13 166:7
**flicker** 179:19
182:17
**flickered** 243:12
**flickering** 66:6

**flight** 39:19
**floating** 45:12
185:2
**flood** 159:16
**flooding** 160:13
160:18,21 174:16
**flow** 68:5 76:2
164:1 176:15
181:9,12
**flowing** 162:10
**flows** 176:13
**fly** 14:8 18:3
**focus** 127:7 138:5
222:7
**focused** 84:13
153:22
**folder** 50:11
**follow** 201:14
**follows** 6:6 80:7
**footprint** 131:10
134:2
**fore** 158:6
**foregoing** 249:3,5
250:3
**foreground** 98:22
107:6 158:6
**forensics** 30:8
**foresee** 92:18
**forest** 19:4
**forgive** 224:4
**form** 200:14
247:11
**format** 85:2
**formats** 94:9
**former** 237:8
**forms** 27:4,5
**forth** 53:8 66:6,7
179:19 182:17
**forward** 10:17
54:14 80:17
**found** 37:7 47:16
119:13 130:3
**four** 172:11
223:16

Randall Grip

May 19, 2020

**[frame - guess]**

Page 14

frame 35:10 39:8 39:10 107:22 108:3
frames 84:13,18
frank 22:9
frith 21:11,15
front 98:21 225:12
fti 35:8,22 36:2
full 6:18 11:1 15:8 15:13 70:11 85:3
furnaces 109:10 111:10,15 112:12 112:22
further 11:4 80:7 144:10 161:1 166:9 175:21 200:11 211:20,20 222:1 224:20
future 143:2

**g**

g 6:1 45:22
gather 16:20
gathered 151:3 210:8
gautreaux 45:18 45:21
general 16:9 61:7 67:7 101:7 207:19 247:14
generally 70:13 73:7 148:20 149:17,19 204:6 213:18 226:15
generate 54:20
geographic 18:22 27:8 31:11 49:14 52:19
geography 27:1,3 28:2
georeference 54:6 57:9 64:3 130:16 243:6
georeferenced 56:8 64:8 126:20

247:11
germane 97:5
getting 236:22 242:20 248:14
gi 31:2
gibson 3:16
gis 19:6 27:9 28:10,11 31:8 33:10,19 34:18 55:3
gisp 30:20 31:3,5
give 28:22 62:22 63:1,2 74:11 99:21 147:22 172:12 196:4 245:22
given 20:12 29:11 35:22 37:7 40:21 41:12 216:11 250:5
gives 75:17 107:12 118:22 133:12
giving 20:15 40:17
glint 87:18
go 8:6 10:18 13:10 20:21 21:7 34:21 46:12 47:8 51:17 55:12 58:10 69:11 81:8 85:15 96:10 99:6 102:2 110:16 112:10 113:19 115:11 122:1,15 122:21 125:8 126:15 128:9 129:4 139:12 146:4 147:9 150:20 151:11 155:6 156:15 157:14,14 160:15 166:12 171:15 174:10 176:22 177:7 184:4 185:11 187:17,22 188:2,2 194:11

199:10 200:19 205:7 213:20 215:14 219:10 232:7 235:2 240:17,19,20 246:7 248:15
goes 50:1 56:20 143:7 147:18 201:11 226:6 228:8
going 6:17 7:12,22 9:22 23:11 26:21 35:1,5 40:19 41:18 46:13 50:4 51:3,10 53:16 55:10,13 63:10 64:20 67:19 71:13 79:8 84:6 91:7 92:10,12,19 93:1 94:10 100:3 110:3 110:3,12 111:6,22 127:14,20 128:8 128:10 135:13 140:10 148:12 150:10 151:20 153:19 155:10,17 156:5 157:19 158:10 159:17 161:6,11 168:3 169:6 201:16 202:4 209:14 214:22 235:16 238:14 239:7 246:13,17
good 6:9 33:16 49:21 50:22 58:15 58:17 65:11 78:12 79:2 106:5 114:14 162:18,22 171:5,7 241:2 245:12 248:10
gotten 62:3 185:4
governmental 36:11

gps 27:10,13
grade 194:2
graded 224:19
grading 76:20
gradually 215:11
graduated 27:1
gravel 23:6 47:7
gray 231:4,4,17 232:2,5,10 233:17
greater 229:9
grip 1:11 4:6 6:3,9 12:3 18:9 80:4,10 93:12 94:14 102:6 102:20 112:6 113:5,12 114:3 119:20 120:7 128:2 139:14 248:18 250:2,22 251:9 252:8
grip's 91:13
groined 26:5
ground 16:2 26:7 27:11 40:2 69:3 75:18 83:17,17 108:7 141:9,16 146:6 152:4,14 153:6 156:1 167:18,19 169:9 176:12 182:7 208:16 243:19
group 31:22 33:12 34:12
groups 19:15 29:12,13
grumman 22:11
guarantee 161:10
guess 15:21 19:3 21:1 23:3 29:12 34:22 73:18 95:11 111:8 120:12,15 123:15,17 135:4 165:15 169:3 173:21 177:10 182:4 183:14

Randall Grip

May 19, 2020

[guess - image]

184:14 195:12,20
232:22
**guys**   79:2 219:10

## h

**h**   21:15 251:6
**half**   120:11
**hambrick**   3:18
91:3 92:2,5 93:7
93:10 94:8 102:2
102:15 110:2,7,10
110:19 111:2,22
113:22 126:7
127:14,19 151:16
151:20 155:10
164:14 165:4
225:17 236:15
246:13,17
**hand**   146:1 153:4
158:13,15 164:15
172:6,7,15 189:16
198:7 225:1 235:4
236:7
**handle**   24:17
25:16 75:11
149:19 168:19
183:13 189:2
211:14,15
**handles**   33:18
**handling**   78:5
148:16 169:20
170:20 192:21
196:17 200:8
230:14
**hanford**   5:2
214:10 223:15
234:2
**happen**   169:10
196:18 204:16
**happened**   14:11
66:11 105:10
124:18 139:1
152:22 170:16
187:3

**happening**   56:6
196:19 201:10
**happens**   83:2
215:8
**hard**   53:1 103:7
109:2,20 119:12
121:9 144:13
194:15 229:10
**harder**   54:14
55:18
**hear**   54:14 218:20
**heard**   49:15 80:17
94:22 218:21
**hearing**   38:17
**heavy**   235:7 236:2
236:10
**height**   63:2
**heights**   13:7 19:5
**held**   39:1 52:14
94:12 126:17
**help**   6:21 14:12
16:14 24:16
114:22 127:8
128:12 135:18
185:7 197:14
236:3
**helped**   100:2,13
125:21
**helpful**   86:8
101:14
**helps**   56:6,13
**hey**   58:5
**hidden**   126:8
**high**   37:11,13 55:7
88:6 152:12
212:13 234:21
**higher**   56:2 63:9
119:14 133:12,14
159:18 174:8
185:10 194:16
**historical**   10:21
11:6,16 13:4 14:4
14:21 16:19 17:15
18:17 19:8,9 23:7

24:11,12 35:3
47:3 52:21 57:14
**hold**   70:4,8 72:4
75:8 87:16,21
94:11
**holding**   72:5
74:22 87:12 167:8
**holds**   72:2 192:17
193:1,2
**hole**   148:18
**honestly**   7:18 21:9
**hour**   79:8,13
**hours**   9:15
**house**   14:21 35:20
**houses**   216:7
**houston**   2:10
240:16,18
**huh**   110:14
**hundred**   88:11
192:6
**hydrocarbons**
210:11

## i

**idea**   119:1 133:13
**identification**   10:3
25:10 50:7 93:6
102:9 112:3 113:9
119:18 127:18
152:1 155:15
236:18 246:19
**identified**   11:16
11:17 35:11 43:20
82:11 101:8
115:20 125:17
138:7 141:12
171:3 191:5 199:1
242:4,7 243:14
**identifies**   73:3
**identify**   11:5
26:16,17 35:3,4
55:18 64:6 72:11
82:8,15 83:14
85:11 86:22 89:22
90:9 95:3 96:4,6

97:2 99:1,3
100:21 102:21
104:18 105:4
115:21 132:15
133:14 135:2,20
136:3,11,14,16
137:1,3,15 142:17
167:13 168:6
169:2 183:11
184:11 200:13
245:2
**identifying**   40:7
54:3 102:21
**ii**   23:19
**illinois**   200:21
**illustrated**   114:12
**image**   38:8 39:15
39:18 40:21 60:18
63:4 67:5 82:16
84:1,8 90:18 95:4
95:20 97:1,8 98:5
98:12 99:13
102:17 104:17,17
105:5,11,15,21
106:8,19,21 107:7
107:9,12,14,15,18
108:7,8,16,19
109:11,20 117:16
118:6,12 119:11
119:14 120:12
122:11 125:14
126:1,21 128:10
128:11 129:7,9,12
129:13 130:20
132:8 134:10,11
134:18 138:16
140:18 141:20
143:12,21 144:19
144:21,22 145:4,6
145:9 146:5,5
152:11,14 155:7
156:6 157:5,5,14
157:15,17,20
159:1 161:15

Randall Grip

May 19, 2020

[image - interpretation]

Page 16

162:6 163:17
164:7 165:14,16
165:19 166:13
167:4,10 172:5,6
176:20,22 177:7
177:11,12 178:4
178:10,18 179:5
179:16 181:22
184:9 188:7 190:3
190:5 193:8,15,19
194:13,21 195:3,8
196:22 198:2
199:9 200:19,21
202:2 203:8,17
204:3 205:10
206:6,10,11 207:3
207:4,9,11,16
208:7 209:16,18
212:5,16,18 214:1
214:9 215:2 220:8
220:16 221:8
223:7,11,13,17
224:17 225:2,2,14
225:15,21,22,22
226:1,2,3 227:11
227:21 228:4,12
228:13 229:21
230:5,6,19 232:17
232:20 234:13,19
235:8 236:12
237:13,21 238:15
238:19 242:15,22
243:2,16 244:21
245:1 246:7,12
248:3
**imagery** 11:7 13:3
13:5 14:10 18:8
18:11 19:10 22:3
25:17 26:3,10
30:7 31:10 32:2
35:7 36:7 40:10
47:3,12 48:7 49:4
49:11 52:17 53:13
54:5 55:5 57:13

57:21 58:2,3
59:21 60:1,11
64:7,11,21 67:16
95:16 117:10
120:17 131:1
154:18 197:13
205:21 206:16,17
209:11,14 222:6
222:15 231:16
**images** 8:12,13
12:13 18:16,17
26:18 27:12 40:20
48:13 50:3 52:2
55:3 63:15,16,19
65:15 91:14
109:18 111:15
118:6,19 121:21
122:11 133:7
138:19 167:12
183:10 186:13
194:18 203:20
213:3 226:12
229:18 238:2
**import** 53:3
**important** 13:8
**impound** 192:13
**impoundment**
192:10,11,22
**impoundments**
195:12
**include** 37:6,21,22
42:15,20 62:4
97:8 98:4,13
106:21 134:11
145:8 177:6
203:11 234:17
**included** 12:14
20:12 37:9,14
38:3 39:17 41:3
42:18 46:17,19
51:11 67:6 83:20
96:22 98:6,17
130:3 138:22
139:7 186:18

234:15 252:12
**includes** 59:13
154:21 203:15
**including** 47:18
87:3 177:10,16
188:7 195:11
**inconsistent** 73:20
**incorrect** 9:20
**incorrectly** 222:3
**increased** 117:12
118:3 224:7
**index** 38:14 39:16
**indicate** 41:8 43:6
86:15 94:21 95:13
115:18 159:11
168:14,18 212:11
213:3
**indicated** 83:8
130:14 213:5
**indicates** 87:18
239:11
**indicating** 89:18
90:7 101:4 118:21
252:12
**indication** 210:15
212:17
**indications** 138:3
**individual** 40:20
66:18 67:10
**industrial** 77:21
**industry** 14:13
16:12,12 24:22
32:15 60:13
**information** 18:22
27:8 31:11 33:11
34:8 38:14 39:22
44:12 49:14,20,21
56:3,11,12 63:19
63:22 64:2 65:10
73:5 89:7 116:12
135:17 156:12
162:1 185:6
202:13

**initial** 44:4 123:8
**initially** 17:22
18:7,10 35:6,10
115:22 123:14
**inside** 131:15
**insight** 83:11
**insofar** 25:1 141:6
**instance** 25:5
28:16 62:16
**instances** 121:13
149:13
**instructed** 36:3,6
**instructions** 36:1
**intend** 86:5
**intended** 202:18
**intentional** 215:17
215:20
**intentionally**
216:2
**interchangeable**
70:6 121:18 234:7
**interchangeably**
72:13 122:5
**interest** 16:16
42:18 44:5 73:2
75:1,2 83:19
96:21 97:10,11
98:7,16 107:1
134:12 135:12
211:18 249:12
**interested** 11:19
17:1 33:13 134:14
**interject** 91:3
106:1
**interjecting** 92:7
**interpret** 17:16
51:9 53:1
**interpretation** 4:8
11:22 12:1,22
13:2 18:21 19:15
23:18,22 24:2,19
25:14 27:8,16
28:8,13,18,21
29:6,8,17,21 32:8

32:11 33:1 34:17
34:19 48:13 49:16
50:10,13 51:2,13
51:16,18,20 53:15
56:14,21 59:6
215:5 232:9 234:9
235:12 240:7
**interpretations**
33:20 48:10 67:5
236:9
**interpreted** 25:7
43:20 178:21
**interpreter** 50:2
**interpreting** 19:14
46:15 51:7
**intersection** 58:11
58:12,14
**intervals** 18:4
**introduce** 113:6
**introduced** 236:13
**introducing** 155:8
**introduction** 35:2
**inventory** 14:13
**investigations**
30:9
**involved** 21:19,21
22:8 23:12 71:11
89:7 98:7,15
134:14
**involving** 44:10
**island** 200:18,20
**islands** 23:19,20
**issue** 92:18 217:21
**item** 89:9 121:20
**items** 74:6,10
124:17 138:10

**j**

**j** 2:5
**jackson** 2:5
**james** 22:14
**january** 223:14
**jennifer** 2:6
**job** 251:11

**journal** 49:12
**july** 123:14 177:4
214:9 236:20
237:4
**jump** 248:13
**june** 199:19 252:4
**jurat** 252:15
**justice** 3:6 6:11
23:14

**k**

**kansas** 44:10,11
44:19 187:20
188:3 195:10
**keep** 92:9,15,20
102:3 161:4
169:21 170:1
218:8
**keeping** 161:5
**keeps** 53:17
**kelley** 2:7 11:12
**kelleydrye.com**
2:12
**kept** 218:9
**key** 28:9
**keys** 12:8
**kick** 216:6
**kind** 23:21 35:11
78:4,20 87:8
89:14 96:8 109:19
111:6 131:15,16
132:12 142:14
144:9 147:19
150:18 156:1
160:20 161:18
162:14 176:15
178:3,14 183:19
189:3 191:8 211:4
218:7 222:11
**knew** 36:13 48:3
**know** 6:20 9:5
11:18 14:10 15:16
17:8 20:8 21:8,21
21:22 22:1 23:11
24:14 25:12,15,15

27:10,15 28:3
30:6 31:9,17,21
32:10 33:4,12
34:11 35:17 36:2
36:12 37:8 38:16
38:18 40:4 41:7
41:22 42:6 43:3
43:19 44:22 45:10
46:4,15 47:17,20
48:4,5 49:5,22
50:1 51:15,16
52:3,18 54:8
55:17,19 56:17,17
56:19 57:1,3
58:10 59:6,7,7,9
59:10,13,17,20
60:16 61:6 62:11
63:1,2,10 64:9,19
64:20,22 65:5,9
65:16,17,18 66:4
66:8,14 67:13,13
68:8 69:20 70:11
70:12,22 71:1,3
72:15 74:14,21
75:1,7,9,21 77:1,4
77:8,15,17,20
78:1,6,11,15
81:11,20 83:16,18
85:7,8 86:1,17
87:5,11,16,16,17
87:20 88:2,3,4,10
88:11 91:14,15
92:19,22,22 94:3
96:1,15 97:10,14
98:1 99:14 105:9
112:15,20 114:21
115:16 116:12
118:16 120:1,2
122:15 123:16
124:2,2,9,14
125:16 126:11
128:18 134:13
138:6,13,21,22
139:19 140:4

144:8,12 146:18
147:1,2 148:2,3,4
148:5,13 150:5
153:20,21 154:2
155:1 156:17,22
158:5,17,21 160:1
161:17 162:13
165:21 166:13
167:19 169:9,11
169:12 170:3,22
171:2 172:18
173:21 175:11,15
177:22 179:17
181:17 184:14,22
185:6 186:8
188:14 189:1,11
189:12,18 191:11
191:15 192:1,21
194:5 195:4,16
196:5,10,11 197:8
197:11,14 202:8
202:13 203:5
204:13,14,15,15
204:18 205:9
206:3,14,20 210:1
210:8,10,12
211:12 212:18
213:5,12 215:21
216:3,6,11 217:13
219:8,14 220:1,3
220:7 222:20
223:1 224:5 227:1
228:20 230:15,17
232:4 234:16
239:6 240:12
243:5,9 245:10
247:9
**knowledge** 189:5
**known** 40:8,13,16
83:1 99:10,11,13
99:20 107:11
**knows** 154:12

Randall Grip

May 19, 2020

[lab - liquid]

Page 18

| l | | | |
|---|---|---|---|
| **lab** 15:20 18:6,18 | **laced** 178:3 | **leaked** 184:16 | **light** 89:8 145:22 |
| **label** 71:8,14 | **ladder** 158:12,13 | **leaking** 153:14 | 148:2 162:2 |
| 72:18 78:8 111:20 | 158:14,17,18 | 211:4 | 166:10 190:20 |
| 135:9 150:1 | **lagoons** 59:13 | **leaks** 135:3 167:13 | 191:1,4 201:1,4,6 |
| 153:22 161:21 | **lakes** 14:14 16:13 | 167:14,22 168:1 | 202:5,15 203:6 |
| 163:3 179:15 | **land** 19:4 22:15 | 183:11,14 248:2,4 | 204:11,22 205:4 |
| 181:14 190:19,20 | 25:21 27:3,4,22 | **lean** 54:13 80:16 | 235:16 236:4,6 |
| 191:3 193:17 | 33:10 61:7 166:13 | **learned** 44:12 | 240:15,21 241:1,3 |
| 207:21 209:5 | **landfill** 77:6,9,13 | **learning** 86:11 | 241:16,22 |
| 211:9 213:16 | 78:9,12 143:3 | 94:3 | **lighter** 167:9 |
| 219:6,10,19 | 160:10 166:3,21 | **leave** 148:18 | 174:16 217:8 |
| 223:11,16 234:4 | 179:21,22 180:2,8 | **left** 85:17 99:15 | 227:20 233:4,6,10 |
| 234:14 235:8 | 180:8,11 194:7 | 100:1 108:21 | 233:15 |
| 236:2,8,11 237:22 | **landfilling** 76:8,10 | 109:1,11,20 110:2 | **likelihood** 186:8 |
| 238:3,4 245:15 | 104:19 105:2 | 110:4 119:2 146:1 | 212:13 |
| **labeled** 61:13 | 136:16 138:5 | 158:8,13,15,19 | **limited** 66:18 |
| 69:17 71:16 107:8 | 143:9,11 159:2,3 | 164:15 167:10 | 67:10 |
| 117:7 121:14,14 | 160:13 161:20 | 189:16 198:7,14 | **line** 39:8 63:22 |
| 122:12 134:6,19 | 165:16,19 166:15 | 225:1,15,17,22 | 69:3 85:15 90:18 |
| 134:22 141:6,21 | 170:22 179:4,9 | 226:13 228:1 | 125:13 132:22 |
| 143:20 152:15,18 | 193:16,18,19 | **leonard** 4:18 69:7 | 147:18 158:19 |
| 152:19 153:7 | 194:1 200:10,12 | 91:8 92:4,14 | 174:3 184:3 |
| 157:4,11 160:12 | 202:16 237:17 | 94:16 113:13,14 | 251:13 252:12 |
| 177:8,9 182:1 | 241:4,9 248:7 | 114:11 120:2 | **linear** 221:14,15 |
| 187:18 188:3,6,19 | **landfills** 14:14 | 121:7 128:3 135:2 | 221:17 241:22 |
| 190:4,6,22 191:2 | 16:12 104:16 | 135:3,21 136:4,12 | **lined** 88:13 172:21 |
| 193:7 194:17,18 | 159:7,9,11 180:17 | 136:17 137:2,16 | 173:2,4,8 178:5 |
| 195:7,9 203:19 | **large** 112:12 129:9 | 138:19 | 186:8 189:9,13 |
| 209:17 211:2 | 131:13 220:7 | **leonards** 91:18 | 222:13 |
| 213:13 214:1,5,14 | 239:22 240:10 | **lerman** 47:9 | **liner** 88:16 189:10 |
| 216:19 219:20 | **larger** 187:7 224:4 | **letter** 252:16 | **lines** 68:10 90:19 |
| 222:4 223:16 | **late** 236:22 242:21 | **lettering** 92:21 | 90:20 125:15,17 |
| 224:16,22 226:2 | **laurie** 46:7,9,14 | **letters** 93:1 | 125:17 165:8 |
| 234:2,3,20,21 | **law** 169:7 | **level** 27:13 202:10 | 176:13 |
| 235:6,14 236:6,20 | **layout** 61:7 | 202:15 | **linked** 238:20 |
| 237:4 238:5 241:1 | **leader** 32:15,16,17 | **levies** 16:13 191:9 | **liquid** 61:22 70:20 |
| 242:15,16 243:1,1 | 32:18 | 205:15 | 71:2 74:22 85:14 |
| 244:3,7 247:3,5 | **leak** 135:5,9,10,14 | **levy** 142:3 145:21 | 85:21 86:15,17 |
| **labeling** 73:10,19 | 167:20 168:3 | **libraries** 14:22 | 87:13,14,16,21 |
| 188:20 | 183:22 184:21 | **library** 14:5 57:16 | 94:22 116:8,20 |
| **labels** 153:15 | 245:2,9,18 | 57:19 | 146:18 147:20 |
| **laboratory** 14:5 | **leakage** 169:5 | **lidar** 32:2 | 150:6 153:7,10,17 |
| | 174:9 183:15 | **life** 24:6,7 | 156:16,22 162:5,9 |
| | 184:3,6 196:8 | | 162:13,17,20,21 |

Randall Grip

May 19, 2020

[liquid - lynch]

Page 19

163:6,11,12,15
167:1,4,6,8
169:15 171:4
173:16,18 174:12
174:16,21 175:1
175:11,14 176:1
176:19 182:20,22
183:5,7 184:15,15
184:19 185:2,7
188:8 190:7
191:21 192:1,17
193:1 195:11
196:17 198:21
199:21 209:22
210:1,5,19 212:7
214:16 218:8
244:18
**list** 22:5 29:22
**listed** 30:8,18
139:5
**listing** 20:5,7
186:16,17
**litigation** 89:8
98:7,16 134:14
211:18 249:11
**little** 8:16 11:4
14:1,3,7 17:19
22:22 45:1 54:14
57:22 73:18 89:3
109:19 112:11
113:20 119:12
121:7 125:7,10
144:9,10 151:15
172:8 176:6 177:1
205:1 208:9 210:2
221:4 224:19
225:5 226:4
229:12
**lived** 148:20
**llc** 1:5 252:6
**loading** 61:20
174:19
**local** 34:13 62:7

**locally** 62:6
**located** 64:9
198:19 207:20
**location** 1:14
74:14 118:7,20
124:21 130:11
142:2 143:2
191:19 194:6
204:7 205:20
220:12,14
**locations** 44:2
199:2,2
**lock** 53:4 54:17
**logically** 99:20
**long** 9:13 15:14
31:10 79:12
114:21
**longer** 126:6
240:2
**look** 13:14 26:5
27:18 36:1,9,13
44:3,6,8,16 46:18
50:2 52:20 56:14
56:15,15 57:2,18
69:10 72:15 73:15
77:6 81:11,15
84:14,17 88:6
89:21 97:3 99:10
99:11 100:7
104:12 108:20
112:18 116:7
122:18 124:17
129:5 132:1,17
135:4 136:10
147:4 152:12
159:8 160:4,14
166:18 170:7,8
171:1,5,7 172:12
173:12 177:1
178:16 184:19
186:16 191:3
194:9,21 203:4
204:5 205:21
217:17 222:21

227:3,8 230:21
243:5,9,21 245:12
247:10,14
**looked** 8:11,12,14
21:5 26:18 35:18
36:12 37:10 39:22
61:2 63:13 83:18
100:4 127:8
146:14 205:19
206:7 213:3 223:5
**looking** 10:10 12:7
12:18 17:17 22:1
26:2 27:17 36:3
40:6,20 44:13
45:2,9 53:12 55:6
56:19 57:17 58:21
58:22 59:2,9,10
60:18,19 61:1,5,8
63:4,5 65:22 66:1
67:17 73:12 77:1
77:20 93:16
103:20 113:16
115:12 118:9
126:20 132:15
135:22 138:15
158:14 178:4
189:22 198:13
204:13 208:5
220:21 221:2
226:20 227:11
232:9 243:15
244:13 246:1
**looks** 19:19,20
74:15 87:7 88:3
89:3 93:18 94:8
118:7 119:15
120:8 122:7 132:9
142:7 143:15
145:4 148:5
157:22 158:12
162:4,11 166:20
172:4,13 174:14
190:1 191:22
194:4,14 201:4

204:7 207:10
208:14,16 210:8
214:15 215:1
217:6 221:9
224:16 228:12
229:14 234:13
241:11 243:4,8
**lost** 126:4
**lot** 14:21,22 15:2
18:18 38:17 56:20
92:19 93:13
104:13 150:3
190:12 196:2
204:11 216:4,5,6
216:15,21
**lots** 95:7 96:14
**loud** 114:9 139:21
**louisiana** 1:16
23:4 34:8 69:22
69:22
**low** 55:7,20,22
56:7 85:19 89:10
89:12,13 103:17
104:6,12 118:17
132:4,7,19,20,22
135:6,8 159:16
160:19 161:16
163:21,21 166:13
186:9 192:14
**lower** 55:14,17,22
63:8 90:4 99:15
99:22 120:11
133:13 157:16
189:15 235:4
**lsu** 27:2 28:2 29:1
29:18,19
**lumping** 91:18
**lunch** 79:3,12,14
**lying** 159:16
166:13
**lynch** 3:17

**[m - menees]**

| **m** | mapper 155:2 | 75:22,22 76:11,13 | 187:6 196:16 |
|---|---|---|---|
| m 1:17 3:9 249:2 249:16 | mapping 12:17 15:19 16:10,11,15 18:21 19:2,3,5 24:19 28:10 33:10 53:18 153:22 | 76:18 77:3,6,15 78:6,12 88:18,22 89:3 121:19 131:7 143:16 148:14 149:20 166:18,22 168:12 170:3,3 190:2 193:7,11,12 193:17,18,20 194:2,7 196:10,17 200:15 201:1,4,7 202:5,9,18,20 203:5,7 204:15 205:3,6 212:15 215:11,13 222:17 223:2 241:13 244:18,19 | 204:10 205:1,13 206:15 208:18 210:9,10 211:13 216:1,12 221:16 223:4 230:11,15 230:21 231:10,11 231:21 232:1 233:11 238:10 239:18,21 241:18 |
| maa 4:15 | maps 25:7 41:15 41:17,19,19,21 42:4,7,8,10,14,19 43:1,9,15,16 45:4 62:4 64:12,14 65:2,6,10 91:8 133:1 152:21 154:14 155:4 | | meaning 12:9 27:19 35:9 37:20 48:21 |
| madam 252:10 | | | means 72:1 226:14 249:8 |
| main 198:11 | | | measure 13:6,6 58:4 131:1 |
| major 13:16 27:1 | | | measurements 12:13 |
| making 12:12 18:7 60:19 232:1 233:8,21 240:6 | march 194:14 207:10 234:2 | | medication 7:17 |
| man 67:20 68:1,3 68:7,9,13 | mark 3:15 7:21 8:2,3,3 61:10,21 85:22 86:5 95:7 96:18 102:3,5 109:3 113:7 150:4 151:16,19 152:22 195:3 199:10 244:22 245:4 246:10 248:8 | materials 14:13 77:9 132:3 159:17 160:1,3 162:14 168:20 171:2,5 211:14,16 | medium 161:16 163:21 |
| manage 24:16 | | | meet 34:14 |
| manager 19:7 23:4 | | | member 30:16 33:4 |
| managing 19:8 | | matter 6:12 24:10 234:12 249:13 | membership 31:4 31:15,18,20,22 33:8,9 34:9 |
| manual 4:7 49:15 50:9,12,22 51:10 51:14,17 | | mean 15:11,22 28:8 33:3 37:9 38:18,19 42:17 44:21 49:22 69:17 71:5,22 76:8 78:13 80:20 82:17 87:2,4 89:10 95:8 95:9 104:17 116:6 116:16 121:18 131:21 136:6 140:21 145:15 146:8,21 148:10 149:4 152:21 154:1,9,18,22 161:12 162:9 168:2,19 169:9 171:11,12 172:22 173:3 174:2 178:22 182:2 184:13 185:12 | memorized 43:3 127:9 131:2 186:18 |
| map 4:17,18,20 5:2 27:4 35:12 42:17 43:3,4,5,6 43:11 62:7 64:19 71:17 73:1,3,10 73:20 74:13,16 90:11,16 116:13 119:14,21 121:14 122:15 123:1,8,15 124:7,9,11,17,20 125:3,9 128:4,12 128:22 129:7,12 129:13,16 133:8 133:10 139:5 152:10,20 153:15 154:2,5,7 156:19 159:7 177:2,3 194:14,15 195:2 198:4 203:9,10,14 234:1,9,20 242:14 242:15,20 243:12 243:17 244:10 247:4,21 | marked 10:1,2 50:5,6,11 91:14 93:5 94:14 102:8 102:11 112:2,5,13 113:8 119:17,21 127:17,20 143:1 144:2 151:22 152:3,14 155:14 172:10 175:10 177:2 179:18 181:17 236:17 246:18,21 248:9 | | memory 69:8 88:7 122:13 156:2 193:20 195:22 |
| | | | memphis 5:4 240:19 248:4,10 |
| | | | men 114:13 |
| | marking 7:20 8:7 86:2 118:12 143:4 | | menees 3:4 6:8 9:3 10:4 20:10 21:18 24:3 31:1 34:6 37:5 38:1,6,21 39:2,20 48:8 49:7 50:8 51:6 54:12 57:7 58:20 60:2,6 |
| | markings 91:1 93:12,13 120:16 | | |
| | marks 76:20 86:8 | | |
| mapped 152:18 202:3 209:2 | material 60:22 70:12,19 71:1 | | |

| | | | |
|---|---|---|---|
| 67:3 69:13 73:17 | 242:10 243:18 | **mission** 39:10 | 236:12 240:16 |
| 75:3 79:2,11 80:9 | 246:15,20 247:8 | **misstates** 48:1 | 242:14,22 246:12 |
| 81:3 84:21 86:13 | 247:15 248:12 | 51:5 | **moved** 53:19 |
| 91:11,21 92:3,8 | 252:22 | **mobil** 22:7,9 | 131:12 171:6 |
| 92:17 93:4,9,11 | **meness** 6:10 | **model** 54:20 | 172:2 199:5 |
| 93:19,22 94:13 | **mention** 152:16 | **modeling** 23:7 | 202:19 236:21 |
| 101:22 102:5,10 | **mentioned** 17:18 | **modern** 29:10 | **movement** 66:9 |
| 102:17,19 106:4 | 33:7 50:19 60:3,7 | **modified** 68:3,13 | 174:13 |
| 106:20 108:5,12 | 72:4 85:21 99:22 | **moist** 218:8 | **moving** 19:18 |
| 108:15 110:1,8,16 | 149:7 159:9 166:7 | **moisture** 90:5 | 65:22 66:13 75:22 |
| 111:4,13,19 112:1 | 217:20 | **moment** 62:11 | 120:15 140:18 |
| 112:4 113:3,4,10 | **messed** 87:5 | 179:13 | 141:3 144:21 |
| 113:19 114:1,2 | **metadata** 39:17 | **monoscopic** 8:19 | 145:4,9 169:11 |
| 119:9,10,19 120:3 | 41:13 130:3 | 12:19 35:8,9 | 171:2 176:20 |
| 120:5,10,14 121:1 | **methods** 30:12 | 36:20 60:18 | 212:8 |
| 121:6,10 122:20 | 51:19 | **month** 83:10 85:4 | **mrp** 1:5 251:7 |
| 122:22 123:11,20 | **mexico** 23:6,9 | 85:7,8 | 252:6 |
| 125:7,12 126:15 | **michigan** 1:2 4:10 | **monthly** 14:8 | **mud** 14:14 16:12 |
| 127:3,12,16,22 | 4:12,19 119:22 | **months** 66:5 | **muffled** 218:18 |
| 128:1 131:20 | 123:15 141:22 | **morning** 6:9 7:2 | **multi** 159:17 |
| 133:16 136:22 | 152:4 | **mottled** 160:1 | **multiple** 55:6 |
| 139:9,11 140:16 | **microphones** | 166:17,20 193:7 | 58:14 |
| 140:17 142:16 | 144:11 | 193:16,18 200:15 | **multitude** 16:21 |
| 144:17 151:13,14 | **middle** 109:13 | **mouse** 110:14,22 | **municipal** 166:21 |
| 151:18 152:2 | 149:9,11 172:5 | 110:22 | **muted** 139:15 |
| 155:12,16 156:20 | 182:21 228:11 | **move** 10:17 83:4 | |
| 156:21 160:11 | 235:6,8 | 84:8 95:20 97:1 | **n** |
| 164:12,19,20 | **midget** 114:12,22 | 97:18 98:12 | **n** 2:1 4:1,1 6:1 |
| 165:9,12,13 | **midwest** 4:20 | 105:21 107:7 | **n.w.** 1:21 252:1 |
| 169:16 173:9 | 140:1 152:10 | 110:3,11,17,18 | **name** 6:9 21:3 |
| 175:6 176:5 | 167:12,13 168:7 | 119:11 129:22 | 45:20 47:7,10 |
| 180:16,20 181:2,3 | 169:3 180:15 | 132:8 134:10 | 62:6,7 64:18 |
| 183:21 187:14,16 | 191:7 | 140:9 141:20 | 71:17 72:22 73:2 |
| 198:1,10,12 | **mind** 78:17 97:19 | 143:21 146:16 | 74:12,19 82:5 |
| 199:12,17 209:15 | **mindful** 7:13 | 151:9 159:1 164:7 | 83:6 96:1,10 98:2 |
| 213:15,20,22 | **mine** 23:6 | 164:8,21 165:9 | 106:10,12,13,18 |
| 215:22 218:21 | **minutes** 79:8 | 171:14 182:11 | 120:18,21 124:3 |
| 219:5 224:15 | 248:14 | 190:3 191:16 | 125:1,4 129:18 |
| 225:13,18,20 | **mirror** 148:3 | 194:13 195:8 | 141:17 156:8 |
| 227:22 228:2 | **mischaracterizat...** | 199:9 200:17 | 234:7,10 251:7,9 |
| 229:1 230:4 | 213:10 | 203:8,17 207:9 | 252:6 |
| 232:13 235:2,5 | **missed** 188:9 | 209:16 213:19 | **named** 74:12 |
| 236:5,13,16,19 | **missing** 9:17 | 220:8 221:8 | 103:18 |
| 237:1,3 239:20 | 56:10 | 223:13 233:22 | **names** 62:3 64:16 |
| | | | 98:2 154:7,16 |

Randall Grip

May 19, 2020

**[names - oh]**

Page 22

203:13,13
**naming** 65:11
96:12 97:4 164:10
**narrow** 115:4,5
129:6 135:16
140:5 146:15
161:19 244:17
**national** 35:17
**natural** 68:3,13
76:2 77:11 143:14
175:20 176:12
**naturally** 67:20
**nature** 7:1
**near** 149:16,18
**nearby** 35:19
**necessarily** 22:3
62:12 65:13,22
78:12,14 180:14
196:9 205:22
**necessary** 17:9
26:12 27:13
190:15 205:9
**need** 8:6 9:5 51:10
57:12 58:1 69:9
69:10 138:13
185:6 240:3
247:13
**needed** 14:9
234:17 240:4
**neither** 249:9
**network** 90:13
**never** 25:4 97:19
137:3 186:6,11
**new** 23:6,8 91:2
92:15 101:6 103:3
103:5 104:20
107:17 124:2
130:9 134:16
157:12 167:4
177:15,18 180:8
180:10 183:7
199:3,14 203:22
211:12 220:15
221:12 222:6,21

224:9 237:5,5
240:11
**nice** 202:10
**north** 55:1,2 85:13
87:10 88:8 120:11
130:6,10,11 131:9
142:4 147:12
160:17 162:10
174:9 182:3 183:2
191:7 214:6
216:20 226:6
247:12,17
**northeast** 3:9
183:3 220:17
**northern** 1:3
183:5 215:1 221:1
222:20
**northrop** 22:10
**northwest** 103:9
251:2
**notarized** 252:13
**notary** 1:18 6:5
249:1,17
**notation** 167:3
**notations** 132:9
195:3 198:11
203:15
**note** 54:13 96:16
98:18 107:3
118:21 122:10
132:6 155:19,19
155:22 156:3
200:4 203:10
252:11
**noted** 54:17 85:22
117:3 125:21
128:11 142:7
147:16 156:15
157:16 159:2
162:5 163:17
167:1 181:19
182:11,20 189:15
191:21 195:10
200:10,21 207:11

209:4 238:16
240:20 248:2
**notes** 124:1
141:19
**notice** 9:17,19
10:9 68:16 89:17
104:6 191:21
220:19
**noticeably** 175:3
**noticed** 103:16
223:11
**november** 200:20
209:17
**number** 10:2
39:10,10 50:6
82:3 91:6,22 93:5
102:8 112:2 113:7
113:8 119:17
127:2,17 151:22
155:14 165:5,7,7
165:8 177:9 188:6
195:10 236:17
245:22 246:18
252:7,12
**numbered** 92:10
**numbering** 92:21
**numbers** 165:7

**o**

**o** 4:1 6:1
**oak** 2:8
**oath** 6:18 7:1
150:20
**object** 136:19
169:6 209:14
**objection** 20:3
38:4 48:1 51:4
59:4 66:22 73:13
74:3 142:10 197:7
213:9 228:15
229:19
**oblique** 26:18
40:10 61:22 62:20
62:21 63:4,16,22
64:4,7 68:18,20

103:11,21 167:15
**observations**
11:18 211:21
214:11
**observed** 67:8
**observing** 67:14
**obvious** 62:13
76:21 77:10 82:18
95:8 99:14 116:1
116:8 131:7
145:15 147:8
154:20 174:1
182:6 194:7
205:19 206:8
208:2
**obviously** 81:20
90:13 100:9 157:2
159:5,17 160:2
166:10 176:3
196:1 197:10
233:17
**occasion** 39:13
**occasionally** 34:14
**occasions** 62:14
**occur** 145:17
**occurred** 48:16
**occurring** 65:14
67:20 69:16 71:9
82:15 95:14 105:5
143:11 212:5
**october** 203:9
**odd** 220:6
**offered** 29:15
**office** 18:5 29:2,9
56:9
**officer** 249:2
**offset** 142:3
147:14,17
**oh** 15:16 21:1,11
33:3 46:7 47:19
47:19 50:10 56:3
56:22 57:19 69:1
80:16 86:10 93:17
97:19 106:2 116:5

124:1 150:5
151:18 155:12
181:7,8 187:22
219:10 221:21
225:18 236:13,21
241:2 246:15
**ohio** 130:7
**oil** 17:2,4 24:21
25:1,4,6,8,10,20
26:14 28:16 86:20
86:21 114:12
121:19 146:21,22
146:22 147:1
153:4,11,12,16,18
153:20 154:1,9
173:14 176:2
178:3,3,10,17,22
179:3 206:9
208:18 218:5,7
223:6 232:11,11
235:7,7 236:3,7
236:11 242:16
243:2,14 244:3
247:3
**oiling** 183:16,20
**okay** 7:15,20 9:13
9:22 10:8,16,17
11:4,20 12:21
13:17 15:14 17:22
20:11,15,21 21:5
21:19 22:17,22
23:15 28:20 29:14
29:22 30:10,13
33:7 35:22 36:9
37:1 38:10 41:6
41:11,18 44:8,19
45:8 46:12 47:11
47:21 50:4,18
52:2,15 54:17
56:10 61:15 62:19
67:12 69:14,18
70:5 76:6 79:1,11
80:14,22 81:8,9
81:14 83:4,14,22

84:8 86:3,3,11,12
86:14,17 87:6
91:21 92:3,9,17
93:11 95:3,20
97:19 98:4 100:14
101:12 103:5
105:21 106:3,5,7
108:11 109:2,15
109:19 110:13
111:6,14,18 112:1
112:5,10,11 113:2
113:17 114:7
115:11 117:15
119:6,11 120:9,13
121:2 122:4,9,14
122:20 123:10,13
124:6,11,13 125:6
125:19 126:18
127:4,11,19 128:8
130:4,19 131:3
132:4,8 134:10
135:1 137:8,21
138:9,11 139:8
140:1,9 143:21
144:16,18 146:13
146:16 147:1,9
152:8 153:5 155:6
156:15,20 157:18
159:1 163:3,16
164:7,18,21 165:9
165:12 167:11,22
168:6 170:17
171:9,14,16 175:7
176:20 177:7
181:2,4 182:9
184:11 186:22
187:10,13,22
188:2,21 189:8,14
190:3 194:13
195:8 198:9,13
199:9 200:10,17
201:8 202:4 203:8
206:12 207:9
209:7,12 210:4,18

211:1,19 213:2,19
214:9 217:5 219:8
219:10,11 220:1,8
221:8 223:10,13
223:20 224:2,22
225:18 229:15
230:5 231:16
232:16 233:2,4,22
234:1,19 235:2
236:6,12,16 237:4
237:12,20 238:13
240:16,20 241:20
242:14 245:5
246:7,12 247:3,18
248:1,10
**oklahoma** 177:8
**old** 26:11 30:6
57:18 78:2,3
196:17
**older** 224:11
**olin** 22:13
**once** 8:6 29:4
51:21 53:7 58:9
**ones** 67:18 92:14
179:18 222:22
**ongoing** 206:19
207:8
**online** 34:18 49:13
**open** 70:15 74:22
150:8 152:8
179:11 182:18
205:14,16 207:4
207:17 208:3
**opened** 177:15
**opening** 131:5
**operate** 14:9
**operation** 78:22
97:15 98:21 105:9
142:6 143:9,10
160:10 194:1
**operations** 78:1
95:12 116:4 117:4
125:18 180:4
189:18 197:16

240:13
**operator** 15:18
16:3 18:1
**opine** 197:18,21
**opining** 216:22
**opinion** 67:13
170:12 173:8,22
210:4,18
**opinions** 24:9
66:18,20 67:7,10
175:13
**opposed** 92:15
**option** 110:20
**order** 218:5
**ordered** 48:21
**organization** 32:3
32:8,11,12 33:3,5
33:10,18,22 34:13
**orientation**
117:13
**oriented** 247:11
247:16
**original** 43:11
119:13 131:10
**originally** 71:2
**orthophoto** 34:1
54:19 55:1 84:19
**orthophotos** 12:15
33:21 46:8 54:22
**otay** 22:15
**outcome** 249:12
**outfall** 57:3,5
161:4
**outside** 14:4
**overall** 226:18,19
**overarching** 66:20
67:6,13
**overflow** 172:18
185:10
**overlap** 75:7
**ownership** 90:20
**owns** 22:2

**[p - photo]**

Page 24

**p**

**p**  2:1,1 6:1
**p.m.**  79:14 80:2
  248:17
**packed**  205:13
  206:21
**page**  4:2,5,22 5:1
  10:18 13:10 19:18
  19:19 20:22 34:22
  35:1 81:9 83:4
  102:17 108:13
  112:11 113:19,21
  113:22 115:12
  119:8,9 120:1,4,4
  120:6 121:8
  122:13 128:9,11
  129:22 139:12
  140:14 141:21
  146:4,16 151:12
  151:13 152:9,9
  155:7,17 156:15
  164:9,11 165:8
  171:15 184:4
  187:17 198:3,3,3
  198:4 199:15
  200:19 213:20
  225:14 233:22
  234:1 240:17,20
  251:13 252:12
**pages**  157:19
  164:10 188:1
  250:3
**parentheses**  74:18
  122:3
**parish**  21:12
**parking**  95:7
  96:14 216:5,15,21
**part**  115:18
  145:22 157:16
  170:21 215:1,2
  217:18 219:21,22
  220:1 232:7
**participate**  14:1

**participation**
  24:11
**particular**  11:8
  14:19 18:4 26:4
  40:6,18 43:2
  51:18 54:3 62:3
  64:16 66:16 78:15
  89:9,16 95:13
  97:17 98:1 118:22
  125:2,3 128:20
  147:7 153:1
  156:11 168:5
  181:10,13 210:14
  218:2 229:21
  243:22
**particularly**  28:6
  44:14 90:11
**parties**  2:22 3:22
  11:19 17:1 249:11
**parts**  209:18
  219:6
**party**  21:1,6,10
  22:8 35:6 83:19
**pass**  225:11
**path**  68:5 143:6
**pathway**  176:11
  185:8 192:22
  201:11 216:21
**pathways**  13:8
  132:11 163:19
  242:1
**pattern**  76:13
  88:22
**paved**  217:12
**pdf**  19:19 35:1
  106:3 165:8
**peer**  19:14
**penalty**  252:13
**people**  32:22
  33:12 45:16
  166:21 218:4
**people's**  216:7
**percent**  88:11
  192:6

**percentage**  14:16
**perform**  10:20
**performed**  35:20
**performing**  19:8
**period**  11:8 36:4,5
  44:11 139:3,5
  186:9,21 187:4,5
  187:6
**periods**  62:15
  197:1,2 198:16,18
**perjury**  252:13
**person**  7:12 14:20
  145:5
**personally**  22:19
  46:18
**pertains**  61:9
**petit**  2:4 6:16
  11:12 20:3 34:3
  38:4,16 48:1 51:3
  59:4 60:5 66:22
  69:8 73:13 74:3
  79:4,7 86:7 91:17
  92:6,12 93:2,14
  93:21 94:5 106:1
  119:7 136:19
  140:14 142:10
  144:8 151:9 155:8
  156:18 164:8,16
  165:1,11 169:6
  197:7 198:5,9
  199:10 209:13
  213:9 223:21
  228:15 229:19
  236:22 247:6
  248:16 252:5
**petroleum**  150:18
  150:21 151:1
  157:3 170:3
  171:21 172:1,19
  212:14
**phone**  252:2
**photo**  4:9,11,19
  5:4 11:22 12:1,22
  13:2 14:5,5 15:20

  16:6 17:16 18:6
  18:18,21 19:15
  23:18 24:2,19
  25:14 27:8,16
  28:8,13,18,21
  29:6,8,17,21 32:8
  32:11 33:1 34:17
  34:19 37:6 39:21
  40:2 41:12 46:18
  50:2 51:9,13,20
  53:15 56:21 57:10
  57:11 59:6 69:5
  81:10 82:9 83:5
  83:12,15 84:9
  85:12 88:20 95:21
  96:5,6,17 97:2,13
  97:18,21 98:9,13
  98:19 99:2,6,7
  100:2,21 103:21
  105:19 106:9
  107:4 108:7,9
  112:7 114:8,17,19
  115:12,21 119:4
  125:20 130:1,5
  133:17,18,21,22
  134:1,4,21 140:20
  141:10 142:1
  143:19 144:1
  145:11 146:1,19
  151:6 152:6,14
  155:20 156:7
  157:1,10 158:14
  159:2 164:22
  167:2 171:18
  173:16 175:8
  177:10 182:11,12
  182:13 188:2
  190:16 195:11,13
  195:14 197:4,5
  199:6,19,22 200:2
  204:9 208:22
  209:4 211:2,8,11
  211:11 220:9,11
  220:20 221:10

Randall Grip

May 19, 2020

[photo - pits]

Page 25

229:8,18 232:9
237:6 242:3,12
244:9 247:1,4,5
**photogrammetric**
12:16 19:2 53:4
**photogrammetry**
11:22 12:11,12,17
12:21 13:3 28:20
29:1,18 32:1,2,3
32:12 49:11,17
50:14,21
**photograph** 39:11
39:18 40:18 41:9
41:14 43:15 55:13
57:9 62:21 63:7
69:4 71:19,20
74:15 76:9 81:13
83:3,9,20 85:22
88:7 89:1 96:1,19
96:21 97:7,17
99:11,12,19 100:8
100:10,13,18
101:1,21 102:13
103:1,2,3,11
104:4,5 106:14
107:2 108:1,4,6
108:20 109:1,16
114:6 115:1
116:22 117:14
118:9 119:2 125:9
129:5 130:9 132:1
134:13 140:19
141:3,5,9,11,18
143:1 145:7 146:6
146:17 152:4
153:6 156:10
157:7 158:7,9,11
158:12,16,21
170:14 171:13,16
171:17 175:10
179:14 181:5
191:22 197:16
205:16 212:9
213:12 226:20

227:15 228:20
229:4,5,13 230:9
230:10 233:11
242:18
**photographic** 4:7
11:17 35:12 49:16
50:9,13 51:2
**photographically**
18:14,17
**photographs**
12:10,13,19 16:16
18:3,15 25:11
40:8 41:10 52:19
52:21 53:6,9
56:11 58:21 59:3
61:4 62:20,20
64:4,5,15 65:3,6
65:12 66:1,5,7,19
67:11 97:10 99:10
117:18,22 130:16
132:16,17 135:2
137:12 139:2,3
167:15 168:5
171:12 174:14
179:19 187:2,6,12
190:11 197:3
198:22 213:13
227:3,5,6 228:18
229:16 243:13
**photography**
10:21 11:6 12:2,7
14:2,3 16:21 25:7
25:17 27:19 35:4
37:15 38:10 39:9
39:16 40:7,15,17
58:3 61:22 62:5
63:5,6,20 84:11
84:13,18 101:9
124:22 127:9
132:14 153:2
199:8 200:7
217:14 233:6
**photos** 4:13 8:18
15:22 35:4 36:1

36:10,17,20,22
38:3 43:16 45:3
51:8,21 103:16
104:7,11 111:16
141:16 158:1
186:20 187:8
190:16 199:13
200:3
**phrase** 89:10
**physical** 27:3 28:1
73:11,21 74:5
77:12
**physically** 25:20
75:5 116:19
**pick** 133:12
**picking** 37:15,20
**pictures** 18:12
**piece** 45:4
**pile** 60:22
**piles** 76:15,17,22
241:1,3,16,21
**pilot** 17:14
**pinpointed** 127:5
**pipes** 26:4 84:5
**pit** 23:2,3,17 62:16
63:9 64:20,22
65:19 69:2 70:5
70:13,18 71:20
72:3,19 73:8 75:4
75:13,17,20 86:16
87:4 95:2 101:8
103:9,9,12,18
104:10,21 115:20
115:21 116:6,7,10
116:12,18,20
117:5,6,13 118:5
118:11,12 121:2
121:15,15,17
122:2 124:21
125:4 129:18,19
130:12,17 134:6,8
136:8 137:18,19
138:10,12,12,14
142:2,7,8,18,19

145:19 147:12,16
147:21 148:19
149:18 150:1,7,13
151:8 152:13,15
157:4 158:6,22
161:15,17,21
168:14,19 171:3
174:4 179:11,22
180:2 182:6
184:20 188:14,19
189:2,6,8 190:18
191:5,17,19
192:10,19,20
200:21 201:16,17
201:18 207:5,11
207:12,20,21,22
208:4 221:14,15
221:19,22 224:2,6
224:7,10,14 230:2
234:12 235:6
237:9,19 239:11
239:13,15,17,19
239:22 240:2,4,10
242:17 243:2,3,4
243:9,14 244:3,3
244:5,5,7 247:3,4
**pits** 23:8 59:13,17
59:19 60:15,15
61:15 62:2 64:17
69:22 70:8,9,9
72:4 75:14,21
78:4 82:11 85:13
85:14,15,16,17
86:22 87:1,15,20
87:22 88:13 95:9
95:17 96:18 101:2
117:7,8,9,16
130:8,20 131:1,18
132:2 133:17
134:15 136:15,21
137:6,8,17 138:1
138:6,7 140:22
141:6,12 144:2
145:2 148:17,22

Randall Grip

**[pits - probably]**

149:14,16 150:8
156:3 169:14
170:19 171:18,19
172:2,4,6,7,9,13
172:15,18,21
173:10 174:1,7
175:4,5 177:10,11
177:14,15,18,21
178:5 179:7,8,15
182:12,12 183:2
183:13 184:17,18
185:9,11,18,20
186:7 188:8,21,22
189:13 190:10,20
191:2,4 195:11,16
195:21 198:15,17
199:18 200:8,13
200:15 203:15
204:9,10 205:16
206:20 207:17
209:9 214:1,4
220:10,17 221:10
221:10,13,20
222:2,6,8,12,18
222:21 223:15,16
224:11 229:16
230:5,8,20,21
231:1,18,22 232:2
232:18 233:4,10
234:4,6,8 238:22
239:5,7,9 240:21
242:3,4,8
**place** 44:20 53:10
55:21 58:12
111:15 123:1,22
130:15 163:1
167:2 171:5,7
204:3 207:18
**placed** 71:2
123:15 193:21
**placement** 52:20
**places** 117:20,20
123:3 200:11

**placing** 185:17
**plaintiffs** 1:6 2:3
**plan** 140:1,4
**plane** 16:1,3,4
18:2
**plant** 170:2
**plat** 140:1,4
**plaza** 1:15
**please** 12:5 151:18
199:11 252:11,11
**plus** 161:1
**point** 62:12,17
69:11 76:13 89:6
89:20 101:17
147:11 154:8
163:6 181:10
190:13,17 191:20
211:13 228:7
232:10
**pointed** 68:20
69:3 73:1 82:10
164:2 182:3
210:21 211:7
212:20 233:3
**pointing** 62:10
94:19 216:16
**points** 27:11
**pond** 188:20 193:5
195:19
**ponds** 59:14
188:10
**portion** 8:7 14:18
84:12 147:13
210:2 221:1,6
**position** 13:18
53:20 63:12 65:11
158:3,5 169:4
**positioning**
116:17
**possibilities** 203:1
**possibility** 178:15
206:21 235:15
**possible** 43:15
85:19 116:6

161:13 163:16
166:7 167:2
178:12 184:3
185:12 192:4,5
206:12,15 217:10
234:8 245:8,18
**possibly** 104:20
168:14,16 174:21
175:1 193:2
202:21 204:8,18
238:5
**post** 2:8
**potential** 60:11
89:20,21 135:4
137:13 163:1,7
183:15 205:12
248:2,3
**potentially** 73:8
192:15 238:20
**poured** 218:5
**powerful** 53:14
**ppg** 22:11
**practice** 173:4,6
239:5
**practices** 189:11
222:15 239:2
**precipitation**
89:14 150:9 151:2
162:11 170:2
210:3
**precise** 63:20
64:18 84:22 90:20
**precisely** 64:4
**preeminent** 32:7
32:12
**preexisting** 68:12
**premium** 239:14
239:17
**preparation** 45:6
**prepare** 8:9 9:13
**preparing** 9:8
45:14
**prepping** 224:21

**presence** 130:7
142:5 168:13
**present** 3:15 55:16
199:5,18,21 225:8
**presentation**
29:17 30:11
**presentations**
28:22 29:11,20
**presented** 43:21
47:2
**president** 13:19
17:13
**pretty** 36:12
**previous** 23:17
53:21 54:7 65:19
68:5 101:1 108:7
108:13 110:5
118:6,18 133:7
157:5,15 165:20
179:6 180:15
182:13 183:4,8
193:15 195:13
213:2 220:11
223:17 224:3
237:6,12,13,19
247:5
**previously** 80:6
177:14 180:13
237:9
**primarily** 121:3
238:12
**primary** 15:10,11
**print** 249:7
**printed** 8:18 18:15
18:16 85:5
**prior** 15:18 17:11
20:8 23:16 117:21
170:8
**privy** 24:14
**probably** 9:15
72:3,7 133:8
151:2 173:1
229:12 246:6

**problem** 92:11
**process** 12:22 13:4
52:1 59:19 71:7,9
87:9 95:6,17,19
97:5 149:16
197:12,22 201:21
227:5 239:7
**processed** 46:8
**processes** 24:17
72:8
**processing** 18:6
**produce** 11:6,7
12:19 14:12 17:16
27:9 31:6 35:3
46:17 51:12 54:19
54:22 55:2 84:18
**produced** 12:15
25:7 31:10 50:22
51:2 130:10 202:9
**product** 86:21
147:2 150:18,18
150:21 151:1
172:19,20 173:19
178:3 212:14
**production** 19:11
252:19
**products** 33:19
**profession** 31:9
**professional** 30:16
**progressed** 166:1
**project** 14:19 19:3
19:7 23:4 48:4
66:17
**projecting** 81:7
**projects** 22:20
23:1
**properties** 1:5
251:7 252:6
**property** 19:4
90:17 125:13,17
**provide** 6:18
72:18 81:18 83:11
140:3

**provided** 36:17
38:7 41:13 42:1,3
42:8,11 100:18
**provider** 39:16
**providing** 19:20
**proximity** 167:7
191:18 192:2
201:21
**public** 6:5 41:22
249:1,17
**publications** 49:10,13
**published** 30:3,13
**pull** 101:22 108:12
113:2 194:15
225:13 227:21
234:21
**pulling** 46:10
**purchased** 202:11
**purpose** 103:22
161:8 177:4
202:12
**purposes** 7:20
100:11 111:10
**push** 76:19
**pushed** 75:16
131:7 173:13
174:15
**pushing** 179:13
**put** 52:4,16 74:18
86:9 94:10 104:22
148:12,17 165:22
170:1 174:21
175:1 176:14
180:5 194:1 196:5
198:6 204:14
211:22 223:18
**putting** 138:10

**q**

**quality** 218:22
**question** 6:22 7:4
10:13,15 138:7
219:12 231:14

**questioning** 9:5
**questions** 6:18
114:6
**quick** 94:11
**quickly** 54:4 66:7
139:13 156:5
**quite** 19:21 56:22
66:4 77:4 83:2
116:2 193:13
194:11 211:5,14
216:17 221:6,17
**quote** 10:20

**r**

**r** 2:1 6:1 18:12,12
21:15 45:22 251:6
251:6
**rail** 61:21 63:10
69:2 85:13,15
142:4,8,13 145:13
146:8 147:13
149:1,5 153:13
177:16,16 183:15
183:22 184:3
191:8 201:12
**railroad** 87:11
88:5 130:7
**rails** 142:9,13
**rainfall** 44:10
89:19 156:2 218:2
**rainy** 44:15
**raise** 162:2 194:3
**raising** 159:15
**ranch** 22:1
**randall** 1:11 6:3
80:4 248:18 250:2
250:22 251:9
252:8
**randy** 34:3 54:13
79:5 86:7 144:8
151:9
**range** 41:4 107:12
114:16 115:3
128:13

**rare** 39:13
**raster** 18:8,11
**raw** 14:13 84:14
**reacquisition** 42:7
**read** 39:4 114:7
116:12 119:12
180:21,22 209:21
250:3
**reader** 55:9 65:8
**reading** 252:16
**ready** 165:9
**real** 27:14 28:4
29:3,12,12 31:8
94:11 124:20
233:16
**really** 15:16 17:10
33:10 47:17 52:17
53:15 55:10 66:15
66:15 67:1 69:18
74:11 87:11 88:2
89:2 97:16 100:22
111:7 117:2 146:7
178:8 181:10
202:10 203:4
206:6 214:7
216:14,22 217:13
218:12,14 219:2
220:3 222:20
223:5 225:4
**reason** 10:12
19:22 72:18,21
160:4,6,9 163:4
188:20 217:10
234:14 251:13
252:12
**reasonable** 37:22
**reasons** 148:13
216:12 233:9
**rebuttal** 44:6
**recall** 21:22 37:1
40:21 42:19 43:19
44:12,17,21 45:2
47:5 48:11,15
66:16 81:16 90:12

96:2 100:16
116:11,13 117:2,4
119:5 122:1,17
124:5,8,16 125:19
129:9 135:7 136:1
153:8 157:11
177:5 181:10
182:14 189:20
195:6 203:14
206:6 238:1,17
248:5
**receipt** 252:15
**received** 36:19
81:22 83:8 84:15
234:9 252:15
**recess** 79:14
139:10 187:15
**recognize** 10:5
47:10 97:20 114:3
**record** 37:4 39:1,4
42:2 52:14 83:7
94:12 126:15,17
135:14 180:22
247:6 248:15
**records** 35:17
81:11,15 106:16
154:10
**recovering** 179:1
179:3
**rectangle** 132:1
**rectangular**
130:14 131:13,14
132:2 178:11,19
191:5 221:13,18
223:8
**red** 8:2 86:1,14
94:19,21
**redeveloped** 99:18
101:7 103:13
240:2
**redevelopment**
101:3 166:19
239:11

**redo** 110:4,12
111:5
**reduced** 249:7
**refer** 51:17 57:17
69:9 88:7 141:19
222:5
**reference** 252:7
**referring** 10:8
95:12 100:12
219:18
**refineries** 4:20
10:22 25:2 28:18
44:2 45:10 59:8
59:12 63:12 87:3
91:13,15 114:11
121:8 148:16
149:14 152:11
173:14 218:4
**refinery** 11:8
25:21,21 26:8,14
28:16 59:16 66:20
67:8,17 71:7
74:22 81:21 82:18
82:20 83:18 84:2
86:19 90:10,12,22
91:19 94:17 95:6
95:9,14 97:15
105:4,6 106:22
107:5 108:8
112:19 113:11,13
113:15 125:9,11
125:18 135:3,21
136:4,12,17 137:2
137:16 138:19
140:2 149:8,9,12
160:22 161:5
162:17 167:12,13
168:7 169:3
171:14,21 173:20
178:2 183:12
184:12 185:15
186:5,14 197:6,12
200:4,18 202:12
203:7 205:13

209:7 212:12,17
213:19 214:13,19
215:6 216:19
217:7 218:13,17
219:3,19,21,22
229:14 230:14,14
235:8 238:9,22
241:5,12,17
248:13
**refining** 200:18
**reflect** 94:15
102:12 112:6
128:2 152:5
246:22
**reflectance** 25:16
**reflecting** 148:1,2
**reflection** 209:20
209:21
**refresh** 122:13
**regarding** 49:14
**regardless** 230:11
**regional** 33:18,22
34:8
**regions** 69:19
**registered** 39:18
**registration** 58:16
58:19
**regular** 160:8
**relate** 63:11 64:8
**related** 25:10
34:17 170:3 246:3
249:10
**relation** 54:9,10
**relative** 55:10
59:22 118:14
119:1 136:8
137:12 140:11
226:16 232:3
233:2
**relatively** 126:22
227:9
**release** 169:14,18
170:9,11 173:19
174:9 176:16

196:13
**releases** 60:12
136:3 169:2,21
**relevant** 24:9 28:6
28:14 30:4 242:18
**reliable** 49:19
63:16,18 64:1
**rely** 24:19 71:10
72:7 227:7
**remained** 239:2
**remains** 104:9
132:6
**remember** 21:10
56:22 68:19 69:2
100:3 109:6,9
115:9 132:18
156:10 157:6
194:18 201:12
204:6 213:8
243:22 247:10,12
**remind** 60:17
**remote** 18:22
25:14 27:15,16
28:12 49:17 50:14
248:17
**remotely** 2:22
3:22 7:12,22
27:17
**removal** 136:11
136:13,14 170:18
170:21 185:14,16
185:18 196:7
**remove** 219:9
**removed** 128:16
149:8 171:9 196:2
196:20 197:15,17
197:20 202:20
205:6
**removing** 170:21
185:17,21 196:13
**reoriented** 130:9
131:19 133:19
**repeat** 30:21
180:19 216:18

rephrase 6:21
32:18 38:5 67:2
report 4:6 8:17
9:16 10:5,9 11:21
12:14,20 13:11,12
18:14 27:10,12
28:6,10,12 34:22
35:5 37:7,21
40:19 41:20 42:17
43:18 44:6 45:1,6
45:15 46:11,17,19
47:18 48:19 51:8
55:9 60:9,18 61:9
61:12,17 65:8
67:4,9,15 68:15
69:9,16 83:21
84:1 91:13 94:19
96:22 102:18
105:22 108:6,13
111:7 112:10
119:13 124:12
128:8 129:1,22
138:22 139:6,7
145:8 146:18
150:2 152:11
156:19 163:4
177:6 186:21
187:8,18 203:12
234:15 242:18
245:16
reported 1:17
reporter 1:18 7:10
8:21 12:3 18:9
21:13 23:21 30:21
34:1 37:17 38:15
39:4 45:19 49:1
52:12 54:10 57:4
58:17 74:8 76:16
81:1 84:16 101:19
106:11 108:2
120:20 131:16
133:10 139:20
144:5 160:6 173:6
174:22 175:18

180:10,22 183:18
190:21 197:19
215:18 218:14,18
219:1 229:22
231:13 235:22
239:16 242:7
243:7
reporting 1:20
251:1 252:1
reports 8:11 14:12
17:16 18:13 19:12
19:16 24:12 49:8
51:13 57:16 60:19
represent 6:11
represented 6:12
requested 39:5
112:9 128:5 181:1
require 197:13
239:12
required 31:3,19
34:9
requirement
31:21
requirements
34:12
research 14:3,4,16
14:18,20,22 15:2
15:4 16:20 19:9
35:17,20 42:7
46:10
researched 11:16
researcher 15:11
15:13
researchers 15:10
reservoir 174:6,7
174:8,11 175:12
175:14,22 176:17
177:3 179:1 183:6
184:16,19 185:3
185:11
reservoirs 175:17
175:19 178:13
182:4,21

resolution 37:22
55:14,17,21,22
56:1,2,7 63:9 89:1
119:14 133:12,14
135:22 152:12
159:18 161:16
163:22 194:16
234:21
respect 138:1
160:21
rest 221:2
results 11:18
43:21
retaining 16:13
145:21
retired 17:8,10
retirement 17:12
review 9:1 17:15
18:4 19:15 25:1
25:18 44:1 45:13
46:5,15 49:8
51:10 150:4,5
220:21 225:10
252:11
reviewed 8:20
9:16 46:9 48:22
49:1 54:1 68:15
reviewing 12:2
65:5
reviews 24:12
revised 43:9,14
revision 41:16
123:7 124:10
revisions 43:6,10
123:18,22 124:4
reworked 117:12
rid 111:3
right 15:8 21:2
22:4 34:4 42:13
64:5 65:4 72:17
82:14 84:5 86:3
92:1,1 93:1,18
97:7 100:5 101:6
101:15 104:2

108:19 109:15
114:20 117:6
119:5 121:3,5
122:9 123:9,12
127:1,6 128:21
139:12 140:20
141:5,20 152:21
153:4 155:21
158:2,10 161:22
163:2 164:14
166:12 172:6,7,15
175:12,14,21
179:1,13 180:12
184:8 185:20
188:22 189:9
190:8,18 191:12
191:13 198:15,16
198:22 199:4,6,19
200:5,21 201:17
203:10,11,17
209:8 210:20
212:10 213:4,21
214:2,3 217:9,11
217:20,22 218:6
218:11 220:16
222:9 224:1
225:15,22 226:11
227:15 228:10
232:14 235:4
236:7,14 237:14
238:3 239:2 244:8
245:1
rights 203:21
rigorously 53:22
rim 210:13
river 160:16,17
161:6 170:8
199:20
road 35:12 58:11
58:12,14 77:17,18
143:2,15 201:13
214:22 215:1,11
216:2,5,10,15,21
217:4,6,12 218:5

Randall Grip

May 19, 2020

**[road - see]**

Page 30

218:11 219:6
221:2,3,7 225:6
227:16 228:4
232:14 233:1,3,10
238:9
**roads** 87:9 214:17
214:18 216:22
235:18
**roberts** 46:3
**role** 13:21 15:10
**roles** 17:21
**roll** 39:9
**roof** 146:3
**room** 3:10
**rouge** 1:16
**roughly** 83:17
191:4 221:12
**rounded** 68:10
**rpr** 1:17
**rule** 37:11 169:13
**rules** 9:11
**run** 212:7
**running** 168:12
169:21
**runoff** 89:15
162:10,13 170:1
**runs** 167:18
238:11
**rupture** 75:11
**ruptured** 136:6
170:15
**rusty** 45:17,21
46:2

**s**

**s** 2:1 4:1 6:1 18:12
131:17 251:6
**sake** 34:7
**sample** 150:17
161:10 246:2
**sampled** 192:7
**sanborn** 4:17,18
4:20 5:2 74:19
103:10,10,19
119:21 120:22

122:3 123:1,4
128:4,12,22
129:11,13,16,18
129:19,20 130:13
134:6 152:10,20
152:21 153:15,22
154:5,7,11,13,14
154:18,21 155:3,9
156:19 177:2,3
194:14 195:2
198:4 203:9,10,14
204:1 242:15
243:2 244:5,6,10
247:7,16
**sanborns** 120:2
128:1 154:17
188:10
**satellite** 25:17
32:2
**saw** 35:10 45:11
48:6 61:11 62:16
71:16 73:11 74:14
77:15 90:12 99:13
104:15 116:13,21
116:22 117:22
118:1 136:20
138:1,5,10 145:2
147:12 150:5
153:13 164:4
167:14,18,22
170:10 175:8,12
179:15 182:1
183:22 185:20
186:17 191:6
197:4 205:3
209:10 211:8
213:14 248:4,8
**saying** 34:1
101:14 102:20
135:14 137:11
144:18 168:8
176:9 211:16
231:15 232:5,10

**says** 10:19,19 11:5
11:20 35:2 64:19
107:20 113:13,18
114:15 121:7,11
122:10 129:1,19
153:4 240:12
**scale** 39:11 53:18
55:4 231:4 232:2
232:10 233:17
**scaled** 18:16
**scan** 46:1 82:4,7
124:3 156:9
**scanned** 106:15
**scanning** 14:2
45:18,22
**scans** 52:19 84:14
130:3
**scaug** 33:17
**scene** 12:7 27:17
**scenes** 12:18
**scoot** 144:10
**scott** 3:5 92:8
**scrap** 89:4
**screen** 30:18
56:18 84:6 111:20
121:5 126:9,12
127:13 147:14
196:19
**scroll** 120:3,4
152:9 235:3
**search** 42:4
**season** 44:15
**second** 4:8 19:18
21:11 50:10,13
94:11 101:6
126:16 175:22
176:17 224:1
**secondary** 176:15
221:19
**seconds** 66:2
**section** 3:7 67:6
**see** 7:9 13:7,16
22:3 23:2,5 26:4
27:7 38:21 40:9

40:12,15 43:22
45:17 47:3,13
48:22 49:4 53:6
53:15 54:2,6
55:19 56:3,18
57:3,4 58:13,15
59:21 60:14,17,20
60:21,22,22 61:14
61:19 62:5 63:6,8
63:19 64:7,11,20
65:9,14,17,18,21
66:8,10,14 67:6
69:11 70:18 71:18
71:19 74:4,6,8,13
74:16,21 75:9
76:10,12,20,22
77:3 78:7,13,21
80:15 81:9 85:13
85:21 86:3,10
87:6 88:15 90:14
90:19,21 91:21
95:5,6,12 96:13
96:14,18 97:6,22
98:10,21 99:12,16
99:19 101:4 103:7
103:17,18 104:8
104:13,13,16,19
105:1,6,6,7,10,14
105:16,17,19
109:2,10,15,20
110:13,14,14,20
111:1,8,9,21
112:12 116:21
117:17 118:11,14
118:16,20 121:9
121:11,12,20
123:2 125:15,15
126:1,2,4,11,13
126:19 130:5,6,12
130:16 132:19,20
132:21 133:4,6
135:10,15 136:1,5
136:7,14 137:4,5
137:6,7,21 138:2

Randall Grip

May 19, 2020

138:4,11,13,19,21
139:2 140:21,22
141:13 142:1,2,5
142:8 143:8,13
144:12 145:2,15
145:16 147:17
148:21,22 149:18
151:10 153:1,3,11
157:12 158:7,11
158:15,17,18,18
158:19,22 159:4,5
159:19 163:8,8,11
163:14,19 164:12
165:15 166:12,19
167:4,19,20 168:3
168:4,12,17 169:8
169:11,12,17,19
170:13,14,15,17
171:8,10,11,13,18
172:8,22 173:13
174:6,12 175:9,15
175:22 176:11,13
178:8,17,20 179:4
179:9,10,12,12,20
180:14,17 181:11
182:2,5,17 183:2
183:4,8,13 184:1
184:2,13 185:2,3
185:8,12,13,15,21
186:1,5,6,7,7,11
186:11,13,22
187:2 188:1
189:10,11 190:8
190:19 191:8
194:15,17 195:6
196:6,8,9,14,18
199:7 200:3,6
201:13 204:9,10
205:5,16,17,17,19
205:21 206:2,7,9
206:16,17,19,20
207:2,4,15,17
208:2,3,6 209:8,9
209:20 210:2,6,12

211:7,17 212:4,6
212:8,16,18
213:11,17 214:17
214:22 217:6
221:5 223:6,8
225:2,4,5 226:3,4
226:5,7 227:14,17
227:19 230:22
231:21,22 232:19
235:9 237:5,5
240:14,21 241:7
242:3,13 243:1,3
243:4,6,8,13,19
244:9,21 245:13
**seeing**   21:7 56:14
66:3 67:16 84:12
87:17 106:2 140:7
154:17 176:7,10
178:13 222:2
224:3 226:21
235:17 248:5
**seen**   12:9 13:3
25:2,16 51:15
57:1 65:12 66:13
87:2 95:9,15
105:13 107:1,12
113:5 119:22
120:1,2,6 127:10
138:22 139:6,7
140:12 147:13
148:17 149:13
155:3,4 169:1
177:14 183:3
206:5 213:12
237:9
**sees**   98:14
**select**   37:20
110:10,14,15,19
111:1
**seminars**   34:16,18
34:18
**sense**   47:19 91:4
92:6 174:3 196:16

**sensing**   19:1 25:14
27:15,16 28:12
49:17 50:15
**separate**   132:3
195:20 208:9
**separating**   176:2
178:22 179:3
**separator**   68:19
68:21 72:10
178:12,14,20
206:9 207:20,22
208:2,4,6,9,10,12
208:18,19 223:9
**separators**   59:14
178:10,17 223:6
**september**   106:7
123:16 138:18
195:9 220:9
**sequence**   85:14
**series**   6:17 234:3
**session**   80:1
**set**   27:12 52:11,12
57:12,15,19,21
58:2,9 70:16
77:22 78:5 87:11
116:1,3,8 117:3
134:8 144:3,6
149:17 161:19
172:4,5 189:17
191:8
**setting**   19:10 29:3
57:14
**settles**   148:14
**setup**   46:5
**setups**   46:3
**seven**   248:14
**shade**   232:5,18
**shades**   231:17
**shadows**   226:17
226:22
**shape**   27:21 56:16
58:15,17 208:14
**shaped**   99:4

**share**   93:8 94:6,10
126:12
**shed**   89:8 146:3,3
235:15 236:3
240:15
**sheds**   162:2
**sheet**   250:7 252:12
252:13,13
**sheets**   123:16,17
**shelbie**   3:17
**shifted**   20:1
**shimmering**   87:18
**short**   139:10
148:20 187:15
**shorthand**   10:9
**shortly**   127:21
**shot**   111:20
127:13 196:19
**show**   9:22 29:2,9
50:4 64:14,15
65:2 71:4 79:10
84:2 85:19 93:11
97:10 103:21
113:6 122:2
126:13 127:20
128:16 134:5
140:7 147:6
158:16 165:1
**showed**   42:17
62:14 117:10
149:14
**showing**   10:11,12
104:3 119:20
200:14
**shown**   100:6
252:14
**shows**   96:21 97:14
103:11 106:22
107:17 118:3
124:17 134:15
140:21 143:5
144:3 145:12,13
154:7 165:4
193:10 203:12

Randall Grip

May 19, 2020

**[shy - sound]**

Page 32

shy  46:7

sic  22:13 103:9
154:22

side  4:13,13 54:13
97:7 100:5 102:15
102:15 104:1,1
108:14,19,21
119:2 121:5
146:21 156:16
158:13,15,19
169:4 174:15
190:14,14 194:22
194:22 198:7
205:7,7 210:13
211:19 212:1
223:18,18 231:5

sides  62:1 75:17
146:11 168:13
212:7 223:2

signature  65:18
76:12 88:21 131:6
132:21 133:5
159:5 184:1,5
205:5 212:7
216:13 224:10
225:5 238:10
249:15 251:22
252:12

signatures  77:3
159:19,21 166:3

signed  250:7

significance  62:9
125:2 141:7,14
143:4 181:18
188:15 193:8
211:1 235:11
236:8 244:2

significant  59:10
59:12 60:4,8 61:3
61:8,11,18 67:19
68:2,4,14,16 82:8
85:11,20 90:15
96:16 97:12 98:8
98:18 100:20

102:21 103:3,15
105:18 107:3
119:3 122:8 130:4
134:3,20 140:19
141:4,10,22
143:13,18,22
144:22 145:6,10
151:5 155:20
157:10 175:7
181:5,21 188:12
202:1 211:6,10
220:19 237:20
242:11 246:9
247:20

significantly
118:18

signing  252:13,16

similar  17:16 72:3
107:10 183:1
191:6,9 220:14
227:9 228:6 239:2
239:6

sincerely  252:17

single  35:9

singular  131:14

sir  252:10

sit  9:18 18:1 37:13
42:21 44:17 81:16
87:17 96:2 100:16
109:8 122:17
147:5 189:20

site  14:11 16:17
23:3 26:11 27:22
35:7 37:1 43:20
51:9,18 52:7,8
55:11 56:18 58:11
59:6 73:9 76:14
84:14 89:18
104:16 118:3
132:12 138:5
166:20 170:4,21
179:2 180:14,15
182:7,7 190:18
191:2 196:1,21

197:5 202:21
205:17 206:2,5,13
206:13 207:18
214:17,21 220:18
238:12,12

sites  9:2 11:8 13:9
14:8 15:1 16:7
17:16 18:3 22:2
24:13,15 25:2
26:8 33:14,21
45:11 46:5,15,16
47:14 48:10 51:22
52:3,10 57:14
59:11 66:21 67:7
67:8,17 69:20
77:21 150:4
154:15

sitting  54:15 72:17
124:6 193:22

situation  107:10

six  15:8,9

size  26:4 27:21
56:16 89:3 224:6

sizes  244:19

skimmers  62:2

skip  151:15

sky  148:3 150:9

slashes  85:6

slick  174:14
210:15

slicks  45:12

slight  220:13

slightly  131:12
224:8

slope  192:3

slow  139:19
144:14,16

slowly  7:13,14

small  14:18
119:12 143:16
177:1 191:4

smaller  55:18
132:2 179:1
224:12

smart  164:16

snapshot  186:3
212:6

snapshots  65:16
168:2 169:19

societies  30:17

society  49:17
50:14

software  27:5
29:10

soil  180:7

solid  15:20 33:3,5

sorry  8:21 10:14
12:3 13:11 18:9
19:19 21:5,13
23:21 25:9 26:16
30:21 31:2 32:20
35:1 37:17 38:15
45:19 46:12 49:1
76:6 84:16 92:7
96:5 97:19 101:19
105:10 106:11
120:20 134:1
137:22 139:16
140:9,14 144:5
151:12 155:13
165:11,17 174:22
175:18 180:10,18
181:7 183:5 184:5
187:19 190:21
197:19 198:5
199:15 213:21,21
215:14,18 216:17
218:18 219:10
225:21 229:22
231:13 233:22
235:7,22 236:21
239:18 241:2
242:20 243:7,16
245:14 246:8,15

sort  16:8 36:1
158:13 217:7,8

sound  54:15 81:6
218:21

Randall Grip                                                                    May 19, 2020

[source - storage]                                                              Page 33

**source**  36:15
39:11 49:20 52:5
52:18 63:18,21
73:9 82:2 137:5,8
162:18 163:1,7
184:15 185:13
186:10 192:4
193:2,12 211:3
215:12
**sources**  14:4 16:21
31:12 35:18 36:11
41:22 43:17 58:5
60:11 64:1 65:9
106:18 137:13,14
162:8 163:9 186:7
186:12 193:13
**south**  88:5 132:7
135:6 142:3 161:1
162:12 167:8
174:7 177:17
185:9 196:3
204:12,19 205:15
207:1 214:22
217:4,8 220:17
221:1 224:8,20
226:6,6 227:18
247:12,17
**southern**  215:2
219:20,22 221:5
222:22 224:2,7
**space**  14:14
204:16,17 239:13
**speak**  7:13,14
9:12
**speaking**  139:20
**spear**  3:5
**specialist**  15:20
45:22
**specialize**  17:14
**specialty**  16:20
**specific**  28:15,17
28:17 40:21 41:8
41:11 42:6 59:2
66:16 67:5 74:11

82:1 83:22 95:12
106:16 125:4
136:1,2 156:3
178:19 200:4,7
206:6
**specifically**  25:12
36:6 37:3 61:2,10
73:1 135:5,15
159:22 168:17
169:17 180:18
206:4
**specified**  52:9
105:16
**specify**  229:21
230:2
**specifying**  95:18
**spectral**  25:16
**speculation**  74:3
197:7
**spell**  85:7
**spill**  75:8 136:5
142:20 147:8
148:4 157:2
167:20 168:4,8
170:13 172:1,17
175:3 184:13,17
184:21,22 185:1,5
192:4,5 196:13,15
200:9 214:20
215:8,9,17,21
219:16 220:5
238:4,6 245:1,15
245:17
**spillage**  196:7
212:2,4,19,22,22
233:20
**spilled**  149:20
185:3 212:1
**spills**  76:4 89:15
135:20 136:1,2
145:15 168:6,10
168:15,17,18,21
174:19 184:11
200:4,7 209:8,9

212:17 213:4,5
238:3,20 244:21
245:8,21 246:5
248:1,2,3
**split**  142:15
**splits**  147:19
**spoke**  139:16
**spoken**  46:21
**spot**  163:1 166:4
206:8 245:12
**spray**  188:10,20
195:19
**spread**  76:22
**spur**  61:21 63:10
85:13 142:4,8
146:9,11,12
147:13 153:13
174:18 177:17
183:15,22 184:6
191:8,13,14,15,16
201:12
**spurs**  149:1
**square**  3:8 221:13
**stack**  96:9
**stacks**  96:14 99:5
109:13
**stage**  147:1
**staged**  193:21
**stain**  212:22
**stamp**  110:21,22
**stamped**  4:15
**standard**  9:5
11:15 28:1 55:8
166:18
**standards**  51:1,11
51:12
**standing**  209:17
209:19,22,22
210:5,5
**stands**  19:4
**star**  22:1
**start**  12:4 20:15
45:17 144:15

**started**  17:18
19:15 103:20
115:7
**statement**  11:1
73:15
**states**  1:1,8 6:12
22:18,20,21 25:3
32:9,13 52:10
251:8 252:6
**stay**  246:8
**staying**  33:13 53:9
**stays**  53:19
**steam**  84:4 95:16
97:6
**stenographically**
249:7
**step**  60:3 209:13
**steps**  50:2
**stereo**  46:6,16
57:13 64:11 66:1
172:12
**stereoplotter**  9:1
54:18
**stereoplotters**
8:20
**stereoscope**  55:8
**stereoscopic**  8:12
8:15 14:10 35:14
36:22 53:13 54:5
62:22 63:6 217:17
222:6
**stereoscopically**
18:5 53:6 56:8
60:20 204:5
244:13
**sticker**  10:11
93:15 94:7
**stickers**  94:10
**stony**  201:8 204:2
208:21
**stop**  162:9
**stops**  72:1
**storage**  162:12
194:6 211:5,12

store 78:2
straight 68:10
  132:22 204:7
  205:4 208:17
straightened
  204:8
streak 221:5
street 1:21 3:9
  228:8 251:2 252:1
strike 26:16 32:6
  43:8 59:1 76:6
  137:22 165:17
  245:13
structure 112:12
  112:15,17 114:4
  114:15,18 129:10
  145:1
structures 26:13
  26:18 83:15 96:6
  97:2,4,20 99:1,3
  99:11 112:19
  204:12,12,19
  205:15 207:1
studies 16:19
  17:15 19:8
study 10:21 11:16
  27:3 124:4
stuff 88:8
subject 59:7,8
subjects 25:16
  74:11
submitted 48:18
subscribe 49:10
subsequent
  117:17 158:14
  202:19
substance 139:17
substances 72:5,6
substantively
  80:14
suggest 9:6
suggesting 91:18
suite 1:21 2:9
  251:3 252:1

summers 15:18
sump 69:17,18
  70:5,21,21 71:5,6
  71:8,15,15,17,17
  71:21 72:9,19,20
  73:7 74:17,17
  121:17 122:10
  125:5 194:17
  195:1,2 234:3,12
sumps 70:1,8
  234:5,6,20
sun 87:18
suppress 218:6
suppressed 219:7
suppression
  174:20 175:1
  214:20 219:15
  233:13,14
sure 7:5 13:15
  29:6 50:16 67:1,9
  69:14 92:5 109:4
  121:16 136:13,13
  147:5 163:17
  164:3 168:10
  192:5 223:19
  229:20,22 235:1
  248:12
surface 45:12
  75:18 76:11 77:1
  77:10,11 86:16
  87:18,19 88:4,9
  88:15 95:1 116:8
  116:20 117:1
  118:10,16 130:14
  136:7 145:14
  146:3 150:8 156:1
  167:19 169:9,13
  172:22 173:12
  174:16,17,21
  176:12 178:1,8
  182:6 183:17
  184:6 193:11,21
  202:11,15 210:7
  212:20 224:12

surfaces 174:12
surround 144:7
surrounding
  78:10 90:3 142:14
  172:14 233:18
surroundings
  143:14
survey 27:11
surveying 27:10
  29:13
switch 53:8 54:4
  55:21 56:1 58:13
switches 53:13
switching 66:6
sworn 6:4 80:6
  231:6 249:5
sydney 3:4 6:10
  38:16 79:9 91:3
  106:1 119:7
  140:14 151:12
  155:8 156:18
  164:8 252:22
sydney.menees
  3:13
system 12:20 13:5
  16:6,22 19:11
  33:11 46:4 52:9
  52:11,13,16 53:2
  53:5,8,10 54:1,18
  57:21 58:9 65:7
  91:6 142:4 243:13
systems 18:22
  27:9 31:11 34:8
  49:14 90:9

**t**

t 4:1,1 18:12 21:15
  45:22 251:6,6
take 15:22 16:1,1
  18:2 28:15 29:8
  52:21 79:12
  111:19 127:12
  139:9 187:14
  209:13 225:11

taken 7:17 31:7
  56:12 57:11 63:8
  71:17 79:15 108:1
  108:4 115:13
  124:10 128:19
  138:17,18,20
  139:10 146:6
  156:13 157:7
  158:1,3 186:14
  187:15 233:12
  249:3,6
takes 50:2
talked 129:9
  152:13
talking 47:6 50:17
  81:1 91:11 101:13
  103:1 216:14,15
  217:3,3 221:21
  229:6 245:3 247:7
tall 112:16,20
taller 112:18,21
tank 16:13 53:11
  59:18 64:20,22
  75:9,9,11 95:6
  96:8 101:6 103:11
  103:13 104:20,22
  105:3 130:10
  136:6 145:1,5
  146:21,22 148:4,6
  148:8,11,14,16
  149:12,15,19,21
  158:5,18 167:14
  168:21 170:15
  182:4 186:2 191:9
  192:1 196:7
  205:14 206:22
  209:21,21 211:22
  212:1,13 214:6
  224:9,16,18 237:8
  237:12,13 239:14
  239:18 240:3,11
tankage 82:19
  98:10 103:13
  117:12 118:3

142:21
**tanker** 98:21
107:6 138:11
**tanks** 16:14 62:2
62:11,13 82:10,13
95:6,10,18 96:13
96:13 97:22 99:5
99:15,22 100:6,7
100:12 103:22
104:3 105:7,8
108:18,19 109:11
111:11 117:20
118:1 119:1
125:20 126:19
127:5 128:6,9
129:11,12 132:7
134:16,17 135:6
142:4,5,14 144:3
144:7,19 145:12
145:14 146:11
147:4,7,19 151:7
153:6,10,11,15,16
153:16 154:13,19
156:16 158:8,20
167:7,17,21,22
168:10,13,21
169:4 174:20
177:18 191:15,18
192:2,4 196:2,10
196:13,17,20
203:19,21,22
204:17 210:12,13
210:14 212:8,22
220:15
**tasks** 14:17,19
**taste** 146:20
**taught** 28:20
29:14
**teaches** 29:7
**teaching** 29:16
**technical** 10:14
**technically** 81:5
**technology** 33:11
33:13

**tell** 20:22 22:22
41:2 43:8,10
47:15,21 48:9,17
48:22 55:10,15
56:4 57:17 58:5,8
63:7 65:19 71:9
72:9 74:2,6 77:2
78:13 83:1 85:2
86:18 87:2,14,22
88:2,13,17,19
89:2 90:17,20
96:7,13 97:3,6
100:4 104:10
108:18 112:16
113:11 116:19
117:8,15 118:7
125:13 126:11
130:19,20 131:3
139:4 146:6,9
147:20 153:14
158:20 159:3
162:6 163:12,15
164:9 165:18
166:1 167:5
171:18,20 172:8
172:21 173:5,10
173:17 177:21,22
178:4,8,9 182:22
185:8 188:21
189:1,4,8,14
192:2 195:15
201:2,3,5,9,17,20
202:13,14,19
203:2 215:14
217:13 221:11
222:8,12,18 224:2
224:6 226:16
229:10 230:22
238:6 239:3,4,8
241:20 244:12,16
**telling** 48:6 65:8
164:13
**tells** 39:18

**tennessee** 5:5
**term** 60:8
**terms** 32:6 69:15
91:4 179:21
**terrain** 54:20
**test** 69:8 189:3
201:20
**testified** 6:5 22:19
80:7
**testify** 7:18 11:21
128:17
**testifying** 154:6
228:16
**testimony** 19:17
19:20 20:1,6,7,8
20:11,16,22 21:11
30:4 48:2 51:5
139:18 206:1,15
213:10 231:6
232:7 238:19
245:6 249:4,6
250:4,5
**texas** 2:10
**text** 110:20,20,21
110:22
**texture** 56:16
**textures** 27:21
**thank** 223:21
237:2
**thanks** 92:7
114:14 127:22
181:2 199:16
246:15
**thin** 221:21 222:2
**thing** 9:4 28:9
30:5 39:3 40:11
60:13 70:2 71:9
122:14 123:9
124:20 152:17
181:7 234:11
**things** 13:8 25:19
51:15,15 61:1
62:3 72:10 90:14
92:20 98:3 109:8

128:19 132:19
180:1 226:17,22
240:8
**think** 21:9,22 23:5
28:7 29:4 31:2
37:13 40:5 41:15
44:4 45:7 61:19
62:9 63:15 65:3
68:18,22 69:1,6
78:18 79:7 80:16
82:4 86:20 90:15
91:12 92:12,13,20
105:20 111:9,20
115:6 117:1
126:19 144:15
151:7 153:12
161:17 162:20
164:9 169:22
172:16,18 174:17
176:21 180:15
182:10 186:9
190:15 199:13
201:13 202:16
205:10 208:1,11
209:19 210:16
212:2 213:6
216:10 217:9
222:4 223:12
229:10,11 235:3
241:16 242:1
246:11 248:10
**thinking** 91:4
144:11
**third** 228:8
**thirty** 252:15
**thought** 32:14,17
32:18 36:16
121:21 128:6
189:19
**three** 9:2 23:7
54:2 77:2 132:18
141:15 172:11
190:20 191:1,3
201:15 221:12,19

[three - typically]

223:15 240:20
**throw** 78:2
**tightly** 205:13
206:20
**time** 1:13 11:9
14:11,16 15:8,13
18:18 19:22 24:15
31:10 36:4,5
43:22 44:20 46:16
47:14 48:17 51:17
57:14 60:14 62:10
65:7 86:11 92:16
107:22 108:3,9,17
109:5 125:21
134:18 139:4
144:13 159:8
168:2 169:19
186:9,21 187:3,5
187:6 197:1,2
198:6,16 232:15
233:1
**times** 9:6 20:18
44:2 70:22 78:21
118:1
**tires** 215:10,13
**today** 6:13 7:18
8:10 9:9,18 17:17
26:12 30:4 37:13
42:21 43:19 45:5
124:6 173:3 206:1
**today's** 68:15
**ton** 92:13
**tone** 56:16 77:5
90:1,2,7 116:1
142:22 147:22
159:17 166:10,20
167:9 172:19
174:5 189:4
201:21 202:15
203:6 205:4
218:10 222:10
227:7,20 241:22
**toned** 160:1
162:12 163:15

166:17 178:1
190:20 191:1,4
193:7,16,18
200:15 201:1,4,6
202:5 203:6
204:11,22 240:21
241:1,3,16
**tones** 27:20 61:20
160:2 194:10
230:7
**tool** 25:18 53:14
110:10,15,19
**tools** 126:4
**top** 39:8 53:11
55:2 151:10 153:7
164:15 202:18
208:3 237:19
**topographic** 90:4
132:20 133:2,4
**topographically**
89:13 174:8
**topography** 185:9
192:3
**tops** 62:1 167:16
**totally** 149:3
**touch** 27:18
146:20
**track** 92:14
238:11
**tracked** 214:15,16
214:21
**tracking** 214:18
215:21
**traditional** 16:11
**traffic** 216:4
**train** 157:5,19
158:2
**transcript** 5:7
252:11,11
**transcription**
249:8 250:5
**trap** 71:22 72:1,5
72:9,20 103:10,18
104:11 118:5,12

121:2,11,14,17,17
121:21 122:3,9
125:4 129:18,19
130:13 134:6
**traps** 203:15
**travel** 226:8
**tree** 19:3
**trees** 19:5,6
166:14
**trenches** 62:2
**triangle** 226:8
227:17
**tried** 62:4
**trouble** 54:3 57:22
139:20
**truck** 76:15,17
98:21 107:6
149:22
**trucks** 216:6
**true** 39:21 250:4
**try** 7:6,13,14,22
8:2 62:5 100:14
144:14 217:17
**trying** 31:2 32:20
36:5 38:19 67:9
68:21 80:15 92:18
128:17,21 161:19
169:21 219:9
232:4,14,17
235:13
**tuesday** 1:12
**turn** 122:13
**turnaround** 143:7
**turned** 240:10
**twice** 29:5
**two** 25:15 40:10
85:15 88:5 100:5
103:8,16 104:7,11
109:10,13 111:14
121:4 131:13
139:2 158:1
172:11 174:13
177:14,20 180:1
182:15,20 187:2,5

190:9,11,16
195:17 196:5
197:1,10 198:13
199:13 214:4
221:18 222:2
224:14 226:12
228:18 234:20
238:16 240:13,18
243:13 245:6,7
248:1,1
**type** 16:17 32:1
33:10,22 34:13
47:20 60:14 70:4
70:12,17 71:6
72:3 77:5,7,22
78:14 86:19,20
87:8 88:16 94:20
95:18 116:1,3,7
136:9 142:19
143:9 147:8 148:5
148:15 150:12,18
157:3 160:3,10
161:15 162:4
168:22 171:13,22
172:1,17 173:19
174:2,15 178:2,11
178:14,14 180:3
184:20 185:18
188:16 189:5,7,20
192:12 193:12,14
194:1 197:12
200:9 203:7
208:15 210:10
211:16 212:14
217:16 221:14,15
223:2 228:10
230:13 241:10,19
244:16 245:2,9
**types** 36:6 53:1
**typical** 142:8
149:2 184:20
189:18
**typically** 128:14
133:11 148:22

Randall Grip
May 19, 2020

**[typically - waste]**

Page 37

150:14 159:13 215:7 227:20 241:7

**u**

**u** 45:22,22
**u.s.** 3:6 15:1 24:13 32:4 33:15 52:8
**ultimate** 194:6
**undated** 99:9 140:2
**underlined** 21:2,6
**understand** 6:19 6:22 7:1,7 8:4 24:16 56:6 61:6 67:2 169:4 180:4 185:7 217:2 232:21 235:13
**understanding** 69:15
**understood** 25:9
**undesirable** 72:4 72:5 78:5
**undeveloped** 134:9
**unheard** 149:3 196:12
**united** 1:1,8 6:11 22:18,20,21 25:3 32:8,13 52:10 251:8 252:6
**units** 206:9
**university** 24:18
**unlined** 178:7 222:16
**unloading** 138:12
**unredeveloped** 130:18
**unused** 149:18
**unusual** 149:10 173:1 178:7
**update** 128:18,20
**updated** 129:15
**updating** 219:9

**upload** 91:1
**upper** 117:6 123:9 123:12 153:3 172:6,7,15 225:1 236:7
**ups** 34:14
**urban** 34:8
**urisa** 31:6 33:7 34:13
**usage** 27:4 44:22 62:7 68:12 90:19
**usages** 148:15
**use** 8:1 25:18 27:11 33:20 35:5 51:7 57:19 62:6 64:12 69:19 70:13 76:1,8 78:18 87:8 107:18 108:16 110:11 111:10 120:15 128:14 129:6 177:3 196:22 197:6 241:14
**useful** 36:8 84:1
**usually** 59:7 63:19 70:16 189:13 192:11 208:8 241:9
**utm** 52:11,13

**v**

**v** 252:6
**vague** 38:4 66:22 209:14 229:19
**valero** 10:20
**value** 26:11 42:16
**varies** 63:21
**variety** 31:11 193:13
**various** 51:22
**vc0035470** 4:15
**vegetation** 26:6,7 45:11 90:3
**vehicle** 76:19 215:8,10

**vehicle's** 215:9
**vehicles** 166:3 214:15 226:7 227:19
**verify** 154:14
**veritext** 252:7
**version** 194:16 234:22
**versions** 91:9 165:5
**versus** 14:16 43:10 45:12 62:20 71:15 72:19,19,20 75:4 233:10 237:6
**vertical** 63:20 64:1 96:13 97:22 100:8 101:1,9 104:5 108:19 111:11 116:21 117:18
**vice** 13:19
**video** 151:10
**view** 33:1,5 63:9 83:17,17 93:18 121:20 132:18
**viewed** 32:21
**viewer** 118:22
**viewing** 11:7
**virtual** 1:11
**visible** 12:8 26:2 40:8 59:22 60:10 63:3 70:19 85:16 100:6 103:6 104:4 104:5 115:16 117:9,21 118:15 124:21,22 132:12 132:13 133:18 134:7,17 143:2 166:8 167:3 194:21 203:20 208:22 209:1 220:10 224:17 240:14

**visit** 26:8,11
**visual** 41:10
**visually** 136:5
**voice** 81:7 144:9
**volume** 1:10 14:8 14:12 16:14 75:10 75:17,19 88:4,9 193:6
**vs** 1:7 251:7

**w**

**wait** 93:17
**waived** 252:16
**walk** 17:20 51:22
**wall** 136:6
**walls** 132:2 208:10 208:17,17 223:1
**want** 13:14 91:6,8 93:2 102:2 109:2 147:10 151:16 171:15 190:13,17 205:7 219:14 227:7 248:12
**wanted** 50:16 69:14 89:20 145:7 177:5 191:20 203:11 226:1 234:17
**war** 23:19
**warren** 2:7 11:13
**washed** 170:4
**washington** 1:22 3:11 251:4 252:2
**waste** 24:18 78:5 86:21 121:19 136:11 138:12 161:6 168:20 170:18,20 171:9 172:1,19 173:19 185:14,17 189:2 190:2 192:17,21 192:21 201:19 203:5 204:15 206:12,17 212:14 222:11 230:14

[water - zzz]

**water**  150:7,10,11
150:14,15,16
151:3 161:4,5
176:2 178:10,17
178:22 179:3
181:9,12 206:9
208:18 209:18,19
210:5,8,10,17,19
223:6
**way**  19:6 27:21
37:10 41:13 59:16
87:21 89:17 99:4
129:21 137:6
176:1 179:12
191:11 196:21
225:6 227:2
**ways**  42:12
**we've**  14:21 35:19
79:7 101:2 135:1
174:1
**weather**  44:1,3,6
44:13,16 45:2,4
**went**  8:11,19,21
35:14,16 36:21
45:10 200:2 213:7
**west**  146:10 224:8
228:8 247:13
**western**  183:5
**wet**  85:19 87:19
89:11,22 103:17
104:7 118:17
132:4,22 135:6,8
135:11 155:22
**white**  162:12
217:15 231:16,17
**william**  2:4,5
252:5
**williams**  214:22
217:4 221:1 226:6
227:18
**willing**  150:20
**witness**  6:4 9:1
12:6 18:11 20:5
21:15 24:1 34:2,5

37:19 38:5 39:6
45:21 48:3 49:3
52:13,15 54:11
57:5 58:19 59:5
67:1 69:10 73:14
74:4,10 76:17
79:6 84:17 86:10
93:16 101:21
106:13 108:3
110:6,9,13,17,21
111:6 120:21
123:13 126:10,18
131:17 133:11
136:20 142:12
144:7,14 160:8
165:3 169:8 173:7
175:3,20 180:12
183:20 191:1
197:9,21 198:8
213:11 215:20
218:16 219:4
224:1 228:17
229:20 230:2
231:15 236:2
239:17 242:9
243:11 247:9
249:4,6 251:9
252:8,11
**witness'**  252:12
**wooded**  244:15
**woods**  143:7
**word**  34:3 225:11
**words**  69:19
**work**  14:7 15:6,18
15:19 16:8,18
17:2,6 18:6,18
19:6 24:8 25:10
25:13 27:2 28:2
28:16 31:6 32:1
91:12 174:3
**worked**  15:14
17:4 19:7,21 21:1
21:11,13 22:17,20
23:10 24:4,6 25:4

**working**  17:18
19:1,14 24:7
47:22 48:4 69:20
**works**  58:8
**workstation**  53:4
**workstations**
12:16
**world**  23:19 27:14
28:4 29:3 31:8
33:15
**worth**  38:19
200:18 209:7
212:17 242:17
**worthwhile**
240:19
**wpetit**  2:12
**wraps**  217:7
**writing**  43:5
**written**  41:1
**wrong**  115:3

**x**

**x**  1:4,10 45:22
**xyz**  53:20 58:6,14
74:14

**y**

**y**  131:17
**yard**  22:12
**yeah**  23:2 32:20
37:8 41:18 42:13
44:14 67:1 69:10
73:14 86:6 91:17
92:2,17 93:20
100:3 103:17
109:22 113:15
114:1 120:12
122:7 149:17
167:14 190:9
199:7 201:11
207:7 218:21
219:4 223:19
225:13 226:13
229:20 232:22
236:15

**year**  29:4,5 55:14
81:17 83:10 85:4
85:4 190:10 228:9
228:10 240:5
**years**  20:6 33:4
58:22 77:21 170:8
202:7,19 224:12
240:1,1
**ymca**  1:15

**z**

**z**  91:16
**zoom**  109:19
112:11 113:20
120:10 121:6
122:20 123:11
125:7 155:17
198:10 223:21
247:13
**zzz**  91:16

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

Randall Grip                                                May 20, 2020

                                              Page 252

1              UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF MICHIGAN

3                  NORTHERN DIVISION

4    - - - - - - - - - - - - - - - x

5    MRP PROPERTIES COMPANY, LLC,   :

     et al.,                        :

6            Plaintiffs and         :

             Counterclaim           :

7            Defendants,            :

        vs.                         : Case No.

8    UNITED STATES OF AMERICA,      : 17-cv-11174

             Defendant and          :

9            Counterclaimant.       :

10   - - - - - - - - - - - - - - - x VOLUME II

11     CONTINUED VIRTUAL DEPOSITION OF: RANDALL GRIP

12   DATE:         Wednesday, May 20, 2020

13   TIME:         9:31 a.m.

14   LOCATION:     Aero-Data Corp.

15                 8280 YMCA Plaza Drive

16                 Baton Rouge, Louisiana

17   REPORTED BY:  Denise M. Brunet, RPR

18                 Reporter/Notary

19

20           Capital Reporting Company

21        1250 Eye Street, N.W., Suite 350

22             Washington, D.C.  20005

Page 253

A P P E A R A N C E S

1
2
3  On behalf of the Plaintiffs:
4      WILLIAM C. PETIT, ESQUIRE
5      WILLIAM J. JACKSON, ESQUIRE
6      JENNIFER BARKS, ESQUIRE
7      Kelley Drye & Warren
8      515 Post Oak Boulevard
9      Suite 900
10     Houston, Texas  77027
11     (713) 355-5023
12     wpetit@kelleydrye.com
13
14
15
16
17
18
19
20
21
22  (All parties appearing remotely.)

Page 254

1  APPEARANCES (continued):
2
3  On behalf of the Defendant:
4      SYDNEY MENEES, ESQUIRE
5      C. SCOTT SPEAR, ESQUIRE
6      U.S. Department of Justice
7      Environmental Defense Section
8      4 Constitution Square
9      150 M Street, Northeast
10     Room 4.137
11     Washington, D.C.  20002
12     (202) 353-5885
13     sydney.menees@doj.gov
14
15  ALSO PRESENT:  Mark Donatiello
16      Shelbie Lynch
17      Danny Hambrick
18      Ali Kral
19
20
21
22  (All parties appearing remotely.)

Page 255

C O N T E N T S

2 EXAMINATION BY:                    PAGE:
3 Counsel for Defendant          258
4 Counsel for Plaintiffs         335
5 Counsel for Defendant          406
6
7 DEPOSITION EXHIBITS:               PAGE:
8 13 - Annotated photo - 4/3/1944 Houston,
9     Texas                      291
10 14 - Annotated photo - 4/11/1954
11     Mt. Pleasant, Michigan         302
12 15 - Side-by-side annotated photos -
13     1/1/1945 and 6/18/1947 Santa Fe
14     Springs, California            328
15 16 - Annotated photo - 6/18/1947 Santa Fe
16     Springs, California            329
17 17 - Side-by-side annotated photos -
18     6/26/1938 and circa 1940s Alma,
19     Michigan                       344
20 18 - Side-by-side annotated photos - circa
21     1940s and 1941-1954 Alma, Michigan    349
22 (Exhibits continued on the next page.)

Page 256

1 DEPOSITION EXHIBITS:               PAGE:
2 19 - Side-by-side annotated photos -
3     5/20/1953 4/5/1954 Alma, Michigan      355
4 20 - Side-by-side annotated photos -
5     4/15/1940 and 5/22/1949 Ardmore,
6     Oklahoma                       362
7 21 - Side-by-side annotated photos -
8     7/10/1938 and 9/5/1950 Arkansas City,
9     Kansas                         366
10 22 - Side-by-side annotated photos -
11     11/14/1938 and 12/4/1951 Blue Island,
12     Illinois                       370
13 23 - Side-by-side annotated photos -
14     9/14/1937 and 5/19/1942 Hanford,
15     California                     374
16 24 - Side-by-side annotated photos -
17     11/8/1938 and 4/3/1944 Houston, Texas   378
18 25 - Side-by-side photos - 10/25/1938 and
19     4/3/1944 Houston, Texas            38
20
21
22 DEPOSITION EXHIBITS:               PAGE:

Page 257

1 26 - Side-by-side annotated photos -
2     8/10/1937 and 2/7/1946 Memphis,
3     Tennessee                    386
4 27 - Side-by-side annotated photos -
5     7/5/1938 and 7/27/1952 Mt. Pleasant,
6     Michigan                     389
7 28 - Side-by-side annotated photos -
8     11/28/1938 and 3/25/1947 Port Arthur,
9     Texas                        394
10 29 - Side-by-side annotated photos -
11    10/20/1938 and 9/7/1950 Potwin, Kansas 398
12 30 - Side-by-side annotated photos -
13    5/24/1938 and 1/1/1945 Santa Fe
14    Springs, California          402
15
16     (*Exhibits attached to the transcript.)
17
18
19
20
21
22

Page 258

1      P R O C E E D I N G S
2 WHEREUPON,
3           RANDALL GRIP,
4 was called for continued examination, and having
5 been previously remotely sworn by the notary
6 public, was examined and testified further as
7 follows:
8 EXAMINATION BY COUNSEL FOR DEFENDANT (CONTINUED)
9 BY MS. MENEES:
10    Q   Good morning, Mr. Grip.  I just wanted to
11 ask you whether you had conferred with counsel
12 during our break between yesterday and today?
13    A   Oh, we just spoke on the phone, yes.
14    Q   Did you discuss the substance of your
15 testimony?
16    A   No.
17    Q   Just technical issues, then?
18    A   Yes.
19    Q   Okay.  I'd like to go to Houston Eastern
20 States Refinery Number 1.  I'm just trying to find
21 the right page of that in Exhibit 1.  It should be
22 page 108.

Page 259

1      Okay.  You labeled several features in
2 this photo.  And some of them have, in
3 parentheses, Sanborn.  I was wondering whether you
4 can see all of the features in this photo or
5 whether you were labeling them based on where they
6 are in the Sanborn map?
7    A   Well, I can see them and I've got the
8 label from the Sanborn.  So there's a feature
9 there.  It's not as clear, but I can definitely
10 tell there's a pit-type feature or a trap feature
11 there, and obviously the lake and the oil trap.
12 They're very obvious features.  Slush pond [sic].
13 It's just the naming, again, as I did before on an
14 earlier site.
15    Q   What is a slush pit?
16    A   It's -- it's a name that the local
17 refinery has given to something that handles some
18 type of slush or mixture of materials.
19    Q   Would you -- if it hadn't been for the
20 Sanborn, would you have just labeled it a pit?
21    A   Yes, a pit or a pond.
22    Q   A pit or a pond?

Page 260

1    A   Yes.
2    Q   What's your understanding of what slush
3 is?
4    A   Just, you know, a layman's type term.  It
5 tends to indicate a mixture of some type of
6 material.  It may be a technical term in their
7 process.  It really didn't matter to me.  It
8 appears to be a disposal-type feature, as it will
9 continue in other years.  Appears to be a
10 disposal.
11    Q   And you labeled two oil traps in this
12 photo.  Could you describe those for me?
13    A   More rectangular, darker in tone than the
14 surroundings, holding liquid or a dark material.
15    Q   Are those also disposal features?
16    A   Yes.  Well, it traps the oil.  I would
17 consider that a disposal feature.
18    Q   What about the dark area?  Could you
19 describe that for me?
20    A   That is within the area of a levied --
21 levy area of a large tank.  I'm not certain that
22 that's a product, because the entire thing is

3 (Pages 257 - 260)

Randall Grip                                                    May 20, 2020

Page 261

1 dark, but it's holding a dark liquid.
2    Q    Would you also consider that a disposal
3 feature?
4    A    I'm not as certain on that feature, no.
5    Q    And what is a blow-down tank?
6    A    It's part of the process.  That's really
7 for someone else in the litigation -- someone else
8 for the -- someone else in the litigation may be
9 of interest in that.  It was marked on the
10 Sanborn, so I wanted to have it labeled.
11    Q    So is the blow-down tank a significant
12 environmental feature?
13    A    It's possible that it is.  I just wasn't
14 certain, so I included it just in case.
15    Q    Is it a disposal feature?
16    A    Again, I'm not certain, but I included it
17 in case there were some interest in it.
18    Q    Is there any significance to Lake Pompano
19 that you labeled here?
20    A    It had a label.  It was in an area
21 adjacent to other disposal features.  It doesn't
22 have a dark surface, so I'm not sure if that's

Page 262

1 handling process water or if it had a disposal
2 purpose, but I included it, and perhaps someone
3 else involved in the litigation could shed more
4 light on that.
5    Q    Are there any other significant
6 environmental features in this photo that you
7 didn't label?
8    A    Not that I see, no.
9    Q    Okay.  Let's go to the next image.  What
10 did you use this map for?
11    A    Just the basic labeling of features that
12 were on this map in 6 of '43.
13    Q    I see traps labeled in this photo.  Did
14 you -- and you didn't label those in the '38
15 image.  Or did you?  Sorry.  Did you label them in
16 '38 image?
17    A    I believe I did, yes.  If you want to put
18 it side-by-side, I'll confirm that.
19    Q    So you just used this map to confirm
20 features in the refinery and where they were.
21    A    And the names of those features, yes.
22    Q    Okay.  I wanted to go back to the '38

Page 263

1 image quickly, the one before this one.  Is the
2 dark area that you labeled, is that bermed?
3    A    By memory, I believe it is bermed, yes.
4 It holds -- has a volume of liquid.
5    THE REPORTER:  I'm sorry.  By memory, I
6 believe it is bermed, yes.  It holds...
7    THE WITNESS:  A volume of liquid.
8 BY MS. MENEES:
9    Q    Okay.  So the liquid is within the berm?
10    A    Yes.
11    Q    Okay.  I'd like to go to the -- two
12 images later from this one.  What did you use this
13 map for?  And I have a higher definition [sic]
14 version if you would like to see that.
15    A    It's just naming of those features that
16 were visible on 9/25/43, the map from that date.
17    Q    Okay.  Let's go to the next image.  So in
18 the description in your expert report, and also in
19 this image, you labeled the slush pit as being
20 filled in or filling in.  How can you tell that is
21 occurring in this image?
22    A    Well, I can tell from looking at the

Page 264

1 previous date, comparing the same area
2 three-dimensionally to this date.  I can tell that
3 there's been filling in that area.  It's no longer
4 holding liquid, so the surface area of what's
5 holding liquid is greatly reduced on this date.
6 So there's been filling between those two dates.
7    Q    So what you are seeing is just that
8 there's more liquid in that area than there was
9 before?
10    A    No.  There's solid material that's been
11 deposited in the area of the slush pit, and it's
12 filled that slush pit so now it no longer is able
13 to hold as much liquid.  If you do a side-by-side,
14 you can tell the footprint of the slush pit is
15 much smaller than it is on this date as compared
16 to the 1938 photo.
17    Q    Is the slush pit later and -- more full?
18 Do you recall that?
19    THE REPORTER:  I'm sorry.  Is the slush
20 pit later...
21    MS. MENEES:  I can rephrase that.
22 BY MS. MENEES:

4 (Pages 261 - 264)

Page 265

1    Q   In later images is the slush pit more
2  full than it is in this image?
3    A   I have to look.  I didn't memorize what
4  the process -- how much it was filled.  If you
5  mean by solid material, I believe it was filled
6  more, but we could just continue and look at the
7  next date and tell.
8       MR. PETIT:  And Sydney, I'm going to go
9  ahead and object on the record.  I mean,
10 typically, in a deposition, he's going to have his
11 report in front of him.  He doesn't have that
12 today.  And so if he's asking to compare an image,
13 you know, I think he ought to be able to do that.
14      MS. MENEES:  I wanted to finish up with
15 this image first and then we can compare.
16 BY MS. MENEES:
17   Q   So when you say is filled with solid
18 material, what sort of material would that be?
19   A   Well, it's a non-liquid material.
20 It's -- I can't tell you what it is.  It's
21 generally medium-toned to light-toned material.  I
22 can just tell you that they've deposited material

Page 266

1  in the area; the former liquid area of the slush
2  pit is now solid material.
3    Q   You also labeled debris in this photo on
4  the left-hand side.  What type of debris is that?
5    A   Debris would just be multi-sized
6  material.  I can't definitely -- you know,
7  definitively identify what that debris is.  It
8  could be from tear-downs of interiors of
9  buildings, scrap from construction.  It could be
10 when they're removing, you know, material.
11      I just can't give any more detail other
12 than that it appears to be like a disposal area
13 with the presence of debris.
14   Q   But it is solid material?
15   A   I believe it's solid -- more solid
16 material, yes.  I need to review that
17 stereoscopically, but I didn't call it out as a
18 liquid, so I'll have to say it's a solid material.
19   Q   What about the dark area that you labeled
20 in this image?  How has it changed from the
21 1938 -- and we can pull up the '38 image.
22      MS. MENEES:  Danny, could you compare

Page 267

1  this page of the report to page 108?
2       MR. PETIT:  Danny, if you could put the
3  earlier in time on the left, if we're going to
4  compare.
5       MS. MENEES:  And then could we zoom in to
6  the labeled area?
7  BY MS. MENEES:
8    Q   Has the dark area changed from the 1938
9  image to the 1944 image?
10   A   Looking at this, it appears to be a
11 slightly smaller surface area in the later date,
12 but it's in the same location within the same pit
13 wall -- I mean, I'm sorry, berm, within the bermed
14 area of the tank.
15   Q   And then this image also shows that the
16 slush pit is a smaller surface area; is that
17 right, in the '44 image?
18   A   Yes.  You can see -- the scales are
19 slightly different on these zooms, but you can
20 tell that what was once a liquid surface is now
21 filled with a lighter-toned material in the later
22 year.

Page 268

1    Q   I see you also labeled blue.  Is that for
2  drainage?
3    A   Yes.  It's drainage and river boundaries.
4    Q   Is there anything else significant to the
5  drainage or the -- or the refinery here?
6    A   No.  I think I did that as a comparison
7  on other dates of photography.  I can map from one
8  photograph or photographic date and compare it to
9  another date to see how things have changed or if
10 they've stayed the same.  So I think -- in my
11 analysis, that was one of the things I was doing.
12 So I just left that in there on the image.
13   Q   Okay.  Was there any other significant
14 environmental feature that you didn't label in the
15 '44 photo?
16   A   Well, there's a dark liquid, it appears
17 to be, in Lake Pompano.  I didn't point that out.
18      THE REPORTER:  Mr. Grip, I'm sorry.
19 Well, there's a dark...
20      THE WITNESS:  There's a dark surface on
21 Lake Pompano.  I didn't point that out.  I don't
22 know -- I don't recall why, but I mean, that's a

5 (Pages 265 - 268)

Randall Grip                                                    May 20, 2020

Page 269

1 possible slick on the surface.
2 BY MS. MENEES:
3    Q    Okay -- go ahead.  Oh -- did you have
4 anything more to say about the dark liquid on the
5 surface at Lake Pompano?
6    A    No.  You know, it's darker than the
7 surrounding liquid.  It could be a slick.  I
8 just -- I don't know why it wasn't pointed out
9 initially.
10    Q    So you noticed that as a change between
11 the '38 and the '44 photo?
12    A    Yes, it wasn't on the previous -- the
13 1938, but it was on the '44.
14    Q    And you don't know why it's dark?
15    A    Well, there's -- it could be floating --
16 a lighter oil or something on the surface.  I'm
17 not certain of that, but -- or it could be a lower
18 elevation of the liquid and we're seeing the
19 bottom surface under -- like a mud flat.  I didn't
20 point it out, so it could be that too.  I'd need
21 to review that one to be certain.
22    Q    Okay.  And you also labeled some oil

Page 270

1 traps in the '44 image that weren't in the '38
2 image.  Are those also pits?
3    A    Yeah.  I would consider it a -- I would
4 consider that a disposal-type feature.
5    Q    Okay.  Let's move on to page 112.  How
6 did you date this map?
7    A    It would have to be from the name of the
8 file or whoever, I guess, provided that to us.
9 The name of the file, or maybe there's a scan
10 included with it that gave it a date.
11    Q    Comparing this to -- sorry.  Could we
12 compare this page to the previous image?  So in
13 the previous image you have the slush pit that's
14 being filled in and, in this map, which is labeled
15 1948 in your report, the slush pit looks bigger.
16 Do you know why that is?
17    A    No, I don't know why that is, but I would
18 say that Sanborn company is not necessarily
19 interested in the exact size of a pit or a pond.
20 They're more interested in structures.  But, you
21 know, it's just whoever produced that map on that
22 date, that's how they delineated the slush pit.

Page 271

1    Q    So you don't think that Sanborn
2 accurately depicts the size of the slush pit?
3    A    I haven't done an analysis comparing the
4 size of the slush pit to another 1948 image.  I
5 can just tell you that a photograph would more
6 accurately display something like that rather than
7 a sketch of a -- a pit on a map.
8    Q    Okay.  Let's go to page 113.  So in this
9 image, you also labeled a pit.  Is that new from
10 the previous image?
11    A    I believe it is, but we could do a
12 comparison.
13    Q    Okay.
14       MS. MENEES:  Let's compare this to
15 page 111, and I believe -- could we do the 111 on
16 the left and 113 on the right?
17 BY MS. MENEES:
18    Q    So the '44 aerial is on the left and the
19 '53 aerial is on the right.  You labeled a pit in
20 the 1953 aerial that is not labeled as a pit on
21 the '44 aerial.  Is that new?
22    A    It does appear to be new.

Page 272

1    Q    And would you consider that to be a
2 disposal feature?
3    A    Yes.
4    Q    And the oil trap on the Sanborn, is
5 that -- or, sorry.  You labeled an oil trap,
6 parentheses, Sanborn on the 1953 image.  Has that
7 changed from the 1944 image?
8    A    Well, there's two oil traps labeled from
9 the Sanborn on the earlier date.  One of them has
10 been filled, as I've noted on my image, in the
11 later year.
12    Q    And what about the other oil trap?
13    A    That one continues to be open.
14    Q    Has it expanded in size?
15    A    No.  It appears to be the same.
16    Q    But is it still in use?
17    A    Well, it's still there.  I would have to
18 say -- I couldn't tell you it's not being used,
19 because it exists, so I would say it's probably...
20    Q    You would say it's probably...
21    A    It's still there, so it's still usable as
22 an oil trap in the later year.

6 (Pages 269 - 272)

Randall Grip                                                    May 20, 2020

Page 273

1    Q    You labeled Lake Pompano with skimmers in
2  the 1953 photo.  Are those oil-water skimmers?
3    A    Yes.  I would say that's what a skimmer
4  would be on a refinery site.
5    Q    And then the area you labeled dark area
6  in the 1944 photo, how has that changed in the
7  1953 photo?
8    A    I don't -- I didn't label it as a dark
9  area.  Maybe it's dryer on that date, the later
10  date.
11    Q    It's dryer?  So it's still -- I guess, is
12  there any other change that you've seen?  Are
13  there still berms there?
14    A    Well, I didn't annotate it, but I see the
15  signature of a berm on the monoscopic image so I
16  would have to say it's still there, yes.
17    Q    Okay.  Let's move to the next photo.  So
18  this is labeled October 8th, 1953.  I see you
19  labeled the oil trap in this image as well.  Is it
20  still open?
21    A    Yes.
22    Q    And so it's still in use, right?

Page 274

1    A    Well, it's still usable.  I believe
2  it's -- I couldn't say it's not being used.
3    Q    And that -- you would consider that a
4  disposal feature?
5    A    Yes.
6    Q    Okay.  Are there any other significant
7  environmental features besides the ones that
8  you've labeled in this photo?
9    A    No, I don't believe so.  That's it.
10    Q    Okay.  So there were pits in all of the
11  aerial images that you labeled from 1938 until
12  this image.  So would you say that was a
13  consistent disposal feature throughout those time
14  periods?
15    A    Well, that is a feature.  These pits
16  changed.  You know, there was filling of a pit and
17  an opening of other pits and closing of pits which
18  I show here, a pit being filled.  So there are
19  pits, but they -- you know, they're changing.
20  Some of them stayed there through all the years,
21  but others changed.
22    Q    But you testified that the pits were for

Page 275

1  disposal in all of the images that we discussed
2  for this refinery, right?
3    A    Yes.
4    Q    Did you note any other disposal-type
5  features for this refinery, Eastern States 1?
6    A    Just the ones that we discussed.
7    Q    Okay.  So you didn't see any evidence of
8  spills?
9    A    Well, the pits themselves are evidence
10  that they're handling spills.  I don't see the
11  actual spills.  I haven't annotated something like
12  that, but that's the kind of thing that these pits
13  handled, waste from the refinery.
14    Q    But you didn't see any actual spills,
15  right?
16    A    No, but I see the evidence of them
17  handling them.
18    Q    Do you think Sanborn maps are reliable?
19    A    Well, it really depends on what you're
20  using them for.  They're reliable in some ways; in
21  other ways they're less reliable.  I mean, they
22  show that things are there.  They -- names for

Page 276

1  them.  But other people may call a feature a
2  slightly different name on the facility.
3  Generally, I'd say they get the names from the
4  facility and they name things properly.  Some of
5  the dates may vary, and they don't always include
6  everything that's out there.
7    Q    But you incorporated their labels into
8  your own aerial images.  So you adopted them as
9  your own label, right?
10    A    Yes.  And I -- I explained where the name
11  of that feature came from.  If I didn't have the
12  Sanborn, I -- maybe I would call it a pit or a
13  separator instead of an oil trap.
14    Q    So the labels that you placed that have
15  Sanborn in parentheses, you thought those labels
16  were reliable enough to incorporate them into your
17  interpretation?
18    A    Well, I used the exact name of the
19  feature and I explained to the viewer of the image
20  that that name came from the Sanborn map.  So I
21  considered it reliable in that it's from the
22  Sanborn and I wanted the reader of the report to

7 (Pages 273 - 276)

Randall Grip                                                            May 20, 2020

Page 277

1 know that that's where the name of that feature
2 came from, from the Sanborn.
3    Q   Okay.  Let's go to the next refinery.  So
4 that's Eastern States 2.  We can go to image
5 100 -- page 117.  Page 119.  This image is labeled
6 December -- sorry.  This image is labeled
7 October 25th, 1938.  Are there any significant
8 environmental features in this photo?
9    A   No.  It's just a wooded area with some
10 pathways.
11    Q   Okay.  Could we go to the next image.
12 Why did you include this map -- or this plan?
13    A   It shows a map that labels a separator,
14 where that's going to be and where the flare stack
15 is going to be, and the general footprint of the
16 refinery.
17    Q   Did you incorporate this map into your
18 analysis of aerial imagery?
19    A   With the naming of the features, yes.
20       THE REPORTER:  I'm sorry.  Could you
21 repeat your answer from the beginning.
22       THE WITNESS:  With the naming of the

Page 278

1 features, but that's it.
2 BY MS. MENEES:
3    Q   Could we go to the next image.  Why did
4 you include this image?
5    A   Well, I had the image and I wanted to
6 include it with the possibility that someone else
7 would have an interest in it.  Also, I can see the
8 location of the oil trap and separator on the
9 right side of the frame.
10       But this is basically a series of -- the
11 first of a series of construction photos taken
12 from the ground or a low surface to show
13 progression of the refinery.
14    Q   Okay.  Is the refinery operational at
15 this time?  Can you tell?
16    A   A lot of features are there.  I'd say
17 there's probably some processing that's going on,
18 but I would have to rely on another expert to --
19 to say what's going on as of that date.
20    Q   But it's under construction in this
21 image, right?
22    A   At least parts of it are under

Page 279

1 construction.  There may be a functioning section
2 of the refinery.
3    Q   How certain are you that there is or is
4 not a functioning section of the refinery?
5    A   I'm not certain there's a functioning
6 section, but there would be someone else that may
7 shed more light on that.  I can tell you there's a
8 lot of tanks there, there's a lot of structure,
9 and there's a visible oil trap and separator on
10 that date.
11    Q   And then going to the next image, it's
12 built more in this image, right?
13    A   There's been change in the area that
14 we're looking at, yes.  I mean, it could be just
15 another unit that they're viewing, but I still see
16 a lot of the same features there, but there are
17 more features on this image than were on the
18 previous image a few months before.
19    Q   And this is just plant 2 of Eastern
20 States that we're looking at right now.  I just
21 wanted to clarify that for the record.
22       So let's move to the next image.  Does

Page 280

1 this image look different to you from the previous
2 image?
3    A   I'd have to compare them side-by-side to
4 point out change.  But I still see the oil trap
5 and separator, and I've labeled that on the image.
6    Q   Okay.
7       MS. MENEES:  Let's -- can we compare 121
8 on the left to 123 on the right?
9 BY MS. MENEES:
10    Q   So on the left, this image was taken in
11 September 1943.  And on the right, it was taken in
12 December.  Do you see changes in the structures at
13 the refinery?
14    A   Yes.
15    Q   Would you consider those construction
16 activities?
17    A   Yes.
18    Q   And would you -- is the oil separator --
19 oil trap and separator an engineered unit?
20    A   What do you mean by engineered unit?
21    Q   Is it complete in these photos?
22    A   Well, I can see the location.  It exists.

8 (Pages 277 - 280)

Randall Grip                                                    May 20, 2020

Page 281

1 I can see the bays.  If it's there, it could be
2 used.
3    Q   Is it a dug pit or is it constructed out
4 of different materials?
5    A   It's not a dug pit, no.
6    Q   Can you tell what it's made out of?
7    A   Well, it's straighter walls.  It could be
8 a concrete wall.  But there's probably documents
9 on how that was constructed that I rely on.
10    Q   Okay.  Let's move to page 124.  So this
11 is labeled April 3rd, 1944.  It's plant 2 of
12 Eastern States.  So there's a sludge pit labeled
13 in this image.  I haven't seen that notation
14 before.  What does that mean?
15    A   Well, it's a pit that's handling sludge
16 from the facility.
17    Q   And is sludge different from other
18 disposal materials?
19    A   Well, it's not -- it is a disposal
20 material.  I mean, it's a -- it's just a
21 descriptor of what that pit typically handles, is
22 sludge from the facility, a disposal.

Page 282

1    Q   If it hadn't been labeled sludge pit,
2 would you have simply labeled it a pit?
3    A   Yes.
4    Q   Okay.  So the only reason why you added
5 "sludge" in front of it is because it was labeled
6 that way on the February 21, 1947 map?
7    A   Yeah.  I just -- I would just call it a
8 pit or otherwise, not because it was called a
9 sludge pit.  That may be in some documentation of
10 the facility that mentions the sludge pit.  So I
11 want -- in case another reader of the report
12 wanted to know where that was, I labeled it.
13    Q   Can you tell what that pit is constructed
14 out of?
15    A   I'd have to review that, but I believe
16 that was an earthen pit, from my memory.
17    Q   Is the oil trap and separator the same
18 oil trap and separator that you labeled in the
19 construction images?
20    A   I'd have to review that.  I'm not sure as
21 I sit here today.  We'd have to go back and -- I
22 didn't note that that had moved.  So I'd say it

Page 283

1 likely is, but I'd have to review side-by-side.  I
2 would like to flip my pages back and forth on my
3 report, but I don't have that luxury.
4    Q   You also labeled a waste disposal pit.
5 Did you just add the modifier "waste disposal"
6 because of the later map or did you actually see
7 anything that would cause you to label it
8 specifically waste disposal?
9    A   Well, it's a pit.  I would consider a pit
10 a waste disposal feature.  I just specified waste
11 disposal pit specifically because it was labeled
12 as that on the map in 1947.  It's clearly there on
13 this date of photography in 1944.
14    Q   Can you tell what it's constructed out
15 of?
16    A   It appears to be earthen.  It's not
17 engineered like the oil trap and separator nearby.
18 And it's a new feature.
19    Q   How can you tell it's earthen?
20    A   Well, it's light in tone.  It's in an
21 area off of the -- the site, and the berms appear
22 to be earthen.  It's not sharp edges like you

Page 284

1 would see on a concrete or engineered structure
2 with wooden walls or concrete walls.
3    Q   Can you tell whether it's lined in any
4 way?
5    A   Well, it's filled with liquid, but in
6 1944, I wouldn't expect it to be lined.
7    Q   What about the sludge pit?  How could you
8 tell that was earthen?
9    A   That's one I need to -- I'd have to
10 review to be certain, but it's -- maybe -- could
11 you zoom in on that area for me a little bit?  I
12 didn't memorize each of these features.
13       Yeah, that's good.  You know, I'm just
14 not certain on the sludge pit.  As I sit here
15 today, I just -- just looking at the mono, I don't
16 remember.  That wasn't part of my analysis, if it
17 was earthen or not.  Some it's more obvious than
18 others, but this one is not quite as obvious.  I
19 think it's earthen.
20    Q   How certain are you that it's earthen?
21    A   More likely than not.
22    Q   Even though it looks like it has solid

9 (Pages 281 - 284)

Randall Grip                                              May 20, 2020

Page 285

1 edges?

2     A    It looks like they're casting a shadow.
3 I'm just not certain.  I'd like to review the
4 stereo to be a hundred percent on that.  The area
5 around it doesn't appear to be concrete, but...

6     Q    Okay.  Are there any other significant
7 environmental features in this photo that you
8 didn't label?

9     A    Well, we didn't discuss it, but there's
10 the area to the southeast where I've got that --
11 it's kind of an undeveloped area, light in tone,
12 and it's got dark areas and liquid within lower
13 areas.

14     Q    Can you tell what the dark area or the
15 dark liquid is?

16     A    It's darker than most areas around this.
17 You know, it could be facility waste.  It looks
18 like a little dump area.  And in a later year I
19 see them handling tank bottoms.  I don't know if
20 that's possibly associated with tank bottoms, with
21 the tanks down there or not, but it's a
22 possibility.

Page 286

1     Q    Okay.  Let's go to the next image.  So
2 this map is labeled 2/21/1947.  Is there anything
3 useful about this map besides the names of the
4 features that you added to your images?

5     A    Well, the map is from '47.  I confirmed
6 that I can see the location of those features on
7 the actual photograph from 1944.  So it agrees
8 with what I'm seeing.  Mainly, it was for the
9 names, though.

10     Q    Okay.  Let's move to the next image.  So
11 you labeled two items, in the lower -- in the
12 middle of the photo, pond.

13     A    Yes.

14     Q    How did you determine those were ponds?

15     A    Pond -- it could still be a disposal
16 feature.  It's generally larger and would likely
17 handle more of a liquid-type waste material.  It
18 could also be part of a process on the facility.
19 So I was less certain on those.  They're dark in
20 tone.  They're large.  They weren't there before.
21 So I labeled them.

22     Q    For the previous image, 1944, you said

Page 287

1 that area looked like a dump just now.  Would you
2 say that is continuing in this image?

3     A    Well, it's been -- part of that dump has
4 been redeveloped, but there are still areas that
5 are possibly associated with waste.

6     Q    I'm going to annotate something in blue.
7 What is this dark area?

8     A    That's liquid within a bermed area of the
9 tank, of a tank.

10     Q    And you didn't label it in this image.
11 Why?

12     A    Well, it doesn't appear to be associated
13 with disposal.  It's just within the berm that
14 would contain spills from that tank.

15     Q    So it could be associated with a spill?

16     A    Well, it's holding liquid.  I wouldn't
17 say that's a spill.  It's just the volume of the
18 berm is holding liquid.  I didn't think that was a
19 spill.

20     Q    I guess I'm just confused about the
21 consistency, because you labeled dark liquid or
22 dark areas in other parts of the photos, but not

Page 288

1 this one.

2     A    Well --

3     Q    Go ahead.

4     A    In this particular case, what you've
5 circled, it's a berm that's holding liquid that
6 would contain a spill or rupture of that tank.
7 It's not a feature just dedicated to capturing
8 liquid, like they would take it from one site,
9 like a spill or a leak, and clean up the spill or
10 leak and deposit it in this location for disposal.
11 It's there to prevent the release into the
12 environment.

13         So these features that I'm pointing out,
14 the ponds, they're not there to capture a leaking
15 tank or anything like that.  They were constructed
16 to contain liquid that was placed there or --
17 liquids or sludges or waste.  So that's more of a
18 disposal-type feature, whereas you're pointing out
19 an area that's just holding liquid for -- keeping
20 it from release into the environment, not really a
21 disposal feature.

22     Q    And then you also labeled a pit right

10 (Pages 285 - 288)

Randall Grip                                                    May 20, 2020

Page 289

1 next to that bermed area.  Is that new?
2      A    Yes.  This is one of the rare occasions
3 that you see how facilities handle tank bottoms.
4 I believe -- you know the tanks lowered their --
5 they're making some change in that area.  They've
6 got a small pit there where, when they clean out
7 the tank, they -- it's common practice they'll
8 dump some of the tank bottoms into a pit and then
9 cover the pit.
10       So you -- I've got a subsequent
11 photograph that shows that pit is covered and the
12 tank lid is elevated again, so I believe that's
13 what we're catching right there.
14      Q    Okay.  So that would be occurring --
15 what's the time frame that it would take for a
16 refinery to put the tank bottoms in that pit?
17 Like, are we talking about months or days?
18      A    It just -- it depends on the situation.
19 It can be quick.  I mean, it's -- it's at least
20 a -- well, I can't give you an exact time.  I
21 don't know how long it takes them to clean out a
22 tank.  It depends on the size of the tank and, you

Page 290

1 know, too many factors for me to estimate.
2       But this is one occasion where we see it.
3 And you'll see in a subsequent year that that pit
4 is no longer visible and the tank is back in
5 operation.
6      Q    Did you see any evidence of that sort of
7 activity in the 1944 image?
8      A    I don't believe so, but this is an
9 example of how they -- the practice was on some of
10 these sites.  So I didn't see it specifically, but
11 that's -- that's an example of how this is handled
12 at these facilities.
13      Q    Did you see any evidence at Houston
14 Eastern States plant 2 of any spills in general?
15      A    Well, just the fact that there's pits
16 there that handle the waste.  I would consider
17 a spill to be one of the waste streams for these
18 facilities.  I didn't see the actual spill
19 necessarily, or the leak.
20      Q    Was there any other evidence of waste
21 disposal that we didn't discuss?
22      A    No, I think we covered them.

Page 291

1      Q    Okay.  Let's go to the next -- sorry.  I
2 just realized there's one more image for Eastern
3 States.
4      MR. HAMBRICK:  Do I need to mark this,
5 Sydney?
6      MS. MENEES:  Oh, yes, please mark that.
7      (Deposition Exhibit Number 13 was marked
8 for identification.)
9      MR. HAMBRICK:  It's 13.  It's in there
10 now.
11      MS. MENEES:  Okay.
12 BY MS. MENEES:
13      Q    Okay.  I don't need to -- it's my
14 drawing, so I can confirm that.
15       Okay.  So let's go to page 127.  So in
16 this image, you noted that the pit that we
17 discussed was covered.  And this image is from
18 less than six months after the previous image?
19      A    Yes.
20      Q    So it didn't take that much time for the
21 pit to be covered here; is that right?
22      A    Right.

Page 292

1      Q    And do you see any other waste disposal
2 features in this photo that are in use?
3      A    Well, I still see the waste disposal pit
4 and the oil trap and separator, sludge pit.  As I
5 previously pointed out, the two ponds to the --
6 further to the south, along the ship channel.
7      Q    And those are all still in use?
8      A    They still exist.  I mean, they could
9 still be used.  They're holding some type of
10 material.
11      THE REPORTER:  I'm sorry.  They still
12 exist.  I mean, they could still be used...
13      THE WITNESS:  And they're still holding
14 material.
15      MS. MENEES:  Okay.  I think now would be
16 a good time to break considering, Will, your
17 hearing.  So can we go off the record?
18      MR. PETIT:  We can go off the record.
19      (Whereupon, a short recess was taken.)
20 BY MS. MENEES:
21      Q    Okay.  Can we go to page 139.  So we're
22 now looking at Mount Pleasant, Michigan.  This is

11 (Pages 289 - 292)

Randall Grip                                                    May 20, 2020

Page 293

1 dated July 5th, 1938.  Do you see any waste
2 disposal features in this image?
3    A    Yes, I have identified two pits.
4    Q    Can you tell what those pits are
5 constructed out of?
6    A    They appear to be just earthen material
7 north of the site.
8    Q    And you can't tell whether they're lined?
9    A    I don't see below the surface, but I
10 would expect them to be unlined in the '30s.
11    Q    Okay.  What about that light-toned area
12 up above?  What can you tell me about that?
13    A    Well, I see a pathway leading from the
14 facility up to that area to the north.  It looks
15 like it's been prepared -- you know, it's
16 obviously been mowed or graded so the light tone
17 stands out, but it's -- as I've just stated, it
18 appears to be unused.
19    Q    Okay.  So there's no disposal features
20 about the light-toned area?
21    A    No, not that I see.
22    Q    You also labeled two areas dark liquid in

Page 294

1 this photo.  Do you know what that liquid is or
2 where it's coming from?
3    A    Well, the northern-most dark liquid is --
4 it's within the berm of a tank.  It doesn't appear
5 to be a disposal feature.  I didn't see it in
6 later years.  I didn't know if that's a spill or
7 if that's just a precipitation event.  I'm not
8 certain on that one.
9         The area to the south, it's a dark liquid
10 and it's not within the boundaries of the tank
11 levy area to the east -- or to the west.  It's
12 just a dark area.  I thought it was curious, but I
13 wasn't -- I couldn't definitively call it a pit.
14    Q    Okay.  So it could be a pit, but you're
15 not sure?
16    A    Right.
17    Q    Are there any other significant
18 environmental features that you didn't label in
19 this photo?
20    A    No.  I don't believe so.
21    Q    Can we go to the next image.  How did you
22 date this Sanborn map?

Page 295

1    A    It was either the name of a scan that we
2 had acquired or maybe another file associated with
3 that map.
4    Q    You labeled the refuse pit in the Sanborn
5 map.  Did you see anything else significant in the
6 map?
7    A    Just that the map shows that the refinery
8 exists and that the name of that feature in that
9 area is a refuse pit.
10    Q    Okay.  Let's go to the next image.  So
11 this is labeled July 27th, 1952.  You labeled an
12 area a laydown area.  What do you mean by that?
13    A    A laydown area is is -- it's a little
14 different than a disposal area.  Like with debris,
15 like they're just throwing debris out in -- scrap
16 metal and things like that.  Laydown is a little
17 bit more organized.  And they have pipes laid down
18 for storage in the surface -- on the surface of
19 that area for access and use possibly later.
20         But there is a pit adjacent to that area
21 so it could be, you know, broken equipment or
22 something like that in the area.

Page 296

1    Q    So I guess, specifically, how is a
2 laydown area different than a disposal area?
3    A    Laydown area has an element of possibly
4 being just a storage area for equipment that's
5 being used in the facility.  A disposal area would
6 be just trash that they throw out there.  It's
7 more haphazard.  This is a more organized area of
8 storage.
9    Q    What indicates organization to you?
10    A    Just the pattern of the equipment or
11 whatever objects are placed there.  If it's more
12 organized, more -- you know --
13         THE REPORTER:  I'm sorry.  If it's more
14 organized...
15         THE WITNESS:  If it's more organized as
16 compared to just piles of material pushed out into
17 the area.
18 BY MS. MENEES:
19    Q    And you can't tell what the material is
20 in this laydown area?
21    A    No.  I couldn't.
22    Q    You also labeled dark liquid in this

12 (Pages 293 - 296)

Randall Grip                                                    May 20, 2020

Page 297

1  image.

2       MS. MENEES:  And could we compare this
3  page to 139?  Put 139 on the left and 141 on the
4  right.

5  BY MS. MENEES:

6    Q    So the area that was labeled light-toned
7  area in the 1938 photo, what happened to that
8  area?

9    A    Well, it's been redeveloped into the
10  laydown yard.

11    Q    And what about the area with dark liquid?
12  What was that area before?

13    A    It was an old oxbow of the river that
14  goes through there.  So it's a low area to the
15  north of the facility.

16    Q    So the dark liquid area is now the river?

17    A    Well, they've -- they've done a lot of
18  excavation between these two dates, excavation and
19  they built a berm in that area to contain the
20  liquids that are captured within that big area now
21  that's seen as a liquid surface.  So they're
22  obviously trying to keep flow from the facility

Page 298

1  from getting into the river.

2    Q    What about the area that you labeled
3  possible pit?  Why aren't you sure whether that's
4  a pit?

5    A    It's just very small.  I just wasn't as
6  certain about what that was in the center.  It
7  wasn't quite as defined boundaries.

8    Q    And what about the refuse pit?  What can
9  you tell me about that in this image?

10    A    Which image?  There's two images.  Well,
11  I can tell you, in the '38, there were pits in
12  that area, but they were larger.  And it looks
13  like -- the scales are different on these two
14  images, but the pit is much smaller on the later
15  year.  I don't have the dates visible to me.  But
16  it's a roughly rectangular surface, dark, adjacent
17  to a pit, and just on the banks of where the
18  topography slopes down towards the newly formed
19  pond by that bermed area to the east.

20    Q    Can you tell what the refuse pit is
21  constructed out of?

22    A    It appears to be earthen, from my memory,

Page 299

1  but I'd have to look at it --

2       THE REPORTER:  I'm sorry.  It appears to
3  be...

4       THE WITNESS:  Earthen, by my memory, but
5  I'd have to look at it more clearly to tell for
6  certain.

7  BY MS. MENEES:

8    Q    And you can't tell whether it's lined?

9    A    I wouldn't expect it to be lined on this
10  date.  I think this is the early '50s.  But I
11  can't see the surface below.

12    Q    And the dark area just above the refuse
13  pit, what do you think that is?

14    A    Well, the topography slopes down towards
15  the water surface in that area.  That could be a
16  flow feature.  It could be a spill or it could
17  just be a lower wet area in that area.  That shows
18  how the refinery flow would go down into that
19  lower area that's contained by the berm.

20    Q    And these pits look like they're in use
21  in this image?

22    A    Well, on both images that I'm looking at,

Page 300

1  there's two pits in the area that are later going
2  to be just one pit that's called a refuse pit by
3  the Sanborn map.  And then there's one possible
4  pit.  It's obviously there.  They're open on all
5  the dates so I would expect them to be usable.

6    Q    Okay.  Let's move to the next -- or,
7  sorry.  On this image, the 1952 image on the
8  right, do you see any other environmental features
9  that you didn't label?

10    A    No.

11    Q    Okay.  Let's move to the next image.  So
12  this image is labeled April 11th, 1954.  It looks
13  like all of the -- there are three pits that you
14  labeled in this image that are consistent from the
15  previous image.  Would you agree with that?

16    A    Yes.  I don't remember the date of the
17  previous image, but the pits are still there that
18  I identified on the previous date.

19    Q    The previous image was 1952.

20    A    Okay.

21    Q    Has the dark liquid that you labeled in
22  this image changed at all?

13 (Pages 297 - 300)

Randall Grip                                                  May 20, 2020

Page 301

1    A    It's slightly -- in the big bermed area,
2  or the pond created by the bermed area, it's
3  slightly more area there.  The area to the east --
4  or to the west within that same area appears to be
5  more of a mud flat, the low -- low liquid level.
6    Q    An area labeled dark area is more of a
7  mud flat?  Is that what you just said?
8    A    No, the area to the west of it.  The --
9    Q    Could you mark that for me?
10    THE REPORTER:  I'm sorry.  I didn't get
11  your question.
12    MS. MENEES:  I just asked Mr. Grip
13  whether he could mark the area that he was just
14  talking about.
15    THE WITNESS:  (Complies.)
16  BY MS. MENEES:
17    Q    So that area with the red arrow is a mud
18  flat?
19    A    Yeah.  It's lower -- yes.
20    Q    And the area to the right of the red
21  arrow is waste?
22    A    Well, it's liquid pooling in that area.

Page 302

1    Q    Do you have any observations about what
2  that liquid might be?
3    A    Well, it's dark.  It's in an area where
4  the refinery is -- is taking pains to keep from
5  flowing into the river.  You know, it could be
6  some waste or runoff from the facility that's
7  captured there.  I mean, the topography certainly
8  flows that way.
9    Q    Okay.  So those -- well, let's see.  It
10  looks like there might be one more image for this
11  site.
12    MS. MENEES:  Can we go -- or, Danny,
13  could you capture this as an exhibit?
14    MR. HAMBRICK:  This is going to be 14.
15    (Deposition Exhibit Number 14 was marked
16  for identification.)
17  BY MS. MENEES:
18    Q    Okay.  I'm showing you what's been marked
19  as Exhibit 14, Mr. Grip.  Does this accurately
20  reflect your annotation on this photo?
21    A    Yes.
22    Q    Okay.  Let's go to 142 of this document.

Page 303

1  Thanks.  So this is from June -- oh, sorry.  This
2  is --
3    MR. PETIT:  Is this the same one that you
4  just looked at?
5    MS. MENEES:  Yeah, this is the same one.
6  BY MS. MENEES:
7    Q    Let's move to page 145.  This is Port
8  Arthur, Texas.  And can we actually go to 146?
9  This is dated 11/28/1938.  And you labeled a
10  number of features in this photo.  Are the red
11  dots that you labeled in this photo pits?
12    A    Yes.  The site is very large, and
13  pointing those features out was a little bit
14  difficult because basically the leader would
15  obscure the entire thing.  So I actually mapped it
16  on the soft copy workstation, the boundaries of
17  it --
18    THE REPORTER:  I'm sorry.  Actually
19  mapped it on the...
20    THE WITNESS:  Soft copy workstation.
21  That's the digital photogrammetric workstation.
22    So I actually mapped the boundaries of

Page 304

1  the pits that were seen out in that area and then
2  turned them on the GIS so you could see the
3  location more clearly without the leaders.
4  BY MS. MENEES:
5    Q    You labeled industrial waste ponds in
6  this image.  How did you determine they were waste
7  ponds?
8    A    Well, the labeling that's white with the
9  halo -- or the black text with the white halos
10  came from USGS quad sheet.  I think if you go back
11  one page to 145, you'll see that it's actually
12  labeled as such on that quad map.
13    And those are just for reference in
14  describing the area, the salt bayou -- the names
15  of the bayous and the highway in that being
16  industrial waste ponds.
17    Q    Do you think it's reliable that they're
18  labeled as waste ponds in the USGS map?
19    A    You know, I didn't use the USGS
20  characterization of that pond as waste to make any
21  of my analysis.  I mean...
22    Q    What about -- what can you tell me about

14 (Pages 301 - 304)

Randall Grip                                           May 20, 2020

Page 305

1 the pits in this image?  Can you tell me what
2 they're constructed out of?
3     A    From this image, none of these that --
4 really stand out to me as being an engineered-type
5 pit.  I would say they're all, in the '30s, the
6 earthen-type pits just kind of dug down and pushed
7 up boundaries around them.  They're a smaller pit.
8     Q    And you can't tell whether they're lined?
9     A    As I said before, I can't see below the
10 surface, but in the '30s, I wouldn't expect them
11 to be lined.
12     Q    What about the dark liquid that you see
13 in this image?  Can you tell me about that?
14     A    Well, it's -- that -- let's see.  That's
15 to the -- there's two dark liquid areas.  They're
16 both in an area kind of set off from the site.
17 One is bermed from -- obviously bermed to handle a
18 liquid.  It's not -- the bermed has not been
19 placed there to capture spills or leaks from a
20 tankage or anything like that.  So it didn't
21 appear to be a pit, but that larger bermed area
22 with dark liquid could be a disposal feature.

Page 306

1     Q    Are there any other significant
2 environmental features in this photo that you
3 didn't label?
4     A    We didn't discuss them, but I've got the
5 separators up to the north that were labeled, but
6 I think we've covered all the -- I've labeled
7 everything -- or mapped out significant
8 environmental features.
9     Q    Are the separators oil-water separators?
10    A    They're -- I would consider those to be
11 oil-water separators, yes.  You can see bays on
12 those areas.  It indicates some kind of separation
13 of liquid.
14    Q    Okay.  Let's move to the next image.
15 This is a USGS map; is that right?
16    A    Yes.
17    Q    What did you use this map for?
18    A    It was just a map dated in that general
19 time frame.  So I wanted to include it to show the
20 development as of that map construction -- or
21 production.
22    Q    Okay.  Let's go to the next image.  So

Page 307

1 this image is dated March 25th, 1947.  And you
2 also labeled many features in this photo.  Do the
3 red dots, again, indicate pits?
4     A    Yes.  They indicate pits that are very
5 small, so I wanted to highlight them more so it's
6 more obvious to you.  I also point out pits that
7 have been removed, or whenever a pit is newly
8 added that's small, I labeled that.
9         So I labeled -- I didn't see it on the
10 previous dated, but I see it first visible in this
11 1947 date of photography.  And then I show a
12 filling of one pit that was previously visible.
13    Q    Okay.  So on -- the lowest marking that
14 you have made on this image is one of the pits
15 first visible markings.  Could you tell me about
16 that pit?
17    A    Just that it's rectangular, it's on the
18 extreme south of the facility there adjacent to
19 the bayou.
20    Q    Is it -- can you tell what it's
21 constructed out of?
22    A    I would say that would be an earthen-type

Page 308

1 pit.
2     Q    What about the pit first visible on the
3 top of the image?  Can you tell what that's
4 constructed out of?
5     A    I don't remember that pit exactly, but I
6 would expect that to be also an earthen pit.  It's
7 not within a process area.
8     Q    And the pit first visible on the left of
9 the image, can you tell what that is constructed
10 out of?
11    A    That would also be earthen.
12    Q    Can you describe what is happening in the
13 areas you labeled bermed area with filling?
14    A    Okay.  Yes.  On the previous date, that's
15 a larger bermed area with liquid.  It's containing
16 liquid.  It's got no pits or anything like -- I'm
17 sorry, no tankage in there.  So it's not designed
18 to capture a tank rupture or anything like that.
19 So it appears to be a disposal-type feature.
20        You know, we see some filling that has
21 begun sometime between 1947 and the previous date
22 of photography.  So there's obviously material

15 (Pages 305 - 308)

Randall Grip                                    May 20, 2020

Page 309

1 that's been brought in there and dumped in there.

2    Q    Do you see any spills in this image?

3    A    No, but I see the pits that would handle

4 spills such that they would occur in many places

5 around the facility.

6    Q    And all of the pits that you see are

7 labeled with the red dots?

8    A    No.  I've got -- well, call it a bermed

9 area.  I guess the smaller pits I have labeled

10 with -- they're not actually dots.  They're

11 actually line work, but at the scale of this plat,

12 it appears --

13       THE REPORTER:  I'm sorry.  But at the

14 scale of this...

15       THE WITNESS:  Print or --

16       THE REPORTER:  Oh, plat.

17       THE WITNESS:  Yeah, this exhibit, it

18 appears as a dot.

19 BY MS. MENEES:

20    Q    Did you say the scale of this print or

21 the scale of this plat?

22    A    I should say exhibit.  The scale of this

Page 310

1 exhibit, because the area is so large, any line

2 work appears to blend together and looks like a

3 dot, but actually I mapped the boundaries of these

4 features in my stereoplotter and transferred it to

5 the GIS.  So I've actually mapped the boundaries

6 of these pits.

7    Q    Do you see any other significant

8 environmental features in this photo that you

9 didn't label?

10    A    No, not that I didn't label.

11    Q    Okay.  Let's go to the next image.  This

12 is dated April 15th, 1952, Port Arthur, Texas.  It

13 appears that you marked several pits as first

14 visible in this image.  Do you see that?

15    A    Yes.

16    Q    So all of those pits that you marked as

17 first visible, were they constructed since the

18 1947 image that we just looked at?

19    A    Yes.

20    Q    And those are what you would consider to

21 be disposal features?

22    A    Yes.

Page 311

1    Q    And then the bermed area in the middle of

2 the site that you had described in the previous

3 image now says filled area; is that right?

4    A    Can you put them side-by-side just so I

5 can confirm?  I believe you're correct.

6       MS. MENEES:  Let's put 148 on the left

7 and 149 on the right.

8       THE WITNESS:  Okay.  I see the same area

9 now.  Filling has continued within that bermed

10 area since the earlier date.

11 BY MS. MENEES:

12    Q    It looks like, in the later image, the

13 1952 image, you have newly labeled, on the top

14 left of the image, pond with dark liquid.  Is that

15 new from the 1947 image?

16    A    Yes, it's a change in the later year from

17 the previous year.

18    Q    Can you describe what changed?

19    A    Well, I just identified that there's a

20 ponded area with dark liquid that was formerly not

21 ponded with dark liquid.  It's adjacent to a

22 previous area that is a pond with separators

Page 312

1 visible.

2    Q    Okay.  So the pond with dark liquid

3 didn't exist in 1947?

4    A    Right.  I didn't label it as such, so it

5 didn't exist.

6    Q    Are there any other significant

7 environmental features in the 1952 image that you

8 didn't label?

9    A    No, I think I labeled them all, or mapped

10 them.

11    Q    Okay.  I also see in the middle of the

12 1952 image that you have dark liquid labeled right

13 next to a filled area.  I don't see that in the

14 1947 image.  Is that also not visible in the 1947

15 image?

16    A    Right.  They definitely made some changes

17 to that area.  There's been filling in that,

18 obviously, darker liquid area, in that area.

19    Q    Let's go to 150 of Exhibit 1.  This is

20 dated April 19th, 1953, so it's roughly a year

21 after the previous image.  You have marked a few

22 places pit first visible.  So were those pits

16 (Pages 309 - 312)

Randall Grip                                                    May 20, 2020

Page 313

1 constructed between the 1952 image and the 1953
2 image?
3     A   Yes.
4     Q   And those dark surfaces in the middle of
5 the image you didn't have labeled in 1952.  What
6 can you tell me about those -- that label?
7     A   Well, they weren't visible on the
8 previous date.  I noted a dark surface in that
9 area, and it appears to be in an area of disposal.
10    Q   What about the dark triangular area that
11 you marked in the top?  What can you tell me about
12 that area?
13    A   Only that it's a -- I noted a dark
14 surface and the general shape was triangular.
15    Q   And that didn't appear in the previous
16 image?
17    A   I didn't note it, so it must not have
18 been in the previous date.
19    Q   And the red markings, once again, are
20 pits; is that right?
21    A   Correct.
22    Q   Okay.  Let's go to the next image.  This

Page 314

1 is dated a little more than three years after the
2 previous image, October 10th, 1956.  Do you -- do
3 you see any significant environmental features
4 that you didn't label on this image?
5     A   No.  I think I've labeled or mapped
6 everything I considered significant.
7     Q   Okay.  We've now reviewed all of the Port
8 Arthur images.  Did you see anything specifically
9 that looked like a spill to you in those images?
10    A   I don't know that I saw a specific spill
11 or just the pits that would be associated with
12 cleanups of those spills.
13    Q   Were there any other indications of waste
14 disposal that you saw besides the pits and the
15 dark liquid?
16    A   Well, there was some filling activities
17 within the bermed areas.  I didn't call that a
18 pit.  And the separators.  But, you know, pit,
19 separators in the bermed area pretty much covers
20 it.
21    Q   Okay.  Let's go on to the next refinery.
22 This is Potwin, Kansas Vickers Refinery.  Can we

Page 315

1 go to page 155.  What significant environmental
2 features did you see in this image?
3     A   Well, I see that the refinery is there.
4 There are some tanks visible, and I see three
5 ponds that I pointed out adjacent to -- or north
6 of Brush Creek.
7     Q   Can you tell what those ponds are used
8 for?
9     A   The two top ponds are lighter in tone.
10 I'm not certain what their usage is.  They're very
11 close to the active area of the refinery.  The
12 southern-most one appears to be dark.  That could
13 be more of an indicator of disposal, but, you
14 know, I called it ponds.  I wasn't certain on that
15 particular date.
16    Q   What is the difference between a pond and
17 a pit?
18    A   Well, a pond is -- it's sometimes -- it
19 can be associated with handling of liquid-type
20 waste.  It can also be used in the process; you
21 know, like if they're using water in the process.
22 So it's not always a disposal-type feature, but

Page 316

1 quite often it's difficult to tell.
2        Sometimes ponds are larger than basic pit
3 areas.  But it's an area that holds liquid not
4 associated with tankage and appears to be a
5 disposal feature, but it could also be used in the
6 process of the facility.
7     Q   Could a pond be a pit?
8     A   It just depends on where it is, but if
9 the pond is associated with disposal activities, I
10 mean, you could still have disposal in a pond.
11 Usually a pit is smaller, and there may be a more
12 natural feature to a pond, maybe preexisting,
13 that's then been used by the facility itself.
14    Q   Okay.  Let's go to the next image.  This
15 is dated September 7th, 1950.  So you didn't find
16 any images for this refinery that were between
17 1938 and 1950; is that right?
18    A   That's right.  I presented everything
19 I've been able to find historically.
20    Q   It looks like you labeled a few pits in
21 this image.  What can you tell me about the pits
22 that you see in this image?

17 (Pages 313 - 316)

Randall Grip                                                    May 20, 2020

Page 317

1     A   They're smaller.  They appear to be
2  adjacent to -- well, one of my labeled pits is
3  adjacent to Brush Creek, just north of it, and
4  along Powell Street.  It's small, adjacent to a
5  pond.
6          And then I have two pits to the south in
7  the tank farm, south of Highway 196, larger that
8  probably serve spills or leaks within that tank
9  farm to the south.
10    Q   Can you tell what any of these pits are
11 constructed out of?
12    A   Definitely the ones to the south appear
13 to be earthen.  It's less clear on the one to the
14 north, but I would say that's likely earthen as
15 well.
16    Q   What is happening -- what can you tell me
17 about the light-toned bermed area in this image?
18    A   Well, all I can tell you, it's a bermed
19 area and it's got a light-toned material in it.
20 I'm not certain on what that material is, if it's
21 just disturbed from construction, but it was
22 something that I noted and labeled.  Perhaps

Page 318

1  someone else involved in the litigation can shed
2  light on that.
3     Q   Is there anything distinctive about the
4  ponds in this image?
5     A   The location I think is consistent with
6  the prior date.  It's definitely holding liquid.
7     Q   Are there any other environmental
8  features that you didn't label in this photo?
9     A   No.  I don't see anything that I didn't
10 label.
11    Q   Okay.  Let's go to the next image.  This
12 is dated roughly four years after the previous
13 image.  It's dated June 21st, 1954.  And it looks
14 like there are some new pits in this photo.  Did
15 you see those in the previous image?  Would you
16 like to compare?
17    A   I know the ones across -- to the west of
18 Powell Street are new, so I don't need to see
19 that.  There's a new pit and a pond.
20    Q   Can you tell what the pit, the new pit,
21 is constructed out of?
22    A   It looks to be earthen as well, the pit

Page 319

1  and the pond.
2     Q   And both of those were constructed after
3  the 1950 image?
4     A   Can you just put it side-by-side really
5  quick just to confirm?
6     Q   Yeah.
7         MS. MENEES:  Put 156 on the left and 157
8  on the right.
9         THE WITNESS:  Okay.  Yeah.  It was not
10 there in 156, the earlier photograph.  And it is
11 visible -- it's been constructed between those two
12 dates.
13 BY MS. MENEES:
14    Q   What about the fill area that you noted
15 in the 1954 image to the west of Powell Street?
16 What can you tell me about that?
17    A   Well, I labeled it as a fill area.  I can
18 tell that they brought material into that area.
19    Q   Is it -- is it a disposal area?
20    A   Well, it's adjacent to a pit.  I'm not
21 certain that that particular area is disposal, but
22 it's in a disposal area, but it could be

Page 320

1  associated with construction of those pits and
2  ponds.
3     Q   So it could be a disposal area?
4     A   Yes.
5     Q   Are there any other significant
6  environmental features in this later photo, the
7  1954 photo, that you didn't label?
8     A   No.  I've labeled everything I see as
9  significant.
10    Q   Okay.  Let's go to the next image.  This
11 is from a little bit later in the year in 1954.
12 Could we actually go to 158?  I think we just
13 looked at this one.  Yeah.  So this is dated
14 November 2nd, 1954.  Do you see anything different
15 in this photo from the previous photo?
16    A   Can you go back to the previous one time,
17 and then forward?
18        I didn't see a big change between those
19 two dates.
20    Q   Okay.  So you didn't see any -- those
21 were all the pictures for the Potwin, Kansas
22 refinery, and you didn't specifically label

18 (Pages 317 - 320)

Page 321

1 anything as a spill; is that right?
2    A   Well, I didn't see a specific spill on
3 the site, but I see pits associated with handling
4 of spills and things like that that would happen
5 in a facility like this.
6    Q   And the disposal activities you saw were
7 limited to the pits and the filled areas and the
8 ponds; is that right?
9    A   Yes.
10   Q   Okay.  Let's go to the next refinery.
11 Can we go to page 162.  This is dated August 1927.
12 This is Santa Fe Springs, California.  Are there
13 any significant environmental features in this
14 photo?
15   A   None that I saw.
16   Q   Let's go to the next image.  This is
17 dated November 10th, 1932.  Can you tell what
18 those pits that you labeled are constructed out
19 of?
20   A   They appear to be earthen pits with berms
21 on the outside.
22   Q   Are there any other significant

Page 322

1 environmental features in this photo?
2    A   None that I've noted, no.
3    Q   Are the two tanks in the northern part of
4 this photo, are they part of the refinery?
5    A   I don't believe they are.  I'm not
6 certain on the property boundary in that area.
7 Those tanks existed well prior to construction of
8 this refinery.  So I'd say no.
9    Q   Okay.  So also -- could we go back to the
10 previous image for a second?  So this 1927 photo,
11 those tanks are not part of the refinery?
12   A   I'd rely on someone with more information
13 on operations, but I would say, just based on
14 looking at the aerials, they don't appear to be
15 associated with what becomes the refinery in the
16 later photography.
17   Q   Okay.  Let's go to 164.  This image is
18 dated May 24th, 1938.  What can you tell me about
19 the pits in this image?
20   A   Two additional pits are identified that
21 weren't seen in the earlier photograph.
22   Q   Can you tell me what they're constructed

Page 323

1 out of?
2    A   I would say they're earthen, as were the
3 earlier pits.
4    Q   What about the dark-toned road?  Do you
5 have any observations about what could be causing
6 the tone to be darker?
7    A   It could be -- as we discussed on an
8 earlier photograph, it could be them driving
9 through a freshly oiled road or road that's had
10 liquid sprayed on it for dust suppression.
11   Q   And the liquid could have been oil or oil
12 product?
13   A   Yes.
14   Q   Okay.  Let's go to the next image.  This
15 is dated April 16th, 1941.  And it looks like
16 there are three new pits in this photo.  Can you
17 tell what they're constructed out of?
18   A   I'd say those are also earthen pits.
19   Q   Can you see whether they have any fill --
20 any material in them?
21   A   They definitely have a dark-toned liquid
22 in them, and they're bermed.  They have berms

Page 324

1 around them.
2    Q   Are there any other significant
3 environmental features in this photo?
4    A   I think I've labeled everything I
5 considered significant.
6    Q   Can you tell whether there is any pit
7 continuation off to the right where the photo cuts
8 off?
9    A   Well, there has to be because I don't see
10 the edge of the berms of that one pit farthest to
11 the right.  So there's certainly a little bit
12 there, but that's the limit to what I can see.
13   Q   There could be potentially more pits off
14 to the right; you just can't see them, right?
15   A   Well, I can't see or opine on what's to
16 the right of the image other than a bounding wall
17 on that last pit.
18   Q   Let's go to the next image.  Starting off
19 on the right side of this image, you have several
20 pits labeled.
21      MS. MENEES:  Can we compare this to 165,
22 Danny?  Put 165 on the left and 166 on the right.

19 (Pages 321 - 324)

Randall Grip                                                    May 20, 2020

Page 325

1  BY MS. MENEES:
2      Q   Can you mark for me where the pits cut
3  off in the earlier image, where the image -- I
4  guess what I should say is, can you mark where the
5  image ends in the earlier image on the later
6  image?
7      A   Okay.  This is approximate.
8      Q   Okay.  So can you tell from that what
9  pits are new in the later image?
10     A   Yes.  This area.  I'm indicating north of
11 the -- let's see.  It's hard to describe.  There's
12 a new pit on the far right -- the far right of the
13 right image.  What's the date on that one?  I
14 don't have that in front of me.
15     Q   That is 1945, January 1st, 1945.
16     A   Okay.  So there's a new pit in
17 January 1945 that was not visible in the earlier
18 date of photography.
19     Q   Could you just try to mark where that pit
20 is?
21     A   (Complies.)
22     Q   So is it -- I'm just trying to describe

Page 326

1  it for the record.  Is it that little pit above
2  the dark pit or is it the bigger pit next to -- to
3  the right of it?
4      A   It's above the smaller pit to the right.
5  It's not -- I'm pointing to the center of a pit
6  that's roughly the same area as the smaller pit
7  visible in the earlier topography.
8      Q   Okay.  That's what it looked like.  I
9  just wanted to confirm that.  Can you tell whether
10 that pit is under construction in the earlier
11 photo?
12     A   I don't see berms of that area.  The area
13 is disturbed, but I don't know if that's from the
14 creation of the pits that are in use or not.  The
15 area is disturbed, but I do not see berms in the
16 earlier photography.
17     Q   Is the area that you labeled a bermed
18 area in the later image, is that what is formerly
19 labeled as a pit in the earlier image?
20     A   Yes.
21     Q   And you have a wet area labeled above
22 that.  Do you know what that wetness is?

Page 327

1      A   No.  I just noted that that area has been
2  inundated for some reason and there's a change to
3  that pit surface.  It's not holding the dark
4  liquid as it was before.
5      Q   What about the wet area to the north of
6  the many pits on the right side of the image?
7      A   Right.  I'm not certain if that's -- they
8  made that as a drainage-type feature.  That area
9  may have been dammed up.  You could see on my
10 later photography I mapped some drainage pathways
11 in blue lines.  I didn't think that was
12 necessarily a disposal feature.
13     Q   You didn't think the drainage was a
14 disposal feature?
15     A   The wet area.
16     Q   Okay.  Can you tell whether the material
17 piles are liquid or solid?
18     A   Those are solid features.
19     Q   And can you tell whether they're
20 disposal?
21     A   No.  I'm not certain of that.
22     Q   What else could they be?

Page 328

1      A   They could have graded up the surface for
2  drainage and bermed that area for some reason.
3  Maybe in the future it becomes a waste area.  I'm
4  not certain.
5          MS. MENEES:  Danny, can we mark this as
6  an exhibit?
7          MR. HAMBRICK:  It's up there as 15 now.
8  I'm going to show it to you real quick.
9          (Deposition Exhibit Number 15 was marked
10 for identification.)
11 BY MS. MENEES:
12     Q   Okay.  Does this exhibit, Exhibit 15,
13 accurately reflect your annotations, Mr. Grip?
14     A   Yes.
15     Q   Okay.  Let's move to the next image.  I
16 think that's the one we just looked at.  Move to
17 166 or -- sorry, 167.  Are any of the pits you
18 labeled in this image new?
19     A   Yes.  There's a new pit to the far east.
20     Q   Could you mark that for me?
21     A   (Complies.)
22     Q   Okay.  So that's a new pit.  And it was

20 (Pages 325 - 328)

Randall Grip                                                    May 20, 2020

Page 329

1 constructed between 1945 and 1947; is that right?

2    A    That's right.

3    Q    Is there -- are there any other

4 significant environmental features in this photo

5 that aren't marked?

6    A    No, I don't believe so.

7    Q    Okay.

8        MS. MENEES:  Danny, could we capture this

9 as an exhibit?

10       MR. HAMBRICK:  Okay.  It's going to be

11 16.

12       (Deposition Exhibit Number 16 was marked

13 for identification.)

14 BY MS. MENEES:

15    Q    Okay.  This has been marked as

16 Exhibit 16.  Does this accurately reflect your

17 annotations on this image?

18    A    Yes.

19    Q    Okay.  Could we go to 168?  This image is

20 dated July 7th, 1951.

21       MR. PETIT:  January.

22 BY MS. MENEES:

Page 330

1    Q    I don't know why dates are so hard for

2 me.  This is dated January 7th, 1951.  Are any of

3 the pits that you labeled in this image new?

4    A    I have to look at that one to the north.

5 This is hard to -- I don't remember exactly.  They

6 definitely had some change between the previous

7 date and this date.  There's been pits closed, and

8 I don't recall if they were just closed or if they

9 were redug.

10       I think the next image kind of sheds a

11 little bit more light on that.  There are

12 certainly three pits that are visible whereas

13 there were more pits in the previous photography.

14    Q    Okay.  Could we go to the next image?  So

15 I guess what can you tell me about the pits that

16 changed between 1947 and this image?

17       MS. MENEES:  Maybe we can pull them up as

18 a side-by-side, Danny.  So that would be 167 and

19 169.

20       THE WITNESS:  Okay.  Well, the image to

21 the right, I've got some mapping on the surface.

22 I've actually mapped the pit areas from the image

Page 331

1 on the left that have been removed and

2 superimposed those lines over this date of

3 photography that show where the former locations

4 were and now that they've been filled.  Okay?

5        So you can see three pits were filled

6 along the railroad spur, in between the spur and

7 the railroad.  There were two remaining pits in

8 the later photography in that area.

9        Then as we go to the right of the later

10 photography, four pits have been filled and there

11 was just one remaining pit now in the later

12 photography.

13 BY MS. MENEES:

14    Q    What about the light-toned area in the

15 middle of the photograph?  Can you tell what that

16 is?

17    A    I don't know if they were using that as a

18 staging area for removing equipment when they were

19 removing material from the refinery or -- you

20 know, it looks to be associated with a past

21 action, maybe parking or staging of equipment.  It

22 doesn't look like disposal to me.

Page 332

1    Q    Are there any other significant

2 environmental features in the later image that you

3 didn't mark?

4    A    No.

5    Q    Okay.  Let's go to the next image.  This

6 is the last image.  So this image is dated

7 June 27th, 1956.  It looks like you have two pits

8 labeled.  Are those the same two pits that were in

9 the previous image?

10    A    Yes.

11    Q    And then the former pit area that you

12 have marked, that's filled from the previous

13 image?

14    A    Yes.  It's been -- they pushed in the

15 walls and --

16       THE REPORTER:  I'm sorry?

17       THE WITNESS:  They filled in the walls or

18 they pushed in the walls to the pit and filled the

19 former pits.

20 BY MS. MENEES:

21    Q    Is there anything else, any other

22 significant environmental features about this

21 (Pages 329 - 332)

Randall Grip                                              May 20, 2020

Page 333

1 photo?

2    A   No, not that I labeled, although you
3 could tell much of the equipment and structures
4 have been removed from the facility.

5    Q   What about the dark area above the two
6 pits?  Can you tell what that is?

7    A   I couldn't tell what it was.  I mean,
8 it's a darker area.  I didn't think it was
9 necessarily a pit or disposal-type feature, so I
10 didn't label it.

11    Q   Okay.  And you didn't specifically note
12 any spills at this -- at the Santa Fe Springs,
13 California refinery, right?

14    A   I didn't note specific spills, but I see
15 these pits that are handling features that were
16 waste materials that would occur from spills or
17 leaks.

18    Q   So you're assuming that if a pit is open,
19 it's handling spills?

20    A   It's handling waste from the facility.
21 So that would be a waste item from the facility.
22 So I would say it would be handling that type of

Page 334

1 material.

2       MS. MENEES:  Okay.  Let's take a
3 ten-minute break.

4       MR. PETIT:  Okay, Sydney.  Can we go off
5 the record, Denise?

6       (Whereupon, a short recess was taken.)

7       MS. MENEES:  Okay.  I am done questioning
8 the witness for now.  I may have follow-up -- I
9 may have rebuttal questions.

10       MR. PETIT:  Okay.  So you're going to
11 pass the witness.  We're going -- this is Will
12 Petit for the plaintiffs, and we'll take a lunch
13 break and be back on the record.  How about --
14 it's 11:42 Central -- roughly 12:40 Central?

15       MS. MENEES:  Yeah, that works for me.

16       (Whereupon, at 12:42 p.m., a lunch recess
17 was taken.)

18

19

20

21

22

Page 335

1       AFTERNOON SESSION

2             (1:05 p.m.)

3 Whereupon,

4          RANDALL GRIP,

5 was called for continued examination, and having

6 been previously duly sworn was examined and

7 testified further as follows:

8       EXAMINATION BY COUNSEL FOR PLAINTIFFS

9 BY MR. PETIT:

10    Q   Mr. Grip, you know, I may go in and out
11 of calling you Mr. Grip and Randy, because I've
12 been calling you Randy for however long we've been
13 working together on this.  But I'm going to try to
14 be more formal on the record and call you
15 Mr. Grip.

16       I want to talk about a few things that
17 opposing counsel asked you about, and I'm going to
18 start at the beginning of yesterday.  Opposing
19 counsel asked you about your experience with --
20 and working in your engagements with other
21 refineries.  Do you recall that testimony
22 yesterday?

Page 336

1    A   Yes.

2    Q   Okay.  And I believe you testified that
3 you had worked on a number of other engagements
4 involving refineries in the past; is that right?

5    A   That's right.

6    Q   Can you tell us about how many other
7 engagements that you've worked on that have
8 involved refineries?

9    A   At least additional ten, and likely more
10 than that.

11    Q   So that's in addition to the refinery
12 sites that are at issue in this case?

13    A   That's correct.

14    Q   Did those engagements involving refinery
15 sites, did they also involve your analysis of
16 significant environmental features?

17    A   Yes.

18    Q   Have you also worked on other facilities
19 aside from refineries that are similar to the
20 industrial facilities we're looking at in this
21 case?

22    A   Yes.  Chemical facilities, just

Randall Grip                                                    May 20, 2020

Page 337

1 manufacturing facilities. They're now similar
2 disposal-type features that you see on these
3 refineries.
4    Q   So is your testimony and your opinions in
5 this case, are they within what I would call your
6 bailiwick?
7    A   Yes.
8    Q   Mr. Grip, opposing counsel asked you
9 yesterday some -- a line of questioning that I
10 interpreted as being do you have any overarching
11 general conclusions or opinions in this case.  Do
12 you recall that?
13   A   Vaguely, yes.
14   Q   And I believe you testified that you
15 don't have any general conclusions; is that
16 correct?
17   A   Well, my conclusions are my opinions on
18 what I've seen on each facility over time, these
19 environmentally significant features and how they
20 come and go on the different facilities.
21   Q   So would those conclusions or opinions be
22 specific to the individual refinery locations

Page 338

1 we're talking about in this case?
2    A   Well, to those specific locations, but
3 I've seen similar activities at other refineries,
4 chemical facilities or production facilities that
5 I've studied in the past.
6       MR. PETIT:  Ali, could you please bring
7 up Exhibit 1?  I'm sorry, can you please bring up
8 Exhibit 3?
9 BY MR. PETIT:
10   Q   And Mr. Grip, I believe this is your
11 annotated version of the June 26th, 1938 aerial
12 from Alma, Michigan; is that right?
13   A   That's right.
14   Q   And this is the Leonard Alma facility?
15   A   Yes.  Alma Leonard.
16   Q   And you have annotated on here some pits;
17 is that right?
18   A   Yes.
19   Q   What do you believe those pits are used
20 for?
21   A   For disposal of facility waste or spills,
22 leaks.

Page 339

1    Q   Opposing counsel asked you yesterday
2 whether or not these features show an activity.
3 Do they show an activity?
4    A   Yes, they show a disposal activity.
5    Q   Throughout the course of your deposition,
6 opposing counsel has asked you whether or not
7 pits, these pits and pits like these, are lined or
8 unlined.  Do you recall that?
9    A   Yes.
10   Q   Would you expect them to be lined or
11 unlined?
12   A   In these early years I would expect them
13 to be unlined.
14   Q   And is that consistent for each of the
15 refinery locations?
16   A   Yes.
17      (Discussion held off the record.)
18      MR. PETIT:  Ali, could you please compare
19 this Exhibit 3 with Exhibit 4?  You know, I think
20 the thing to do, instead of comparing these two,
21 Ali, is we ought to go back to Exhibit 1 and
22 compare them that so we can blow up each of the

Page 340

1 images.  Does that make sense?  So I think we're
2 going to look at -- we're going to have to find
3 them.  But it's Exhibit 1 -- actually, the number
4 is in the top left corner.  I can't see that.  So
5 40 with 45.  Man, you guys are good.
6      Okay.  And Ali, if you could please zoom
7 in on those designated areas.  I think we're
8 probably going to have to make the crops
9 consistent.
10 BY MR. PETIT:
11   Q   And so, for the record, Mr. Grip, what
12 we're comparing here is your June 26th, 1938 image
13 with the image that you've identified as circa
14 1940; is that your understanding?
15   A   Yes.
16      MS. MENEES:  And I would just like the
17 record to reflect that the circa 1940s one is a
18 little bit distorted in this image.
19      MR. PETIT:  That's better.  Thank you,
20 Ali.
21 BY MR. PETIT:
22   Q   Mr. Grip, do you recall the line of

23 (Pages 337 - 340)

Randall Grip                                                        May 20, 2020

Page 341

1 questioning yesterday when opposing counsel was
2 discussing the construction of the cat cracker?
3    A   Yes.
4    Q   And at Alma Leonard, the cat cracker,
5 based on the documents that opposing counsel
6 showed you, was constructed, I believe, in 1947;
7 is that right?
8    A   Yes, I believe it was -- a pamphlet was
9 shown yesterday.
10   Q   Do you see the cat cracker in the image
11 on the right which is the circa 1940s image?
12   A   No.
13   Q   So if the cat cracker was constructed at
14 Alma Leonard in 1947, would you expect this image
15 on the right to be before 1947?
16   A   No. Wait. Before, yes.
17   Q   Okay. So it looks like we're comparing,
18 on the left, an image from June 26th, 1938 with an
19 image on the right sometime before 1947. Is that
20 your understanding?
21   A   Yes, it is.
22   Q   Can you identify and annotate the changes

Page 342

1 that you see from 1938 to 1947 in these images?
2    A   Yes. Let's see. Should I change the
3 color or do I stay red or -- what do you think?
4    Q   I'd like for you to stay consistent, so
5 if red is okay with you, let's mark them in red.
6    A   Let's see. So this tank is new that I've
7 indicated with a red arrow. This tank is new and
8 it's covered, the location of the pit -- the areas
9 covered one of the pits from the earlier date.
10 Should I point that feature that's been removed?
11   Q   Let's point to the feature on the left
12 image. Let's point to the removed pit, if you
13 will.
14   A   Okay.
15   Q   And is it your understanding that that
16 pit has been covered and a new tank has been
17 constructed on that general location in between
18 1938 and 1947?
19   A   That's correct. I have another few tanks
20 that are new on the pre-'47 photograph. I'm
21 marking those with arrows. I've got a few that
22 are obscured by my label of debris. I can't tell

Page 343

1 if they were there or not, so I won't mark them, a
2 line of four.
3    Q   Can you circle the line of four that
4 you're not sure if they're new or they potentially
5 are obscured by the debris marking on the earlier
6 image?
7    A   Okay. I got the four circled.
8    Q   Okay.
9    A   I think that covers it.
10   Q   In the later image -- strike that.
11       In the earlier image, do you see the pits
12 on the northern -- on the north side of the
13 railroad tracks?
14   A   Yes.
15   Q   Are those pictured on the image on the
16 right?
17   A   No. It's cut off by the photograph.
18   Q   Okay.
19       MR. PETIT: Ali, can we mark this? I
20 believe it's going to be Exhibit -- it's the next
21 exhibit. I think we're at Exhibit 15. No, we're
22 going to be at Exhibit 17.

Page 344

1      (Deposition Exhibit Number 17 was marked
2 for identification.)
3      MR. PETIT: Ali, we're going to want to
4 show the exhibit to Mr. Grip to confirm that his
5 annotations are accurately reflected in the marked
6 exhibit.
7      MS. KRAL: I'm doing that now. One
8 moment, please.
9      Just to be clear, we are on Exhibit 16,
10 correct?
11     MR. PETIT: Should be 17.
12     MS. KRAL: 17. One moment. My screen is
13 refreshing, I do apologize.
14     It has been uploaded. Can everyone see
15 it?
16     MR. PETIT: No, I cannot.
17     MS. KRAL: It's in the marked exhibits.
18     MR. PETIT: Okay. Could you bring it up,
19 Exhibit 17, please?
20     MS. KRAL: Sure. One moment, please.
21     THE WITNESS: Oh, I see. There's a -- I
22 see. I believe --

24 (Pages 341 - 344)

Page 345

1    MR. PETIT:  Let's -- Randy, let's go off
2 the record real quick, please.
3    Sydney, is that okay?
4    MS. MENEES:  Yeah, that's fine.
5    (Discussion held off the record.)
6 BY MR. PETIT:
7    Q   Mr. Grip, we've now pulled up what's been
8 marked as Exhibit 17.  Does Exhibit 17 include the
9 annotations that you have added to these two
10 images?
11   A   Yes.
12   Q   Okay.
13    MR. PETIT:  Ali, can you then pull up --
14 I'd like to have this -- page 45 on the left and
15 I'd like to compare that with page 47 on the right
16 from Exhibit 1.
17    MS. KRAL:  Yes, one moment, please.
18 We're jumping back and forth.  Please give me one
19 second.  I do apologize.  Page 47?  45 or 47?
20    MR. PETIT:  Page 45 with 47.
21    MS. KRAL:  Got you.  One moment.  One
22 moment.  Coming up.  It's up.

Page 346

1    MR. PETIT:  And let's go off the record
2 real quick, please.
3    (Discussion held off the record.)
4 BY MR. PETIT:
5    Q   Okay.  So Mr. Grip -- and what we have
6 here on the left is the image from your expert
7 report for Alma Leonard, and it's circa 1940.
8 It's the image we just discussed that was sometime
9 before 1947; is that right?
10   A   Right.
11   Q   What we have on the right is the image
12 from your expert report for the same location.
13 And the time frame of that image in your report is
14 1941 to 1954; is that correct?
15   A   Yes.
16   Q   Okay.  Now, the image on the left is
17 sometime before 1947.  Do you see on the image on
18 the right that the cat cracker that we've talked
19 about is there?
20   A   Yes.
21   Q   So is it your understanding that this
22 image is sometime after 1947?

Page 347

1    A   Yes.  The image on the right is after
2 '47.
3    Q   Okay.  And, before, we discussed changes
4 at this location from 1938 to sometime before
5 1947.  Now I'd like to know your understanding of
6 any additional changes that you see at the
7 facility in between the time frames of these two
8 images.
9    A   Well, I do see, of course, the cat
10 cracker that you just discussed.  I see -- between
11 just those images?  I'd have to refer to a
12 previous photo see that the pits have been
13 changed.
14   Q   And you're referring to the pits to the
15 north of the railroad tracks?
16   A   Correct.  But I do see additional
17 development on the right side of the right image
18 where there's new tankage and a new development.
19   Q   And can you put an arrow to the new
20 tankage and new development?
21   A   Okay.  I also --
22   Q   Can you also identify the cat cracker

Page 348

1 with an arrow?
2    A   Yes.  And then here's the other
3 development I was referring to.
4    Q   Have you identified additional
5 environmental features in the later image on the
6 right?
7    A   Yes.  The burn pit I have identified on
8 the right.
9    Q   And I see to the north of the railroad
10 tracks, you have some tanks that are first visible
11 as well.
12   A   Right.  But I can't see it on the left
13 image to confirm.
14   Q   Are the pits that you see to the north of
15 the railroad tracks, are those different than the
16 pits that you saw in the earlier image from 1938?
17   A   Yes.  They've been expanded to the west
18 and moved down a little bit to the south.  So
19 they're just different.
20   Q   And can you circle the pits for us?
21   A   Okay.
22    MR. PETIT:  Ali, can we please mark this

25 (Pages 345 - 348)

Randall Grip                                    May 20, 2020

Page 349

1 as Exhibit 18?
2     (Deposition Exhibit Number 18 was marked
3 for identification.)
4     MS. KRAL: You are -- I'm saving it now
5 and I'll upload it shortly. Thank you. You can
6 clear the annotation if you need to, to move on.
7     MR. PETIT: Well, I'd like for Mr. Grip
8 to be able to see Exhibit 18 and confirm those
9 annotations.
10     MS. KRAL: Got you. This will be saved
11 as Exhibit 18. I'm moving it now. It's
12 introduced.
13     Can anyone see the exhibit?
14     THE WITNESS: I see it.
15     MR. PETIT: Do you know what folder
16 they're saved in? Because I'm not seeing it.
17     MS. KRAL: You might have to refresh your
18 screen. It's in the marked folder.
19     MR. PETIT: I'm in a marked folder.
20     THE WITNESS: With today's date.
21     MR. PETIT: I'll worry about that later.
22     Can you please pull up the exhibit to

Page 350

1 show Mr. Grip, Ali?
2     MS. KRAL: Yes. One moment, please.
3     I'm sorry, that's the wrong one. For
4 some reason, it got saved double. I'm sorry. Can
5 we go off the record one second?
6     MR. PETIT: Sure.
7     (Discussion held off the record.)
8 BY MR. PETIT:
9     Q   Mr. Grip, does Exhibit 18 accurately
10 reflect the annotations that you made on the two
11 images we just discussed?
12     A   Yes.
13     Q   Okay. Could there be operational changes
14 at this facility that you don't see on these
15 images?
16     A   Well, there's new tankage. I cannot tell
17 necessarily, unless there's a very distinctive
18 change in the buildings, what they're doing as a
19 process. So there could be changes in the
20 process, I would say yes.
21     Q   There could be changes at this facility
22 in between these dates that you don't see?

Page 351

1     A   Yes.
2     Q   I'd like to turn your attention to Alma
3 Midwest.
4     MR. PETIT: Ali, could you please bring
5 up Exhibit 1 at page 59?
6     MS. KRAL: Just that one? No
7 side-by-side?
8     MR. PETIT: Well, eventually we're going
9 to compare it to Exhibit 1 at page 68.
10     MS. KRAL: One moment, please.
11 BY MR. PETIT:
12     Q   Mr. Grip, is this an image of the Alma
13 Midwest refinery on June 26th, 1938?
14     A   Yes.
15     Q   And you testified yesterday regarding the
16 pit that's designated in the -- roughly in the
17 center of the image. Do you see that?
18     A   Yes.
19     Q   And what do you believe that pit is used
20 for?
21     A   I believe it services the tanks in that
22 area for the spills or leakage or the tank --

Page 352

1     THE REPORTER: I'm sorry. I didn't hear
2 what you said after leakage.
3     THE WITNESS: Leakage, spills or the
4 bottoms in that area.
5 BY MR. PETIT:
6     Q   Yesterday you testified -- you used the
7 word "petroleum product" as a descriptor of what
8 that pit could contain. Is that accurate?
9     A   More specifically, a waste product is
10 what I mean.
11     Q   Could it contain product if it spilled?
12     A   Yes, it could contain that, but that's --
13 to me, it becomes a waste product at that point.
14     MR. PETIT: Ali, could you please compare
15 this image with Exhibit 1 at page 68? And -- I'm
16 sorry, it's actually 69. That's the right one.
17 BY MR. PETIT:
18     Q   Mr. Grip, is the image on the right dated
19 April 5th, 1954?
20     A   Yes.
21     MR. PETIT: Okay. And Ali, can you now
22 crop those images like we have before?

26 (Pages 349 - 352)

Randall Grip                                                          May 20, 2020

Page 353

1    MS. KRAL:  Yes.  How is that?

2    MR. PETIT:  Keep going to the north.

3    MS. KRAL:  To the north here?  Is this

4 where you want it?  Do you see the blue square?

5    MR. PETIT:  Yeah, I'd like for the top of

6 the square --

7    MS. KRAL:  Okay.

8    MR. PETIT:  No.  There you go.

9    MS. KRAL:  Okay.  Is that good?  To

10 there?

11    MR. PETIT:  Yes, ma'am.

12    MS. KRAL:  How far down?

13    MR. PETIT:  That works.

14 BY MR. PETIT:

15    Q   Mr. Grip, we're comparing between 1938

16 and 19 -- approximately April 1954 in these two

17 images.  Can you identify and annotate where you

18 see changes in this facility?

19    A   Okay.  On the right image, I'm just going

20 to circle the landfilling operation.  Well, it

21 roughly captures it.  I'm going to redo this.

22 Okay.  I have to point on the previous date that

Page 354

1 the pit is no longer visible.  So I've indicated

2 the pit that's no longer visible in the image on

3 the right.

4    Q   Well, you've indicated the pit that's no

5 longer visible on the left.  And that pit that

6 you've indicated is no longer visible on the image

7 on the right, correct?

8    A   Right.  I'm going to point out some new

9 tanks, new berm.  I'm annotating on the right.

10 And expanded process area.  I'm pointing to the

11 general area on the right.  This entire

12 development in an area I'm pointing south of the

13 berm is a new development.

14    Q   And right to the north of where you just

15 pointed with that new development, you see an area

16 you've designated with liquid.  Do you see that?

17    A   Yes.

18    Q   And what do you believe that liquid to

19 be?

20    A   Well, it's impeded flow into that low

21 area by the berm.  I mean, it's in an area of --

22 it could be a disposal area.  I'm not certain on

Page 355

1 that one.  It's very dark liquid.

2    Q   And if you travel from east to west, does

3 that end up going into the Pine River?

4    A   Wait.  East to west.

5    Q   On the west side of where that liquid is,

6 is that the Pine River?

7    What's the north-south street right there

8 that is perpendicular to the new berm?

9    A   Bridge Avenue.

10    Q   And what's on the other side of Bridge

11 Avenue?

12    A   That's the Pine River.

13    MR. PETIT:  And Ali, can we please mark

14 this Exhibit 19, please?

15    MS. KRAL:  Yes.

16    (Deposition Exhibit Number 19 was marked

17 for identification.)

18    MS. KRAL:  One moment.  I will turn these

19 into PDFs at another time.  I'm going to save them

20 to save time -- okay -- as PMGs.  JPEGs.  It's

21 okay.  Let me just pull it in.

22    One moment.  I'm getting into the

Page 356

1 correct -- there it is.

2    MR. HAMBRICK:  I'm so sorry.  You have to

3 save them as PDFs before it actually adds the

4 exhibit stamp on.  So you'll want to PDF them

5 first.  I had that same problem yesterday.

6    MS. KRAL:  Okay.  Thank you for letting

7 me know.

8    Sorry, guys.  It will be just one moment.

9 It's a conversion thing.

10    MR. PETIT:  Hey, Danny, I'm all for any

11 helpful hints.

12    MS. KRAL:  Okay.  I'm almost there.  The

13 process, guys, I apologize.  Introducing the

14 exhibit as 19.  Does everyone see it?

15    MR. PETIT:  I do not see it as an exhibit

16 with an exhibit sticker.

17    MS. KRAL:  I'm saying, is it in the

18 marked exhibits for you?  But that's okay.  I will

19 pull it into my share screen.

20    Danny, do you have something to share?

21    THE WITNESS:  This is Randy.  I actually

22 noticed that the PDF on Exhibit 18 is now a CCS.

27 (Pages 353 - 356)

Randall Grip                                                    May 20, 2020

Page 357

1    MS. KRAL: Yes, because you have to
2 refresh your screen. We changed it.
3    THE WITNESS: Okay.
4    MS. KRAL: One moment. It's coming up.
5 Presenting.
6 BY MR. PETIT:
7    Q    Okay. Mr. Grip, does Exhibit 19
8 accurately reflect the annotations you made on the
9 two images we just discussed?
10   A    Yes.
11   Q    Okay.
12       MR. PETIT: And I would like to go off
13 the record just for a little bit.
14       (Discussion held off the record.)
15 BY MR. PETIT:
16   Q    Mr. Grip, during the time period that
17 we're looking at for purposes of Alma Midwest, do
18 you see disposal features in each of the images
19 we've discussed?
20   A    Yes.
21   Q    Do those disposal features change over
22 time?

Page 358

1    A    Yes.
2    Q    Okay. Turn your attention to the Ardmore
3 facility.
4        MR. PETIT: Ali, can we please pull up
5 Exhibit 1 at 73.
6 BY MR. PETIT:
7    Q    Mr. Grip, this is an image from your
8 report dated April 15th, 1940 of the Ardmore,
9 Oklahoma facility. Do you see that?
10   A    Yes.
11   Q    You have a number of environmental
12 features -- I think you've characterized these as
13 significant environmental features noted on here;
14 is that right?
15   A    Yes.
16   Q    Do you see the three pits towards the
17 bottom of the image?
18   A    Yes, I do.
19   Q    What do you believe those pits to
20 contain?
21   A    Waste material, likely associated with
22 the tanks in that area.

Page 359

1    Q    And why is that?
2    A    Just the proximity, the tone of it, the
3 basic size and the location on the facility; it's
4 closest to the tanks that it serves.
5    Q    And in addition to those tanks -- or in
6 addition to those pits, excuse me, you see some
7 other significant environmental features on this
8 image; is that right?
9    A    Yes.
10       MR. PETIT: Ali, can you please compare
11 this image with Exhibit 1 at 76?
12 BY MR. PETIT:
13   Q    And Mr. Grip, do you see we're comparing
14 the April 15th, 1940 image with the May 22nd, 1949
15 image; is that right?
16   A    Yes.
17       MR. PETIT: Ali, can you crop these?
18       MS. KRAL: Is that appropriate there?
19       MR. PETIT: Yes. Yes. Maybe a little to
20 the left, please. We want to capture the tanks.
21 Here we go.
22 BY MR. PETIT:

Page 360

1    Q    Mr. Grip, can you please describe the
2 kinds of changes you see at the site in between
3 April 15th, 1940 and May 22nd, 1949?
4    A    I see a filling of one of the pits to the
5 northeast.
6    Q    Can you mark that?
7    A    I'll mark the area where it was formerly
8 located. Let's see. On the right image, it's a
9 former pit area I've just marked.
10   Q    And that's up in the northeast corner of
11 that image; is that right?
12   A    Yes.
13   Q    Okay. Anything else?
14   A    I've got new pits that are visible that
15 I'm also marking slightly farther to the south
16 from the former pit location I just identified.
17 I'm also marking a change of a pit. The area
18 around the pit is very light in tone, so they may
19 have been making the berms bigger or maintaining
20 those berms.
21       I've got another pit on the south portion
22 of the facility that's new. It was not visible on

28 (Pages 357 - 360)

Randall Grip                                                      May 20, 2020

Page 361

1 the previous date of photography.
2    Q    And is that to the right of a larger tank
3 on the bottom of the image?
4    A    Yes.  And then I'm pointing out another
5 arrow -- the three pits that we discussed on the
6 earlier date, one of those pits appears to no
7 longer be in use.
8         Then we've also got a new pit slightly
9 farther to the south of that and then another pit
10 that I've identified that's new.
11    Q    Can you see any changes in either the
12 tank farm -- tank areas or the process areas?
13    A    I don't know that I see a major change in
14 the buildings of the process area, and I don't see
15 a lot of change in the tankage between those two
16 dates.
17    Q    Mr. Grip, between these two dates, do you
18 see significant environmental features and
19 disposal features in both of the dates?
20    A    Yes.
21    Q    And do those features change over time?
22    A    Yes.

Page 362

1         MR. PETIT: Ali, can we please mark this
2 as Exhibit 20?
3         MS. KRAL:  Yes.
4         (Deposition Exhibit Number 20 was marked
5 for identification.)
6         MS. KRAL:  One moment.  Okay.  One
7 moment.  I'm uploading that.  Okay.  I'm about to
8 pull it in.
9         MR. PETIT:  And Ali, please, just for
10 record purposes, you don't have to provide the
11 comments.
12         MS. KRAL:  Okay.  It's up.
13 BY MR. PETIT:
14    Q    Mr. Grip, if you could -- there you go.
15 Mr. Grip, does Exhibit 20 accurately reflect the
16 annotations you made between these two images?
17    A    Yes.
18    Q    Okay.  I'd like to turn your attention to
19 the Arkansas City refinery.
20         MR. PETIT:  Ali, if you could please pull
21 up Exhibit 1 at 82.
22 BY MR. PETIT:

Page 363

1    Q    Mr. Grip, this is the July 10th, 1938
2 image -- aerial photograph we see of the Arkansas
3 City refinery; is that right?
4    A    Yes.
5    Q    And this is from your expert report?
6    A    Yes.
7    Q    And you've identified a number of
8 significant environmental features on this image;
9 is that correct?
10    A    Yes.
11         MR. PETIT:  Ali, can you please compare
12 this to the September 1950 aerial.  It's at
13 page 84.
14 BY MR. PETIT:
15    Q    And Mr. Grip, the image on the right is
16 from September 5th, 1950?
17    A    Yes.
18         MR. PETIT:  Ali, that's perfect.
19 BY MR. PETIT:
20    Q    Mr. Grip, if you could please describe
21 and annotate some changes you see between these
22 facilities between 1938 and 1950.

Page 364

1    A    Okay.  I see the spray pond on the right
2 image, the 1950 image, has been divided into three
3 separate areas.  I pointed that feature out on the
4 right image.  There were two dark-toned pits in
5 the earlier date.  I only see one now.  So I'm
6 pointing out that area on the right.
7         The dark liquid along the spur is a new
8 feature in the later date.  Also, many tanks have
9 been removed from the south central portion of the
10 refinery on the later date.
11    Q    When you say many tanks, do you mean the
12 entire tank farm area?
13    A    Well, there are some tanks that still
14 remain south of it, but many towards the central
15 portion of the site have been removed, buildings
16 and tanks.  Maybe I -- I'll circle that, the
17 approximate area.
18         Well, on the left image I'll just point
19 out a feature that's not seen in the later date on
20 the south side of the facility.
21    Q    And what does that feature appear to be?
22    A    Well, it's got bays.  It looks almost

29 (Pages 361 - 364)

Randall Grip                                                      May 20, 2020

Page 365

1 like a separator. I'm not sure what that item is.
2 That's probably the changes.
3    Q   Can I turn your attention to the top of
4 both images. Do you see the impoundment on the
5 left and the series of connected pits on the
6 right?
7    A   I do see pits that have changed on the
8 later image along the Walnut River. And then
9 there's an impoundment that was seen that doesn't
10 appear to be impounded on the later date.
11   Q   Do you believe there's been some filling
12 to the southeast in the disposal area?
13   A   Well, it's disturbed. I don't know if
14 there's been filling. There's still a pit located
15 in that area. That covers it.
16   Q   And as before, could there be
17 process-type changes that you can't see in these
18 images?
19   A   Certainly.
20   Q   And do you see disposal features in both
21 images?
22   A   Yes.

Page 366

1    Q   Did those features change over time?
2    A   Yes.
3        MR. PETIT: And Ali, can we please mark
4 this as -- I believe Exhibit 20.
5        MS. KRAL: 21.
6        MR. PETIT: Exhibit 21, excuse me.
7        (Deposition Exhibit Number 21 was marked
8 for identification.)
9 BY MR. PETIT:
10   Q   Mr. Grip, do you see Exhibit 21 before
11 you?
12   A   Yes.
13   Q   And does it accurately reflect the
14 annotations you made on these two images?
15   A   Yes.
16   Q   Okay. I would like to turn our attention
17 to Blue Island.
18       MR. PETIT: Ali, can you please bring up
19 Exhibit 1 at page 89?
20 BY MR. PETIT:
21   Q   Mr. Grip, this is the image from your
22 report of the Blue Island facility -- or the

Page 367

1 location of the facility as it existed on
2 November 14th, 1938; is that correct?
3    A   Yes.
4    Q   Okay. And there are some tanks visible
5 at this location. Do you see that?
6    A   Yes.
7    Q   And have you also marked a significant
8 environmental feature?
9    A   Yes. I have a pit to the northeast.
10   Q   And what do you understand the
11 significance of that location is relative to the
12 tanks nearby?
13   A   The pit would likely serve those -- any
14 spills or releases related to those tanks.
15       MR. PETIT: Ali, can we please compare
16 that image with page 91?
17 BY MR. PETIT:
18   Q   And the image that we are comparing is
19 dated March 29th, 1952. Do you see that?
20   A   Yes.
21       MR. PETIT: And I'm sorry, Ali, I think
22 it's 91, not 92. And so I'm going to correct the

Page 368

1 record. And we're comparing November 14th, 1938
2 with December 4th, 1951.
3 BY MR. PETIT:
4    Q   Do you see that, Mr. Grip?
5    A   Yes.
6    Q   Is the pit visible in the 1951 image?
7    A   No.
8    Q   Can you identify generally the location
9 of where that pit would be if it existed in 1951?
10   A   The cropping is slightly different in
11 scale, so it's pretty difficult, but I'd say it's
12 generally in this area that I'm marking on the
13 right image.
14   Q   So at some point between November 1938
15 and December 1951, a number of new equipment has
16 been constructed in the area of that former pit
17 location. Is that your understanding?
18   A   Yes.
19   Q   And in the image on the right, you
20 haven't identified any significant environmental
21 features, have you?
22   A   No.

30 (Pages 365 - 368)

Randall Grip                                                    May 20, 2020

Page 369

1    Q   Is the area within the tank berms with
2  those larger tanks, is that big enough for a pit
3  to have been used in that time frame?
4    A   Yes.  Like we saw on another site, a
5  similar activity could be done in that area.
6    Q   Can you point to the locations where
7  those kind of activities could have taken place?
8    A   (Complies.)
9    Q   Now, do you know whether tank bottoms
10  were disposed in those locations?
11    A   No.
12    Q   Do you understand that that was a
13  practice that was used during this time frame?
14    A   Yes, I've seen that.
15    Q   And have you seen it in other refineries
16  at issue in this case?
17    A   Yes.
18      MS. MENEES:  I'd just like to clarify
19  something.  Mr. Grip marked a red arrow to show
20  where the pit would have been and red arrows to
21  show the berm, potential pit locations.  It seems
22  like it's difficult to distinguish which marking

Page 370

1  was for which feature.
2  BY MR. PETIT:
3    Q   Mr. Grip does the marking of the former
4  pit location, is that in the top right of the
5  right-hand image?
6    A   It is.  I could also circle it.
7    Q   Let's do that.
8      MR. PETIT:  Thank you, Sydney.
9      Ali, can we please mark this as
10  Exhibit 22?
11      (Deposition Exhibit Number 22 was marked
12  for identification.)
13      MS. KRAL:  It's taking a while to load.
14  I am loading it, though.
15  BY MR. PETIT:
16    Q   Mr. Grip, do you see Exhibit 22 before
17  you?
18    A   Yes.
19    Q   And does it accurately reflect the
20  annotations you've made on these two images we
21  just discussed?
22    A   Yes.

Page 371

1    Q   Okay.
2      MR. PETIT:  Ali, if you could show us,
3  please, Exhibit 1 at 92, which is just the next
4  image dated March 29th, 1952.
5  BY MR. PETIT:
6    Q   Mr. Grip, you noted on here a new
7  significant environmental feature as a pit
8  separator.  Do you see that?
9    A   Yes.
10    Q   And I believe you testified that that's
11  potentially a more engineered-type disposal
12  feature; is that correct?
13    A   Yes.
14    Q   And why do you think that it's more of an
15  engineered disposal feature?
16    A   The straight lines surrounding it.  Also,
17  the oblique gave me a better view into that that
18  made it look like it was more a straight wall
19  structure, engineered.
20    Q   And when you're referring to the oblique,
21  are you referring to an additional image within
22  your report?

Page 372

1    A   Yes.
2    Q   Is that oblique from November 1953?
3    A   I believe it is.  I know it's a later
4  date than the one I was looking at.
5      MR. PETIT:  Ali, can you please turn the
6  page to 93?
7  BY MR. PETIT:
8    Q   Is this the oblique you've referenced?
9    A   Yes.
10    Q   If I can turn your attention to the
11  Hanford refinery location.
12      MR. PETIT:  Ali, can you please bring up
13  Exhibit 1 at page 97?  I'm sorry, we're actually
14  going to go to 98.
15  BY MR. PETIT:
16    Q   Mr. Grip, is this an image from your
17  report dated September 14th, 1937?
18    A   Yes.
19    Q   And you've identified pits on this image,
20  correct?
21    A   Yes.
22      MR. PETIT:  Ali, can you please compare

31 (Pages 369 - 372)

Randall Grip                                                                                      May 20, 2020

Page 373

1 this to the image at page 99, the next image?

2 BY MR. PETIT:

3    Q    And the image we're comparing the

4 September 14th, 1937 image with is dated May 19th,

5 1942.  Do you see that?

6    A    Yes.

7    Q    Okay.  Could you please describe the

8 changes that you see in these images and annotate

9 them?

10    A    Okay.  On the right part of the screen,

11 I'm going to draw arrows to new pits that are seen

12 on the refinery that were not there on the earlier

13 date.

14        Let's see.  I've got a change in tankage

15 I'll draw on the right portion of the screen.  And

16 one of the pits that was previously seen, I didn't

17 identify.  It looks like it's filled or no longer

18 in use.

19    Q    And so you see two pits on the left

20 image.  You're only seeing one pit in that general

21 location on the right image; is that right?

22    A    That's right.

Page 374

1    Q    And instead of an arrow, can you put a

2 circle around the pit location that you no longer

3 see as in operation?

4    A    Okay.  Done.

5        I also see some change in the tankage in

6 the operating area and buildings.  I mean, there's

7 just -- you could see some change.

8    Q    Can you draw a circle around that like

9 you've done?  So the process area, you believe,

10 have changed?

11    A    Right.  And also -- I'll circle one more

12 feature in the later date that's different.  Three

13 features -- I think they're buildings, but they

14 could be horizontal tanks.  I can't tell without

15 looking at my stereoscopic imagery.

16    Q    Anything else?

17    A    I think that covers it.

18        MR. PETIT:  Ali, can you please mark this

19 as Exhibit 23?

20        (Deposition Exhibit Number 23 was marked

21 for identification.)

22 BY MR. PETIT:

Page 375

1    Q    Mr. Grip, do you see Exhibit 23 presented

2 before you?

3    A    Yes.

4    Q    And does it accurately reflect the

5 annotations you've made on the two images we just

6 discussed?

7    A    Yes.

8    Q    Okay.

9        MR. PETIT:  Ali, I'd like to compare

10 page 99 with 100.

11 BY MR. PETIT:

12    Q    Mr. Grip, the image on the left is the

13 one we just discussed from May 19th, 1942, and

14 we're going to compare that image with an image on

15 the right from January 25th, 1950.  Do you see

16 that?

17    A    Yes.

18    Q    Okay.  Can you describe and annotate the

19 changes that you see between May 1942 and

20 January 1950?

21    A    Okay.  I'll point out a pit on the later

22 date that's been expanded, a new tank that's

Page 376

1 visible on the later date.  I think that covers

2 it.

3    Q    Does the process area look the same to

4 you?

5    A    Slightly different scales on these

6 images.  They look fairly similar between these

7 two dates.

8    Q    Could there be process changes that you

9 can't see in this aerial imagery?

10    A    Certainly.

11    Q    Okay.  And throughout the dates that

12 we've looked at at this refinery location, do you

13 see disposal features in each of those dates?

14    A    Yes.

15    Q    Do those disposal features change over

16 time?

17    A    Yes.

18    Q    I'd like to turn the page to Houston.

19        MR. PETIT:  Ali, if you could please

20 bring up page 108 from Exhibit 1.

21 BY MR. PETIT:

22    Q    Mr. Grip, this is an image of the Houston

32 (Pages 373 - 376)

Randall Grip                                                          May 20, 2020

Page 377

1 refinery, what we've called plant number 1, dated
2 November 8th, 1938.  Do you see that?
3    A   Yes.
4    Q   And you've identified disposal features
5 on this image, true?
6    A   Yes.
7       MR. PETIT:  Ali, can you please compare
8 that to page 111?
9 BY MR. PETIT:
10   Q   We're comparing that earlier image with
11 an image from April 3rd, 1944.  Do you see that?
12   A   Yes.
13   Q   Mr. Grip, can you please describe and
14 annotate the changes that you see in the two
15 images?
16   A   Okay.  On the later image on the right, I
17 see filling within the slush pit that was [sic]
18 previously visible on the earlier date.  I see
19 additional -- or debris areas, the one -- my
20 Internet connection is unstable.  Okay.  There's a
21 bunch of arrows there.
22   Q   So you've identified new debris areas on

Page 378

1 the left --
2    A   Yes.
3    Q   -- of the later image?
4    A   Correct.  I'll also point out new
5 development to the south.
6    Q   Do you see any additional oil traps?
7    A   It's pointed -- yeah, I see -- it wasn't
8 marked in the earlier date.  There was a dark
9 feature there earlier that could have been
10 associated with that, but that is a new feature
11 that I identified.
12   Q   Okay.
13      MR. PETIT:  Ali, I would like to mark
14 this -- are we on Exhibit 23 or 24?
15      (Deposition Exhibit Number 24 was marked
16 for identification.)
17      MS. KRAL:  24.
18 BY MR. PETIT:
19   Q   Mr. Grip, you've got presented before you
20 Exhibit 24.  Does it accurately reflect some of
21 the annotations you made between the two images?
22   A   Yes.

Page 379

1    Q   And as before, could there also be
2 changes that you don't see in these images?
3    A   Yes.
4    Q   Like process-type changes?
5    A   Yes.
6    Q   And between these two dates, do you see
7 disposal features in both images?
8    A   Yes.
9    Q   And do they change over time?
10   A   Yes.
11   Q   I would like to turn our attention to
12 plant 2.
13      MR. PETIT:  Ali, can you please bring up
14 Exhibit 1 at page 119?
15 BY MR. PETIT:
16   Q   Mr. Grip, this is an aerial image of the
17 site location for what we've called plant number 2
18 dated October 25th, 1938.  Do you see that?
19   A   Yes.
20      MR. PETIT:  Ali, can you compare this one
21 to page 124 of Exhibit 1?
22 BY MR. PETIT:

Page 380

1    Q   We're comparing the earlier image to an
2 image -- an aerial photo dated April 3rd, 1944.
3 Do you see that?
4       Mr. Grip, I didn't hear your answer.
5    A   Yes.
6    Q   Okay.  And is it your understanding that
7 they constructed a whole new facility between the
8 1938 and 1944 dates?
9    A   Yes.
10   Q   So I'm not going to ask you to mark every
11 change that was made, because it's all been
12 changed, correct?
13   A   Yes.  The vast majority of the site has
14 been changed and developed.
15   Q   Okay.  Do you -- you testified earlier
16 regarding the disposal features identified as
17 waste disposal pit and sludge pit.  Do you
18 remember that earlier today?
19   A   Yes.
20   Q   And I believe you testified that you
21 thought that those were earthen pits.  Is that
22 your testimony?

33 (Pages 377 - 380)

Randall Grip                                                            May 20, 2020

Page 381

1    A    Yes.  That's my recollection.

2    Q    Do you see a difference between the

3 construction of those two pits and what's been

4 identified as an oil trap and separator?

5    A    Yes.  The oil trap and separator,

6 straight lines -- they're more clearly a

7 concrete-type feature or engineered structure.

8    Q    And does that engineered structure have

9 any bays within it?

10    A    Yes.

11    Q    And what is your understanding of how

12 those bays work?

13    A    It separates as the liquid -- it --

14 basically the bays somehow separate the oil from

15 water.

16    Q    Do the other two pits, the waste disposal

17 pit or sludge pit, do they have similar type

18 engineered features?

19    A    No.

20       MR. PETIT:  Ali, could we please mark

21 that as Exhibit 25?

22       (Deposition Exhibit Number 25 was marked

Page 382

1 for identification.)

2 BY MR. PETIT:

3    Q    Mr. Grip, do you see Exhibit 25 marked

4 before you?

5    A    Yes.

6    Q    Okay.  You've made no annotations on

7 there, but does it accurately reflect the exhibit

8 that we just talked about?

9    A    Yes.

10       MR. PETIT:  Ali, I'd like to turn to

11 Exhibit 1 at page 125.  So maybe I'm talking about

12 page 126.  Sorry.

13 BY MR. PETIT:

14    Q    Okay.  Mr. Grip, this is the image from

15 your report -- it's an aerial photograph dated

16 April 26th, 1953.  Do you see that?

17    A    Yes.

18    Q    In your testimony earlier, you were

19 discussing with opposing counsel the pit

20 constructed on the bottom next to the tank that

21 has its lid lowered.  Do you remember that?

22    A    Yes.

Page 383

1    Q    And then in the very next image, which is

2 number -- page 127, and that image is dated

3 October 8th, 1953.  Do you see that?

4    A    Yes.

5    Q    So what we see is just a few months later

6 that pit is covered and that tank lid is no longer

7 lowered.  Do you see that?

8    A    Yes, I do.

9    Q    I believe in your testimony you talked

10 about it being a rare occasion -- I think you used

11 those words.  What did you mean by rare occasion?

12    A    Just that we actually catch them in the

13 actual act of digging a pit and then covering the

14 same pit where, if we didn't have that previous

15 photograph just months before, we wouldn't have

16 seen that there was a pit in that area.  So when

17 it's a short-lived feature, it's hard to catch

18 something like that.

19    Q    When you say it's hard to catch, it's

20 hard to catch it with aerial photography.

21    A    Right.  That's exactly what I mean.

22    Q    When you testified as to a rare occasion,

Page 384

1 did you mean to suggest that it was a rare

2 occasion that facilities like this would dispose

3 of tank bottoms rarely in pits adjacent to those

4 tanks?

5    A    No.  That's not what I meant.

6    Q    Okay.  I would like to turn your

7 attention to the Memphis facility.

8       MR. PETIT:  Ali, could you please go to

9 page 131?

10 BY MR. PETIT:

11    Q    Mr. Grip, this is an aerial photograph

12 from your report dated August 10th, 1937.  Do you

13 see that?

14    A    Yes.

15    Q    And based on this photograph, do you

16 understand that this facility wasn't in existence

17 at the date -- at the time of the photograph?

18    A    Yes.

19    Q    Okay.

20       MR. PETIT:  Ali, can we compare this

21 image with page 133, please?

22 BY MR. PETIT:

34 (Pages 381 - 384)

Randall Grip                                                          May 20, 2020

Page 385

1   Q   And we're comparing the earlier image
2 with that dated February 7th, 1946.  Do you see
3 that?
4   A   Yes.
5   Q   Mr. Grip, essentially this is similar to
6 the plant 2 at Houston, but essentially over this
7 time frame we have seen the construction of a new
8 facility.  Is that your understanding?
9   A   Yes, it is.
10   Q   And in the image on the right, do you see
11 a disposal feature?
12   A   Yes.  I see an oil pit that was labeled
13 as such on the Sanborn.
14   Q   Is there room -- on the image on the
15 right, is there room for disposal activity to take
16 place adjacent to those large tanks towards the
17 left?
18   A   Yes.  There's some unused space.
19   Q   And can you identify that with a red
20 arrow?
21   A   I don't know if this is part of the
22 facility, but I'm going to mark the tanks to the

Page 386

1 south of the facility as well.
2     MR. PETIT:  Ali, can we mark that,
3 please, as Exhibit 26?
4     (Deposition Exhibit Number 26 was marked
5 for identification.)
6 BY MR. PETIT:
7   Q   Okay.  Mr. Grip, do you see this is
8 marked Exhibit 26?  Does this Exhibit 26
9 accurately reflect the annotations you've made on
10 that exhibit -- or on the two images that we just
11 discussed?
12   A   Yes.
13   Q   If I could turn your attention to the
14 Mount Pleasant, Michigan facility.
15     MR. PETIT:  Ali, if you could please go
16 to Exhibit 1 at page 139.
17 BY MR. PETIT:
18   Q   Mr. Grip, is this the aerial image from
19 your report dated July 5th, 1938 of the Mount
20 Pleasant, Michigan facility?
21   A   Yes.
22   Q   And you've identified various disposal

Page 387

1 features on this facility location, correct?
2   A   Yes.
3     MR. PETIT:  Ali, can you please compare
4 this image with that at 141?
5 BY MR. PETIT:
6   Q   And we're comparing it with an image
7 dated July 27th, 1952.  Do you see that, Mr. Grip?
8   A   Yes.
9     MR. PETIT:  Ali, can you go back and try
10 to cover the site area with the -- kind of
11 outlined in green maybe.  Keep going.  There you
12 go.
13 BY MR. PETIT:
14   Q   Mr. Grip, can you describe and annotate
15 some of the changes that you see between these two
16 images?
17   A   Yes.  First I'll point out a berm that I
18 see in the upper right corner on the later image.
19 There was no impoundment of that liquid area.
20 Also point out what is --
21   Q   What do you -- I'm sorry.  What do you
22 believe that berm -- the purpose of that berm is?

Page 388

1   A   It's to keep flow from going into the
2 Chippewa River.
3   Q   Could it also be used to keep the
4 Chippewa River out of that area?
5   A   It would keep the river out of that area,
6 certainly.
7   Q   But why do you believe the purpose is to
8 hold the liquid from entering into the Chippewa
9 River?
10   A   Well, it's become a -- it almost looks
11 like it's a pond for use by the facility here.  So
12 any outfall in that area no longer flows into the
13 river; it's captured by that berm and kept on
14 site.
15     Also have a laydown area that I'm marking
16 with an arrow.  And I'll use the circle tool on
17 the right image to identify new tankage.  And I'll
18 do a second -- or, really, a third circle right in
19 the center.  There's been quite a bit of added
20 tanks in this area.  Not all are new, but there's
21 definitely change between the two dates.
22     There were -- I identified two pits on

35 (Pages 385 - 388)

Randall Grip                                                    May 20, 2020

Page 389

1 the earlier date and there's only one pit, the
2 refuse pit, that's still visible on the later
3 date, so I'll just circle the general area where
4 the former pit was.  That's harder to tell with
5 ungeoreferenced images, but that's an estimate.
6         There's another new tank on the right
7 image with an arrow.
8         I think that covers it.
9    Q    Now, as before, could there be other
10 process-related changes that you don't see or
11 haven't identified in these aerial images?
12   A    Certainly.
13   Q    Do you see disposal features in images
14 from both dates?
15   A    Yes.
16   Q    Do those disposal features change over
17 time?
18   A    Yes.
19        MR. PETIT:  Ali, can you please mark this
20 as Exhibit 27?
21        (Deposition Exhibit Number 27 was marked
22 for identification.)

Page 390

1        MS. KRAL:  I apologize.  It's not showing
2 up in the Exhibit Share.  Just a moment.  I'm
3 refreshing.
4 BY MR. PETIT:
5    Q    All right.  Mr. Grip, do you see
6 Exhibit 27 before you?
7    A    I do.
8    Q    And does that exhibit accurately reflect
9 the annotations that you've made between the two
10 images we just discussed?
11   A    Yes.
12   Q    Okay.  I'd like to turn our attention to
13 the Port Arthur refinery.
14        MR. PETIT:  Ali, if you could please
15 bring up Exhibit 1 at page 146.
16 BY MR. PETIT:
17   Q    Mr. Grip, this is an aerial image from
18 your report dated November 28th, 1938.  Do you see
19 that?
20   A    Yes.
21   Q    Now, earlier in your testimony with
22 opposing counsel, you identified some -- what were

Page 391

1 called red dots as pits.  Do you recall that?
2    A    Yes.
3    Q    I believe you testified that they're not
4 necessarily red dots, but they're actually -- what
5 was your testimony?  That they're actually mapped
6 linear images?
7    A    Yeah, I mapped the boundaries of those
8 pits on my workstation in 3-D and superimposed
9 them in my GIS.  But with the scale of this large
10 facility, it's very difficult to show the outlines
11 without the line work running together and
12 appearing as just a dot.
13   Q    And that was kind of the direction I was
14 headed.  I think you referred to them as small
15 pits.  And is it your testimony that they're
16 actually small in size or they're small relative
17 to the scale of this photograph?
18   A    The latter.  They're small relative to
19 the scale of this.  You can see --
20        THE REPORTER:  You're breaking up.
21 They're small relative to the scale of this...
22        THE WITNESS:  This site.  It's a very

Page 392

1 large facility, so to show the entire facility on
2 one exhibit, I have to zoom out and show a large
3 area, and the pits just -- are relative to the
4 acreage of the facility, they're smaller, but
5 they're just the normal size pits that I've seen
6 in all the facilities.
7        MR. PETIT:  Ali, can you please compare
8 this image with that at page 148?
9 BY MR. PETIT:
10   Q    So the second image we're looking at is
11 dated March 25th, 1947.  Do you see that,
12 Mr. Grip?
13   A    Yes.
14   Q    Okay.  Let's wait for it to get cropped
15 here, but what I'd like for you to do is describe
16 for us and annotate some changes that you see.
17   A    Okay.  I'll start with a bermed area that
18 was seen on the earlier date.  I see filling
19 activities that I'm going to annotate on a later
20 date of photography that -- a filling area within
21 that berm, the bermed area.
22   Q    Can you circle that area?

36 (Pages 389 - 392)

Randall Grip                                                              May 20, 2020

Page 393

1   A   Okay.  And I'll circle a pit that's first
2   visible on the later date of photography with a
3   red circle.  Then I've got -- let me use the arrow
4   to point out, on the later date of photography, a
5   bermed area with filling and a pond with separator
6   that was not visible on the previous date.
7        And then to the extreme south, an arrow
8   points to a pit first visible on the later date of
9   photography.
10  Q   Do you see this -- that pit appears to be
11  a long rectangular pit.  Do you see that?
12  A   Yes.
13  Q   Is that what you see?
14  A   Yes.
15  Q   And do you see that it's adjacent to some
16  tanks?
17  A   Yes.
18  Q   And what would your understanding be of
19  the purpose of that pit?
20  A   To handle either tank bottoms or spills
21  or leakage from those tanks, from the cleanup
22  activities of those actions.  It would serve the

Page 394

1   pits -- the pits would serve those tanks to the
2   south there.
3   Q   Now, as you testified, this is a huge
4   facility.  Is it safe to say that there are
5   disposal features present in both images?
6   A   Yes.
7   Q   And do those disposal features change
8   over time?
9   A   Yes.  I will also circle -- I see a pit
10  that's been removed on the later date.
11       MR. PETIT:  Okay.  Ali, can you please
12  mark that as Exhibit 28?
13       (Deposition Exhibit Number 28 was marked
14  for identification.)
15       MS. MENEES:  Hey, Will, is this all
16  you're doing on Port Arthur?
17       MR. PETIT:  Yes, I do believe it is.
18       MS. MENEES:  Okay.  I was just
19  thinking --
20       MR. PETIT:  Take a break?
21       MS. MENEES:  -- since we've been on the
22  record over two hours, it might be a good idea to

Page 395

1   give Denise a break.
2        MR. PETIT:  That would be great.  We can
3   do that.  Has it already been two hours?
4        MS. MENEES:  It's been over two hours.
5        MR. PETIT:  Well, let's go off the record
6   and we can come back on and go ahead and confirm
7   Exhibit 28 when we come back on.  So we'll go off
8   the record now.
9        (Whereupon, a short recess was taken.)
10  BY MR. PETIT:
11  Q   Mr. Grip, you have Exhibit 28 before you.
12  Does this exhibit accurately reflect the
13  annotations that you made on the two images we
14  just discussed?
15  A   Yes.
16  Q   Okay.  I would like to turn our attention
17  to the Potwin, Kansas refinery site.
18       MR. PETIT:  Ali, could you please go to
19  Exhibit 1 at page 155?
20  BY MR. PETIT:
21  Q   Mr. Grip, this is an aerial image from --
22  actually, can you go back for me -- an aerial

Page 396

1   image from your report dated October 20th, 1938.
2   Do you see that?
3   A   Yes.
4   Q   And you've identified some pond features
5   on this image?
6   A   That's correct.
7   Q   And those pond features are potential
8   disposal features, I believe is your testimony; is
9   that right?
10  A   Yes.
11       MR. PETIT:  Ali, could you please compare
12  this image with that at page 156?
13  BY MR. PETIT:
14  Q   And we're comparing the earlier image
15  with another dated September 7th, 1950 from your
16  report.  Do you see that, Mr. Grip?
17  A   I do.
18  Q   Okay.  Could you identify the changes
19  that you see and annotate them in these two
20  images?
21  A   Yes.  But I would ask for the left image
22  to be the same cropping as the right image is.

37 (Pages 393 - 396)

Randall Grip                                                    May 20, 2020

Page 397

1 It's missing some area to the south.
2        Yeah.  That's better.  Okay.  I'll use
3 the arrow -- I'm pointing out on the right image a
4 light-toned bermed area.  I will also -- let's
5 see.  I'll just use arrows to point out south of
6 the facility there are several new tanks and pits.
7    Q    And were some of those tanks already
8 there?
9    A    There was only one tank there from
10 before, from the earlier date.
11    Q    Does that tank that was there from the
12 earlier date, does that appear to be in service at
13 the later date?
14    A    I don't see a top on that tank in the
15 area of the -- from the previous date.  So it
16 doesn't appear to be in service.
17    Q    Given the proximity of the two pits that
18 you've identified in the later date to the south
19 to the new tanks, what do you believe the purpose
20 of those pits to be?
21    A    To handle spills or leaks from those
22 tanks down to the south or from the tank bottoms

Page 398

1 in those tanks.
2        Okay.  Slightly to the north, there are
3 some more tanks visible that were not there
4 before, in the earlier date.  We'll mark those
5 with arrows.
6        Then I've got a pond filled north of
7 Brush Creek that I'm pointing out on the later
8 date.  I believe this pit is new as well.
9        Just off of Powell Street, there's a new
10 pit visible on the later date.  I think that
11 covers it.
12    Q    Okay.  And as before, could there be
13 other process-related changes that you can't or
14 haven't identified in the aerial imagery?
15    A    Yes.  I wouldn't be able to tell what's
16 going on in the buildings.
17        MR. PETIT:  Ali, can we please mark that
18 as Exhibit 29?
19        (Deposition Exhibit Number 29 was marked
20 for identification.)
21 BY MR. PETIT:
22    Q    Mr. Grip, you see before you Exhibit 29.

Page 399

1 Does that exhibit accurately reflect the
2 annotations you made on the two images we just
3 discussed?
4    A    Yes.
5    Q    Okay.  I would like to turn your
6 attention to the Santa Fe Springs refinery
7 location.
8        MR. PETIT:  If you could, please, Ali, go
9 to Exhibit 1 at page 165.  Actually, if you don't
10 mind, if you could start at 162.
11 BY MR. PETIT:
12    Q    Mr. Grip, this is an aerial image from
13 your report dated August 1927.  Do you see that?
14    A    Yes.
15    Q    And you see that at this point in time,
16 the refinery doesn't exist at this location.  Is
17 that your understanding?
18    A    Yes.
19    Q    Okay.
20        MR. PETIT:  Ali, can you go down one
21 page, please, to 164?
22 BY MR. PETIT:

Page 400

1    Q    Now, it appears that in November 1932 --
2 at some point between 1927 and 1932, the facility
3 has been constructed.  Do you see that?
4    A    Yes.
5    Q    Okay.  If we could go to page 165.  And
6 this is an aerial image from your report dated
7 April 16th, 1941.  Do you see that?
8    A    Yes.
9    Q    And you've identified a number of
10 disposal features.  Do you see that?
11    A    Yes.
12    Q    There's a number of them to the west and
13 a few to the east of the actual process area; is
14 that right?
15    A    That's right.
16        MR. PETIT:  Can you compare that, Ali, to
17 the next page on page 166?
18 BY MR. PETIT:
19    Q    Do you see we're comparing the
20 April 16th, 1941 image with an image of January 1,
21 1945?  Do you see that?
22    A    Yes.

38 (Pages 397 - 400)

Randall Grip                                                        May 20, 2020

Page 401

1      MR. PETIT:  Ali, can you try to crop
2  those relatively consistently?
3  BY MR. PETIT:
4      Q    Mr. Grip, can you describe and annotate
5  some of the changes that you see between the two
6  images?
7      A    Sure.  On the later image, I'm going to
8  point out with my red arrow --
9      THE REPORTER:  I'm going to point out
10 with my red arrow...
11     THE WITNESS:  A new pit that is in use.
12 I'll circle with a red arrow on the later date
13 some change that I see north of the facility, new
14 development.
15     I think that covers the changes between
16 those two dates.
17 BY MR. PETIT:
18     Q    And as before, could there be
19 process-related changes that you either haven't
20 identified or cannot identify on the aerial
21 imagery?
22     A    Yes.

Page 402

1      MR. PETIT:  Okay.  Ali, can we please
2  mark this as Exhibit 30?
3      (Deposition Exhibit Number 30 was marked
4  for identification.)
5  BY MR. PETIT:
6      Q    Mr. Grip, you have Exhibit 30 before you.
7  Does that exhibit accurately reflect the
8  annotations you made between the two images we
9  just discussed?
10     A    Yes.
11     MR. PETIT:  Okay.  Ali, could you please
12 bring up Exhibit 16?
13 BY MR. PETIT:
14     Q    Mr. Grip, Exhibit 16 is the next image in
15 your report for this facility and it's dated
16 June 18th, 1947.  And this is an image that you
17 had annotated before with opposing counsel.  Do
18 you recall that?
19     A    Yes.
20     Q    Okay.  And the image before this one is
21 dated January 1, 1945.  Now, this one is
22 June 1947.  And what you've annotated on here is

Page 403

1  an additional pit to the east.  Do you see that?
2      A    Yes.
3      Q    Do you know when between January 1, 1945
4  and June 18, 1947 that pit was constructed?
5      A    Not the precise date, but I can just tell
6  you it's well before this particular date in
7  6/18/47.
8      Q    And why is that?
9      A    Well, it's clearly in use.  So they had
10 time to develop it and put it into use before this
11 date of photography.
12     Q    Okay.
13     MR. PETIT:  Ali, can we go back to
14 Exhibit 1 and then go to the next image, which is
15 at -- I think it's page 168?
16 BY MR. PETIT:
17     Q    Mr. Grip, we're going from June 1947 to
18 now January 1951.  Do you notice quite a bit of
19 change at this facility between those dates?
20     A    Yes.  I can obviously see the pits have
21 been closed.  There's changes to the pits.  And it
22 looks to be changes to the process area.

Page 404

1      Q    And what kind of changes do you see in
2  the process area?
3      A    I'd have to do a side-by-side.  It just
4  looks like some building have changed.
5      Q    Okay.  Let's go -- it may be easier to
6  see in the next image.
7      MR. PETIT:  Can we go to the next image,
8  Ali, 169?
9  BY MR. PETIT:
10     Q    This is from October 1953.  Do you see a
11 bunch of facilities, a process area that's been
12 removed?
13     A    Yes, I believe in the center of the site
14 the facility has been deconstructed in that area.
15 And this shows, on the 10/19/53 image, areas where
16 the former pits were located that are outlined
17 with white polygons.
18     Q    And I believe you testified regarding the
19 light-toned area to the south on this image.  Do
20 you recall that?
21     A    Yes.
22     Q    And what do you believe that area to be

39 (Pages 401 - 404)

Randall Grip

May 20, 2020

Page 405

1 used for?

2    A   It looks like almost a parking lot or

3 staging area for when they were removing those

4 structures. It doesn't look like a disposal-type

5 feature to me.

6    Q   In the image before, do you believe that

7 the deconstruction of this facility was happening

8 as early as January 1951?

9    A   Can you show it to me again? I

10 believe -- can we go back?

11       Yes, I believe they've removed features

12 from the center of that facility.

13       MR. PETIT: Ali, can we go ahead and

14 scroll forward? We're on 168. If we can go to

15 170.

16 BY MR. PETIT:

17    Q   And then does it appear to you, Mr. Grip,

18 that by June 1956, that this facility has been

19 almost entirely deconstructed?

20    A   Yes. There's been a lot more removal of

21 structures on the site. And one of the pits has

22 been closed.

Page 406

1    Q   Okay.

2       MR. PETIT: I'll go ahead and pass the

3 witness.

4       MS. MENEES: All right. I'm good to just

5 keep going. I don't think we need a break.

6       How are you doing, Denise?

7       THE REPORTER: I'm fine.

8 FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT

9 BY MS. MENEES:

10    Q   Okay. I'd like to go to Exhibit 19. So

11 Mr. Grip, I believe you just testified that there

12 are disposal features in both of these images, but

13 that they changed between the two images; is that

14 correct?

15    A   Yes.

16    Q   How did they change?

17    A   A rectangular pit was closed adjacent to

18 several tanks north of a rail spur. It was closed

19 on the later date. And there were landfilling

20 activities seen on the later date of photography

21 which weren't seen on the earlier date of

22 photography. There's --

Page 407

1    Q   They were still -- sorry. Go ahead.

2    A   That's also a berm construction and

3 impoundment of liquid along that berm.

4    Q   But it's your testimony that they were

5 disposing of materials on site in both images?

6    A   Yes.

7    Q   Is the berm a disposal feature?

8    A   No.

9    Q   Okay. So you just testified that a

10 disposal feature that changed was the berm that

11 was visible; is that right?

12    A   Well, it impounded liquid that would flow

13 off the site and into the river. So in that way,

14 I guess you could call that a disposal feature as

15 it pertains to that particular site.

16    Q   Okay. Let's go to the next exhibit. You

17 also testified in this image that there are

18 disposal features in both of these images but that

19 they changed. How did they change?

20    A   Well, on comparing the two dates, some of

21 them were closed. Then new ones were added on the

22 later date that were not visible on the first

Page 408

1 date. And also, the boundaries of some of the

2 newer pits were obviously modified.

3    Q   But the practices for disposing of waste

4 were on site, is that right, in both images?

5    A   Yes. They're on site.

6    Q   And then you also testified that the

7 processes may have changed, but you couldn't see

8 them. What sort of processes are you talking

9 about?

10    A   Just the change of production of that

11 refinery. I don't know if it's different fuel or

12 oil or what have you.

13    Q   But you don't know specifically what

14 those processes are, how they would have changed?

15    A   No. What I'm saying is if there's a

16 change in chemical process or refining process, I

17 wouldn't necessarily see it just based on the

18 aerials alone.

19    Q   So you can't see any process changes,

20 correct?

21    A   I can't see the change and I can't see

22 that it's not changed.

40 (Pages 405 - 408)

Randall Grip                                                May 20, 2020

Page 409

1    Q    You're testifying as to what you can
2  observe in the images, right?
3    A    Yes.
4    Q    And you're not testifying as to the
5  processes, right?
6    A    No, but I'm explaining that if they
7  changed the process, I wouldn't necessarily notice
8  that the process has been changed unless there's a
9  very distinctive feature that appears, like you
10 pointed out, you know, a distinctive construct of
11 a unit or something like that.
12   Q    And pits remained open between these two
13 image, right?
14   A    There were open pits on both dates of
15 photography.  Now, there are newly open pits on
16 the later date that weren't there on the previous
17 date.  There are also --
18   Q    Pits that remained the same, right?
19   A    There are some that did remain generally
20 the same.
21   Q    So the disposal practices for those pits
22 would have remained consistent, right?

Page 410

1    A    In that it's a disposal feature,
2  certainly.  I don't know if what is going into the
3  pits has changed between the two dates, but the
4  basic boundaries of the pit is unchanged on a few
5  of these.  But there are new ones that are added
6  and some that are closed.
7    Q    Okay.  Let's go to the next exhibit.  So
8  you also testified that there are disposal
9  features in both images, but that they changed.
10 But there are pits in both of these images, right?
11   A    There are pits in both of these images.
12 Some --
13   Q    And those are -- go ahead.
14   A    They do change in area or are opened or
15 closed between the dates, or they're divided into
16 different features or different bays, for example,
17 in the center, in the spray pond.
18   Q    And just for the record, we're talking
19 about Exhibit 21 right now.  So the pits remain in
20 use in both of these images, no matter whether
21 they move or are closed or whether they get
22 bigger, right?  There are still pits in use in

Page 411

1  both photos?
2    A    Yes, there are still pits in use in both
3  photos.
4    Q    There are still impoundments in both
5  photos?
6    A    Yes.  Well -- yes.
7    Q    And there's still an area labeled
8  disposal area in both photos, right?
9    A    Yes.
10   Q    So it seems like waste disposal features
11 have also remained the same in both images, right?
12   A    Some disposal features have remained the
13 same.  Some have changed.
14   Q    Okay.  Let's go to the next image.  So
15 you also testified that --
16        MR. PETIT:  Sydney, for the record, we're
17 talking about Exhibit 22?
18        MS. MENEES:  Yes, thank you.
19 BY MS. MENEES:
20   Q    This is Exhibit 22.  And you testified
21 that there are disposal features in both of these
22 images and that the disposal features changed,

Page 412

1  right?
2    A    I'm not sure if I answered that question
3  on this image.  I know there was a pit visible on
4  the first date.
5    Q    Okay.  So you testified with regard to
6  this exhibit that there could have been pits in
7  the bermed areas in the right-hand photo; is that
8  right?
9    A    I don't remember how the question was,
10 but that is a potential area.  If there was
11 activities like we saw on the other site in this
12 case where they dug a pit and deposited either
13 spill or tank bottoms into that area, that would
14 be where they would be on this site.  I don't
15 remember what the exact question was, if you want
16 to read that back to me.
17   Q    I don't think that's necessary.  Did
18 you -- did you add that to your expert report
19 anywhere?
20   A    No.  I was just answering the question.
21   Q    So why didn't you have it in your expert
22 report?

Randall Grip                                                                      May 20, 2020

Page 413

1    A    I didn't see the activity of digging and
2  disposal within that boundary on the photograph.
3    Q    So you never actually saw a pit in
4  these -- in this photograph, right?
5    A    Well, I see it in the left photograph,
6  and I see that it was covered in the right
7  photograph.  That same pit that was visible on the
8  earlier date is now covered by development in the
9  right photograph.  But I don't --
10    Q    To clarify, I meant that you didn't see
11  any pits in the bermed areas of the tank in the
12  right photograph, right?
13    A    Correct.
14    Q    You were just testifying that they could
15  have been there?
16    A    If that same practice happened, that
17  would be where those pits would be found.
18    Q    Do you consider yourself an expert in
19  refinery practices?
20    A    I've looked at several refineries and
21  understand what practices happen in different
22  refineries.  And even in this same case, I see

Page 414

1  that type of activity, so I know it's -- it's a
2  common practice.
3    Q    Are you testifying as a refinery
4  processes expert?
5    A    No.
6    Q    So this is just something that you're
7  opining on as a layperson?
8    A    No.  I've observed this type of activity
9  even on this facility -- or not this facility, but
10  in this litigation, this type of activity.  But I
11  don't --
12    Q    In this -- go ahead.
13    A    But I don't actually see the pit on this
14  photograph.
15    Q    Okay.  Let's go to the next exhibit.
16  This is Exhibit 23.  So for this exhibit, you
17  testified that disposal features are in both
18  photos, but the disposal features changed; is that
19  right?
20    A    Yes.
21    Q    How did they change?
22    A    Well, one of the pits has been filled, no

Page 415

1  longer in use.  And then new pits are visible in
2  the later date across the rail spur to the east.
3    Q    But there are pits in both images, right?
4    A    Yes.
5    Q    So the disposal features just moved?
6    A    Well, new disposal features were open.
7    Q    So you would say some of the disposal
8  features remained the same between images and some
9  of them were new?
10    A    I'd say one one of the disposal features
11  remained the same, one changed, and three or four
12  are new.
13    Q    And the tanks that you marked aren't
14  disposal features, are they?
15    A    No.
16    Q    In any of the images when you marked new
17  tanks, those aren't disposal features, right?
18    A    Well, just by themselves, I wouldn't
19  consider them a disposal feature.  There are
20  circumstances where they could be considered that,
21  but not in this case, to my knowledge.
22    Q    Okay.  Let's go to the next exhibit.

Page 416

1  This is Exhibit 24.  For this exhibit, you also
2  testified that there are disposal features in both
3  images, but disposal features changed; is that
4  right?
5    A    Yes.
6    Q    And how did they change?
7    A    One was filled in.  And there was --
8  well, the change is just the filling in the slush
9  pit.
10    Q    But there are other pits that remained
11  open between the two images, right?
12    A    Yes.
13    Q    So those disposal features remained
14  consistent?
15    A    Yes.  I'd say, in general terms, from
16  what I can see.
17    Q    And just going back to the temporary tank
18  bottom scraping pits that you referenced earlier,
19  a lot of these pits we've seen remain open over
20  the course of many years.  So those aren't
21  temporary pits, right?
22    A    Right.

42 (Pages 413 - 416)

Randall Grip                                                            May 20, 2020

Page 417

1   Q   Okay.  Let's go to Exhibit 25.  In the
2   right-hand -- or the left-hand image, just to
3   clarify, this refinery hasn't been built yet,
4   right?
5   A   Right.
6   Q   Okay.  Let's move to the next exhibit.
7   You also testified in this image that the tanks
8   with the arrows have berms around them so there
9   could be pits built in there; is that right?
10  A   I believe my testimony was there was
11  space in that area to perform that function that
12  we saw on the other facility in this litigation.
13  Q   But you didn't actually see this in any
14  of the images for this refinery, right?
15  A   No.
16  Q   Okay.  Let's go to the next image.  This
17  is Exhibit 27.  So for this image -- these images,
18  you testified that there are disposal features in
19  both images, but that the disposal features
20  changed; is that correct?
21  A   Yes.
22  Q   How did they change?

Page 418

1   A   They were either closed or -- well,
2   basically closed, either covered over and a new
3   one was added.
4   Q   Are any of them consistent between the
5   two images?
6   A   I don't believe in that case -- I still
7   have an area -- I don't believe that they were the
8   same across these two dates.
9   Q   But there are pits in both images.  They
10  just moved places; is that right?
11  A   They moved places and there was new ones
12  that were opened.
13  Q   Let's go to Exhibit 28.  For this image,
14  you also testified that there are disposal
15  features in both photos, but that the disposal
16  features changed; is that right?
17  A   Yes.
18  Q   How did they change?
19  A   We've got an area that was identified as
20  a bermed area with dark liquid in the earlier
21  date, and we see filling within that bermed area
22  on the later date.  And --

Page 419

1   Q   And -- go ahead.
2   A   Sorry, that's it.  Ask the question.
3   Q   And there are pits that remain visible in
4   both photos, right, that you would consider
5   disposal features?
6   A   Yes.  There are pits on both photos.
7   Q   And you consider pits disposal features?
8   A   Yes.
9   Q   And some of these are the same pits,
10  right?
11  A   Some of them are the same pits, some of
12  them are new pits, some of them are changes.
13  Q   Okay.  Let's go to Exhibit 29.  So for
14  this photo, you testified that the space next to
15  the tanks in the right-hand photo is big enough
16  that there could be a pit for tank scraping; is
17  that correct?
18  A   I don't know that I said that on this
19  date.  There are big areas, but there are pits
20  that serve those same tanks that are visible.
21  You'd have to go back over my testimony to
22  confirm.  I don't remember that.

Page 420

1   Q   Okay.  So would you say that the pits in
2   this image are not -- would not be next to the
3   tanks if there -- sorry.  Strike that.
4       If there were tank -- if there were tank
5   scraping that occurred, it wouldn't happen next to
6   the tanks in this image?
7   A   I can't rule that out.  I can just tell
8   you there are already pits out there that service
9   that area.  So I'd expect it to be used -- those
10  pits to be used for spills or leaks or tank
11  bottoms.
12  Q   And just to be clear, you didn't see any
13  pits open next to the tanks like -- for tank
14  scraping purposes like the one in the other image
15  that you're referencing, right?
16  A   No, not on this photograph.
17  Q   And not for this refinery, right?
18  A   Right.
19  Q   Okay.  Let's go to the last image,
20  Exhibit 30.  So for this image you testified that
21  there are disposal features in both photos, but
22  that the disposal features changed; is that

43 (Pages 417 - 420)

Randall Grip                                                      May 20, 2020

Page 421

1 correct?

2    A   Yes.

3    Q   And how did they change?

4    A   There's a new one added, and on one of

5 the pits it appears to be dry and out of use on

6 the later date.  It's just a bermed area with

7 nothing in it.

8    Q   So the pits -- there are pits in both

9 photos, right?

10   A   Yes.

11   Q   And the pits are what you consider to be

12 disposal features, right?

13   A   Yes.

14   Q   And some of the pits remained consistent

15 between the two photos, right?

16   A   Yes.

17       MS. MENEES:  Okay.  I'd like to go off

18 the record.  I think I'm done, but I just want to

19 confer with co-counsel.

20       MR. PETIT:  Okay.

21       (Whereupon, a short recess was taken.)

22       MS. MENEES:  I don't have any more

Page 422

1 questions for Mr. Grip at this time.

2       MR. PETIT:  I don't have any more

3 questions either.

4       (Whereupon, at 4:40 p.m., the remote

5 deposition of RANDALL GRIP was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 423

1        CERTIFICATE OF NOTARY PUBLIC

2        I, Denise M. Brunet, the officer before

3 whom the foregoing deposition was taken, do hereby

4 certify that the witness whose testimony appears

5 in the foregoing deposition was sworn by me; that

6 the testimony of said witness was taken by me

7 stenographically and thereafter reduced to print

8 by means of computer-assisted transcription by me

9 to the best of my ability; that I am neither

10 counsel for, related to, nor employed by any of

11 the parties to this litigation and have no

12 interest, financial or otherwise, in the outcome

13 of this matter.

14

15

16       Denise M. Brunet

17       Notary Public in and for

18       The District of Columbia

19

20 My commission expires:

21 December 14, 2022

22

Page 424

1        ACKNOWLEDGEMENT OF DEPONENT

2        I, RANDALL GRIP, do hereby acknowledge I

3 have read and examined the foregoing pages of

4 testimony, and the same is a true, correct and

5 complete transcription of the testimony given by

6 me, and any changes and/or corrections, if any,

7 appear in the attached errata sheet signed by me.

8

9

10

11

12

13

14

15

16

17

18

19

20

21 _____   _____

22 Date              RANDALL GRIP

44 (Pages 421 - 424)

Page 425

1 Capital Reporting Company

2 1250 Eye Street, Northwest

3 Suite 350

4 Washington, D.C.  20005

5 (202) 857-DEPO

6        E R R A T A  S H E E T

7 Case Name:  MRP Properties Company, et al. vs.

8          United States

9 Witness Name:  Randall Grip

10 Deposition Date:  May 20, 2020

11 Job No.  4115535

12

13 Page No.    Line No.      Change/Reason for Change

14

15

16

17

18

19

20

21 _____        _____

22 Signature                          Date

Page 426

1         CAPITAL REPORTING COMPANY
        1250 Eye Street, N.W. - Suite 350
2             Washington, D.C. 20005
        Phone: 202-857-DEPO  Fax: 973-629-1287
3             erratas-cs@veritext.com
4 June 2, 2020

5 To:William C. Petit, Esquire

6 Case Name: MRP Properties Company, LLC, Et Al., v. United States Of
   America
7
   Veritext Reference Number: 4115535
8
   Witness:  Randall Grip      Deposition Date:  5/20/2020
9
10 Dear Sir/Madam:

11 Enclosed please find a deposition transcript.  Please have the witness
   review the transcript and note any changes or corrections on the
12 included errata sheet, indicating the page, line number, change, and
   the reason for the change.  Have the witness' signature at the bottom
13 of the sheet notarized except in California where they are signing
   under penalty of perjury and email the errata sheet back to us at the
14 address shown above.
15
   If the jurat is not received within thirty days of your receipt of
16 this letter, the reading and signing will be deemed waived.
17
   Sincerely,
18
19 Production Department
20
21 Encl.
22 Cc:Sydney Menees, Esquire

45 (Pages 425 - 426)

**&**

**&** 253:7

**1**

**1** 258:20,21 275:5
312:19 338:7
339:21 340:3
345:16 351:5,9
352:15 358:5
359:11 362:21
366:19 371:3
372:13 376:20
377:1 379:14,21
382:11 386:16
390:15 395:19
399:9 400:20
402:21 403:3,14
**1/1/1945** 255:13
257:13
**10/19/53** 404:15
**10/20/1938** 257:11
**10/25/1938** 256:18
**100** 277:5 375:10
**108** 258:22 267:1
376:20
**10th** 314:2 321:17
363:1 384:12
**11/14/1938** 256:11
**11/28/1938** 257:8
303:9
**11/8/1938** 256:17
**111** 271:15,15
377:8
**11174** 252:8
**112** 270:5
**113** 271:8,16
**117** 277:5
**119** 277:5 379:14
**11:42** 334:14
**11th** 300:12
**12/4/1951** 256:11
**121** 280:7
**123** 280:8

**124** 281:10 379:21
**125** 382:11
**1250** 252:21 425:2
426:1
**126** 382:12
**127** 291:15 383:2
**12:40** 334:14
**12:42** 334:16
**13** 255:8 291:7,9
**131** 384:9
**133** 384:21
**139** 292:21 297:3
297:3 386:16
**14** 255:10 302:14
302:15,19 423:21
**141** 297:3 387:4
**142** 302:22
**145** 303:7 304:11
**14541** 423:15
**146** 303:8 390:15
**148** 311:6 392:8
**149** 311:7
**14th** 367:2 368:1
372:17 373:4
**15** 255:12 328:7,9
328:12 343:21
**150** 254:9 312:19
**155** 315:1 395:19
**156** 319:7,10
396:12
**157** 319:7
**158** 320:12
**15th** 310:12 358:8
359:14 360:3
**16** 255:15 329:11
329:12,16 344:9
402:12,14
**162** 321:11 399:10
**164** 322:17 399:21
**165** 324:21,22
399:9 400:5
**166** 324:22 328:17
400:17

**167** 328:17 330:18
**168** 329:19 403:15
405:14
**169** 330:19 404:8
**16th** 323:15 400:7
400:20
**17** 252:8 255:17
343:22 344:1,11
344:12,19 345:8,8
**170** 405:15
**18** 255:20 349:1,2
349:8,11 350:9
356:22 403:4
**18th** 402:16
**19** 256:2 353:16
355:14,16 356:14
357:7 406:10
**1927** 321:11
322:10 399:13
400:2
**1932** 321:17 400:1
400:2
**1937** 372:17 373:4
384:12
**1938** 264:16
266:21 267:8
269:13 274:11
277:7 293:1 297:7
316:17 322:18
338:11 340:12
341:18 342:1,18
347:4 348:16
351:13 353:15
363:1,22 367:2
368:1,14 377:2
379:18 380:8
386:19 390:18
396:1
**1940** 340:14 346:7
358:8 359:14
360:3
**1940s** 255:18,21
340:17 341:11

**1941** 323:15
346:14 400:7,20
**1941-1954** 255:21
**1942** 373:5 375:13
375:19
**1943** 280:11
**1944** 267:9 272:7
273:6 281:11
283:13 284:6
286:7,22 290:7
377:11 380:2,8
**1945** 325:15,15,17
329:1 400:21
402:21 403:3
**1946** 385:2
**1947** 282:6 283:12
307:1,11 308:21
310:18 311:15
312:3,14,14 329:1
330:16 341:6,14
341:15,19 342:1
342:18 346:9,17
346:22 347:5
392:11 402:16,22
403:4,17
**1948** 270:15 271:4
**1949** 359:14 360:3
**1950** 316:15,17
319:3 363:12,16
363:22 364:2
375:15,20 396:15
**1951** 329:20 330:2
368:2,6,9,15
403:18 405:8
**1952** 295:11 300:7
300:19 310:12
311:13 312:7,12
313:1,5 367:19
371:4 387:7
**1953** 271:20 272:6
273:2,7,18 312:20
313:1 372:2
382:16 383:3
404:10

Randall Grip

May 20, 2020

**[1954 - 8th]**

Page 2

**1954**  300:12 318:13 319:15 320:7,11,14 346:14 352:19 353:16
**1956**  314:2 332:7 405:18
**196**  317:7
**19th**  312:20 373:4 375:13
**1:05**  335:2
**1st**  325:15

---

**2**

**2**  277:4 279:19 281:11 290:14 379:12,17 385:6 426:4
**2/21/1947**  286:2
**2/7/1946**  257:2
**20**  252:12 256:4 362:2,4,15 366:4 425:10
**20002**  254:11
**20005**  252:22 425:4 426:2
**202**  254:12 425:5
**202-857**  426:2
**2020**  252:12 425:10 426:4
**2022**  423:21
**20th**  396:1
**21**  256:7 282:6 366:5,6,7,10 410:19
**21st**  318:13
**22**  256:10 370:10 370:11,16 411:17 411:20
**22nd**  359:14 360:3
**23**  256:13 374:19 374:20 375:1 378:14 414:16
**24**  256:16 378:14 378:15,17,20

416:1
**24th**  322:18
**25**  256:18 381:21 381:22 382:3 417:1
**258**  255:3
**25th**  277:7 307:1 375:15 379:18 392:11
**26**  257:1 386:3,4,8 386:8
**26th**  338:11 340:12 341:18 351:13 382:16
**27**  257:4 389:20 389:21 390:6 417:17
**27th**  295:11 332:7 387:7
**28**  257:7 394:12 394:13 395:7,11 418:13
**28th**  390:18
**29**  257:10 398:18 398:19,22 419:13
**291**  255:9
**29th**  367:19 371:4
**2nd**  320:14

---

**3**

**3**  338:8 339:19 391:8
**3/25/1947**  257:8
**30**  257:12 402:2,3 402:6 420:20
**302**  255:11
**30s**  293:10 305:5 305:10
**328**  255:14
**329**  255:16
**335**  255:4
**344**  255:19
**349**  255:21
**350**  252:21 425:3 426:1

**353-5885**  254:12
**355**  256:3
**355-5023**  253:11
**362**  256:6
**366**  256:9
**370**  256:12
**374**  256:15
**378**  256:17
**38**  256:19 262:14 262:16,22 266:21 269:11 270:1 298:11
**386**  257:3
**389**  257:6
**394**  257:9
**398**  257:11
**3rd**  281:11 377:11 380:2

---

**4**

**4**  254:8 339:19
**4.137**  254:10
**4/11/1954**  255:10
**4/15/1940**  256:5
**4/3/1944**  255:8 256:17,19
**4/5/1954**  256:3
**40**  340:5
**402**  257:14
**406**  255:5
**4115535**  425:11 426:7
**43**  262:12
**44**  267:17 268:15 269:11,13 270:1 271:18,21
**45**  340:5 345:14 345:19,20
**47**  286:5 342:20 345:15,19,19,20 347:2
**4:40**  422:4
**4th**  368:2

---

**5**

**5/19/1942**  256:14
**5/20/1953**  256:3
**5/20/2020**  426:8
**5/22/1949**  256:5
**5/24/1938**  257:13
**50s**  299:10
**515**  253:8
**53**  271:19
**59**  351:5
**5th**  293:1 352:19 363:16 386:19

---

**6**

**6**  262:12
**6/18/1947**  255:13 255:15
**6/18/47**  403:7
**6/26/1938**  255:18
**68**  351:9 352:15
**69**  352:16

---

**7**

**7/10/1938**  256:8
**7/27/1952**  257:5
**7/5/1938**  257:5
**713**  253:11
**73**  358:5
**76**  359:11
**77027**  253:10
**7th**  316:15 329:20 330:2 385:2 396:15

---

**8**

**8/10/1937**  257:2
**82**  362:21
**8280**  252:15
**84**  363:13
**857**  425:5
**89**  366:19
**8th**  273:18 377:2 383:3

**9**

**9/14/1937**  256:14
**9/25/43**  263:16
**9/5/1950**  256:8
**9/7/1950**  257:11
**900**  253:9
**91**  367:16,22
**92**  367:22 371:3
**93**  372:6
**97**  372:13
**973-629-1287**
  426:2
**98**  372:14
**99**  373:1 375:10
**9:31**  252:13

**a**

**a.m.**  252:13
**ability**  423:9
**able**  264:12
  265:13 316:19
  349:8 398:15
**access**  295:19
**accurate**  352:8
**accurately**  271:2,6
  302:19 328:13
  329:16 344:5
  350:9 357:8
  362:15 366:13
  370:19 375:4
  378:20 382:7
  386:9 390:8
  395:12 399:1
  402:7
**acknowledge**
  424:2
**acknowledgement**
  424:1
**acquired**  295:2
**acreage**  392:4
**act**  383:13
**action**  331:21
**actions**  393:22

**active**  315:11
**activities**  280:16
  314:16 316:9
  321:6 338:3 369:7
  392:19 393:22
  406:20 412:11
**activity**  290:7
  339:2,3,4 369:5
  385:15 413:1
  414:1,8,10
**actual**  275:11,14
  286:7 290:18
  383:13 400:13
**add**  283:5 412:18
**added**  282:4 286:4
  307:8 345:9
  388:19 407:21
  410:5 418:3 421:4
**addition**  336:11
  359:5,6
**additional**  322:20
  336:9 347:6,16
  348:4 371:21
  377:19 378:6
  403:1
**address**  426:14
**adds**  356:3
**adjacent**  261:21
  295:20 298:16
  307:18 311:21
  315:5 317:2,3,4
  319:20 384:3
  385:16 393:15
  406:17
**adopted**  276:8
**aerial**  271:18,19
  271:20,21 274:11
  276:8 277:18
  338:11 363:2,12
  376:9 379:16
  380:2 382:15
  383:20 384:11
  386:18 389:11
  390:17 395:21,22

398:14 399:12
  400:6 401:20
**aerials**  322:14
  408:18
**aero**  252:14
**afternoon**  335:1
**agree**  300:15
**agrees**  286:7
**ahead**  265:9 269:3
  288:3 395:6
  405:13 406:2
  407:1 410:13
  414:12 419:1
**al**  252:5 425:7
  426:6
**ali**  254:18 338:6
  339:18,21 340:6
  340:20 343:19
  344:3 345:13
  348:22 350:1
  351:4 352:14,21
  355:13 358:4
  359:10,17 362:1,9
  362:20 363:11,18
  366:3,18 367:15
  367:21 370:9
  371:2 372:5,12,22
  374:18 375:9
  376:19 377:7
  378:13 379:13,20
  381:20 382:10
  384:8,20 386:2,15
  387:3,9 389:19
  390:14 392:7
  394:11 395:18
  396:11 398:17
  399:8,20 400:16
  401:1 402:1,11
  403:13 404:8
  405:13
**alma**  255:18,21
  256:3 338:12,14
  338:15 341:4,14
  346:7 351:2,12

357:17
**america**  252:8
  426:6
**analysis**  268:11
  271:3 277:18
  284:16 304:21
  336:15
**annotate**  273:14
  287:6 341:22
  353:17 363:21
  373:8 375:18
  377:14 387:14
  392:16,19 396:19
  401:4
**annotated**  255:8
  255:10,12,15,17
  255:20 256:2,4,7
  256:10,13,16
  257:1,4,7,10,12
  275:11 338:11,16
  402:17,22
**annotating**  354:9
**annotation**  302:20
  349:6
**annotations**
  328:13 329:17
  344:5 345:9 349:9
  350:10 357:8
  362:16 366:14
  370:20 375:5
  378:21 382:6
  386:9 390:9
  395:13 399:2
  402:8
**answer**  277:21
  380:4
**answered**  412:2
**answering**  412:20
**apologize**  344:13
  345:19 356:13
  390:1
**appear**  271:22
  283:21 285:5
  287:12 293:6

Randall Grip

May 20, 2020

[appear - basically]

Page 4

294:4 305:21
313:15 317:1,12
321:20 322:14
364:21 365:10
397:12,16 405:17
424:7
**appearances**
254:1
**appearing** 253:22
254:22 391:12
**appears** 260:8,9
266:12 267:10
268:16 272:15
283:16 293:18
298:22 299:2
301:4 308:19
309:12,18 310:2
310:13 313:9
315:12 316:4
361:6 393:10
400:1 409:9 421:5
423:4
**appropriate**
359:18
**approximate**
325:7 364:17
**approximately**
353:16
**april** 281:11
300:12 310:12
312:20 323:15
352:19 353:16
358:8 359:14
360:3 377:11
380:2 382:16
400:7,20
**ardmore** 256:5
358:2,8
**area** 260:18,20,21
261:20 263:2
264:1,3,4,8,11
266:1,1,12,19
267:6,8,11,14,16
273:5,5,9 277:9

279:13 283:21
284:11 285:4,10
285:11,14,18
287:1,7,8 288:19
289:1,5 293:11,14
293:20 294:9,11
294:12 295:9,12
295:12,13,14,19
295:20,22 296:2,2
296:3,4,5,7,17,20
297:6,7,8,11,12
297:14,16,19,20
298:2,12,19
299:12,15,17,17
299:19 300:1
301:1,2,3,3,4,6,6
301:8,13,17,20,22
302:3 304:1,14
305:16,21 308:7
308:13,15 309:9
310:1 311:1,3,8
311:10,20,22
312:13,17,18,18
313:9,9,10,12
314:19 315:11
316:3 317:17,19
319:14,17,18,19
319:21,22 320:3
322:6 325:10
326:6,12,12,15,17
326:18,21 327:1,5
327:8,15 328:2,3
331:8,14,18
332:11 333:5,8
351:22 352:4
354:10,11,12,15
354:21,21,22
358:22 360:7,9,17
361:14 364:6,12
364:17 365:12,15
368:12,16 369:1,5
374:6,9 376:3
383:16 387:10,19
388:4,5,12,15,20

389:3 392:3,17,20
392:21,22 393:5
397:1,4,15 400:13
403:22 404:2,11
404:14,19,22
405:3 410:14
411:7,8 412:10,13
417:11 418:7,19
418:20,21 420:9
421:6
**areas** 285:12,13
285:16 287:4,22
293:22 305:15
306:12 308:13
314:17 316:3
321:7 330:22
340:7 342:8
361:12,12 364:3
377:19,22 404:15
412:7 413:11
419:19
**arkansas** 256:8
362:19 363:2
**arrow** 301:17,21
342:7 347:19
348:1 361:5
369:19 374:1
385:20 388:16
389:7 393:3,7
397:3 401:8,10,12
**arrows** 342:21
369:20 373:11
377:21 397:5
398:5 417:8
**arthur** 257:8
303:8 310:12
314:8 390:13
394:16
**aside** 336:19
**asked** 301:12
335:17,19 337:8
339:1,6
**asking** 265:12

**assisted** 423:8
**associated** 285:20
287:5,12,15 295:2
314:11 315:19
316:4,9 320:1
321:3 322:15
331:20 358:21
378:10
**assuming** 333:18
**attached** 257:16
424:7
**attention** 351:2
358:2 362:18
365:3 366:16
372:10 379:11
384:7 386:13
390:12 395:16
399:6
**august** 321:11
384:12 399:13
**avenue** 355:9,11

**b**

**back** 262:22
282:21 283:2
290:4 304:10
320:16 322:9
334:13 339:21
345:18 387:9
395:6,7,22 403:13
405:10 412:16
416:17 419:21
426:13
**bailiwick** 337:6
**banks** 298:17
**barks** 253:6
**based** 259:5
322:13 341:5
384:15 408:17
**basic** 262:11 316:2
359:3 410:4
**basically** 278:10
303:14 381:14
418:2

Randall Grip

May 20, 2020

**baton** 252:16
**bayou** 304:14
  307:19
**bayous** 304:15
**bays** 281:1 306:11
  364:22 381:9,12
  381:14 410:16
**beginning** 277:21
  335:18
**begun** 308:21
**behalf** 253:3 254:3
**believe** 262:17
  263:3,6 265:5
  266:15 271:11,15
  274:1,9 282:15
  289:4,12 290:8
  294:20 311:5
  322:5 329:6 336:2
  337:14 338:10,19
  341:6,8 343:20
  344:22 351:19,21
  354:18 358:19
  365:11 366:4
  371:10 372:3
  374:9 380:20
  383:9 387:22
  388:7 391:3
  394:17 396:8
  397:19 398:8
  404:13,18,22
  405:6,10,11
  406:11 417:10
  418:6,7
**berm** 263:9
  267:13 273:15
  287:13,18 288:5
  294:4 297:19
  299:19 354:9,13
  354:21 355:8
  369:21 387:17,22
  387:22 388:13
  392:21 407:2,3,7
  407:10

**bermed** 263:2,3,6
  267:13 287:8
  289:1 298:19
  301:1,2 305:17,17
  305:18,21 308:13
  308:15 309:8
  311:1,9 314:17,19
  317:17,18 323:22
  326:17 328:2
  392:17,21 393:5
  397:4 412:7
  413:11 418:20,21
  421:6
**berms** 273:13
  283:21 321:20
  323:22 324:10
  326:12,15 360:19
  360:20 369:1
  417:8
**best** 423:9
**better** 340:19
  371:17 397:2
**big** 297:20 301:1
  320:18 369:2
  419:15,19
**bigger** 270:15
  326:2 360:19
  410:22
**bit** 284:11 295:17
  303:13 320:11
  324:11 330:11
  340:18 348:18
  357:13 388:19
  403:18
**black** 304:9
**blend** 310:2
**blow** 261:5,11
  339:22
**blue** 256:11 268:1
  287:6 327:11
  353:4 366:17,22
**bottom** 269:19
  358:17 361:3
  382:20 416:18

  426:12
**bottoms** 285:19,20
  289:3,8,16 352:4
  369:9 384:3
  393:20 397:22
  412:13 420:11
**boulevard** 253:8
**boundaries** 268:3
  294:10 298:7
  303:16,22 305:7
  310:3,5 391:7
  408:1 410:4
**boundary** 322:6
  413:2
**bounding** 324:16
**break** 258:12
  292:16 334:3,13
  394:20 395:1
  406:5
**breaking** 391:20
**bridge** 355:9,10
**bring** 338:6,7
  344:18 351:4
  366:18 372:12
  376:20 379:13
  390:15 402:12
**broken** 295:21
**brought** 309:1
  319:18
**brunet** 252:17
  423:2,16
**brush** 315:6 317:3
  398:7
**building** 404:4
**buildings** 266:9
  350:18 361:14
  364:15 374:6,13
  398:16
**built** 279:12
  297:19 417:3,9
**bunch** 377:21
  404:11
**burn** 348:7

**c**

**c** 253:1,4 254:5
  255:1 258:1 426:5
**california** 255:14
  255:16 256:15
  257:14 321:12
  333:13 426:13
**call** 266:17 276:1
  276:12 282:7
  294:13 309:8
  314:17 335:14
  337:5 407:14
**called** 258:4 282:8
  300:2 315:14
  335:5 377:1
  379:17 391:1
**calling** 335:11,12
**capital** 252:20
  425:1 426:1
**capture** 288:14
  302:13 305:19
  308:18 329:8
  359:20
**captured** 297:20
  302:7 388:13
**captures** 353:21
**capturing** 288:7
**case** 252:7 261:14
  261:17 282:11
  288:4 336:12,21
  337:5,11 338:1
  369:16 412:12
  413:22 415:21
  418:6 425:7 426:6
**casting** 285:2
**cat** 341:2,4,10,13
  346:18 347:9,22
**catch** 383:12,17
  383:19,20
**catching** 289:13
**cause** 283:7
**causing** 323:5
**cc** 426:22

Randall Grip

May 20, 2020

**ccs** 356:22
**center** 298:6 326:5
   351:17 388:19
   404:13 405:12
   410:17
**central** 334:14,14
   364:9,14
**certain** 260:21
   261:4,14,16
   269:17,21 279:3,5
   284:10,14,20
   285:3 286:19
   294:8 298:6 299:6
   315:10,14 317:20
   319:21 322:6
   327:7,21 328:4
   354:22
**certainly** 302:7
   324:11 330:12
   365:19 376:10
   388:6 389:12
   410:2
**certificate** 423:1
**certify** 423:4
**change** 269:10
   273:12 279:13
   280:4 289:5
   311:16 320:18
   327:2 330:6 342:2
   350:18 357:21
   360:17 361:13,15
   361:21 366:1
   373:14 374:5,7
   376:15 379:9
   380:11 388:21
   389:16 394:7
   401:13 403:19
   406:16 407:19
   408:10,16,21
   410:14 414:21
   416:6,8 417:22
   418:18 421:3
   425:13,13 426:12
   426:12

**changed** 266:20
   267:8 268:9 272:7
   273:6 274:16,21
   300:22 311:18
   330:16 347:13
   357:2 365:7
   374:10 380:12,14
   404:4 406:13
   407:10,19 408:7
   408:14,22 409:7,8
   410:3,9 411:13,22
   414:18 415:11
   416:3 417:20
   418:16 420:22
**changes** 280:12
   312:16 341:22
   347:3,6 350:13,19
   350:21 353:18
   360:2 361:11
   363:21 365:2,17
   373:8 375:19
   376:8 377:14
   379:2,4 387:15
   389:10 392:16
   396:18 398:13
   401:5,15,19
   403:21,22 404:1
   408:19 419:12
   424:6 426:11
**changing** 274:19
**channel** 292:6
**characterization**
   304:20
**characterized**
   358:12
**chemical** 336:22
   338:4 408:16
**chippewa** 388:2,4
   388:8
**circa** 255:18,20
   340:13,17 341:11
   346:7
**circle** 343:3
   348:20 353:20

364:16 370:6
   374:2,8,11 388:16
   388:18 389:3
   392:22 393:1,3
   394:9 401:12
**circled** 288:5
   343:7
**circumstances**
   415:20
**city** 256:8 362:19
   363:3
**clarify** 279:21
   369:18 413:10
   417:3
**clean** 288:9 289:6
   289:21
**cleanup** 393:21
**cleanups** 314:12
**clear** 259:9 317:13
   344:9 349:6
   420:12
**clearly** 283:12
   299:5 304:3 381:6
   403:9
**close** 315:11
**closed** 330:7,8
   403:21 405:22
   406:17,18 407:21
   410:6,15,21 418:1
   418:2
**closest** 359:4
**closing** 274:17
**color** 342:3
**columbia** 423:18
**come** 337:20
   395:6,7
**coming** 294:2
   345:22 357:4
**comments** 362:11
**commission**
   423:20
**common** 289:7
   414:2

**company** 252:5,20
   270:18 425:1,7
   426:1,6
**compare** 265:12
   265:15 266:22
   267:4 268:8
   270:12 271:14
   280:3,7 297:2
   318:16 324:21
   339:18,22 345:15
   351:9 352:14
   359:10 363:11
   367:15 372:22
   375:9,14 377:7
   379:20 384:20
   387:3 392:7
   396:11 400:16
**compared** 264:15
   296:16
**comparing** 264:1
   270:11 271:3
   339:20 340:12
   341:17 353:15
   359:13 367:18
   368:1 373:3
   377:10 380:1
   385:1 387:6
   396:14 400:19
   407:20
**comparison** 268:6
   271:12
**complete** 280:21
   424:5
**complies** 301:15
   325:21 328:21
   369:8
**computer** 423:8
**concluded** 422:5
**conclusions**
   337:11,15,17,21
**concrete** 281:8
   284:1,2 285:5
   381:7

Randall Grip

May 20, 2020

**[confer - date]**

**confer** 421:19
**conferred** 258:11
**confirm** 262:18,19
  291:14 311:5
  319:5 326:9 344:4
  348:13 349:8
  395:6 419:22
**confirmed** 286:5
**confused** 287:20
**connected** 365:5
**connection** 377:20
**consider** 260:17
  261:2 270:3,4
  272:1 274:3
  280:15 283:9
  290:16 306:10
  310:20 413:18
  415:19 419:4,7
  421:11
**considered** 276:21
  314:6 324:5
  415:20
**considering**
  292:16
**consistency**
  287:21
**consistent** 274:13
  300:14 318:5
  339:14 340:9
  342:4 409:22
  416:14 418:4
  421:14
**consistently** 401:2
**constitution** 254:8
**construct** 409:10
**constructed** 281:3
  281:9 282:13
  283:14 288:15
  293:5 298:21
  305:2 307:21
  308:4,9 310:17
  313:1 317:11
  318:21 319:2,11
  321:18 322:22

323:17 329:1
341:6,13 342:17
368:16 380:7
382:20 400:3
403:4
**construction**
  266:9 278:11,20
  279:1 280:15
  282:19 306:20
  317:21 320:1
  322:7 326:10
  341:2 381:3 385:7
  407:2
**contain** 287:14
  288:6,16 297:19
  352:8,11,12
  358:20
**contained** 299:19
**containing** 308:15
**continuation**
  324:7
**continue** 260:9
  265:6
**continued** 252:11
  254:1 255:22
  258:4,8 311:9
  335:5
**continues** 272:13
**continuing** 287:2
**conversion** 356:9
**copy** 303:16,20
**corner** 340:4
  360:10 387:18
**corp** 252:14
**correct** 311:5
  313:21 336:13
  337:16 342:19
  344:10 346:14
  347:16 354:7
  356:1 363:9 367:2
  367:22 371:12
  372:20 378:4
  380:12 387:1
  396:6 406:14

408:20 413:13
417:20 419:17
421:1 424:4
**corrections** 424:6
  426:11
**counsel** 255:3,4,5
  258:8,11 335:8,17
  335:19 337:8
  339:1,6 341:1,5
  382:19 390:22
  402:17 406:8
  421:19 423:10
**counterclaim**
  252:6
**counterclaimant**
  252:9
**course** 339:5
  347:9 416:20
**court** 252:1
**cover** 289:9
  387:10
**covered** 289:11
  290:22 291:17,21
  306:6 342:8,9,16
  383:6 413:6,8
  418:2
**covering** 383:13
**covers** 314:19
  343:9 365:15
  374:17 376:1
  389:8 398:11
  401:15
**cracker** 341:2,4
  341:10,13 346:18
  347:10,22
**created** 301:2
**creation** 326:14
**creek** 315:6 317:3
  398:7
**crop** 352:22
  359:17 401:1
**cropped** 392:14
**cropping** 368:10
  396:22

**crops** 340:8
**cs** 426:3
**curious** 294:12
**cut** 325:2 343:17
**cuts** 324:7
**cv** 252:8

**d**

**d** 258:1 391:8
**d.c.** 252:22 254:11
  425:4 426:2
**dammed** 327:9
**danny** 254:17
  266:22 267:2
  302:12 324:22
  328:5 329:8
  330:18 356:10,20
**dark** 260:14,18
  261:1,1,22 263:2
  266:19 267:8
  268:16,19,20
  269:4,14 273:5,8
  285:12,14,15
  286:19 287:7,21
  287:22 293:22
  294:3,9,12 296:22
  297:11,16 298:16
  299:12 300:21
  301:6 302:3
  305:12,15,22
  311:14,20,21
  312:2,12 313:4,8
  313:10,13 314:15
  315:12 323:4,21
  326:2 327:3 333:5
  355:1 364:4,7
  378:8 418:20
**darker** 260:13
  269:6 285:16
  312:18 323:6
  333:8
**data** 252:14
**date** 252:12
  263:16 264:1,2,5
  264:15 265:7

267:11 268:8,9
270:6,10,22 272:9
273:9,10 278:19
279:10 283:13
294:22 299:10
300:16,18 307:11
308:14,21 311:10
313:8,18 315:15
318:6 325:13,18
330:7,7 331:2
342:9 349:20
353:22 361:1,6
364:5,8,10,19
365:10 372:4
373:13 374:12
375:22 376:1
377:18 378:8
384:17 389:1,3
392:18,20 393:2,4
393:6,8 394:10
397:10,12,13,15
397:18 398:4,8,10
401:12 403:5,6,11
406:19,20,21
407:22 408:1
409:16,17 412:4
413:8 415:2
418:21,22 419:19
421:6 424:22
425:10,22 426:8
**dated** 293:1 303:9
306:18 307:1,10
310:12 312:20
314:1 316:15
318:12,13 320:13
321:11,17 322:18
323:15 329:20
330:2 332:6
352:18 358:8
367:19 371:4
372:17 373:4
377:1 379:18
380:2 382:15
383:2 384:12

385:2 386:19
387:7 390:18
392:11 396:1,15
399:13 400:6
402:15,21
**dates** 264:6 268:7
276:5 297:18
298:15 300:5
319:12 320:19
330:1 350:22
361:16,17,19
376:7,11,13 379:6
380:8 388:21
389:14 401:16
403:19 407:20
409:14 410:3,15
418:8
**days** 289:17
426:15
**dear** 426:10
**debris** 266:3,4,5,7
266:13 295:14,15
342:22 343:5
377:19,22
**december** 277:6
280:12 368:2,15
423:21
**deconstructed**
404:14 405:19
**deconstruction**
405:7
**dedicated** 288:7
**deemed** 426:16
**defendant** 252:8
254:3 255:3,5
258:8 406:8
**defendants** 252:7
**defense** 254:7
**defined** 298:7
**definitely** 259:9
266:6 312:16
317:12 318:6
323:21 330:6
388:21

**definition** 263:13
**definitively** 266:7
294:13
**delineated** 270:22
**denise** 252:17
334:5 395:1 406:6
423:2,16
**department** 254:6
426:19
**depends** 275:19
289:18,22 316:8
**depicts** 271:2
**depo** 425:5 426:2
**deponent** 424:1
**deposit** 288:10
**deposited** 264:11
265:22 412:12
**deposition** 252:11
255:7 256:1,22
265:10 291:7
302:15 328:9
329:12 339:5
344:1 349:2
355:16 362:4
366:7 370:11
374:20 378:15
381:22 386:4
389:21 394:13
398:19 402:3
422:5 423:3,5
425:10 426:8,11
**describe** 260:12
260:19 308:12
311:18 325:11,22
360:1 363:20
373:7 375:18
377:13 387:14
392:15 401:4
**described** 311:2
**describing** 304:14
**description**
263:18
**descriptor** 281:21
352:7

**designated** 340:7
351:16 354:16
**designed** 308:17
**detail** 266:11
**determine** 286:14
304:6
**develop** 403:10
**developed** 380:14
**development**
306:20 347:17,18
347:20 348:3
354:12,13,15
378:5 401:14
413:8
**difference** 315:16
381:2
**different** 267:19
276:2 280:1 281:4
281:17 295:14
296:2 298:13
320:14 337:20
348:15,19 368:10
374:12 376:5
408:11 410:16,16
413:21
**difficult** 303:14
316:1 368:11
369:22 391:10
**digging** 383:13
413:1
**digital** 303:21
**dimensionally**
264:2
**direction** 391:13
**discuss** 258:14
285:9 290:21
306:4
**discussed** 275:1,6
291:17 323:7
346:8 347:3,10
350:11 357:9,19
361:5 370:21
375:6,13 386:11
390:10 395:14

399:3 402:9
**discussing** 341:2
382:19
**discussion** 339:17
345:5 346:3 350:7
357:14
**display** 271:6
**disposal** 260:8,10
260:15,17 261:2
261:15,21 262:1
266:12 270:4
272:2 274:4,13
275:1,4 281:18,19
281:22 283:4,5,8
283:10,11 286:15
287:13 288:10,18
288:21 290:21
292:1,3 293:2,19
294:5 295:14
296:2,5 305:22
308:19 310:21
313:9 314:14
315:13,22 316:5,9
316:10 319:19,21
319:22 320:3
321:6 327:12,14
327:20 331:22
333:9 337:2
338:21 339:4
354:22 357:18,21
361:19 365:12,20
371:11,15 376:13
376:15 377:4
379:7 380:16,17
381:16 385:11,15
386:22 389:13,16
394:5,7 396:8
400:10 405:4
406:12 407:7,10
407:14,18 409:21
410:1,8 411:8,10
411:12,21,22
413:2 414:17,18
415:5,6,7,10,14

415:17,19 416:2,3
416:13 417:18,19
418:14,15 419:5,7
420:21,22 421:12
**dispose** 384:2
**disposed** 369:10
**disposing** 407:5
408:3
**distinctive** 318:3
350:17 409:9,10
**distinguish** 369:22
**distorted** 340:18
**district** 252:1,2
423:18
**disturbed** 317:21
326:13,15 365:13
**divided** 364:2
410:15
**division** 252:3
**document** 302:22
**documentation**
282:9
**documents** 281:8
341:5
**doing** 268:11
344:7 350:18
394:16 406:6
**doj.gov** 254:13
**donatiello** 254:15
**dot** 309:18 310:3
391:12
**dots** 303:11 307:3
309:7,10 391:1,4
**double** 350:4
**downs** 266:8
**drainage** 268:2,3
268:5 327:8,10,13
328:2
**draw** 373:11,15
374:8
**drawing** 291:14
**drive** 252:15
**driving** 323:8

**dry** 421:5
**drye** 253:7
**dryer** 273:9,11
**dug** 281:3,5 305:6
412:12
**duly** 335:6
**dump** 285:18
287:1,3 289:8
**dumped** 309:1
**dust** 323:10

---

**e**

**e** 253:1,1 255:1
258:1,1 425:6,6,6
**earlier** 259:14
267:3 272:9
311:10 319:10
322:21 323:3,8
325:3,5,17 326:7
326:10,16,19
342:9 343:5,11
348:16 361:6
364:5 373:12
377:10,18 378:8,9
380:1,15,18
382:18 385:1
389:1 390:21
392:18 396:14
397:10,12 398:4
406:21 413:8
416:18 418:20
**early** 299:10
339:12 405:8
**earthen** 282:16
283:16,19,22
284:8,17,19,20
293:6 298:22
299:4 305:6
307:22 308:6,11
317:13,14 318:22
321:20 323:2,18
380:21
**easier** 404:5
**east** 294:11 298:19
301:3 328:19

355:2,4 400:13
403:1 415:2
**eastern** 252:2
258:19 275:5
277:4 279:19
281:12 290:14
291:2
**edge** 324:10
**edges** 283:22
285:1
**either** 295:1
361:11 393:20
401:19 412:12
418:1,2 422:3
**element** 296:3
**elevated** 289:12
**elevation** 269:18
**email** 426:13
**employed** 423:10
**encl** 426:21
**enclosed** 426:11
**ends** 325:5
**engagements**
335:20 336:3,7,14
**engineered** 280:19
280:20 283:17
284:1 305:4
371:11,15,19
381:7,8,18
**entering** 388:8
**entire** 260:22
303:15 354:11
364:12 392:1
**entirely** 405:19
**environment**
288:12,20
**environmental**
254:7 261:12
262:6 268:14
274:7 277:8 285:7
294:18 300:8
306:2,8 310:8
312:7 314:3 315:1
318:7 320:6

321:13 322:1
324:3 329:4 332:2
332:22 336:16
348:5 358:11,13
359:7 361:18
363:8 367:8
368:20 371:7
**environmentally**
337:19
**equipment** 295:21
296:4,10 331:18
331:21 333:3
368:15
**errata** 424:7
426:12,13
**erratas** 426:3
**esquire** 253:4,5,6
254:4,5 426:5,22
**essentially** 385:5,6
**estimate** 290:1
389:5
**et** 252:5 425:7
426:6
**event** 294:7
**eventually** 351:8
**evidence** 275:7,9
275:16 290:6,13
290:20
**exact** 270:19
276:18 289:20
412:15
**exactly** 308:5
330:5 383:21
**examination**
255:2 258:4,8
335:5,8 406:8
**examined** 258:6
335:6 424:3
**example** 290:9,11
410:16
**excavation** 297:18
297:18
**excuse** 359:6
366:6

**exhibit** 258:21
291:7 302:13,15
302:19 309:17,22
310:1 312:19
328:6,9,12,12
329:9,12,16 338:7
338:8 339:19,19
339:21 340:3
343:20,21,21,22
344:1,4,6,9,19
345:8,8,16 349:1
349:2,8,11,13,22
350:9 351:5,9
352:15 355:14,16
356:4,14,15,16,22
357:7 358:5
359:11 362:2,4,15
362:21 366:4,6,7
366:10,19 370:10
370:11,16 371:3
372:13 374:19,20
375:1 376:20
378:14,15,20
379:14,21 381:21
381:22 382:3,7,11
386:3,4,8,8,10,16
389:20,21 390:2,6
390:8,15 392:2
394:12,13 395:7
395:11,12,19
398:18,19,22
399:1,9 402:2,3,6
402:7,12,14
403:14 406:10
407:16 410:7,19
411:17,20 412:6
414:15,16,16
415:22 416:1,1
417:1,6,17 418:13
419:13 420:20
**exhibits** 255:7,22
256:1,22 257:16
344:17 356:18

**exist** 292:8,12
312:3,5 399:16
**existed** 322:7
367:1 368:9
**existence** 384:16
**exists** 272:19
280:22 295:8
**expanded** 272:14
348:17 354:10
375:22
**expect** 284:6
293:10 299:9
300:5 305:10
308:6 339:10,12
341:14 420:9
**experience** 335:19
**expert** 263:18
278:18 346:6,12
363:5 412:18,21
413:18 414:4
**expires** 423:20
**explained** 276:10
276:19
**explaining** 409:6
**extreme** 307:18
393:7
**eye** 252:21 425:2
426:1

**f**

**facilities** 289:3
290:12,18 336:18
336:20,22 337:1
337:20 338:4,4
363:22 384:2
392:6 404:11
**facility** 276:2,4
281:16,22 282:10
285:17 286:18
293:14 296:5
297:15,22 302:6
307:18 309:5
316:6,13 321:5
333:4,20,21
337:18 338:14,21

347:7 350:14,21
353:18 358:3,9
359:3 360:22
364:20 366:22
367:1 380:7 384:7
384:16 385:8,22
386:1,14,20 387:1
388:11 391:10
392:1,1,4 394:4
397:6 400:2
401:13 402:15
403:19 404:14
405:7,12,18 414:9
414:9 417:12
**fact** 290:15
**factors** 290:1
**fairly** 376:6
**far** 325:12,12
328:19 353:12
**farm** 317:7,9
361:12 364:12
**farther** 360:15
361:9
**farthest** 324:10
**fax** 426:2
**fe** 255:13,15
257:13 321:12
333:12 399:6
**feature** 259:8,10
259:10 260:8,17
261:3,4,12,15
268:14 270:4
272:2 274:4,13,15
276:1,11,19 277:1
283:10,18 286:16
288:7,18,21 294:5
295:8 299:16
305:22 308:19
315:22 316:5,12
327:8,12,14 333:9
342:10,11 364:3,8
364:19,21 367:8
370:1 371:7,12,15
374:12 378:9,10

381:7 383:17
385:11 405:5
407:7,10,14 409:9
410:1 415:19
**features** 259:1,4
259:12 260:15
261:21 262:6,11
262:20,21 263:15
274:7 275:5 277:8
277:19 278:1,16
279:16,17 284:12
285:7 286:4,6
288:13 292:2
293:2,19 294:18
300:8 303:10,13
306:2,8 307:2
310:4,8,21 312:7
314:3 315:2 318:8
320:6 321:13
322:1 324:3
327:18 329:4
332:2,22 333:15
336:16 337:2,19
339:2 348:5
357:18,21 358:12
358:13 359:7
361:18,19,21
363:8 365:20
366:1 368:21
374:13 376:13,15
377:4 379:7
380:16 381:18
387:1 389:13,16
394:5,7 396:4,7,8
400:10 405:11
406:12 407:18
410:9,16 411:10
411:12,21,22
414:17,18 415:5,6
415:8,10,14,17
416:2,3,13 417:18
417:19 418:15,16
419:5,7 420:21,22
421:12

**february** 282:6
385:2
**file** 270:8,9 295:2
**fill** 319:14,17
323:19
**filled** 263:20
264:12 265:4,5,17
267:21 270:14
272:10 274:18
284:5 311:3
312:13 321:7
331:4,5,10 332:12
332:17,18 373:17
398:6 414:22
416:7
**filling** 263:20
264:3,6 274:16
307:12 308:13,20
311:9 312:17
314:16 360:4
365:11,14 377:17
392:18,20 393:5
416:8 418:21
**financial** 423:12
**find** 258:20
316:15,19 340:2
426:11
**fine** 345:4 406:7
**finish** 265:14
**first** 265:15
278:11 307:10,15
308:2,8 310:13,17
312:22 348:10
356:5 387:17
393:1,8 407:22
412:4
**flare** 277:14
**flat** 269:19 301:5
301:7,18
**flip** 283:2
**floating** 269:15
**flow** 297:22
299:16,18 354:20
388:1 407:12

**flowing** 302:5
**flows** 302:8
388:12
**folder** 349:15,18
349:19
**follow** 334:8
**follows** 258:7
335:7
**footprint** 264:14
277:15
**foregoing** 423:3,5
424:3
**formal** 335:14
**formed** 298:18
**former** 266:1
331:3 332:11,19
360:9,16 368:16
370:3 389:4
404:16
**formerly** 311:20
326:18 360:7
**forth** 283:2 345:18
**forward** 320:17
405:14
**found** 413:17
**four** 318:12
331:10 343:2,3,7
415:11
**frame** 278:9
289:15 306:19
346:13 369:3,13
385:7
**frames** 347:7
**freshly** 323:9
**front** 265:11 282:5
325:14
**fuel** 408:11
**full** 264:17 265:2
**function** 417:11
**functioning** 279:1
279:4,5
**further** 258:6
292:6 335:7 406:8

**future** 328:3

**g**

**g** 258:1
**general** 277:15
290:14 306:18
313:14 337:11,15
342:17 354:11
373:20 389:3
416:15
**generally** 265:21
276:3 286:16
368:8,12 409:19
**getting** 298:1
355:22
**gis** 304:2 310:5
391:9
**give** 266:11
289:20 345:18
395:1
**given** 259:17
397:17 424:5
**go** 258:19 262:9
262:22 263:11,17
265:8 269:3 271:8
277:3,4,11 278:3
282:21 286:1
288:3 291:1,15
292:17,18,21
294:21 295:10
299:18 302:12,22
303:8 304:10
306:22 310:11
312:19 313:22
314:21 315:1
316:14 318:11
320:10,12,16
321:10,11,16
322:9,17 323:14
324:18 329:19
330:14 331:9
332:5 334:4
335:10 337:20
339:21 345:1
346:1 350:5 353:8

357:12 359:21
362:14 372:14
384:8 386:15
387:9,12 395:5,6
395:7,18,22 399:8
399:20 400:5
403:13,14 404:5,7
405:10,13,14
406:2,10 407:1,16
410:7,13 411:14
414:12,15 415:22
417:1,16 418:13
419:1,13,21
420:19 421:17
**goes** 297:14
**going** 265:8,10
267:3 277:14,15
278:17,19 279:11
287:6 300:1
302:14 328:8
329:10 334:10,11
335:13,17 340:2,2
340:8 343:20,22
344:3 351:8 353:2
353:19,21 354:8
355:3,19 367:22
372:14 373:11
375:14 380:10
385:22 387:11
388:1 392:19
398:16 401:7,9
403:17 406:5
410:2 416:17
**good** 258:10
284:13 292:16
340:5 353:9
394:22 406:4
**graded** 293:16
328:1
**great** 395:2
**greatly** 264:5
**green** 387:11
**grip** 252:11 258:3
258:10 268:18

301:12 302:19
328:13 335:4,10
335:11,15 337:8
338:10 340:11,22
344:4 345:7 346:5
349:7 350:1,9
351:12 352:18
353:15 357:7,16
358:7 359:13
360:1 361:17
362:14,15 363:1
363:15,20 366:10
366:21 368:4
369:19 370:3,16
371:6 372:16
375:1,12 376:22
377:13 378:19
379:16 380:4
382:3,14 384:11
385:5 386:7,18
387:7,14 390:5,17
392:12 395:11,21
396:16 398:22
399:12 401:4
402:6,14 403:17
405:17 406:11
422:1,5 424:2,22
425:9 426:8
**ground** 278:12
**guess** 270:8
273:11 287:20
296:1 309:9 325:4
330:15 407:14
**guys** 340:5 356:8
356:13

**h**

**h** 425:6
**halo** 304:9
**halos** 304:9
**hambrick** 254:17
291:4,9 302:14
328:7 329:10
356:2

**hand** 266:4 370:5
412:7 417:2,2
419:15
**handle** 286:17
289:3 290:16
305:17 309:3
393:20 397:21
**handled** 275:13
290:11
**handles** 259:17
281:21
**handling** 262:1
275:10,17 281:15
285:19 315:19
321:3 333:15,19
333:20,22
**hanford** 256:14
372:11
**haphazard** 296:7
**happen** 321:4
413:21 420:5
**happened** 297:7
413:16
**happening** 308:12
317:16 405:7
**hard** 325:11 330:1
330:5 383:17,19
383:20
**harder** 389:4
**headed** 391:14
**hear** 352:1 380:4
**hearing** 292:17
**held** 339:17 345:5
346:3 350:7
357:14
**helpful** 356:11
**hey** 356:10 394:15
**higher** 263:13
**highlight** 307:5
**highway** 304:15
317:7
**hints** 356:11
**historically**
316:19

**hold** 264:13 388:8
**holding** 260:14
261:1 264:4,5
287:16,18 288:5
288:19 292:9,13
318:6 327:3
**holds** 263:4,6
316:3
**horizontal** 374:14
**hours** 394:22
395:3,4
**houston** 253:10
255:8 256:17,19
258:19 290:13
376:18,22 385:6
**huge** 394:3
**hundred** 285:4

**i**

**idea** 394:22
**identification**
291:8 302:16
328:10 329:13
344:2 349:3
355:17 362:5
366:8 370:12
374:21 378:16
382:1 386:5
389:22 394:14
398:20 402:4
**identified** 293:3
300:18 311:19
322:20 340:13
348:4,7 360:16
361:10 363:7
368:20 372:19
377:4,22 378:11
380:16 381:4
386:22 388:22
389:11 390:22
396:4 397:18
398:14 400:9
401:20 418:19
**identify** 266:7
341:22 347:22

353:17 368:8
373:17 385:19
388:17 396:18
401:20
**ii** 252:10
**illinois** 256:12
**image** 262:9,15,16
263:1,17,19,21
265:2,12,15
266:20,21 267:9,9
267:15,17 268:12
270:1,2,12,13
271:4,9,10 272:6
272:7,10 273:15
273:19 274:12
276:19 277:4,5,6
277:11 278:3,4,5
278:21 279:11,12
279:17,18,22
280:1,2,5,10
281:13 286:1,10
286:22 287:2,10
290:7 291:2,16,17
291:18 293:2
294:21 295:10
297:1 298:9,10
299:21 300:7,7,11
300:12,14,15,17
300:19,22 302:10
304:6 305:1,3,13
306:14,22 307:1
307:14 308:3,9
309:2 310:11,14
310:18 311:3,12
311:13,14,15
312:7,12,14,15,21
313:1,2,5,16,22
314:2,4 315:2
316:14,21,22
317:17 318:4,11
318:13,15 319:3
319:15 320:10
321:16 322:10,17
322:19 323:14

324:16,18,19
325:3,3,5,5,6,9,13
326:18,19 327:6
328:15,18 329:17
329:19 330:3,10
330:14,16,20,22
332:2,5,6,6,9,13
340:12,13,18
341:10,11,14,18
341:19 342:12
343:6,10,11,15
346:6,8,11,13,16
346:17,22 347:1
347:17 348:5,13
348:16 351:12,17
352:15,18 353:19
354:2,6 358:7,17
359:8,11,14,15
360:8,11 361:3
363:2,8,15 364:2
364:2,4,18 365:8
366:21 367:16,18
368:6,13,19 370:5
371:4,21 372:16
372:19 373:1,1,3
373:4,20,21
375:12,14,14
376:22 377:5,10
377:11,16 378:3
379:16 380:1,2
382:14 383:1,2
384:21 385:1,10
385:14 386:18
387:4,6,18 388:17
389:7 390:17
392:8,10 395:21
396:1,5,12,14,21
396:22 397:3
399:12 400:6,20
400:20 401:7
402:14,16,20
403:14 404:6,7,15
404:19 405:6
407:17 409:13

411:14 412:3
417:2,7,16,17
418:13 420:2,6,14
420:19,20
**imagery** 277:18
374:15 376:9
398:14 401:21
**images** 263:12
265:1 274:11
275:1 276:8
282:19 286:4
298:10,14 299:22
314:8,9 316:16
340:1 342:1
345:10 347:8,11
350:11,15 352:22
353:17 357:9,18
362:16 365:4,18
365:21 366:14
370:20 373:8
375:5 376:6
377:15 378:21
379:2,7 386:10
387:16 389:5,11
389:13 390:10
391:6 394:5
395:13 396:20
399:2 401:6 402:8
406:12,13 407:5
407:18 408:4
409:2 410:9,10,11
410:20 411:11,22
415:3,8,16 416:3
416:11 417:14,17
417:19 418:5,9
**impeded** 354:20
**impounded**
365:10 407:12
**impoundment**
365:4,9 387:19
407:3
**impoundments**
411:4

**include** 276:5
277:12 278:4,6
306:19 345:8
**included** 261:14
261:16 262:2
270:10 426:12
**incorporate**
276:16 277:17
**incorporated**
276:7
**indicate** 260:5
307:3,4
**indicated** 342:7
354:1,4,6
**indicates** 296:9
306:12
**indicating** 325:10
426:12
**indications** 314:13
**indicator** 315:13
**individual** 337:22
**industrial** 304:5
304:16 336:20
**information**
322:12
**initially** 269:9
**interest** 261:9,17
278:7 423:12
**interested** 270:19
270:20
**interiors** 266:8
**internet** 377:20
**interpretation**
276:17
**interpreted**
337:10
**introduced** 349:12
**introducing**
356:13
**inundated** 327:2
**involve** 336:15
**involved** 262:3
318:1 336:8

**involving** 336:4,14
**island** 256:11
    366:17,22
**issue** 336:12
    369:16
**issues** 258:17
**item** 333:21 365:1
**items** 286:11

**j**

**j** 253:5
**jackson** 253:5
**january** 325:15,17
    329:21 330:2
    375:15,20 400:20
    402:21 403:3,18
    405:8
**jennifer** 253:6
**job** 425:11
**jpegs** 355:20
**july** 293:1 295:11
    329:20 363:1
    386:19 387:7
**jumping** 345:18
**june** 303:1 318:13
    332:7 338:11
    340:12 341:18
    351:13 402:16,22
    403:4,17 405:18
    426:4
**jurat** 426:15
**justice** 254:6

**k**

**kansas** 256:9
    257:11 314:22
    320:21 395:17
**keep** 297:22 302:4
    353:2 387:11
    388:1,3,5 406:5
**keeping** 288:19
**kelley** 253:7
**kelleydrye.com**
    253:12

**kept** 388:13
**kind** 275:12
    285:11 305:6,16
    306:12 330:10
    369:7 387:10
    391:13 404:1
**kinds** 360:2
**know** 260:4
    265:13 266:6,10
    268:22 269:6,8,14
    270:16,17,21
    274:16,19 277:1
    282:12 284:13
    285:17,19 289:4
    289:21 290:1
    293:15 294:1,6
    295:21 296:12
    302:5 304:19
    308:20 314:10,18
    315:14,21 318:17
    326:13,22 330:1
    331:17,20 335:10
    339:20 347:5
    349:15 356:7
    361:13 365:13
    369:9 372:3
    385:21 403:3
    408:11,13 409:10
    410:2 412:3 414:1
    419:18
**knowledge** 415:21
**kral** 254:18 344:7
    344:12,17,20
    345:17,21 349:4
    349:10,17 350:2
    351:6,10 353:1,3
    353:7,9,12 355:15
    355:18 356:6,12
    356:17 357:1,4
    359:18 362:3,6,12
    366:5 370:13
    378:17 390:1

**l**

**label** 259:8 261:20
    262:7,14,15
    268:14 273:8
    276:9 283:7 285:8
    287:10 294:18
    300:9 306:3 310:9
    310:10 312:4,8
    313:6 314:4 318:8
    318:10 320:7,22
    333:10 342:22
**labeled** 259:1,20
    260:11 261:10,19
    262:13 263:2,19
    266:3,19 267:6
    268:1 269:22
    270:14 271:9,19
    271:20 272:5,8
    273:1,5,18,19
    274:8,11 277:5,6
    280:5 281:11,12
    282:1,2,5,12,18
    283:4,11 286:2,11
    286:21 287:21
    288:22 293:22
    295:4,11,11
    296:22 297:6
    298:2 300:12,14
    300:21 301:6
    303:9,11 304:5,12
    304:18 306:5,6
    307:2,8,9 308:13
    309:7,9 311:13
    312:9,12 313:5
    314:5 316:20
    317:2,22 319:17
    320:8 321:18
    324:4,20 326:17
    326:19,21 328:18
    330:3 332:8 333:2
    385:12 411:7
**labeling** 259:5
    262:11 304:8

**labels** 276:7,14,15
    277:13
**laid** 295:17
**lake** 259:11
    261:18 268:17,21
    269:5 273:1
**landfilling** 353:20
    406:19
**large** 260:21
    286:20 303:12
    310:1 385:16
    391:9 392:1,2
**larger** 286:16
    298:12 305:21
    308:15 316:2
    317:7 361:2 369:2
**laydown** 295:12
    295:13,16 296:2,3
    296:20 297:10
    388:15
**layman's** 260:4
**layperson** 414:7
**leader** 303:14
**leaders** 304:3
**leading** 293:13
**leak** 288:9,10
    290:19
**leakage** 351:22
    352:2,3 393:21
**leaking** 288:14
**leaks** 305:19 317:8
    333:17 338:22
    397:21 420:10
**left** 266:4 267:3
    268:12 271:16,18
    280:8,10 297:3
    308:8 311:6,14
    319:7 324:22
    331:1 340:4
    341:18 342:11
    345:14 346:6,16
    348:12 354:5
    359:20 364:18
    365:5 373:19

Randall Grip

May 20, 2020

[left - mapped]

Page 15

375:12 378:1
385:17 396:21
413:5 417:2
**leonard** 338:14,15
341:4,14 346:7
**letter** 426:16
**letting** 356:6
**level** 301:5
**levied** 260:20
**levy** 260:21
294:11
**lid** 289:12 382:21
383:6
**light** 262:4 265:21
279:7 283:20
285:11 293:11,16
293:20 297:6
317:17,19 318:2
330:11 331:14
360:18 397:4
404:19
**lighter** 267:21
269:16 315:9
**limit** 324:12
**limited** 321:7
**line** 309:11 310:1
337:9 340:22
343:2,3 391:11
425:13 426:12
**linear** 391:6
**lined** 284:3,6
293:8 299:8,9
305:8,11 339:7,10
**lines** 327:11 331:2
371:16 381:6
**liquid** 260:14
261:1 263:4,7,9
264:4,5,8,13
265:19 266:1,18
267:20 268:16
269:4,7,18 284:5
285:12,15 286:17
287:8,16,18,21
288:5,8,16,19

293:22 294:1,3,9
296:22 297:11,16
297:21 300:21
301:5,22 302:2
305:12,15,18,22
306:13 308:15,16
311:14,20,21
312:2,12,18
314:15 315:19
316:3 318:6
323:10,11,21
327:4,17 354:16
354:18 355:1,5
364:7 381:13
387:19 388:8
407:3,12 418:20
**liquids** 288:17
297:20
**litigation** 261:7,8
262:3 318:1
414:10 417:12
423:11
**little** 284:11
285:18 295:13,16
303:13 314:1
320:11 324:11
326:1 330:11
340:18 348:18
357:13 359:19
**lived** 383:17
**llc** 252:5 426:6
**load** 370:13
**loading** 370:14
**local** 259:16
**located** 360:8
365:14 404:16
**location** 252:14
267:12 278:8
280:22 286:6
288:10 304:3
318:5 342:8,17
346:12 347:4
359:3 360:16
367:1,5,11 368:8

368:17 370:4
372:11 373:21
374:2 376:12
379:17 387:1
399:7,16
**locations** 331:3
337:22 338:2
339:15 369:6,10
369:21
**long** 289:21
335:12 393:11
**longer** 264:3,12
290:4 354:1,2,5,6
361:7 373:17
374:2 383:6
388:12 415:1
**look** 265:3,6 280:1
299:1,5,20 330:4
331:22 340:2
371:18 376:3,6
405:4
**looked** 287:1
303:4 310:18
314:9 320:13
326:8 328:16
376:12 413:20
**looking** 263:22
267:10 279:14,20
284:15 292:22
299:22 322:14
336:20 357:17
372:4 374:15
392:10
**looks** 270:15
284:22 285:2,17
293:14 298:12
300:12 302:10
310:2 311:12
316:20 318:13,22
323:15 331:20
332:7 341:17
364:22 373:17
388:10 403:22
404:4 405:2

**lot** 278:16 279:8,8
279:16 297:17
361:15 405:2,20
416:19
**louisiana** 252:16
**low** 278:12 297:14
301:5,5 354:20
**lower** 269:17
285:12 286:11
299:17,19 301:19
**lowered** 289:4
382:21 383:7
**lowest** 307:13
**lunch** 334:12,16
**luxury** 283:3
**lynch** 254:16

**m**

**m** 252:17 254:9
423:2,16
**ma'am** 353:11
**madam** 426:10
**maintaining**
360:19
**major** 361:13
**majority** 380:13
**making** 289:5
360:19
**man** 340:5
**manufacturing**
337:1
**map** 259:6 262:10
262:12,19 263:13
263:16 268:7
270:6,14,21 271:7
276:20 277:12,13
277:17 282:6
283:6,12 286:2,3
286:5 294:22
295:3,5,6,7 300:3
304:12,18 306:15
306:17,18,20
**mapped** 303:15,19
303:22 306:7
310:3,5 312:9

Randall Grip

May 20, 2020

**[mapped - nearby]**

Page 16

314:5 327:10
330:22 391:5,7
**mapping**   330:21
**maps**   275:18
**march**   307:1
367:19 371:4
392:11
**mark**   254:15
291:4,6 301:9,13
325:2,4,19 328:5
328:20 332:3
342:5 343:1,19
348:22 355:13
360:6,7 362:1
366:3 370:9
374:18 378:13
380:10 381:20
385:22 386:2
389:19 394:12
398:4,17 402:2
**marked**   261:9
291:7 302:15,18
310:13,16 312:21
313:11 328:9
329:5,12,15
332:12 344:1,5,17
345:8 349:2,18,19
355:16 356:18
360:9 362:4 366:7
367:7 369:19
370:11 374:20
378:8,15 381:22
382:3 386:4,8
389:21 394:13
398:19 402:3
415:13,16
**marking**   307:13
342:21 343:5
360:15,17 368:12
369:22 370:3
388:15
**markings**   307:15
313:19

**material**   260:6,14
264:10 265:5,18
265:18,19,21,22
266:2,6,10,14,16
266:18 267:21
281:20 286:17
292:10,14 293:6
296:16,19 308:22
317:19,20 319:18
323:20 327:16
331:19 334:1
358:21
**materials**   259:18
281:4,18 333:16
407:5
**matter**   260:7
410:20 423:13
**mean**   265:5,9
267:13 268:22
275:21 279:14
280:20 281:14,20
289:19 292:8,12
295:12 302:7
304:21 316:10
333:7 352:10
354:21 364:11
374:6 383:11,21
384:1
**means**   423:8
**meant**   384:5
413:10
**medium**   265:21
**memorize**   265:3
284:12
**memory**   263:3,5
282:16 298:22
299:4
**memphis**   257:2
384:7
**menees**   254:4
258:9 263:8
264:21,22 265:14
265:16 266:22
267:5,7 269:2

271:14,17 278:2
280:7,9 291:6,11
291:12 292:15,20
296:18 297:2,5
299:7 301:12,16
302:12,17 303:5,6
304:4 309:19
311:6,11 319:7,13
324:21 325:1
328:5,11 329:8,14
329:22 330:17
331:13 332:20
334:2,7,15 340:16
345:4 369:18
394:15,18,21
395:4 406:4,9
411:18,19 421:17
421:22 426:22
**mentions**   282:10
**metal**   295:16
**michigan**   252:2
255:11,19,21
256:3 257:6
292:22 338:12
386:14,20
**middle**   286:12
311:1 312:11
313:4 331:15
**midwest**   351:3,13
357:17
**mind**   399:10
**minute**   334:3
**missing**   397:1
**mixture**   259:18
260:5
**modified**   408:2
**modifier**   283:5
**moment**   344:8,12
344:20 345:17,21
345:22 350:2
351:10 355:18,22
356:8 357:4 362:6
362:7 390:2

**mono**   284:15
**monoscopic**
273:15
**months**   279:18
289:17 291:18
383:5,15
**morning**   258:10
**mount**   292:22
386:14,19
**move**   270:5
273:17 279:22
281:10 286:10
300:6,11 303:7
306:14 328:15,16
349:6 410:21
417:6
**moved**   282:22
348:18 415:5
418:10,11
**moving**   349:11
**mowed**   293:16
**mrp**   252:5 425:7
426:6
**mt**   255:11 257:5
**mud**   269:19 301:5
301:7,17
**multi**   266:5

## n

**n**   253:1 255:1,1
258:1
**n.w.**   252:21 426:1
**name**   259:16
270:7,9 276:2,4
276:10,18,20
277:1 295:1,8
425:7,9 426:6
**names**   262:21
275:22 276:3
286:3,9 304:14
**naming**   259:13
263:15 277:19,22
**natural**   316:12
**nearby**   283:17
367:12

Randall Grip

May 20, 2020

**necessarily**  270:18
290:19 327:12
333:9 350:17
391:4 408:17
409:7
**necessary**  412:17
**need**  266:16
269:20 284:9
291:4,13 318:18
349:6 406:5
**neither**  423:9
**never**  413:3
**new**  271:9,21,22
283:18 289:1
311:15 318:14,18
318:19,20 323:16
325:9,12,16
328:18,19,22
330:3 342:6,7,16
342:20 343:4
347:18,18,19,20
350:16 354:8,9,13
354:15 355:8
360:14,22 361:8
361:10 364:7
368:15 371:6
373:11 375:22
377:22 378:4,10
380:7 385:7
388:17,20 389:6
397:6,19 398:8,9
401:11,13 407:21
410:5 415:1,6,9
415:12,16 418:2
418:11 419:12
421:4
**newer**  408:2
**newly**  298:18
307:7 311:13
409:15
**non**  265:19
**normal**  392:5
**north**  293:7,14
297:15 306:5

315:5 317:3,14
325:10 327:5
330:4 343:12
347:15 348:9,14
353:2,3 354:14
355:7 398:2,6
401:13 406:18
**northeast**  254:9
360:5,10 367:9
**northern**  252:3
294:3 322:3
343:12
**northwest**  425:2
**notarized**  426:13
**notary**  252:18
258:5 423:1,17
**notation**  281:13
**note**  275:4 282:22
313:17 333:11,14
426:11
**noted**  272:10
291:16 313:8,13
317:22 319:14
322:2 327:1
358:13 371:6
**notice**  403:18
409:7
**noticed**  269:10
356:22
**november**  320:14
321:17 367:2
368:1,14 372:2
377:2 390:18
400:1
**number**  258:20
291:7 302:15
303:10 328:9
329:12 336:3
340:3 344:1 349:2
355:16 358:11
362:4 363:7 366:7
368:15 370:11
374:20 377:1
378:15 379:17

381:22 383:2
386:4 389:21
394:13 398:19
400:9,12 402:3
426:7,12

**o**

**o**  255:1 258:1
**oak**  253:8
**object**  265:9
**objects**  296:11
**oblique**  371:17,20
372:2,8
**obscure**  303:15
**obscured**  342:22
343:5
**observations**
302:1 323:5
**observe**  409:2
**observed**  414:8
**obvious**  259:12
284:17,18 307:6
**obviously**  259:11
293:16 297:22
300:4 305:17
308:22 312:18
403:20 408:2
**occasion**  290:2
383:10,11,22
384:2
**occasions**  289:2
**occur**  309:4
333:16
**occurred**  420:5
**occurring**  263:21
289:14
**october**  273:18
277:7 314:2
379:18 383:3
396:1 404:10
**officer**  423:2
**oh**  258:13 269:3
291:6 303:1
309:16 344:21

**oil**  259:11 260:11
260:16 269:16,22
272:4,5,8,12,22
273:2,19 276:13
278:8 279:9 280:4
280:18,19 282:17
282:18 283:17
292:4 306:9,11
323:11,11 378:6
381:4,5,14 385:12
408:12
**oiled**  323:9
**okay**  258:19 259:1
262:9,22 263:9,11
263:17 268:13
269:3,22 270:5
271:8,13 273:17
274:6,10 275:7
277:3,11 278:14
280:6 281:10
282:4 285:6 286:1
286:10 289:14
291:1,11,13,15
292:15,21 293:11
293:19 294:14
295:10 300:6,11
300:20 302:9,18
302:22 306:14,22
307:13 308:14
310:11 311:8
312:2,11 313:22
314:7,21 316:14
318:11 319:9
320:10,20 321:10
322:9,17 323:14
325:7,8,16 326:8
327:16 328:12,15
328:22 329:7,10
329:15,19 330:14
330:20 331:4
332:5 333:11
334:2,4,7,10
336:2 340:6
341:17 342:5,14

343:7,8,18 344:18
345:3,12 346:5,16
347:3,21 348:21
350:13 352:21
353:7,9,19,22
355:20,21 356:6
356:12,18 357:3,7
357:11 358:2
360:13 362:6,7,12
362:18 364:1
366:16 367:4
371:1 373:7,10
374:4 375:8,18,21
376:11 377:16,20
378:12 380:6,15
382:6,14 384:6,19
386:7 390:12
392:14,17 393:1
394:11,18 395:16
396:18 397:2
398:2,12 399:5,19
400:5 402:1,11,20
403:12 404:5
406:1,10 407:9,16
410:7 411:14
412:5 414:15
415:22 417:1,6,16
419:13 420:1,19
421:17,20
**oklahoma**  256:6
358:9
**old**  297:13
**once**  267:20
313:19
**ones**  274:7 275:6
317:12 318:17
407:21 410:5
418:11
**open**  272:13
273:20 300:4
333:18 409:12,14
409:15 415:6
416:11,19 420:13

**opened**  410:14
418:12
**opening**  274:17
**operating**  374:6
**operation**  290:5
353:20 374:3
**operational**
278:14 350:13
**operations**  322:13
**opine**  324:15
**opining**  414:7
**opinions**  337:4,11
337:17,21
**opposing**  335:17
335:18 337:8
339:1,6 341:1,5
382:19 390:22
402:17
**organization**
296:9
**organized**  295:17
296:7,12,14,15
**ought**  265:13
339:21
**outcome**  423:12
**outfall**  388:12
**outlined**  387:11
404:16
**outlines**  391:10
**outside**  321:21
**overarching**
337:10
**oxbow**  297:13

**p**

**p**  253:1,1 258:1
**p.m.**  334:16 335:2
422:4
**page**  255:2,7,22
256:1,22 258:21
258:22 267:1,1
270:5,12 271:8,15
277:5,5 281:10
291:15 292:21
297:3 303:7

304:11 315:1
321:11 345:14,15
345:19,20 351:5,9
352:15 363:13
366:19 367:16
372:6,13 373:1
375:10 376:18,20
377:8 379:14,21
382:11,12 383:2
384:9,21 386:16
390:15 392:8
395:19 396:12
399:9,21 400:5,17
400:17 403:15
425:13 426:12
**pages**  283:2 424:3
**pains**  302:4
**pamphlet**  341:8
**parentheses**  259:3
272:6 276:15
**parking**  331:21
405:2
**part**  261:6 284:16
286:18 287:3
322:3,4,11 373:10
385:21
**particular**  288:4
315:15 319:21
403:6 407:15
**parties**  253:22
254:22 423:11
**parts**  278:22
287:22
**pass**  334:11 406:2
**pathway**  293:13
**pathways**  277:10
327:10
**pattern**  296:10
**pdf**  356:4,22
**pdfs**  355:19 356:3
**penalty**  426:13
**people**  276:1
**percent**  285:4

**perfect**  363:18
**perform**  417:11
**period**  357:16
**periods**  274:14
**perjury**  426:13
**perpendicular**
355:8
**pertains**  407:15
**petit**  253:4 265:8
267:2 292:18
303:3 329:21
334:4,10,12 335:9
338:6,9 339:18
340:10,19,21
343:19 344:3,11
344:16,18 345:1,6
345:13,20 346:1,4
348:22 349:7,15
349:19,21 350:6,8
351:4,8,11 352:5
352:14,17,21
353:2,5,8,11,13
353:14 355:13
356:10,15 357:6
357:12,15 358:4,6
359:10,12,17,19
359:22 362:1,9,13
362:20,22 363:11
363:14,18,19
366:3,6,9,18,20
367:15,17,21
368:3 370:2,8,15
371:2,5 372:5,7
372:12,15,22
373:2 374:18,22
375:9,11 376:19
376:21 377:7,9
378:13,18 379:13
379:15,20,22
381:20 382:2,10
382:13 384:8,10
384:20,22 386:2,6
386:15,17 387:3,5
387:9,13 389:19

390:4,14,16 392:7
392:9 394:11,17
394:20 395:2,5,10
395:18,20 396:11
396:13 398:17,21
399:8,11,20,22
400:16,18 401:1,3
401:17 402:1,5,11
402:13 403:13,16
404:7,9 405:13,16
406:2 411:16
421:20 422:2
426:5
**petroleum** 352:7
**phone** 258:13
426:2
**photo** 255:8,10,15
259:2,4 260:12
262:6,13 264:16
266:3 268:15
269:11 273:2,6,7
273:17 274:8
277:8 285:7
286:12 292:2
294:1,19 297:7
302:20 303:10,11
306:2 307:2 310:8
318:8,14 320:6,7
320:15,15 321:14
322:1,4,10 323:16
324:3,7 326:11
329:4 333:1
347:12 380:2
412:7 419:14,15
**photogrammetric**
303:21
**photograph** 268:8
271:5 286:7
289:11 319:10
322:21 323:8
331:15 342:20
343:17 363:2
382:15 383:15
384:11,15,17

391:17 413:2,4,5
413:7,9,12 414:14
420:16
**photographic**
268:8
**photography**
268:7 283:13
307:11 308:22
322:16 325:18
326:16 327:10
330:13 331:3,8,10
331:12 361:1
383:20 392:20
393:2,4,9 403:11
406:20,22 409:15
**photos** 255:12,17
255:20 256:2,4,7
256:10,13,16,18
257:1,4,7,10,12
278:11 280:21
287:22 411:1,3,5
411:8 414:18
418:15 419:4,6
420:21 421:9,15
**pictured** 343:15
**pictures** 320:21
**piles** 296:16
327:17
**pine** 355:3,6,12
**pipes** 295:17
**pit** 259:10,15,20
259:21,22 263:19
264:11,12,14,17
264:20 265:1
266:2 267:12,16
270:13,15,19,22
271:2,4,7,9,19,20
274:16,18 276:12
281:3,5,12,15,21
282:1,2,8,9,10,13
282:16 283:4,9,9
283:11 284:7,14
288:22 289:6,8,9
289:11,16 290:3

291:16,21 292:3,4
294:13,14 295:4,9
295:20 298:3,4,8
298:14,17,20
299:13 300:2,2,4
305:5,7,21 307:7
307:12,16 308:1,2
308:5,6,8 312:22
314:18,18 315:17
316:2,7,11 318:19
318:20,20,22
319:20 324:6,10
324:17 325:12,16
325:19 326:1,2,2
326:4,5,6,10,19
327:3 328:19,22
330:22 331:11
332:11,18 333:9
333:18 342:8,12
342:16 348:7
351:16,19 352:8
354:1,2,4,5 360:9
360:16,17,18,21
361:8,9 365:14
367:9,13 368:6,9
368:16 369:2,20
369:21 370:4
371:7 373:20
374:2 375:21
377:17 380:17,17
381:17,17 382:19
383:6,13,14,16
385:12 389:1,2,4
393:1,8,10,11,19
394:9 398:8,10
401:11 403:1,4
406:17 410:4
412:3,12 413:3,7
414:13 416:9
419:16
**pits** 270:2 274:10
274:15,17,17,19
274:22 275:9,12
290:15 293:3,4

298:11 299:20
300:1,13,17
303:11 304:1
305:1,6 307:3,4,6
307:14 308:16
309:3,6,9 310:6
310:13,16 312:22
313:20 314:11,14
316:20,21 317:2,6
317:10 318:14
320:1 321:3,7,18
321:20 322:19,20
323:3,16,18
324:13,20 325:2,9
326:14 327:6
328:17 330:3,7,12
330:13,15 331:5,7
331:10 332:7,8,19
333:6,15 338:16
338:19 339:7,7,7
342:9 343:11
347:12,14 348:14
348:16,20 358:16
358:19 359:6
360:4,14 361:5,6
364:4 365:5,7
372:19 373:11,16
373:19 380:21
381:3,16 384:3
388:22 391:1,8,15
392:3,5 394:1,1
397:6,17,20
403:20,21 404:16
405:21 408:2
409:12,14,15,18
409:21 410:3,10
410:11,19,22
411:2 412:6
413:11,17 414:22
415:1,3 416:10,18
416:19,21 417:9
418:9 419:3,6,7,9
419:9,11,12,19
420:1,8,10,13

421:5,8,8,11,14
**place** 369:7
385:16
**placed** 276:14
288:16 296:11
305:19
**places** 309:4
312:22 418:10,11
**plaintiffs** 252:6
253:3 255:4
334:12 335:8
**plan** 277:12
**plant** 279:19
281:11 290:14
377:1 379:12,17
385:6
**plat** 309:11,16,21
**plaza** 252:15
**pleasant** 255:11
257:5 292:22
386:14,20
**please** 291:6 338:6
338:7 339:18
340:6 344:8,19,20
345:2,17,18 346:2
348:22 349:22
350:2 351:4,10
352:14 355:13,14
358:4 359:10,20
360:1 362:1,9,20
363:11,20 366:3
366:18 367:15
370:9 371:3 372:5
372:12,22 373:7
374:18 376:19
377:7,13 379:13
381:20 384:8,21
386:3,15 387:3
389:19 390:14
392:7 394:11
395:18 396:11
398:17 399:8,21
402:1,11 426:11
426:11

**pmgs** 355:20
**point** 268:17,21
269:20 280:4
307:6 342:10,11
342:12 352:13
353:22 354:8
364:18 368:14
369:6 375:21
378:4 387:17,20
393:4 397:5
399:15 400:2
401:8,9
**pointed** 269:8
292:5 315:5
354:15 364:3
378:7 409:10
**pointing** 288:13
288:18 303:13
326:5 354:10,12
361:4 364:6 397:3
398:7
**points** 393:8
**polygons** 404:17
**pompano** 261:18
268:17,21 269:5
273:1
**pond** 259:12,21,22
270:19 286:12,15
298:19 301:2
304:20 311:14,22
312:2 315:16,18
316:7,9,10,12
317:5 318:19
319:1 364:1
388:11 393:5
396:4,7 398:6
410:17
**ponded** 311:20,21
**ponds** 286:14
288:14 292:5
304:5,7,16,18
315:5,7,9,14
316:2 318:4 320:2
321:8

**pooling** 301:22
**port** 257:8 303:7
310:12 314:7
390:13 394:16
**portion** 360:21
364:9,15 373:15
**possibility** 278:6
285:22
**possible** 261:13
269:1 298:3 300:3
**possibly** 285:20
287:5 295:19
296:3
**post** 253:8
**potential** 369:21
396:7 412:10
**potentially** 324:13
343:4 371:11
**potwin** 257:11
314:22 320:21
395:17
**powell** 317:4
318:18 319:15
398:9
**practice** 289:7
290:9 369:13
413:16 414:2
**practices** 408:3
409:21 413:19,21
**pre** 342:20
**precipitation**
294:7
**precise** 403:5
**preexisting**
316:12
**prepared** 293:15
**presence** 266:13
**present** 254:15
394:5
**presented** 316:18
375:1 378:19
**presenting** 357:5
**pretty** 314:19
368:11

**prevent** 288:11
**previous** 264:1
269:12 270:12,13
271:10 279:18
280:1 286:22
291:18 300:15,17
300:18,19 307:10
308:14,21 311:2
311:17,22 312:21
313:8,15,18 314:2
318:12,15 320:15
320:16 322:10
330:6,13 332:9,12
347:12 353:22
361:1 383:14
393:6 397:15
409:16
**previously** 258:5
292:5 307:12
335:6 373:16
377:18
**print** 309:15,20
423:7
**prior** 318:6 322:7
**probably** 272:19
272:20 278:17
281:8 317:8 340:8
365:2
**problem** 356:5
**process** 260:7
261:6 262:1 265:4
286:18 308:7
315:20,21 316:6
350:19,20 354:10
356:13 361:12,14
365:17 374:9
376:3,8 379:4
389:10 398:13
400:13 401:19
403:22 404:2,11
408:16,16,19
409:7,8
**processes** 408:7,8
408:14 409:5

Randall Grip

May 20, 2020

**[processes - refreshing]**

Page 21

414:4
**processing** 278:17
**produced** 270:21
**product** 260:22
323:12 352:7,9,11
352:13
**production**
306:21 338:4
408:10 426:19
**progression**
278:13
**properly** 276:4
**properties** 252:5
425:7 426:6
**property** 322:6
**provide** 362:10
**provided** 270:8
**proximity** 359:2
397:17
**public** 258:6 423:1
423:17
**pull** 266:21 330:17
345:13 349:22
355:21 356:19
358:4 362:8,20
**pulled** 345:7
**purpose** 262:2
387:22 388:7
393:19 397:19
**purposes** 357:17
362:10 420:14
**pushed** 296:16
305:6 332:14,18
**put** 262:17 267:2
289:16 297:3
311:4,6 319:4,7
324:22 347:19
374:1 403:10

**q**

**quad** 304:10,12
**question** 301:11
412:2,9,15,20
419:2

**questioning** 334:7
337:9 341:1
**questions** 334:9
422:1,3
**quick** 289:19
319:5 328:8 345:2
346:2
**quickly** 263:1
**quite** 284:18 298:7
316:1 388:19
403:18

**r**

**r** 253:1 258:1
425:6,6
**rail** 406:18 415:2
**railroad** 331:6,7
343:13 347:15
348:9,15
**randall** 252:11
258:3 335:4 422:5
424:2,22 425:9
426:8
**randy** 335:11,12
345:1 356:21
**rare** 289:2 383:10
383:11,22 384:1
**rarely** 384:3
**read** 412:16 424:3
**reader** 276:22
282:11
**reading** 426:16
**real** 328:8 345:2
346:2
**realized** 291:2
**really** 260:7 261:6
275:19 288:20
305:4 319:4
388:18
**reason** 282:4
327:2 328:2 350:4
425:13 426:12
**rebuttal** 334:9
**recall** 264:18
268:22 330:8

335:21 337:12
339:8 340:22
391:1 402:18
404:20
**receipt** 426:15
**received** 426:15
**recess** 292:19
334:6,16 395:9
421:21
**recollection** 381:1
**record** 265:9
279:21 292:17,18
326:1 334:5,13
335:14 339:17
340:11,17 345:2,5
346:1,3 350:5,7
357:13,14 362:10
368:1 394:22
395:5,8 410:18
411:16 421:18
**rectangular**
260:13 298:16
307:17 393:11
406:17
**red** 301:17,20
303:10 307:3
309:7 313:19
342:3,5,5,7
369:19,20 385:19
391:1,4 393:3
401:8,10,12
**redeveloped** 287:4
297:9
**redo** 353:21
**reduced** 264:5
423:7
**redug** 330:9
**refer** 347:11
**reference** 304:13
426:7
**referenced** 372:8
416:18
**referencing**
420:15

**referred** 391:14
**referring** 347:14
348:3 371:20,21
**refineries** 335:21
336:4,8,19 337:3
338:3 369:15
413:20,22
**refinery** 258:20
259:17 262:20
268:5 273:4 275:2
275:5,13 277:3,16
278:13,14 279:2,4
280:13 289:16
295:7 299:18
302:4 314:21,22
315:3,11 316:16
320:22 321:10
322:4,8,11,15
331:19 333:13
336:11,14 337:22
339:15 351:13
362:19 363:3
364:10 372:11
373:12 376:12
377:1 390:13
395:17 399:6,16
408:11 413:19
414:3 417:3,14
420:17
**refining** 408:16
**reflect** 302:20
328:13 329:16
340:17 350:10
357:8 362:15
366:13 370:19
375:4 378:20
382:7 386:9 390:8
395:12 399:1
402:7
**reflected** 344:5
**refresh** 349:17
357:2
**refreshing** 344:13
390:3

Randall Grip

May 20, 2020

**refuse** 295:4,9
298:8,20 299:12
300:2 389:2
**regard** 412:5
**regarding** 351:15
380:16 404:18
**related** 367:14
389:10 398:13
401:19 423:10
**relative** 367:11
391:16,18,21
392:3
**relatively** 401:2
**release** 288:11,20
**releases** 367:14
**reliable** 275:18,20
275:21 276:16,21
304:17
**rely** 278:18 281:9
322:12
**remain** 364:14
409:19 410:19
416:19 419:3
**remained** 409:12
409:18,22 411:11
411:12 415:8,11
416:10,13 421:14
**remaining** 331:7
331:11
**remember** 284:16
300:16 308:5
330:5 380:18
382:21 412:9,15
419:22
**remote** 422:4
**remotely** 253:22
254:22 258:5
**removal** 405:20
**removed** 307:7
331:1 333:4
342:10,12 364:9
364:15 394:10
404:12 405:11

**removing** 266:10
331:18,19 405:3
**repeat** 277:21
**rephrase** 264:21
**report** 263:18
265:11 267:1
270:15 276:22
282:11 283:3
346:7,12,13 358:8
363:5 366:22
371:22 372:17
382:15 384:12
386:19 390:18
396:1,16 399:13
400:6 402:15
412:18,22
**reported** 252:17
**reporter** 252:18
263:5 264:19
268:18 277:20
292:11 296:13
299:2 301:10
303:18 309:13,16
332:16 352:1
391:20 401:9
406:7
**reporting** 252:20
425:1 426:1
**review** 266:16
269:21 282:15,20
283:1 284:10
285:3 426:11
**reviewed** 314:7
**right** 258:21
267:17 271:16,19
273:22 275:2,15
276:9 278:9,21
279:12,20 280:8
280:11 288:22
289:13 291:21,22
294:16 297:4
300:8 301:20
306:15 311:3,7
312:4,12,16

313:20 316:17,18
319:8 321:1,8
324:7,11,14,14,16
324:19,22 325:12
325:12,13 326:3,4
327:6,7 329:1,2
330:21 331:9
333:13 336:4,5
338:12,13,17
341:7,11,15,19
343:16 345:15
346:9,10,11,18
347:1,17,17 348:6
348:8,12 352:16
352:18 353:19
354:3,7,8,9,11,14
355:7 358:14
359:8,15 360:8,11
361:2 363:3,15
364:1,4,6 365:6
368:13,19 370:4,5
373:10,15,21,21
373:22 374:11
375:15 377:16
383:21 385:10,15
387:18 388:17,18
389:6 390:5 396:9
396:22 397:3
400:14,15 406:4
407:11 408:4
409:2,5,13,18,22
410:10,19,22
411:8,11 412:1,7
412:8 413:4,6,9
413:12,12 414:19
415:3,17 416:4,11
416:21,22 417:2,4
417:5,9,14 418:10
418:16 419:4,10
419:15 420:15,17
420:18 421:9,12
421:15
**river** 268:3 297:13
297:16 298:1

302:5 355:3,6,12
365:8 388:2,4,5,9
388:13 407:13
**road** 323:4,9,9
**room** 254:10
385:14,15
**rouge** 252:16
**roughly** 298:16
312:20 318:12
326:6 334:14
351:16 353:21
**rpr** 252:17
**rule** 420:7
**running** 391:11
**runoff** 302:6
**rupture** 288:6
308:18

**s**

**s** 253:1 255:1
258:1 425:6
**safe** 394:4
**salt** 304:14
**sanborn** 259:3,6,8
259:20 261:10
270:18 271:1
272:4,6,9 275:18
276:12,15,20,22
277:2 294:22
295:4 300:3
385:13
**santa** 255:13,15
257:13 321:12
333:12 399:6
**save** 355:19,20
356:3
**saved** 349:10,16
350:4
**saving** 349:4
**saw** 314:10,14
321:6,15 348:16
369:4 412:11
413:3 417:12
**saying** 356:17
408:15

| | | | |
|---|---|---|---|
| **says** 311:3 | 320:14,18,20 | 404:1,6,10 408:7 | **services** 351:21 |
| **scale** 309:11,14,20 | 321:2,3 323:19 | 408:17,19,21,21 | **session** 335:1 |
| 309:21,22 368:11 | 324:9,12,14,15 | 413:1,5,6,10,22 | **set** 305:16 |
| 391:9,17,19,21 | 325:11 326:12,15 | 414:13 416:16 | **shadow** 285:2 |
| **scales** 267:18 | 327:9 331:5 | 417:13 418:21 | **shape** 313:14 |
| 298:13 376:5 | 333:14 337:2 | 420:12 | **share** 356:19,20 |
| **scan** 270:9 295:1 | 340:4 341:10 | **seeing** 264:7 | 390:2 |
| **scott** 254:5 | 342:1,2,6 343:11 | 269:18 286:8 | **sharp** 283:22 |
| **scrap** 266:9 | 344:14,21,22 | 349:16 373:20 | **shed** 262:3 279:7 |
| 295:15 | 346:17 347:6,9,10 | **seen** 273:12 | 318:1 |
| **scraping** 416:18 | 347:12,16 348:9 | 281:13 297:21 | **sheds** 330:10 |
| 419:16 420:5,14 | 348:12,14 349:8 | 304:1 322:21 | **sheet** 304:10 424:7 |
| **screen** 344:12 | 349:13,14 350:14 | 337:18 338:3 | 426:12,13,13 |
| 349:18 356:19 | 350:22 351:17 | 364:19 365:9 | **shelbie** 254:16 |
| 357:2 373:10,15 | 353:4,18 354:15 | 369:14,15 373:11 | **ship** 292:6 |
| **scroll** 405:14 | 354:16 356:14,15 | 373:16 383:16 | **short** 292:19 |
| **second** 322:10 | 357:18 358:9,16 | 385:7 392:5,18 | 334:6 383:17 |
| 345:19 350:5 | 359:6,13 360:2,4 | 406:20,21 416:19 | 395:9 421:21 |
| 388:18 392:10 | 360:8 361:11,13 | **sense** 340:1 | **shortly** 349:5 |
| **section** 254:7 | 361:14,18 363:2 | **separate** 364:3 | **show** 274:18 |
| 279:1,4,6 | 363:21 364:1,5 | 381:14 | 275:22 278:12 |
| **see** 259:4,7 262:8 | 365:4,7,17,20 | **separates** 381:13 | 306:19 307:11 |
| 262:13 263:14 | 366:10 367:5,19 | **separation** 306:12 | 328:8 331:3 339:2 |
| 267:18 268:1,9 | 368:4 370:16 | **separator** 276:13 | 339:3,4 344:4 |
| 273:14,18 275:7 | 371:8 373:5,8,14 | 277:13 278:8 | 350:1 369:19,21 |
| 275:10,14,16 | 373:19 374:3,5,7 | 279:9 280:5,18,19 | 371:2 391:10 |
| 278:7 279:15 | 375:1,15,19 376:9 | 282:17,18 283:17 | 392:1,2 405:9 |
| 280:4,12,22 281:1 | 376:13 377:2,11 | 292:4 365:1 371:8 | **showed** 341:6 |
| 283:6 284:1 | 377:14,17,18 | 381:4,5 393:5 | **showing** 302:18 |
| 285:19 286:6 | 378:6,7 379:2,6 | **separators** 306:5 | 390:1 |
| 289:3 290:2,3,6 | 379:18 380:3 | 306:9,9,11 311:22 | **shown** 341:9 |
| 290:10,13,18 | 381:2 382:3,16 | 314:18,19 | 426:14 |
| 292:1,3 293:1,9 | 383:3,5,7 384:13 | **september** 280:11 | **shows** 267:15 |
| 293:13,21 294:5 | 385:2,10,12 386:7 | 316:15 363:12,16 | 277:13 289:11 |
| 295:5 299:11 | 387:7,15,18 | 372:17 373:4 | 295:7 299:17 |
| 300:8 302:9 304:2 | 389:10,13 390:5 | 396:15 | 404:15 |
| 304:11 305:9,12 | 390:18 391:19 | **series** 278:10,11 | **sic** 259:12 263:13 |
| 305:14 306:11 | 392:11,16,18 | 365:5 | 377:17 |
| 307:9,10 308:20 | 393:10,11,13,15 | **serve** 317:8 | **side** 255:12,12,17 |
| 309:2,3,6 310:7 | 394:9 396:2,16,19 | 367:13 393:22 | 255:17,20,20 |
| 310:14 311:8 | 397:5,14 398:22 | 394:1 419:20 | 256:2,2,4,4,7,7,10 |
| 312:11,13 314:3,8 | 399:13,15 400:3,7 | **serves** 359:4 | 256:10,13,13,16 |
| 315:2,3,4 316:22 | 400:10,19,21 | **service** 397:12,16 | 256:16,18,18 |
| 318:9,15,18 320:8 | 401:5,13 403:1,20 | 420:8 | 257:1,1,4,4,7,7,10 |

Randall Grip

May 20, 2020

[side - stands]

257:10,12,12
262:18,18 264:13
264:13 266:4
278:9 280:3,3
283:1,1 311:4,4
319:4,4 324:19
327:6 330:18,18
343:12 347:17
351:7,7 355:5,10
364:20 404:3,3
**signature** 273:15
423:15 425:22
426:12
**signed** 424:7
**significance**
261:18 367:11
**significant** 261:11
262:5 268:4,13
274:6 277:7 285:6
294:17 295:5
306:1,7 310:7
312:6 314:3,6
315:1 320:5,9
321:13,22 324:2,5
329:4 332:1,22
336:16 337:19
358:13 359:7
361:18 363:8
367:7 368:20
371:7
**signing** 426:13,16
**similar** 336:19
337:1 338:3 369:5
376:6 381:17
385:5
**simply** 282:2
**sincerely** 426:17
**sir** 426:10
**sit** 282:21 284:14
**site** 259:14 273:4
283:21 288:8
293:7 302:11
303:12 305:16
311:2 321:3 360:2

364:15 369:4
379:17 380:13
387:10 388:14
391:22 395:17
404:13 405:21
407:5,13,15 408:4
408:5 412:11,14
**sites** 290:10
336:12,15
**situation** 289:18
**six** 291:18
**size** 270:19 271:2
271:4 272:14
289:22 359:3
391:16 392:5
**sized** 266:5
**sketch** 271:7
**skimmer** 273:3
**skimmers** 273:1,2
**slick** 269:1,7
**slightly** 267:11,19
276:2 301:1,3
360:15 361:8
368:10 376:5
398:2
**slopes** 298:18
299:14
**sludge** 281:12,15
281:17,22 282:1,5
282:9,10 284:7,14
292:4 380:17
381:17
**sludges** 288:17
**slush** 259:12,15,18
260:2 263:19
264:11,12,14,17
264:19 265:1
266:1 267:16
270:13,15,22
271:2,4 377:17
416:8
**small** 289:6 298:5
307:5,8 317:4
391:14,16,16,18

391:21
**smaller** 264:15
267:11,16 298:14
305:7 309:9
316:11 317:1
326:4,6 392:4
**soft** 303:16,20
**solid** 264:10 265:5
265:17 266:2,14
266:15,15,18
284:22 327:17,18
**sorry** 262:15
263:5 264:19
267:13 268:18
270:11 272:5
277:6,20 291:1
292:11 296:13
299:2 300:7
301:10 303:1,18
308:17 309:13
328:17 332:16
338:7 350:3,4
352:1,16 356:2,8
367:21 372:13
382:12 387:21
407:1 419:2 420:3
**sort** 265:18 290:6
408:8
**south** 292:6 294:9
307:18 317:6,7,9
317:12 348:18
354:12 355:7
360:15,21 361:9
364:9,14,20 378:5
386:1 393:7 394:2
397:1,5,18,22
404:19
**southeast** 285:10
365:12
**southern** 315:12
**space** 385:18
417:11 419:14
**spear** 254:5

**specific** 314:10
321:2 333:14
337:22 338:2
**specifically** 283:8
283:11 290:10
296:1 314:8
320:22 333:11
352:9 408:13
**specified** 283:10
**spill** 287:15,17,19
288:6,9,9 290:17
290:18 294:6
299:16 314:9,10
321:1,2 412:13
**spilled** 352:11
**spills** 275:8,10,11
275:14 287:14
290:14 305:19
309:2,4 314:12
317:8 321:4
333:12,14,16,19
338:21 351:22
352:3 367:14
393:20 397:21
420:10
**spoke** 258:13
**spray** 364:1
410:17
**sprayed** 323:10
**springs** 255:14,16
257:14 321:12
333:12 399:6
**spur** 331:6,6
364:7 406:18
415:2
**square** 254:8
353:4,6
**stack** 277:14
**staging** 331:18,21
405:3
**stamp** 356:4
**stand** 305:4
**stands** 293:17

Randall Grip

May 20, 2020

| | | | |
|---|---|---|---|
| **start** 335:18 | **substance** 258:14 | 395:9 421:21 | 397:6,7,19,22 |
| 392:17 399:10 | **suggest** 384:1 | 423:3,6 | 398:1,3 406:18 |
| **starting** 324:18 | **suite** 252:21 253:9 | **takes** 289:21 | 415:13,17 417:7 |
| **stated** 293:17 | 425:3 426:1 | **talk** 335:16 | 419:15,20 420:3,6 |
| **states** 252:1,8 | **superimposed** | **talked** 346:18 | 420:13 |
| 258:20 275:5 | 331:2 391:8 | 382:8 383:9 | **tear** 266:8 |
| 277:4 279:20 | **suppression** | **talking** 289:17 | **technical** 258:17 |
| 281:12 290:14 | 323:10 | 301:14 338:1 | 260:6 |
| 291:3 425:8 426:6 | **sure** 261:22 | 382:11 408:8 | **tell** 259:10 263:20 |
| **stay** 342:3,4 | 282:20 294:15 | 410:18 411:17 | 263:22 264:2,14 |
| **stayed** 268:10 | 298:3 343:4 | **tank** 260:21 261:5 | 265:7,20,22 |
| 274:20 | 344:20 350:6 | 261:11 267:14 | 267:20 271:5 |
| **stenographically** | 365:1 401:7 412:2 | 285:19,20 287:9,9 | 272:18 278:15 |
| 423:7 | **surface** 261:22 | 287:14 288:6,15 | 279:7 281:6 |
| **stereo** 285:4 | 264:4 267:11,16 | 289:3,7,8,12,16 | 282:13 283:14,19 |
| **stereoplotter** | 267:20 268:20 | 289:22,22 290:4 | 284:3,8 285:14 |
| 310:4 | 269:1,5,16,19 | 294:4,10 308:18 | 293:4,8,12 296:19 |
| **stereoscopic** | 278:12 293:9 | 317:7,8 342:6,7 | 298:9,11,20 299:5 |
| 374:15 | 295:18,18 297:21 | 342:16 351:22 | 299:8 304:22 |
| **stereoscopically** | 298:16 299:11,15 | 361:2,12,12 | 305:1,8,13 307:15 |
| 266:17 | 305:10 313:8,14 | 364:12 369:1,9 | 307:20 308:3,9 |
| **sticker** 356:16 | 327:3 328:1 | 375:22 382:20 | 313:6,11 315:7 |
| **storage** 295:18 | 330:21 | 383:6 384:3 389:6 | 316:1,21 317:10 |
| 296:4,8 | **surfaces** 313:4 | 393:20 397:9,11 | 317:16,18 318:20 |
| **straight** 371:16,18 | **surrounding** | 397:14,22 412:13 | 319:16,18 321:17 |
| 381:6 | 269:7 371:16 | 413:11 416:17 | 322:18,22 323:17 |
| **straighter** 281:7 | **surroundings** | 419:16 420:4,4,10 | 324:6 325:8 326:9 |
| **streams** 290:17 | 260:14 | 420:13 | 327:16,19 330:15 |
| **street** 252:21 | **sworn** 258:5 335:6 | **tankage** 305:20 | 331:15 333:3,6,7 |
| 254:9 317:4 | 423:5 | 308:17 316:4 | 336:6 342:22 |
| 318:18 319:15 | **sydney** 254:4 | 347:18,20 350:16 | 350:16 374:14 |
| 355:7 398:9 425:2 | 265:8 291:5 334:4 | 361:15 373:14 | 389:4 398:15 |
| 426:1 | 345:3 370:8 | 374:5 388:17 | 403:5 420:7 |
| **strike** 343:10 | 411:16 426:22 | **tanks** 279:8 | **temporary** 416:17 |
| 420:3 | **sydney.menees** | 285:21 289:4 | 416:21 |
| **structure** 279:8 | 254:13 | 315:4 322:3,7,11 | **ten** 334:3 336:9 |
| 284:1 371:19 | | 342:19 348:10 | **tends** 260:5 |
| 381:7,8 | **t** | 351:21 354:9 | **tennessee** 257:3 |
| **structures** 270:20 | | 358:22 359:4,5,20 | **term** 260:4,6 |
| 280:12 333:3 | **t** 255:1,1 425:6,6 | 364:8,11,13,16 | **terms** 416:15 |
| 405:4,21 | **take** 288:8 289:15 | 367:4,12,14 369:2 | **testified** 258:6 |
| **studied** 338:5 | 291:20 334:2,12 | 374:14 384:4 | 274:22 335:7 |
| **subsequent** | 385:15 394:20 | 385:16,22 388:20 | 336:2 337:14 |
| 289:10 290:3 | **taken** 278:11 | 393:16,21 394:1 | 351:15 352:6 |
| | 280:10,11 292:19 | | |
| | 334:6,17 369:7 | | |

Randall Grip

May 20, 2020

371:10 380:15,20
383:22 391:3
394:3 404:18
406:11 407:9,17
408:6 410:8
411:15,20 412:5
414:17 416:2
417:7,18 418:14
419:14 420:20
**testifying** 409:1,4
413:14 414:3
**testimony** 258:15
335:21 337:4
380:22 382:18
383:9 390:21
391:5,15 396:8
407:4 417:10
419:21 423:4,6
424:4,5
**texas** 253:10 255:9
256:17,19 257:9
303:8 310:12
**text** 304:9
**thank** 340:19
349:5 356:6 370:8
411:18
**thanks** 303:1
**thing** 260:22
275:12 303:15
339:20 356:9
**things** 268:9,11
275:22 276:4
295:16 321:4
335:16
**think** 265:13
268:6,10 271:1
275:18 284:19
287:18 290:22
292:15 299:10,13
304:10,17 306:6
312:9 314:5 318:5
320:12 324:4
327:11,13 328:16
330:10 333:8

339:19 340:1,7
342:3 343:9,21
358:12 367:21
371:14 374:13,17
376:1 383:10
389:8 391:14
398:10 401:15
403:15 406:5
412:17 421:18
**thinking** 394:19
**third** 388:18
**thirty** 426:15
**thought** 276:15
294:12 380:21
**three** 264:2
300:13 314:1
315:4 323:16
330:12 331:5
358:16 361:5
364:2 374:12
415:11
**throw** 296:6
**throwing** 295:15
**time** 252:13 267:3
274:13 278:15
289:15,20 291:20
292:16 306:19
320:16 337:18
346:13 347:7
355:19,20 357:16
357:22 361:21
366:1 369:3,13
376:16 379:9
384:17 385:7
389:17 394:8
399:15 403:10
422:1
**today** 258:12
265:12 282:21
284:15 380:18
**today's** 349:20
**tone** 260:13
283:20 285:11
286:20 293:16

315:9 323:6 359:2
360:18
**toned** 265:21,21
267:21 293:11,20
297:6 317:17,19
323:4,21 331:14
364:4 397:4
404:19
**tool** 388:16
**top** 308:3 311:13
313:11 315:9
340:4 353:5 365:3
370:4 397:14
**topography**
298:18 299:14
302:7 326:7
**tracks** 343:13
347:15 348:10,15
**transcript** 257:16
426:11,11
**transcription**
423:8 424:5
**transferred** 310:4
**trap** 259:10,11
272:4,5,12,22
273:19 276:13
278:8 279:9 280:4
280:19 282:17,18
283:17 292:4
381:4,5
**traps** 260:11,16
262:13 270:1
272:8 378:6
**trash** 296:6
**travel** 355:2
**triangular** 313:10
313:14
**true** 377:5 424:4
**try** 325:19 335:13
387:9 401:1
**trying** 258:20
297:22 325:22
**turn** 351:2 355:18
358:2 362:18

365:3 366:16
372:5,10 376:18
379:11 382:10
384:6 386:13
390:12 395:16
399:5
**turned** 304:2
**two** 260:11 263:11
264:6 272:8
286:11 292:5
293:3,22 297:18
298:10,13 300:1
305:15 315:9
317:6 319:11
320:19 322:3,20
331:7 332:7,8
333:5 339:20
345:9 347:7
350:10 353:16
357:9 361:15,17
362:16 364:4
366:14 370:20
373:19 375:5
376:7 377:14
378:21 379:6
381:3,16 386:10
387:15 388:21,22
390:9 394:22
395:3,4,13 396:19
397:17 399:2
401:5,16 402:8
406:13 407:20
409:12 410:3
416:11 418:5,8
421:15
**type** 259:10,18
260:4,5,8 266:4
270:4 275:4
286:17 288:18
292:9 305:4,6
307:22 308:19
315:19,22 327:8
333:9,22 337:2
365:17 371:11

Randall Grip

May 20, 2020

[type - work]

Page 27

379:4 381:7,17
405:4 414:1,8,10
**typically** 265:10
281:21

**u**

**u.s.** 254:6
**unchanged** 410:4
**understand**
367:10 369:12
384:16 413:21
**understanding**
260:2 340:14
341:20 342:15
346:21 347:5
368:17 380:6
381:11 385:8
393:18 399:17
**undeveloped**
285:11
**ungeoreferenced**
389:5
**unit** 279:15
280:19,20 409:11
**united** 252:1,8
425:8 426:6
**unlined** 293:10
339:8,11,13
**unstable** 377:20
**unused** 293:18
385:18
**upload** 349:5
**uploaded** 344:14
**uploading** 362:7
**upper** 387:18
**usable** 272:21
274:1 300:5
**usage** 315:10
**use** 262:10 263:12
272:16 273:22
292:2,7 295:19
299:20 304:19
306:17 326:14
361:7 373:18
388:11,16 393:3

397:2,5 401:11
403:9,10 410:20
410:22 411:2
415:1 421:5
**useful** 286:3
**usgs** 304:10,18,19
306:15
**usually** 316:11

**v**

**v** 426:6
**vaguely** 337:13
**various** 386:22
**vary** 276:5
**vast** 380:13
**veritext** 426:7
**veritext.com**
426:3
**version** 263:14
338:11
**vickers** 314:22
**view** 371:17
**viewer** 276:19
**viewing** 279:15
**virtual** 252:11
**visible** 263:16
279:9 290:4
298:15 307:10,12
307:15 308:2,8
310:14,17 312:1
312:14,22 313:7
315:4 319:11
325:17 326:7
330:12 348:10
354:1,2,5,6
360:14,22 367:4
368:6 376:1
377:18 389:2
393:2,6,8 398:3
398:10 407:11,22
412:3 413:7 415:1
419:3,20
**volume** 252:10
263:4,7 287:17

**vs** 252:7 425:7

**w**

**wait** 341:16 355:4
392:14
**waived** 426:16
**wall** 267:13 281:8
324:16 371:18
**walls** 281:7 284:2
284:2 332:15,17
332:18
**walnut** 365:8
**want** 262:17
282:11 335:16
344:3 353:4 356:4
359:20 412:15
421:18
**wanted** 258:10
261:10 262:22
265:14 276:22
278:5 279:21
282:12 306:19
307:5 326:9
**warren** 253:7
**washington**
252:22 254:11
425:4 426:2
**waste** 275:13
283:4,5,8,10,10
285:17 286:17
287:5 288:17
290:16,17,20
292:1,3 293:1
301:21 302:6
304:5,6,16,18,20
314:13 315:20
328:3 333:16,20
333:21 338:21
352:9,13 358:21
380:17 381:16
408:3 411:10
**water** 262:1 273:2
299:15 306:9,11
315:21 381:15

**way** 282:6 284:4
302:8 407:13
**ways** 275:20,21
**we've** 306:6 314:7
335:12 345:7
346:18 357:19
361:8 376:12
377:1 379:17
394:21 416:19
418:19
**wednesday** 252:12
**west** 294:11 301:4
301:8 318:17
319:15 348:17
355:2,4,5 400:12
**wet** 299:17 326:21
327:5,15
**wetness** 326:22
**white** 304:8,9
404:17
**william** 253:4,5
426:5
**witness** 263:7
268:20 277:22
292:13 296:15
299:4 301:15
303:20 309:15,17
311:8 319:9
330:20 332:17
334:8,11 344:21
349:14,20 352:3
356:21 357:3
391:22 401:11
406:3 423:4,6
425:9 426:8,11
**witness'** 426:12
**wondering** 259:3
**wooded** 277:9
**wooden** 284:2
**word** 352:7
**words** 383:11
**work** 309:11
310:2 381:12
391:11

Randall Grip

[worked - zooms]

| | |
|---|---|
| **worked**   336:3,7 336:18 | **zooms**   267:19 |
| **working**   335:13 335:20 | |
| **works**   334:15 353:13 | |
| **workstation** 303:16,20,21 391:8 | |
| **worry**   349:21 | |
| **wpetit**   253:12 | |
| **wrong**   350:3 | |

| **x** |
|---|
| **x**   252:4,10 |

| **y** |
|---|
| **yard**   297:10 |
| **yeah**   270:3 282:7 284:13 301:19 303:5 309:17 319:6,9 320:13 334:15 345:4 353:5 378:7 391:7 397:2 |
| **year**   267:22 272:11,22 285:18 290:3 298:15 311:16,17 312:20 320:11 |
| **years**   260:9 274:20 294:6 314:1 318:12 339:12 416:20 |
| **yesterday**   258:12 335:18,22 337:9 339:1 341:1,9 351:15 352:6 356:5 |
| **ymca**   252:15 |

| **z** |
|---|
| **zoom**   267:5 284:11 340:6 392:2 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.



**1250 Eye Street, N.W. - Suite 350, Washington, D.C. 20005**
**Phone: 202-857-DEPO    Fax: 973-629-1287**
**Email: Erratas-CS@veritext.com**

June 15, 2020

To:   Sydney Menees

In Re:   Mrp Properties Company, Llc, Et Al. v United States Of America

Veritext Reference Number:    4115535

Witness:    Randall Grip

                                                   Deposition Date:   May 20, 2020


Dear Sir/Madam:


Enclosed you will find the executed errata sheet in regards to the matter referenced above.

This is being sent to your office as you handled the direct examination of the witness.

Veritext has saved a copy of the errata and has forwarded copies to all counsel who

received a transcript in this matter.  Please keep this for your records.



If you have any questions, please call the above number and ask to speak with the production

department.



Sincerely,
Production Department

Encl.
CC:      William C. Petit

Randall Grip                                        May 20, 2020

Page 425

1    Capital Reporting Company

2    1250 Eye Street, Northwest

3    Suite 350

4    Washington, D.C.  20005

5    (202) 857-DEPO

6            E R R A T A   S H E E T

7    Case Name:   MRP Properties Company, et al. vs.

8             United States

9    Witness Name:  Randall Grip

10   Deposition Date:  May 20, 2020

11   Job No.  4115535

12

13   Page No.    Line No.     Change/Reason for Change

14

15        *See errata sheet attached*

16

17

18

19

20

21   _____          *6-15-20*

22   Signature                      Date

*Pg 1 of 2*

D1

# Errata Sheet   May 20, 2020

| | |
|---|---|
| P14 L14 | in instead of and |
| P16 L17 | levees |
| P22 L6 | Ericsson |
| P26 L5 | ground instead of groined |
| P26 L10 concerned | with features in the imagery |
| P26 L20 | certainly |
| P39 L7 | date instead of data |
| P46 L5 | in instead of and |
| P46 L7 | say instead of shy |
| P54 L6 | geo referenced |
| P54 L20 | where instead of whereas |
| P54 L21 | if its flat we instead of if its a bar or |
| P64 L20 | you're going to see |
| P75 L18 | remove of |
| P145 L21 | levee instead of lovy |
| P200 L14 | another instead of other |
| P204 L8 | dredged instead of dragged |

6-15-20

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 15th DAY OF JUNE, 2020

Loren McDaniel, Notary Public, #142817

OFFICIAL SEAL
LOREN MCDANIEL
NOTARY ID # 142817
STATE OF LOUISIANA
PARISH OF EAST FELICIANA
My Commission is for Life

Pg 2 of 2

Randall Grip                                            May 20, 2020

Page 424

1              ·           ACKNOWLEDGEMENT OF DEPONENT

2              I, RANDALL GRIP, do hereby acknowledge I

3     have read and examined the foregoing pages of

4     testimony, and the same is a true, correct and

5     complete transcription of the testimony given by

6     me, and any changes and/or corrections, if any,

7     appear in the attached errata sheet signed by me.

8

9

10

11

12

13

14

15

16

17

18

19

20

21    6 -15 -20                    _____
      _____

22    Date                        RANDALL GRIP

SWORN TO AND SUBSCRIBED BEFORE ME
THIS _15th_ DAY OF _JUNE_, 20 _20_
_Loren McDaniel_
Loren McDaniel, Notary Public, #142817

OFFICIAL SEAL
LOREN MCDANIEL
NOTARY ID # 142817
STATE OF LOUISIANA
PARISH OF EAST FELICIANA
My Commission is for Life

**Errata Sheet for Randall Grip Deposition Transcript**
**5/19/2020 and 5/20/2020**

| Page/Line | Change | Reason for Change |
|---|---|---|
| 14:14 | Change "and" to "in" | Wrong word |
| 16:13 | Change "levies" to "levees" | Wrong word |
| 22:6 | Change "Erisson" to "Ericsson" | Wrong word |
| 26:5 | Change "groined" to "ground" | Wrong word |
| 26:10 | Change "concerned that imagery" to "concerned with features in the imagery" | Clarification |
| 26:20 | Change "certain" to "certainly" | Wrong word |
| 39:7 | Change "data" to "date" | Wrong word |
| 46:5 | Change "and" to "in" | Wrong word |
| 46:7 | Change "shy" to "say" | Wrong word |
| 54:6 | Change "imagery, georeference," to "imagery georeferenced" | Wrong word /clarification |
| 54:20 | Change "whereas" to "where" | Wrong word |
| 54:21 | Change "a bar or" to "flat we" | Wrong words |
| 64:20 | Omit "not" | Omit word/clarification |
| 75:18 | Omit "of" | Omit word |
| 145:21 | Change "levy" to "levee" | Wrong word |
| 200:14 | Change "other form" to "another form" | Wrong word |
| 204:8 | Change "dragged" to "dredged" | Wrong word |

**Joseph Bitanga**

---

| | |
|---|---|
| **From:** | Randy Grip <rgrip@aero-data.com> |
| **Sent:** | Monday, June 15, 2020 1:58 PM |
| **To:** | Smith, Charity L. |
| **Subject:** | RE: Valero v. US Deposition Transcript |

> **CAUTION: This message originated outside of Kelley Drye and was sent by: rgrip@aero-data.com**

---

Charity,

Whoops.  It's Page 16 line 13 levees instead of levies.  I copied my notes to a second page and read that one wrong.

I did read the second day of my deposition and really didn't find errors like I saw on the first day.

Randy

**From:** Smith, Charity L. <CSmith@KelleyDrye.com>
**Sent:** Monday, June 15, 2020 12:48 PM
**To:** Randy Grip <rgrip@aero-data.com>
**Subject:** RE: Valero v. US Deposition Transcript

Mr. Grip,

I do not understand the needed change to page 16 line 17. Also, it appears the changes you made were to your 5/19/2020 deposition. Please correct the date and also review the attached transcript for May 20, 2020. If you need anything, please reach out to me. Thank you!

**CHARITY SMITH**
Paralegal
**Kelley Drye & Warren LLP**
Tel: (713) 355-5037
Cell: (281) 433-7977
csmith@kelleydrye.com

**From:** Randy Grip <rgrip@aero-data.com>
**Sent:** Monday, June 15, 2020 12:16 PM
**To:** Smith, Charity L. <CSmith@KelleyDrye.com>
**Subject:** RE: Valero v. US Deposition Transcript

> **CAUTION: This message originated outside of Kelley Drye and was sent by: rgrip@aero-data.com**

---

Charity,

Attached is my errata sheet.

Regards,

Randall Grip
Aero-Data Corporation
8280 YMCA Plaza Drive Building 11
Baton Rouge, La 70810
Office 225.767.5725
Cell 225.324.3890

---

**From:** Smith, Charity L. <CSmith@KelleyDrye.com>
**Sent:** Tuesday, June 9, 2020 2:22 PM
**To:** 'rgrip@aero-data.com' <rgrip@aero-data.com>
**Cc:** Petit, William C. <wpetit@kelleydrye.com>
**Subject:** Valero v. US Deposition Transcript

Good afternoon, Mr. Grip. Please see the attached deposition transcripts and errata sheet. Please review your transcript and note any needed changes on the errata sheet or by email to me by Monday, June 15, 2020. If you have any questions, please feel free to reach out to me. Thank you!

**CHARITY SMITH**
Paralegal
**Kelley Drye & Warren LLP**
515 Post Oak Boulevard, Suite 900
Houston, TX 77027
Tel: (713) 355-5037
Cell: (281) 433-7977

WWW.KELLEYDRYE.COM

csmith@kelleydrye.com

This message is subject to Kelley Drye & Warren LLP's email communication policy.
KDW-Disclaimer