# EXHIBIT 212

