# EXHIBIT 217


