# EXHIBIT 223


