# EXHIBIT 230


