UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 8, 2022
DEBORAH S. HUNT, Clerk

No. 22-0103

In re: UNITED STATES OF AMERICA,

    Petitioner.

Before: McKEAGUE, STRANCH, and DONALD, Circuit Judges.

# JUDGMENT

On Petition for Permission to Appeal.
United States District Court for the Eastern District of Michigan at Bay City.

THIS MATTER came before the court on a petition for permission to appeal and was heard on the record and the pleadings without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the petition is GRANTED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk